**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                          TELEPHONE (334) 954-3600

December 9, 2005

# NOTICE OF REASSIGNMENT

Re:    LOSALunlimited, LLC
        Civil Action No.3:05cv1144-W

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 3:05cv1144-T. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk