IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LOSALunlimited, LLC,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| ) | |
| **SOUTHERN AIRCRAFT SALES,** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON**) | |
| **AVIATION, and SID HALL,** ) | |
| ) | |
|    Defendants. ) | |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff LOSALunlimited, LLC ("LOSAL") moves the Court for leave to amend its Complaint to add an additional count seeking recovery on the ground that Plaintiff was a third-party beneficiary of a contract among and between the Defendants, which the Defendants breached. A copy of this Amended Complaint is attached.

As grounds in support of this motion, LOSAL states that Rule 15(a) provides that "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…". No responsive pleading has been served to Plaintiff's Complaint to date.

                                      Respectfully submitted,

                                      **s/Wm. Dudley Motlow, Jr.**
                                      William Dudley Motlow, Jr., Esquire
                                      Bar Number: ASB-1563-L59W
                                      Attorney for Plaintiff LOSALunlimited, LLC
                                      PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                      P.O. Box 530790

Birmingham, Alabama 35253-0790
Telephone: (205)980-5000
Fax: (205) 980-5001
E-mail: phm@phm-law.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Southern Aircraft Sales
P. O. Box 3008
Albany, GA  31706

Mr. Sid Hall
P. O. Box 3008
Albany, GA  31706

Sixteen Juliette, Inc. d/b/a Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, Georgia  31742

              Respectfully submitted,

              **s/Wm. Dudley Motlow, Jr.**
              William Dudley Motlow, Jr., Esquire
              Bar Number:  ASB-1563-L59W
              Attorney for Plaintiff LOSALunlimited, LLC
              PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
              P.O. Box 530790
              Birmingham, Alabama  35253-0790
              Telephone:  (205)980-5000
              Fax: (205) 980-5001
              E-mail: phm@phm-law.com