**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 14, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   LOSALunlimited, LLC v. Southern Aircraft Sales et al

Case No.:   3:05cv01144-WKW
Document 5 Motion for Leave to File Amended Complaint
Filed on 3/14/06

This Notice of Correction was filed in the referenced case this date to enter the pdf for the Amended Complaint into the record, which was omitted when e-filed. A copy of the Amended Complaint is attached to this Notice of Correction.