IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOSALunlimited, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-01144-WKW |
| | ) | -SRW |
| SOUTHERN AIRCRAFT SALES, | ) | |
| SIXTEEN JULIETTE, INC. d/b/a | ) | |
| DAWSON AVIATION, and SID HALL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration, it is ORDERED that Plaintiff's Motion for Leave to Amend Complaint

(Doc. # 5-1) is GRANTED.  The Clerk is DIRECTED to docket the Amended Complaint, which

is attached to the plaintiff's motion, as such.

DONE this the 16th day of March, 2006.


_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE