IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOSALunlimited, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-01144-WKW |
| | ) | -SRW |
| SOUTHERN AIRCRAFT SALES, | ) | |
| SIXTEEN JULIETTE, INC. d/b/a | ) | |
| DAWSON AVIATION, and SID HALL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (Doc. # 9), it is hereby ORDERED that the motion be submitted without oral argument on May 18, 2006. It is further ORDERED that the Plaintiff file its response on or before May 11, 2006. Defendants may file a reply brief on or before May 18, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 27th day of April, 2006.


　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE