07/31/2002  13:30   9124956452

# SOUTHERN AIRCRAFT SALES
P.O. BOX 3008
ALBANY, GEORGIA 31706
(229) 435-6276

**AIRCRAFT PURCHASE ORDER**  № 123656

SID HALL ENTERPRISES
(8) FILL IN STATE ON BACK OF FORM

FROM: LOSAL UNLIMITED LLC
2320 MOORES MILL RD
SUITE 300
AUBURN AL 36830

(HEREIN CALLED "SELLER")

I, THE UNDERSIGNED PURCHASER, HEREBY THIS DATE 7/29/02 ENTER MY ORDER FOR THE AIRCRAFT DESCRIBED BELOW. THE ATTACHED CASH DEPOSIT ... IS TO APPLY AGAINST THE TOTAL PURCHASE PRICE. I AGREE TO COMPLETE THIS AGREEMENT, ACCEPT DELIVERY OF AIRCRAFT AT __16V__ LOCATION WITHIN __ DAYS AFTER NOTIFICATION THE AIRCRAFT IS READY FOR DELIVERY, AND PAY THE BALANCE OF THE PURCHASE PRICE OR MAKE FINANCIAL ARRANGEMENTS SATISFACTORY TO SELLER AT THE TIME OF DELIVERY, ALL SUBJECT TO TERMS AND CONDITIONS SET FORTH BELOW AND ON THE REVERSE SIDE HEREOF.

CONFIRMED DELIVERY DATE: ASAP

| AIRCRAFT INFORMATION | EQUIPMENT DESCRIPTION | AMOUNT |
|---|---|---|
| MAKE/MODEL: BEECH C23 | AIRCRAFT BASIC PRICE | $56,750.00 |
| REGISTRATION NUMBER: N9185S | TREY SALATTO  888 821-3223  334 319-2223 (C) | |
| SERIAL NUMBER: M1799 | | |
| SALES INVOICE NUMBER: | JOE LOUVORN  334 444-5631 | |
| ENGINE (L) | | |
| ENGINE (R) | DORR AVIATION  508-401-3978 (F)  800-214-0666 | |
| SPECIAL INSTRUCTIONS | | |
| | TOTAL AIRCRAFT PRICE | $56,750.00 |
| | DELIVERY CHARGE | |
| | TOTAL DELIVERED PRICE | $56,750.00 |
| | STATE AND LOCAL TAXES | |
| | TOTAL PURCHASE PRICE | $56,750.00 |
| | LESS CASH DEPOSIT $ ___ AND (+) TRADE IN $ ___ | |
| | **BALANCE ON DELIVERY** | $56,750.00 |

THE UNDERSIGNED PURCHASER AGREES THAT HE HAS READ AND UNDERSTANDS THE TERMS, CONDITIONS, WARRANTY AND LIMITATIONS OF LIABILITY SET OUT ON THE REVERSE SIDE HEREOF AND THAT THE SAME ARE INCLUDED IN AND ARE A PART OF THIS PURCHASE ORDER ALL AS IF SET FORTH IN THE FACE HEREOF.

This agreement shall bind and inure to the benefit of the parties hereto and their executors, administrators, heirs and assigns.

Purchaser hereby acknowledges receipt of a copy of his purchase order and that he has read and understands the terms, conditions and provisions of the ... as set forth above.

PURCHASER

BY:

TITLE:

Order accepted by Seller. The aircraft described have been ordered by us and purchaser is hereby notified that the scheduled...

SELLER: [signature]

7/29/02

a Member
8/1/02