**ORIGINAL**

May 26, 2004



Sid Hall
Post Office Box 3008
Albany, Georgia 31706

Dear Mr. Hall,

As members of LOSAL Unlimited, LLC we are writing this letter in regard to a situation that has surfaced from when we purchased a Beechcraft Sundowner from you back in 2002. When we purchased N9185S it was represented to both of us that the plane had just gone through a complete engine overhaul. We have recently found a crack in the engine block that has caused us to further look at what had ever been done to the engine. The company that currently has the engine has reported the issues that I have attached with this letter.

We have tried to get in touch with the company that supposedly did the overhaul and can not get a returned phone call. Based on the problems that have surfaced, we feel that our life and safety were at risk, not to mention family and friends that have flown in a plane that we are now finding out was not even airworthy. Your company did the pre-buy and the annual inspection and never brought these issues to our intention. We are willing to sell you the plane back at a price of $54,000.00 We feel that since we paid top dollar at the time for a plane that was represented in having a completely overhauled engine that this offer for you to purchase back is a more than fair offer to settle our differences without going any further with this matter.

We would like to give you 10 days to respond to this offer from the date above. If we do not hear back from you within 10 days, we will take that as a rejected offer and decide what is best for us to resolve this matter. We look forward to hearing from you soon.

Respectfully,

Trey Salatto
Managing Member
334.826.1900 (O)

Joe Lovvorn
Managing Member
334.821.2223 (O)

**AVIATION ENGINES, INC.**

249 Airport St.
Centreville, AL. 35042
USA

Phone 205-926-5186
Fax 205-926-6040

May 24, 2004

Attn. Joe:

Found the following items when engine was disassembled:
1) Cracked case - in area that is unobtainable for repair - REJECT
2) Lifter bodies - rust pits - REJECT
3) Camshaft - rust pits - REJECT
4) Oil cooler cracked - REJECT
5) 2 cylinders - visible cracks - exh.port - REJECT
   Note: Additional work needs to be accomplished on 2 remaining cylinders
         possible rejects, also.
6) Rocker arm bshgs are worn - need overhaul
7) Plungers need additional inspection - possibly "weak" and need replaced.
8) Crankgear - corrosion
9) Idler gears - New style - safety recommendation

We stopped with the inspection when we discovered the problems above.
Will need additional items checked as mentioned above.

Let us know if we can be of further assistance.

Sincerely,

*Pam Freeman*

Pam Freeman
for
Aviation Engines, Inc.