AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

LOSALunlimited, LLC
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Southern Aircraft Sales et al
Defendant

CASE NUMBER: 3:05ccv1144-WKW

TO: (Name and address of Defendant)

Sixteen Juliette, Inc. D/b/a/ Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, GA 31742

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Dudley Motlow, Jr.
Porterfield Harper Mills & Motlow PA
PO Box 530790
Birmingham, AL 35253-0790

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 7/6/06