IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOSALunlimited, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-1144-WKW-SRW |
| | ) | |
| SOUTHERN AIRCRAFT SALES, | ) | |
| SIXTEEN JULIETTE, INC. d/b/a | ) | |
| DAWSON AVIATION, and SID HALL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is defendants' Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (Doc. # 9). Upon due consideration of the motion, response and reply, it is ORDERED:

1.    The motion to dismiss is DENIED;

2.    The motion for more definite statement is GRANTED. The plaintiff is hereby granted leave to file a second amended complaint specifying the date of sale of the aircraft, the date or dates of discovery of the alleged fraudulent misrepresentations, and the approximate dates, if exact dates are not known, of the alleged fraudulent misrepresentations. The second amended complaint shall be filed on or before May 16, 2007, and shall not adopt prior pleadings by reference.

DONE this 2nd day of May, 2007.

                                                      /s/ W. Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE