**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| LOSAL UNLIMITED, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES, et al., ) | |
| ) | |
| DEFENDANT. ) | |

## SOUTHERN AIRCRAFT SALES AND SID HALL'S ANSWER TO COUNTS TWO AND THREE OF PLAINTIFF'S SECOND AMENDED COMPLAINT[1]

COME NOW, Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel, and in answer to Count Two (Breach of Contract) and Count Three (Breach of Warranties) of Plaintiff's Second Amended Complaint states as follows:

1. These Defendants deny all material allegations of Counts Two and Three of Plaintiff's Second Amended Complaint and demand strict proof thereof.

2. These Defendants aver that Counts Two and Three of Plaintiff's Second Amended Complaint fail to state claims against these Defendants upon which relief can be granted.

3. These Defendants aver that the applicable statute of limitations has expired as to Counts Two and Three of Plaintiff's Second Amended Complaint.

4. These Defendants expressly excluded any express or implied warranties in its sale

---

[1] These defendants have filed, simultaneously herewith, a Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, Motion for More Definite Statement, which, arguably, may not directly address counts two and three of Plaintiff's Second Amended Complaint. Thus, this answer is filed out of an abundance of caution.

documents.

5. The aircraft at issue was sold "AS-IS."

          ADAMS, UMBACH, DAVIDSON & WHITE, LLP


          /s/ Phillip E. Adams, Jr.
          PHILLIP E. ADAMS, JR. (ASB-9946-D56P)


          /s/ Matthew W. White
          MATTHEW W. WHITE (ASB-6809-W83M)
          Attorneys for Southern Aircraft Sales and Sid Hall
          Post Office Box 2069
          Opelika, AL 36803-2069
          334-745-6466

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

      Done this the 5th day of June, 2007.


                                        _/s/ MATTHEW W. WHITE__
                                        OF COUNSEL