IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOSALunlimited, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-CV-01144-WKW |
| | ) | |
| SOUTHERN AIRCRAFT SALES, | ) | |
| SIXTEEN JULIETTE, INC. d/b/a | ) | |
| DAWSON AVIATION, and SID HALL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants Southern Aircraft Sales and Sid Hall's Motion to Dismiss Second Amended Complaint, or in the Alternative, Motion for More Definite Statement (Doc. # 19), it is hereby ORDERED that the Plaintiff shall file its response **on or before June 15, 2007.**

DONE this 6th day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE