**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LOSAL unlimited, LLC,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 3:05-cv-01144-WKW-SRW |
| | ) |
| **SOUTHERN AIRCRAFT SALES,** | ) |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON** | ) |
| **AVIATION, and SID HALL,** | ) |
| | )   **DEMAND FOR JURY TRIAL** |
|    **Defendants.** | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

⊠     There are no entities to be reported.

Done this the 13th of June, 2007.

                            Respectfully submitted,

                            **s/Wm. Dudley Motlow, Jr.**
                            William Dudley Motlow, Jr., Esquire
                            Bar Number: ASB-1563-L59W
                            Attorney for Plaintiff, LOSALunlimited, LLC
                            PORTERFIELD, HARPER, MILLS
                                  & MOTLOW, P.A.
                            P.O. Box 530790
                            Birmingham, Alabama 35253-0790
                            Telephone:   (205)980-5000
                            Fax:            (205) 980-5001
                            E-mail:      phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LOSAL unlimited, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| ) | |
| **SOUTHERN AIRCRAFT SALES,** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON** ) | |
| **AVIATION, and SID HALL,** ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Southern Aircraft Sales
P. O. Box 3008
Albany, GA  31706

Mr. Sid Hall
P. O. Box 3008
Albany, GA  31706

Sixteen Juliette, Inc. d/b/a Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, Georgia  31742

                Respectfully submitted,

                **s/Wm. Dudley Motlow, Jr.**
                William Dudley Motlow, Jr., Esquire
                Bar Number:   ASB-1563-L59W
                Attorney for Plaintiff, LOSALunlimited, LLC
                PORTERFIELD, HARPER, MILLS
                      & MOTLOW, P.A.

P.O. Box 530790  
Birmingham, Alabama 35253-0790  
Telephone: (205)980-5000  
Fax: (205) 980-5001  
E-mail: phm@phm-law.com