IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL unlimited, LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES,  ) | |
| SIXTEEN JULIETTE, INC. d/b/a DAWSON ) | |
| AVIATION, and SID HALL,  ) | |
| ) | |
| Defendants.  ) | |

## NOTICE OF APPEARANCE

COMES NOW, William Perry Webb of the law firm of Porterfield, Harper, Mills, & Motlow, P.A. and files this Notice of Appearance as additional attorney of record for the Plaintiff, LOSALunlimited, LLC ("LOSAL").

        Respectfully submitted,

        **s/Wm. Perry Webb**
        William Perry Webb, Esquire
        Bar Number: ASB-5552-B58W
        Attorney for LOSALunlimited, LLC
        PORTERFIELD, HARPER, MILLS
          & MOTLOW, P.A.
        P.O. Box 530790
        Birmingham, Alabama 35253-0790
        Telephone: (205)980-5000
        Fax: (205) 980-5001
        E-mail: phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LOSAL unlimited, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:05-cv-01144-WKW-SRW** |
| ) | |
| **SOUTHERN AIRCRAFT SALES,** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON** ) | |
| **AVIATION, and SID HALL,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Southern Aircraft Sales
P. O. Box 3008
Albany, GA  31706

Mr. Sid Hall
P. O. Box 3008
Albany, GA  31706

Sixteen Juliette, Inc. d/b/a Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, GA  31742

          Respectfully submitted,

          **s/Wm. Perry Webb**
          William Perry Webb, Esquire
          Bar Number:  ASB-5552-B58W
          Attorney for  LOSALunlimited, LLC
          PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
          P.O. Box 530790
          Birmingham, Alabama  35253-0790
          Telephone:   (205)980-5000
          Fax:            (205) 980-5001
          E-mail:        phm@phm-law.com