LAW OFFICES
# PORTERFIELD, HARPER, MILLS & MOTLOW, P. A.
22 INVERNESS CENTER PARKWAY
SUITE 600
BIRMINGHAM, ALABAMA 35242-4821

JACK B. PORTERFIELD, JR.
LYMAN H. HARRIS
LARRY W. HARPER
WILLIAM T. MILLS, II
W. DUDLEY MOTLOW, JR.
H. C. IRELAND, III
KEITH J. PFLAUM
JEFFREY K. HOLLIS
MICHAEL R. LUNSFORD
LEE T. CLANTON

MAILING ADDRESS
POST OFFICE BOX 530790
BIRMINGHAM, ALABAMA 35253-0790

TELEPHONE (205) 980-5000
FAX (205) 980-5001
E-mail phm@phm-law.com
Website: www.phm-law.com

OF COUNSEL
JAMES LEWIS CLARK
WILLIAM PERRY WEBB

DANIEL P. AVERY
F. BRADY RIGDON
ROBERT W. HEATH
CHRISTOPHER W. JOHNSON
HOLLY H. BAZEMORE
JASON B. TINGLE
HUGH M. FLANAGAN

SENDER'S E-MAIL: WPW@PHM-LAW.COM

June 13, 2006

Matthew W. White, Esquire
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
Walker Building
205 South 9TH Street
Opelika, Alabama 36803

RE: <u>LOSALunlimited v. Sixteen Juliette, Inc. d/b/a Dawson Aviation, et al.</u>
In the United States District Court of Alabama, Middle Dist., Eastern Div.
Case Number:       3:05-cv-01144-T
Our File Number:   (812)05-254

Dear Matt:

We need to go ahead and have the initial meeting of the parties and get a report submitted to the judge. Enclosed is a draft report that we can fill in with such dates as we arrive at together. After you have reviewed it, please give me a call so that we can attend to this detail.

Sincerely,

W. Perry Webb

WPW/cgj
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES, ) | |
| SIXTEEN JULIETTE, INC. d/b/a DAWSON ) | |
| AVIATION, and SID HALL, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. <u>Appearances</u>:

   Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held by telephone on _____, 2006:

   a. Appearing on behalf of plaintiff:
   Phillip E. Adams, Jr., Esq.
   Matthew W. White, Esq.
   Adams, Umbach, Davidson & White, LLP
   Walker Building
   205 South 9TH Street
   Opelika, Alabama 36803
   Phone:   (334)745-6466
   Fax:      (334)749-2800

   b. Appearing on behalf of defendant:
   W. Dudley Motlow, Jr., Esq.
   W. Perry Webb, Esq.
   Porterfield, Harper, Mills & Motlow, P.A.
   22 Inverness Center Parkway, Suite 600
   P. O. Box 530790
   Birmingham, Alabama  35253-0790
   Phone:   (205)980-5000
   Fax:      (205)980-5001

2. <u>Parties</u>:

   a. The plaintiff shall have until _____, 2006, to join any additional parties.

   b. The defendant shall have until _____, 2006, to join any additional parties.

3. <u>Pretrial Disclosures</u>:

   The parties shall make their pretrial disclosures by _____, 2006.

4. <u>Pleadings</u>:

   a. The plaintiff shall have until _____, 2006, to amend the pleadings.
   b. The defendant shall have until _____, 2006, to amend the pleadings.

5. <u>Dispositive Motions</u>:

   All potentially dispositive motions must be filed by _____, 2007.

6. <u>Expert Testimony</u>:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employe expert - are due:

   a. From the plaintiff: _____

   b. From the defendant: _____

7. <u>Discovery Limitations and Cutoffs</u>:

   a. Unless modified by stipulation of the parties:

   Depositions:

   Maximum of 10 depositions for the plaintiff and 10 depositions for the defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of 25 by each party, with responses due within 30 days after service.

Request for Admission:

Maximum of 10 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 25 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

b. Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by _____.

c. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by _____.

8. <u>Pre-trial conference</u>:

This case is set for pretrial conference on _____, 2007, at _____, in Montgomery, Alabama.

9. <u>Trial</u>:

This case is set for jury trial on _____,2007, at _____, in Montgomery, Alabama.

Trial is expected to last 5 days.

10. <u>Final lists</u>:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26 (a)(3) must be served and filed:

      a.      By the plaintiff: _____

      b.      By the defendant: _____

Objections are to be filed within 14 days after receipt of final lists.

11.    **Scheduling Conference:**

The parties do not request a scheduled conference prior to the entry of the Scheduling Order.

12.    **Mediation:**

The parties would consider mediation of this case.

Submitted this _____ day of _____, 2006.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Phillip E. Adams, Jr., Esq.<br>Matthew W. White, Esq.<br>Adams, Umbach, Davidson<br>    & White, LLP<br>Walker Building<br>205 South 9TH Street<br>Opelika, Alabama 36803 | W. Dudley Motlow, Jr., Esq.<br>W. Perry Webb, Esq.<br>Porterfield, Harper, Mills<br>    & Motlow, P.A.<br>22 Inverness Center Parkway, Ste. 600<br>P. O. Box 530790<br>Birmingham, Alabama 35253-0790 |

## Perry Webb

**From:** Perry Webb
**Sent:** Monday, July 17, 2006 10:54 AM
**To:** 'Matthew White'
**Cc:** Dudley Motlow
**Subject:** RE: LOSAL v. Southern Aircraft Sales

Your motion only relates to one count, and I am very reluctant to risk the wrath of a federal judge by awaiting a ruling. I think the more prudent course of action is to go ahead and get this done. If anything develops later to make a change in the scheduling order appropriate, we can request that it be amended. Besides, I doubt that the number of interrogatories, depos., etc., will really be an issue regardless of the ruling. The substance of the discovery is not something that has to be addressed in the report of the parties, or in the scheduling order.

Perry


**From:** Matthew White [mailto:mwhite@audwlaw.com]
**Sent:** Monday, July 17, 2006 10:15 AM
**To:** Perry Webb
**Subject:** RE: LOSAL v. Southern Aircraft Sales

Sorry for the delay in getting back to you. I keep expecting the court to rule on our motion. Quite frankly, as you might imagine, I am reluctant to go forward with discovery given that we have a pending motion to dismiss/motion for more definite statement. I think that you would have to agree that, regardless of which way the court rules on our motion, the court's ruling will greatly effect discovery – how many interrogatories to ask, the substance of those interrogatories, how many depos to take and of whom, the substance of those depos, etc. It is our position that we should wait until the court rules before proceeding with the planning meeting. Please understand that I am not trying to be difficult – I am very hopeful that the court will rule very soon. Let me know if you have any alternative suggestions. MW.


**From:** Perry Webb [mailto:wpw@phm-law.com]
**Sent:** Thursday, July 13, 2006 11:22 AM
**To:** Matthew White
**Cc:** Dudley Motlow
**Subject:** LOSAL v. Southern Aircraft Sales


Hi Matt,

We need to go ahead and have our discovery planning meeting, and I think it can be attended to quickly by telephone since I have already sent you the form planning meeting report. As you would need to have the report in front of you when we talk (and probably your file as well), I haven't wanted to place a "cold call" to your office. Please let me know when I can call you and let's get this done.

Thanks,
Perry Webb
wpw@phm-law.com
(205) 949-3716



6/7/2007

CONFIDENTIALITY NOTE: The information which you have received may be ATTORNEY/CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT, a TRADE SECRET, and/or CONFIDENTIAL INFORMATON. It is intended only for the viewing and use of the individual recipient(s) named above. If you are not the intended recipient, you are hereby notified that any reviewing, using, communication, disseminating, distributing, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone at 205-980-5000.

6/7/2007