IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-01144-WKW |
| | ) |
| SOUTHERN AIRCRAFT SALES, | ) |
| SIXTEEN JULIETTE, INC. d/b/a | ) |
| DAWSON AVIATION, and SID HALL, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In the plaintiff's Motion for Leave to Amend (Doc. # 26), which also contains the plaintiff's response to the defendants Southern Aircraft Sales and Sid Hall's Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, Motion for More Definite Statement (Doc. # 19), the plaintiff asserts that the proposed third amended complaint addresses the deficiencies raised in the defendants' motion to dismiss. Having carefully considered the allegations of the various iterations of the complaint and the objections of the defendants thereto, and in the interest of justice, it is ORDERED that:

    1.    The plaintiff's motion for leave to file the third amended complaint (Doc. # 26) is GRANTED. The plaintiff shall file electronically **on or before June 29, 2007**, an exact duplicate of the third amended complaint that is attached to its motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

    2.    Defendants' motion to dismiss and for more definite statement (Doc. # 19) is DENIED as MOOT.

DONE this 21st day of June, 2007.

                                  /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE