**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 18, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   LOSALunlimited, LLC v. Southern Aircraft Sales et al**

**Case Number:   3:05cv01144-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 34   filed on   September 14, 2007.**