## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC,      ) | |
|       ) | |
|    Plaintiff,      ) | |
|       ) | |
| v.      ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
|       ) | |
| SOUTHERN AIRCRAFT SALES,      ) | |
| SIXTEEN JULIETTE, INC. d/b/a DAWSON) | |
| AVIATION, and SID HALL,      ) | |
|       ) | |
|    Defendants.      ) | |

### REPORT OF PARTIES' PLANNING MEETING

1.    <u>Appearances</u>:

    Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held by telephone on **September 14, 2007**:

    a.    Appearing on behalf of plaintiff:
          Phillip E. Adams, Jr., Esq.
          Matthew W. White, Esq.
          Adams, Umbach, Davidson & White, LLP
          Walker Building
          205 South 9TH Street
          Opelika, Alabama 36803
          Phone:    (334)745-6466
          Fax:    (334)749-2800

    b.    Appearing on behalf of defendant:
          W. Dudley Motlow, Jr., Esq.
          W. Perry Webb, Esq.
          Porterfield, Harper, Mills & Motlow, P.A.
          22 Inverness Center Parkway, Suite 600
          P. O. Box 530790
          Birmingham, Alabama  35253-0790
          Phone:    (205)980-5000
          Fax:    (205)980-5001

2.    <u>Parties</u>:

    a.    The plaintiff shall have until **January 14, 2008**, to join any additional parties.

    b.    The defendant shall have until **February 11, 2008**, to join any additional parties.

3.    <u>Pretrial Disclosures</u>:

The parties shall make their pretrial disclosures by **June 23**, **2008**.

4.    <u>Pleadings</u>:

    a.    The plaintiff shall have until **January 14, 2008**, to amend the pleadings.
    b.    The defendant shall have until **February 11, 2008**, to amend the pleadings.

5.    <u>Dispositive Motions</u>:

All potentially dispositive motions must be filed by **April 1, 2008**.

6.    <u>Expert Testimony</u>:

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employee expert - are due:

    a.    From the plaintiff:    **January 7, 2008**
    b.    From the defendant:    **February 4, 2008**

7.    <u>Discovery Limitations and Cutoffs</u>:

    a.    Unless modified by stipulation of the parties:

        Depositions:

        Maximum of 10 depositions for the plaintiff and 10 depositions for the defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

2

Interrogatories:

Maximum of 40 by each party, with responses due within 30 days after service.

Request for Admission:

Maximum of 10 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 25 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

b.    Pre-discovery disclosure:  The parties shall exchange the information required by Local Rule 26.1(a)(1) by **October 12, 2007.**

c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by **April 18, 2008.**

8.    <u>Pre-trial conference</u>:

This case is set for pretrial conference on **June 30, 2008**, at **10:00 a.m.**, in Montgomery, Alabama.

9.    <u>Trial</u>:

This case is set for jury trial on **July 28, 2008**, at **9:00 a.m.**, in Montgomery, Alabama.

Trial is expected to last 5 days.

10.    <u>Final lists</u>:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26 (a)(3) must be served and filed:

3

a.    By the plaintiff:    **June 23, 2008.**

b.    By the defendant:    **June 23, 2008.**

Objections are to be filed within 14 days after receipt of final lists.

11.    <u>Scheduling Conference</u>:

The parties do not request a scheduled conference prior to the entry of the
Scheduling Order.

12.    <u>Mediation</u>:

The parties would consider mediation of this case.

Submitted this14th of  September, 2007.

ATTORNEY FOR PLAINTIFF:                    ATTORNEY FOR DEFENDANT:

Phillip E. Adams, Jr., Esq                    <u>s/W. Dudley Motlow, Jr.</u>
Adams, Umbach, Davidson & White LLP.    William D. Motlow, Jr.
Walker Building                        ASB-1563-L59W; MOT001
205 9th Street South                    Attorney for Defendant,
Opelika, AL 36803                        Porterfield, Harper, Mills & Motlow, P.A.
                            22 Inverness Center Parkway, Suite 600
                            P.O. Box 530790
                            Birmingham, Alabama 35253-0790
                            Telephone:  205-980-5000
                            Facsimile:  205-980-5001
                            E-mail:  wdm@phm-law.com

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document on all counsel of record by placing a copy of same in the U. S. Mail, postage prepaid, on this the 14th day of September, 2007, to-wit:

Matthew W. White, Esquire
Adams, Umbach, Davidson & White, LLP
205 South 9th Street
Post Office Box 2069
Opelika, AL  36803-2069
(334)745-6466
(334)749-2800 - Facsimile

**s/W. Dudley Motlow, Jr.**
Of Counsel
