**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LOSAL unlimited, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO.:  3:05-cv-01144-WKW-SRW** |
| ) | |
| **SOUTHERN AIRCRAFT SALES,** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON**) | |
| **AVIATION, and SID HALL,** ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| Defendants. ) | |

**EXPERT WITNESS DISCLOSURE**

In accordance with this Court's Uniform Scheduling Order, Plaintiff, LOSALunlimited, LLC ("LOSAL") hereby provides notice that it may offer at trial expert opinion testimony from Mr. Paul Polhemus of the Aviation Department of Auburn University.  The address of the Auburn University Aviation Department is Auburn/Opelika Robert G. Pitts Airport, 700 Airport Road, Auburn, AL 36830.

A copy of the inspection report prepared by Mr. Polhemus is attached to this Disclosure.  Mr. Polhemus is an FAA certified Airframe and Powerplant and Inspection Authorization Technician with 28 years of experience.  Mr. Polhemus will testify that as of the date this inspection was conducted, the aircraft made the subject of this lawsuit was not airworthy, and that the conditions which caused it not to be airworthy would have been present at the time the aircraft was purchased from Defendants, Southern Aircraft Sales and Sid Hall, i.e., approximately August 1, 2002.  These conditions should have been noted by a competent Airframe and Powerplant Technician or Inspection Authorization Technician conducting an airworthiness inspection in conformity with

reasonable care.

Mr. Polhemus did not conduct his inspection as a witness retained or specially employed to provide expert testimony in this litigation.

          Respectfully submitted,

          **s/Wm. Perry Webb**
          William Perry Webb, Esquire
          Bar Number: ASB-5552-B58W
          Attorney for LOSALunlimited, LLC
          PORTERFIELD, HARPER, MILLS
              & MOTLOW, P.A.
          P.O. Box 530790
          Birmingham, Alabama 35253-0790
          Telephone: (205)980-5000
          Fax: (205) 980-5001
          E-mail: phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LOSAL unlimited, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:05-cv-01144-WKW-SRW |
| | ) |
| **SOUTHERN AIRCRAFT SALES,** | ) |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON** | ) |
| **AVIATION, and SID HALL,** | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Southern Aircraft Sales
P. O. Box 3008
Albany, GA  31706

Mr. Sid Hall
P. O. Box 3008
Albany, GA  31706

Sixteen Juliette, Inc. d/b/a Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, GA  31742

                      Respectfully submitted,

                      **s/Wm.  Perry Webb**
                      William Perry Webb, Esquire
                      Bar Number:  ASB-5552-B58W
                      Attorney for  LOSALunlimited, LLC
                      PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                      P.O. Box 530790
                      Birmingham, Alabama  35253-0790
                      Telephone:    (205)980-5000
                      Fax:             (205) 980-5001
                      E-mail:         phm@phm-law.com