**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LOSAL UNLIMITED, LLC** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 3:05-cv-01144-T** |
| ) | |
| **SOUTHERN AIRCRAFT SALES, et al.,** ) | |
| ) | |
| **DEFENDANT.** ) | |

**DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE**

COME NOW, Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel and move this Honorable Court to extend Defendants deadline for disclosing expert witness information. As ground for said motion, Defendants state as follows:

1. Defendants expert disclosure deadline is February 4, 2008.

2. Defendants have been working with counsel for Plaintiff for a date to inspect the aircraft at issue in this lawsuit. However, to date, an inspection has not yet taken place.

3. Furthermore, Plaintiff has not yet responded to Defendants' discovery requests which were served upon Plaintiff on or about October 8, 2007.

4. Any expert Defendants might retain would require reviewing the airplane's engine and aircraft logs which have been requested from Plaintiff but have not yet been produced. A review of these logs, as well as an inspection of the aircraft is essential prior to disclosing expert information.

5. Plaintiff will not be prejudiced by an extension of the expert disclosure deadline, and such an extension will not cause a continuance of the trial.

6.  Counsel for Defendants has attempted to contact counsel for Plaintiff by telephone over the course of the last week but has been unsuccessful in being able to speak with counsel for Plaintiff.

WHEREFORE, Defendants move this Honorable Court to grant an extension of Defendant's Expert Disclosure Deadline of approximately 30 days.

RESPECTFULLY SUBMITTED this the 4th day of February, 2008.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

/s/ Phillip E. Adams, Jr.
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)

/s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Southern Aircraft Sales and Sid Hall
Post Office Box 2069
Opelika, AL 36803-2069
334-745-6466

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790


      Done this the 4th day of February, 2008.


                                      /s/ MATTHEW W. WHITE
                                      OF COUNSEL