IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-01144-WKW |
| | ) |
| SOUTHERN AIRCRAFT SALES, | ) |
| SIXTEEN JULIETTE, INC. d/b/a | ) |
| DAWSON AVIATION, and SID HALL, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Motion to Extend Expert Disclosure Deadline (Doc. # 40), it is ORDERED that the motion is GRANTED. The deadline for the defendants' expert disclosure is CONTINUED from February 4, 2008, to **March 5, 2008**.

DONE this 5th day of February, 2008.

                                               /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE