**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LOSAL UNLIMITED, LLC** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:05-cv-01144-T** |
| ) | |
| **SOUTHERN AIRCRAFT SALES, et al.,** ) | |
| ) | |
| **DEFENDANT.** ) | |

**MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE**

COMES NOW, Defendant, Southern Aircraft Sales, Inc., by and through counsel, and move this Honorable Court to extend the summary judgment deadline which is currently set for March 4, 2008. As grounds for said motion, Defendant states as follows:

1. This case is set for trial on June 30, 2008.

2. Pursuant to this Court's Scheduling Order, the discovery deadline is May 19, 2008.

3. The parties are working together on discovery, but there is much discovery yet to be done.

4. The depositions of each of the parties have yet to be taken. Additionally, the depositions of each parties' experts have yet to be taken.

5. An extension of the summary judgment deadline will not prejudice the Plaintiff nor delay the trial of this matter.

RESPECTFULLY SUBMITTED this the 28th day of February, 2008.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP


/s/ Phillip E. Adams, Jr.
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)


/s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Southern Aircraft Sales and Sid Hall
Post Office Box 2069
Opelika, AL 36803-2069
334-745-6466


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790


Done this the 28th day of February, 2008.


/s/ MATTHEW W. WHITE
OF COUNSEL