IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-01144-WKW |
| ) | |
| SOUTHERN AIRCRAFT SALES, ) | |
| SIXTEEN JULIETTE, INC. d/b/a ) | |
| DAWSON AVIATION, and SID HALL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion to Extend Summary Judgment Deadline (Doc. # 43), it is ORDERED that

1. The motion is GRANTED; the dispositive motions deadline is extended from March 4, 2008, to **May 30, 2008**;

2. The deadline for the parties' expert disclosures is extended from March 5, 2008, to **April 28, 2008**;

3. The trial in this matter is continued from June 30, 2008, to **December 15, 2008**; the pretrial conference is continued from June 2, 2008, to **November 7, 2008**;

4. No further extensions will be permitted.

DONE this 28th day of February, 2008.

                                        /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE