IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LOSAL UNLIMITED, LLC** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| | ) | |
| **SOUTHERN AIRCRAFT SALES, et al.** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## MOTION FOR SUMMARY JUDGMENT Y DEFENDANTS SOUTHERN AIRCRAFT SALES, INC. AND SID HALL

Comes now the Defendant Southern Aircraft Sales, Inc. And Sid Hall, by and through the undersigned counsel, and respectfully moves this Court to enter Summary Judgment in its favor pursuant to Rule 56 of the *Federal Rules of Civil Procedure* on Plaintiff's claims on the grounds that no genuine issue as to any material fact exists, and that Southern Aircraft Sales and Sid hall are entitled to judgment as a matter of law. This Motion is based upon the brief submitted in support hereof.

Respectfully submitted,

 /s/ Matthew W. White
**MATTHEW W. WHITE** (WHI086)
Attorney for Defendant Southern Aircraft Sales

**OF COUNSEL**
Adams, Umbach, Davidson
& White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

    Done this the 30th day of May, 2008.


                        /s/ MATTHEW W. WHITE
                        OF COUNSEL