07/31/2002  13:38   9124956452                SID HALL ENTERPRISES
                                              (8) FILL IN STATE ON BACK OF FORM!!

**SOUTHERN AIRCRAFT SALES**
P.O. BOX 3008
ALBANY, GEORGIA 31706
(229) 435-6276

**AIRCRAFT PURCHASE ORDER**            Nº 123656

FROM: LOSAL UNLIMITED LLC
2320 MOORES MILL RD
SUITE 300
AUBURN AL 36830

I, THE UNDERSIGNED PURCHASER, HEREBY THIS DATE 2/29/02 ENTER MY ORDER FOR THE AIRCRAFT DESCRIBED BELOW. THE ATTACHED CASH DEPOSIT... IS TO APPLY AGAINST THE TOTAL PURCHASE PRICE. I AGREE TO COMPLETE THIS AGREEMENT, ACCEPT DELIVERY OF AIRCRAFT AT ___ LOCATION ___ WITHIN ___ DAYS AFTER NOTIFICATION THE AIRCRAFT IS READY FOR DELIVERY, AND PAY THE BALANCE OF THE PURCHASE PRICE OR MAKE FINANCIAL ARRANGEMENTS SATISFACTORY TO SELLER AT THE TIME OF DELIVERY, ALL SUBJECT TO TERMS AND CONDITIONS SET FORTH BELOW AND ON THE REVERSE SIDE HEREOF.

CONFIRMED DELIVERY DATE: ASAP

### AIRCRAFT INFORMATION
- MAKE & MODEL: BEECH C23
- REGISTRATION NUMBER: N9185S
- SERIAL NUMBER: M1799

### EQUIPMENT DESCRIPTION / AMOUNT

| Description | Amount |
|---|---|
| AIRCRAFT BASIC PRICE | $56,750.00 |
| TREY SALATTO 888 821-3223 / 334 319-2223 (c) | |
| JOE LOUVORN 334 444-5631 | |
| DORR AVIATION 508-401-3978 (F) / 800-214-0666 | |
| TOTAL AIRCRAFT PRICE | $56,750.00 |
| DELIVERY CHARGE | |
| TOTAL DELIVERED PRICE | $56,750.00 |
| STATE AND LOCAL TAXES | |
| TOTAL PURCHASE PRICE | $56,750.00 |
| LESS: CASH DEPOSIT $ ___ AND (+) TRADE IN $ ___ | |
| **BALANCE ON DELIVERY** | $56,750.00 |

SELLER: [signature]

PURCHASER: [signature] a Member  8/1/02

7/26/02


EXHIBIT A