IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LOSAL UNLIMITED, LLC            )
                                )
    PLAINTIFF,                  )
                                )
v.                              )    CASE NO.:3:05-cv-01144-WKW-SRW
                                )
SOUTHERN AIRCRAFT SALES, et al.,)
                                )
    DEFENDANT.                  )

STATE OF ALABAMA
COUNTY OF LEE

### AFFIDAVIT OF SID HALL

COMES NOW the Affiant, Sid Hall, after having been duly sworn, deposes and says as follows:

1. My name is Sid Hall. I am over the age of nineteen (19) years and have personal knowledge of the facts set forth herein.

2. I am the sole shareholder of Southern Aircraft Sales, Inc.

3. Southern Aircraft Sales, Inc. is a business which buys and sells aircrafts. We do not perform any maintenance or repairs on aircraft and we certainly did not perform any maintenance or repairs on the aircraft at issue in this lawsuit.

4. Attached to my Affidavit as Exhibit _B_-1 is the Aircraft Purchase Order signed by myself and Trey Salatto, as member of LOSAL Unlimited, LLC. I have been advised by my counsel that this document was produced by Plaintiff's counsel as discovery in this case. This document is one of a carbon triplicate document. It has print on the front and back of the document. Exhibit _B_-2 is a copy of the back side of the Aircraft Purchase Order.

5. I signed the Aircraft Purchase Order on July 29, 2002 and forwarded it to



purchasers, along with the aircraft, to be executed by purchaser upon acceptance of the aircraft.

6. Attached to my Affidavit as Exhibit _B_-3 is the Aircraft Purchase Order signed by only myself, prior to Mr. Salatto signing it on August 2, 2002. As can be plainly seen, Ex. _B_-1 and Ex. _B_-3 are the same document.

7. I have no ownership interest, or interest of any kind in the former business known as 16J or 16 Juliette.

8. Luther Herndon is an A&P Mechanic who worked for 16J. Mr. Herndon was not my employee, and I had no control over his activities.

9. Southern Aircraft Sales, Inc. was a customer of 16J with regard to servicing and maintaining aircraft owned by Southern Aircraft Sales. Southern Aircraft Sales paid 16J for its services.

FURTHER AFFIANT SAITH NOT.

_____
SID HALL

_____
NOTARY PUBLIC

My Commission Expires:
My Commission Expires March 17, 2009.

Page 2 of 2

07/31/2002 13:38   9124356452

**SOUTHERN AIRCRAFT SALES**
P.O. BOX 3008
ALBANY, GEORGIA 31706
(229) 435-6276

**AIRCRAFT PURCHASE ORDER**   No 123656

FROM: LOSAL UNLIMITED-LLC
2320 MOORES MILL RD
SUITE 300
AUBURN AL 36830

I, THE UNDERSIGNED PURCHASER, HEREBY THIS DATE 7/29/02, ENTER MY ORDER FOR THE AIRCRAFT DESCRIBED BELOW. THE ATTACHED CASH DEPOSIT … IS TO APPLY AGAINST THE TOTAL PURCHASE PRICE. I AGREE TO COMPLETE THIS AGREEMENT, ACCEPT DELIVERY OF AIRCRAFT AT 16Y LOCATION … WITHIN ___ DAYS AFTER NOTIFICATION THE AIRCRAFT IS READY FOR DELIVERY, AND PAY THE BALANCE OF THE PURCHASE PRICE OR MAKE FINANCIAL ARRANGEMENTS SATISFACTORY TO SELLER AT THE TIME OF DELIVERY, ALL SUBJECT TO TERMS AND CONDITIONS SET FORTH BELOW AND ON THE REVERSE SIDE HEREOF.

CONFIRMED DELIVERY DATE: ASAP

| AIRCRAFT INFORMATION | EQUIPMENT DESCRIPTION | AMOUNT |
|---|---|---|
| MAKE & MODEL: BEECH C-23 | AIRCRAFT BASIC PRICE | $56,750.00 |
| REGISTRATION NUMBER: N9185S | TREY SALATTO 888 821-3223  334 319-2223 (c) | |
| SERIAL NUMBER: M1799 | | |
| SALES INVOICE NUMBER: | JOE LOUVORN  334 444-5631 | |
| ENGINE (L): | | |
| ENGINE (R): | DORR AVIATION 508-401-3978 (F)  800-214-0666 | |
| SPECIAL INSTRUCTIONS: | | |
| | TOTAL AIRCRAFT PRICE | $56,750.00 |
| | DELIVERY CHARGE | |
| | TOTAL DELIVERED PRICE | $56,750.00 |
| | STATE AND LOCAL TAXES | |
| | TOTAL PURCHASE PRICE | $56,750.00 |
| | LESS CASH DEPOSIT $ ____ AND (+) TRADE IN $ ____ | |
| | **BALANCE ON DELIVERY** | $56,750.00 |

SELLER: [signature] 7/26/02

[signature] a Member  8/1/02

EXHIBIT B-1

BE SURE TO ENTER STATE NAME BELOW.

## TERMS AND CONDITIONS

1. In the following terms and conditions of sale, the term "Seller" is used to designate that individual or selling organization shown on reverse side as Seller; the term "Manufacturer" is used to designate the manufacturer of the products; and the term "Buyer" is used to describe the buyer of the products covered under this order. This purchase order when accepted by Seller becomes a binding contract of purchase and sale of the products shown on the face hereof upon the terms and provisions stated herein.

2. The prices of the airplane and/or other items covered by this order will be the agreed price to which both Buyer and Seller hereof will be bound. If new aircraft, should Manufacturer increase or decrease its published prices for the articles sold herein prior to delivery, such new prices will be substituted therefor.

3. Prices do not include any Federal, State or local taxes or other governmental fees, assessments or charges on the articles. Wherever applicable such taxes or other fees, assessments or charges will be for the account of Buyer and may be added to the invoice as a separate charge to be paid by Buyer. Omission of any taxes or fees does not limit Buyer's obligation for payment.

4. Payment of the balance due on the purchase price of the articles sold herein will be made in cash at the time of delivery, except that in the case of products financed, the purchase price thereof will be paid in accordance with the terms and conditions agreed between Buyer, Seller and Finance institution.

5. All risks of loss or damage to the articles sold herein will be borne by Buyer following delivery thereof at the delivery point specified on the face hereof. Cost of transportation from the delivery plant will be for Buyer's account. Seller reserves the right to select the means of shipment and carrier, if any, unless specific shipping instructions are received from Buyer.

6. As far in advance as practicable, Seller will notify Buyer of the specific date when products ordered herein will be ready for delivery, which date is herein referred to as the "confirmed delivery date," and Buyer agrees to accept delivery on said date or within a reasonable time thereafter, not to exceed (7) days.

If Buyer has not accepted delivery of the products covered by this purchase order within twenty (20) days from the confirmed delivery date, Seller shall have the right to sell such products in such manner as it may deem advisable, free and clear of any claim for damages of any kind or character whatsoever which Buyer or any other person claiming under or through him, may have arising out of such sale. Further, Seller may retain any deposits paid with this order and apply same to the payment of any loss or damage suffered by Seller by reason of Buyer's failure to accept delivery.

7. Seller shall not be liable for delays in delivery or non-delivery of all or part of the articles, resulting from any cause beyond its control, including without limitation, act of God, fire, flood, strike, lockout, factory shutdown or alteration, act of civil or military authority, insurrection, riot, war, transportation shortage or delay, weather, accident, operations of law or governmental regulations, or delay in obtaining or inability to obtain labor or material. Delivery dates will be extended to the extent of delays resulting from circumstances described above, and no delivery shall be deemed overdue regardless of cause if delivery is made within ninety (90) days from the estimated delivery date.

8. Seller's liability for failure to deliver the articles, regardless of cause, will be limited to the payment to Buyer of such part of the purchase price thereof as Buyer may have theretofore paid to Seller. In no event shall Seller be liable for any consequential or special damages.

9. THE SOLE WARRANTY MADE WITH RESPECT TO THE PRODUCTS SOLD HEREIN IS THAT MADE AND GIVEN BY MANUFACTURER AS SET FORTH IN MANUFACTURER'S CURRENT WARRANTY FORM. EXCEPT AS EXPRESSLY SET FORTH IN SUCH WARRANTY FORM, NO WARRANTY, WHETHER OF MERCHANTABILITY, FITNESS FOR PURPOSE OR OTHERWISE, EXPRESS OR IMPLIED IN FACT OR BY LAW, IS GIVEN BY SELLER WITH RESPECT TO ANY OF THE PRODUCTS, AIRPLANES AND/OR PARTS SOLD HEREIN, AND NO OTHER OR FURTHER OBLIGATION OR LIABILITY SHALL BE INCURRED BY SELLER BY REASON OF THE MANUFACTURE, MODIFICATION, ALTERATION, SALE OR LEASE OF ANY AIRPLANE OR PART OR OF ITS USE, WHETHER FOR BREACH OF ANY WARRANTY, NEGLIGENCE OF MANUFACTURE OR OTHERWISE. SAID PRODUCTS, AIRPLANES, AND/OR PARTS SOLD HEREIN ARE SOLD BY SELLER TO BUYER IN ITS CURRENT CONDITION, AS IS, WITH ALL FAULTS, IF ANY, WITH THE EXPRESS UNDERSTANDING OF BUYER.

10. THE OBLIGATIONS OF SELLER SET FORTH IN MANUFACTURER'S CURRENT WARRANTY FORM SHALL BE THE EXCLUSIVE REMEDY OF BUYER FOR ANY BREACH OF WARRANTY. IN NO EVENT SHALL SELLER OR MANUFACTURER BE LIABLE FOR ANY GENERAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, INCLUDING, WITHOUT LIMITATION ANY DAMAGES FOR LOSS OF USE, LOSS OF PROFITS, OR COST OF REPAIR.

11. Buyer shall indemnify and save Seller harmless from all claims, costs, expenses, damages, and liabilities, including personal injury, death or property damage claims, arising out of the negligence of Buyer or its employees, agents or representatives.

12. This order constitutes the entire agreement of the parties with respect to the subject matters thereof. Seller's failure to object to provisions contained in any communication from Buyer shall not be deemed an acceptance thereof or waiver of any provision of this order.

13. This agreement will be governed by the Uniform Commercial Code as adopted in the State of _____ as effective and in force on the date of this agreement.

EXHIBIT B-2

**SOUTHERN AIRCRAFT SALES**
P.O. BOX 3008
ALBANY, GEORGIA 31706
(229) 435-6276

**AIRCRAFT PURCHASE ORDER**   Nº 12335

FROM: Lusal Unlimited LLC
2320 Moores Mill Rd
Suite 300
Auburn AL 36830

(HEREIN CALLED "SELLER")

I, THE UNDERSIGNED PURCHASER, HEREBY THIS DATE 2/29/02 ENTER MY ORDER FOR THE AIRCRAFT DESCRIBED BELOW. THE ATTACHED CASH DEPOSIT OF $ _____ IS TO APPLY AGAINST THE TOTAL PURCHASE PRICE. I AGREE TO COMPLETE THIS AGREEMENT, ACCEPT DELIVERY OF AIRCRAFT AT __/s/__ WITHIN ___ DAYS AFTER NOTIFICATION THE AIRCRAFT IS READY FOR DELIVERY, AND PAY THE BALANCE OF THE PURCHASE PRICE OR MAKE FINANCIAL ARRANGEMENTS SATISFACTORY TO SELLER AT THE TIME OF DELIVERY, ALL SUBJECT TO TERMS AND CONDITIONS SET FORTH BELOW AND ON THE REVERSE SIDE HEREOF.

CONFIRMED DELIVERY DATE: ASAP

| AIRCRAFT INFORMATION | EQUIPMENT DESCRIPTION | AMOUNT |
|---|---|---|
| MAKE & MODEL: BEECH C23 | AIRCRAFT BASIC PRICE | $56,750.00 |
| REGISTRATION NUMBER: N9185S | TREY SALATTO | |
| SERIAL NUMBER: M1799 | 888 821-3273 | |
| SALES INVOICE NUMBER: | 334 517-2273 (c) | |
| ENGINE (L): | | |
| ENGINE (R): | JOE LOUVIN | |
| SPECIAL INSTRUCTIONS: | 334-444-3631 | |
| | DURR AVIATION | |
| | 501-401-3973 (F) | |
| | 800-314-N666 | |
| | TOTAL AIRCRAFT PRICE | $56,750.00 |
| | DELIVERY CHARGE | — |
| | TOTAL DELIVERED PRICE | $56,750.00 |
| | STATE AND LOCAL TAXES | |
| | TOTAL PURCHASE PRICE | $56,750.00 |
| | LESS CASH DEPOSIT $ | |
| | BALANCE ON DELIVERY | $56,750.00 |

PURCHASER
BY: _____
TITLE: _____

SELLER: /s/
BY: _____ 7/29/02

**EXHIBIT B-3**