

# AIRFRAME
# MAINTENANCE
# RECORDS

EXHIBIT

C



# AIRFRAME
# MAINTENANCE RECORDS

Log No. _2_

Aircraft Registration No. _N 9185 S_

Aircraft Mfg. _BEECHCRAFT_ Model _C-23_ Serial No. _M-1799_

Engine Mfg. _LYCOMING_ Model _O-360-A4K_ Serial No. _L-21004-36A_
Engine Mfg. _____ Model ~~76 EM8 S S-0-60~~ Serial No. ~~28743 K~~

Propeller Mfg. _SENSENICH_ Model _76 EM8 S S-0-60_ Serial No. _28743 K_
  Hub Design No. _____ Hub Serial No. _____
  Blade Design No. _____ Blade Serial No's. _____
  _____
  _____

Propeller Mfg. _____ Model _____ Serial No. _____
  Hub Design No. _____ Hub Serial No. _____
  Blade Design No. _____ Blade Serial No's. _____
  _____
  _____

**(All applicable information must be filled in)**



**AEROTECH PUBLICATIONS INC.**
www.adlog.com
PO BOX 1359 / SOUTHOLD, NY 11971-0965
(631) 765-9375
1-800-235-6444
FAX: (631) 765-9252

Page No. _0_

| DATE | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED—<br>SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|------|------|------|------|
|  |  | **TOTAL** brought forward from previous page | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | | |
|  |  | **SUB-TOTAL** this page | |
|  |  | **TOTAL**—Carry forward to next page | |

Page No. 1

| DATE 2003 | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|
| MAY 28 | | | **TOTAL** brought forward from previous page |
| | | 2904.5 | HOBBS 1254.4 |
| | | | THIS AIRCRAFT RECORD IS BEING TRANSFERRED |
| | | | THIS DAY FROM LOG BOOK ORIGINALL ISSUED |
| | | | ON MARCH 4th 1976 AND THAT DAY GRANTED |
| | | | STD AIRWORTHINESS CERTIFICATE SIGNED |
| | | | BY D.O.HILL OF BEECH AIRCRAFT CORP. |
| | | | |
| | | | OVERHAULED ALTERNATOR FROM AERO |
| | | | ELECTRIC INC FITTED. TAG IN RECORDS |
| | | | VACUUM PUMP FROM HOLLY AERO INC |
| | | | FITTED. TAG IN RECORDS |
| | | | NEW ALTERNATOR BELT FITTED |
| | | | NOSE GEAR COMPLETELY REBUILT WITH |
| | | | NEW BUSHINGS SPRINGS HARDWARE |
| | | | WHEEL BEARINGS & TIRE. SHINNED |
| | | | & GREASED. NEW ENGINE MOUNT FITTED. |
| | | | MAIN LANDING GEAR WHEELS & BRAKES |
| | | | REMOVED CLEANED & PAINTED. NEW |
| | | | BEARINGS FITTED. BRAKE HOSES |
| | | | REPLACED. WITH NEW FITTINGS. |
| | | | BRAKE MASTER CYLINDERS AND |
| | | | REBUILT WITH NEW SEALS & 'O' RINGS |
| | | | DRAINED LINES OF ALL OLD HYD FLUID |
| | | | & REFILLED WITH SHELL 60421 |
| | | | FLUID. THE BRAKES WERE BLED |
| | | | AND OPERATE SATISFACTORILY. |
| | | | |
| | | | **SUB-TOTAL** this page |
| | | | **TOTAL**—Carry forward to next page |

Page No. 2

| DATE 2002 | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|
| MAY 28 | | | **TOTAL** brought forward from previous page |
| | | | |
| | | | ALL NEW SCAT AND SKEET HOSES |
| | | | IN ENGINE COMPARTMENT WERE |
| | | | REPLACED. |
| | | | ALL CONTROL CABLES REMOVED, CLEANED |
| | | | & LUBED. |
| | | | THE WINGS HAD BEEN REMOVED AND |
| | | | ALL ATTACHING HARDWARE CHECKED. |
| | | | REPLACED WINGS WITH ALL NEW |
| | | | HARDWARE ON SPARS etc. |
| | | | THE FLAP BEARINGS WERE ALL REPLACED |
| | | | & ROD END CHECKED & REPLACED WHERE |
| | | | NECESSARY. AND USING NEW HARDWARE |
| | | | THE FLAPS WERE REPLACED AFTER |
| | | | BALANCING USING NEW HARDWARE. |
| | | | FLAP AND AILERON CONTROLS WERE |
| | | | SET UP AND RIGGED I.A.W MANUFACTURERS |
| | | | SHOP MANUAL. |
| | | | THE HORIZONTAL STABILATOR AND RUDDER |
| | | | WERE REMOVED. ALL BRACKETS CHECKED |
| | | | FOR WEAR OR CRACKS. REPAINTED |
| | | | AND REPLACED WITH NEW HARDWARE |
| | | | 'PILOTS SIDE' WINDOW WAS REPLACED |
| | | | WITH NEW ITEM FROM AP AEROPLASTICS |
| | | | INC, TOGETHER WITH NEW STORM |
| | | | WINDOW. |
| | | | CONTINUED |

**SUB-TOTAL** this page

**TOTAL**—Carry forward to next page

Page No. 3

| DATE 2002 | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|
| MAY 28 | | | **TOTAL** brought forward from previous page |
| | | | |
| | | | NEW ANTI-CHAFE MATERIAL FITTED TO ENGINE SCUTTLE. |
| | | | ALL NEW STAINLESS FASTNERS FITTED TO ENGINE COWLING. |
| | | | ALL SCREWS REMOVED & REPLACED WITH STAINLESS. PIECES. |
| | | | NEW LANDING LIGHT WINDOWS WERE FITTED. |
| | | | NEW WING SEAL FITTED. |
| | | | THE AIRCRAFT WAS SANDED IN PREF-ERENCE TO STRIPPING, AS THE FACTORY PAINT WAS STILL EXCELLENT AND AFFORDED A SOUND BASE. |
| | | | THE AIRPLANE WAS PAINTED WITH NASON TWO PACK POLYURETHANE PAINT. SNOW WHITE 400-44. AND SPECIALLY MIXED DARK NAVY BLUE AND LIGHT BLUE ACCENTS |
| | | | AN ANNUAL INSPECTION AND 100 HR CHECK WERE CARRIED OUT I.A.W THE MANUFACTURERS REQUIREMENTS AND ALL CONTROLS & CABLES WERE SET & TENSIONED TO THE LIMITS SET DOWN. |
| | | | CONTINUED |
| | | | |

SUB-TOTAL this page

TOTAL—Carry forward to next page

Page No. 4

| DATE 2002 | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|
| MAY 28 | | | TOTAL brought forward from previous page |

A COMPASS SWING WAS ACCOMPLISHED AND THE AIRCRAFT WILL BE FLOWN TO A RADIO SHOP FOR IFR CERTIFICATION & TRANSPONDER CHECK.
MANUFACTURERS INSP. GUIDE B0234-D. WAS USED.

AEROTRACE INC.
500 AIRPORT DRIVE WEST
SEBASTIAN, FL 32958
U.S.A.

I certify that this _AIRCRAFT_ has been inspected in accordance with a _100HR_ inspection and was determined to be in airworthy condition.
Total Time 2904.5 Tach Time 2904.5 HOBBS 1254.4.
Signature _____ Date 5/28/2002
Stephen J. Barry A & P Lic. 594528827

THIS AIRCRAFT'S TOTAL TIME AT TACH 2904.5 AND HOBBS 1254.4 IS, AT MAY 28# 2002 2904.5 HRS. THE ENGINE AT THESE TIME SMOH IS "O"
THE PROPELLER TIME AT THESE TIMES IS "O" SMOH.

SUB-TOTAL this page

TOTAL—Carry forward to next page

Page No. _____

| DATE | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|------|------|------|------|
| | | | **TOTAL** brought forward from previous page |

Airframe Entry

Date:06/10/2002
Sundowner
Total Time: 2904.5

Registration: 9185S
Serial No: M1799
Hobbs: 1254.4

I certify that this aircraft has been inspected in accordance with an Annual inspection. Lubed all control surfaces, checked cable tensions and verified flight control rigging. Cleaned and repacked wheel bearings, serviced brake reservoir and changed instrument filters. Inspected ELT in accordance with F.A.R. 91.207 (d).

The aircraft identified above was repaired and inspected in accordance with current maintenance rules of the Federal Aviation Regulations and all Airworthiness Directives are complied with and is approved for return to service

Signature

John Rothen
A&P 2638963 IA

## 24 March 2003
### N9185S
### C-23  SN M1799
### 0-360-A4K  SN  L-21004-36A
### TACH 2951.42  TT  2951.42  SMOH 47.37

Overhauled both fuel caps using new "O" rings, Part numbers MS29513-338 and MS29513-010. Installed pilots window fresh air vent scoop. Replaced RH inboard flap up stop bolt and nut, PN's 105982-3A10-008 and AN315-3 respectively. Removed Channel, (Structural), LWR fuselage LH), removed corrosion, alodined, and primed, reinstalled new channel from Beechcraft PN 169-0400005-483 and angle PN 169-400005-487 between fuselage stations 68 and 94. All work completed IAW AC 43.13-1B/2a and Beech service and parts manuals. Original rivet pattern was used. Replaced cabin heat scat hose LH, PN 05-29906 and fresh air scat hose LH, PN 05-29905. I certify this a/c to be in airworthy condition.
Luther E. Herndon          A&P 257926689

**SUB-TOTAL** this page

**TOTAL**—Carry forward to next page

Page No. _____

| DATE | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|
| 2003 | 2951.42 | | TOTAL brought forward from previous page |
| 18 Sept | 3007.83 | 3007.83 | Tested ELT I.A.W. FAR 91.207(d) |

Performed 100 HR Inspection I.A.W Beech Maintenance and Service Manuals. Replaced "O"ring in Master Cylinder, RH Copilot side. Replaced Vacuum Regulator filter with new B3-5-1. Replaced 1 ea brake linings on RH & LH Side with new Rapco RA66-106. Replaced ~~TAIL~~ light with new GE-1141. Replaced RH MLG Tire with new Michellin Condor 6.00 x 6 - 6ply tire. Lubed all flight controls, chains, pulleys, cables, & Bellcranks. Replaced landing/Taxi light switch with new 35-380053-3. Replaced rubber grommets on OAT gauge. Resealed Windshield. Complied with AD 73-20-07-R2 by visual Inspection of wing attach bolt brackets. Complied with AD 87-02-08 by visual Inspection of Stabilator Hinge assemblies. All other AD's previously complied with. No other recurring ADs exist at this time. I certify this airframe to be airworthy at this time.

Luther Herndon A/P 257926689

DATE-18 Sept 03 TT- 3007.83
PERFORMED ANNUAL INSPECTION. I CERTIFY
THAT THIS AIRFRAME HAS BEEN INSPECTED
IN ACCORDANCE WITH A ANNUAL INSPECTION
AND WAS DETERMINED TO BE IN AIRWORTHY
CONDITION. Ray Allen 258643895 A&P/IA

SUB-TOTAL this page

TOTAL—Carry forward to next page

Page No. _____

| DATE | TOTAL TIME IN SERVICE | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED—<br>SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|------|------|------|------|
|  |  |  | **TOTAL** brought forward from previous page |
| 12-15-03 | Hobbs 3039.3 |  | Removed defective fuel pump switch & installed new one, part # W31X1007-10. |
|  |  |  | Ops. ck. good. Gary Johnson A&P 527212073 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | **SUB-TOTAL** this page |
|  |  |  | **TOTAL**—Carry forward to next page |