

# THE adlog™
### AIRCRAFT MAINTENANCE RECORDKEEPING SYSTEM

# ENGINE MAINTENANCE RECORDS

**EXHIBIT D**



# ENGINE MAINTENANCE RECORDS

Log No. _2_

Aircraft Registration No. _N9185S_

Engine Manufacturer _Lycoming_

Model _O-360-A4K_

Serial No. _L2004-36A_

Date installed on aircraft _1978_

Time Between Overhauls (TBO) _2000_ Hours

If used on multi-engine aircraft:

☐ Right    ☐ Left
☐ Front    ☐ Rear

 

**AEROTECH PUBLICATIONS INC.**
www.adlog.com
PO BOX 1359 / SOUTHOLD, NY 11971-0965
(631) 765-9375
1-800-235-6444
FAX: (631) 765-9359

© 1979 AeroTech Publications Inc.

Page No. _____

| DATE 2002 | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED—<br>SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|---|
| MAY 28 | 2904.5 | "0" | 2904.5 | TOTALS brought forward from previous page 1254.4 HOBBS |
| | | | | THE ENGINE WAS REMOVED FROM THE AIRFRAME FOR OVERHAUL IN SEPTEMBER 2001. |
| | | | | THE ENGINE WAS COMPLETELY DISASSEMBLED INTO ITS COMPONENT PARTS. |
| | | | | THE CRANCASE AND ACCESSORY CASE WERE SENT TO DIVCO INC FAA R.S DB2R762K FOR OVERHAUL AND CERTIFICATION, THE YELLOW TAG FOR THE CASE S/N 7845 ARE IN THE RECORDS. |
| | | | | A NEW CRANKSHAFT S/N 734B-6/C WAS FITTED TO THE ENGINE AND FORM 8130-3 FROM ENGINE COMPONENTS IS IN THESE RECORDS. |
| | | | | AN OVERHAULED CAMSHAFT, TAPPETS AND HYDRAULIC LIFTERS P/N's 76097 72877(8) AND 78290(8) WERE FITTED AND YELLOW TAGS FROM ROCK AVIATION CRS RA7R115J AND D&S CAM CORP INC CRS D13R133Y ARE IN THESE RECORDS. |
| | | | | NEW IDLER GEARS AND CRANK GEAR WERE FITTED. ALL NEW HARDWARE WAS USED TO ASSEMBLE THE CASE. |
| | | | | A NEW SET OF OIL PUMP GEARS WERE FITTED AND THE CASE COMPLETED I.A.W LYCOMING O/H MANUAL. |
| | | | | CONTINUED |
| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

| Page No. ___ | | | | |
|---|---|---|---|---|
| DATE | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
| 2002 | | | | |
| MAY 28 | | | | TOTALS brought forward from previous page |
| | | | | THE CYLINDERS, AS COMPLETE KITS, WITH NEW VALVES, PISTONS RINGS ROCKER SHAFTS AND PISTON PINS WERE FITTED WITH NEW SEALS & GASKETS, ENGINE COMPONENTS INC. YELLOW TAGS & WORK ORDERS ARE IN THESE RECORDS THE MAGNETOS WERE COMPLETELY OVERHAULED BY KEN. A. GROSS AVIATION SERVICES AND THE TWO TAGS FOR W/O 3284 AND 3285 ARE IN THESE RECORDS. NEW IGNITION LEADS FITTED A NEW AC/LYCOMING FUEL PUMP WAS FITTED AND YELLOW TAG FROM AERO ACCESSORIES INC. IS IN THE RECORDS. THE CONNECTING RODS WERE OVERHAULED SIZED & BALANCED BY D&S CAMSHAFT CORP. CRS. D13R133Y AND TAGGED WITH ALL SERVICE BULLETINS ACCOMPLISHED. TAG IS IN THE RECORDS AN OVERHAULED DRY AIR PUMP WAS FITTED TO THE ENGINE 211CC. S/N 4973 FROM HOLLY AERO. WORK ORDER AND TAG FROM CRS. H7YR030Y IS IN THE RECORD ... CONTINUED |
| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

Page No. _____

| DATE 2002 | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|---|
| | | | | TOTALS brought forward from previous page |
| MAY 28 | | | | AN OVERHAULED ALTERNATOR WAS FITTED TO THE ENGINE FROM AERO ELECTRIC INC. CRS NV2R045L FORM 8130-3 AND WARRANTY IS IN THESE RECORDS. |
| | | | | A NEW STARTER FROM AIRPART COMPANY WAS FITTED. THE INVOICE IS AVAILABLE FOR INSPECTION. |
| | | | | THE MUFFLER WAS OVERHAULED BY AEROSPACE WELDING. CRS. UWDR792L AND TAG AND WORKS ORDER ARE IN THESE RECORDS. |
| | | | | NEW EXHAUST RISERS & TAIL PIPE ASSEMBLY FITTED WITH NEW GASKETS & HARDWARE. |
| | | | | A SET OF NEW CHAMPION SPARK PLUGS WAS FITTED AND NEW ALTERNATOR BELT AND HARDWARE INSTALLED. |
| | | | | THE ENGINE WAS REFITTED TO THE AIRFRAME USING NEW LORD MOUNTS AND HARDWARE. |
| | | | | THE ENGINE WAS FITTED WITH NEW OIL FILTER AND FILLED WITH |
| | | | | CONTINUED |
| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

| Page No. _____ | | | | |
|---|---|---|---|---|
| DATE | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
| 2002 | | | | TOTALS brought forward from previous page |
| MAY 28 | | | | FRESH SHELL MINERAL OIL AND TEST RUN I.A.W THE MANUFACTURERS OVERHAUL MANUAL AND GENERAL PRACTICE. ALL TEMPS AND PRESSURES WERE WITHIN LIMITS AND THE ENGINE IS RETURNED TO SERVICE. THIS IS THEREFOR TO CERTIFY THAT THIS ENGINE HAS BEEN OVERHAULED I.A.W THE MANUFACTURERS OVERHAUL & MAINTENANCE MANUAL AND HAS A T.B.O OF 2000 HRS. ALL AD's & SERVICE BULLETINS TO MAY 2002 C/W. |
| | | | | AEROTRACE INC. 500 AIRPORT DRIVE WEST SEBASTIAN, FL 32958 U.S.A. STEPHEN.J. BARRY. 594528827 |
| | | | | AS OF 5/28/2002 TACH READS 2904.5 HOBBS READS 1254.4 ENGINE 'O' TSMOH. |
| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

Page No. ____

| DATE | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED—SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|---|
| | | | | TOTALS brought forward from previous page |
| | | | | |
| | | | | I certify that this ENGINE has been inspected in accordance with a 100 HR inspection and was determined to be in airworthy condition. Total Time 2904.5 Tach Time 2904.5 TTSMOH '0' Signature Barry Date 5/28/2002 Stephen J. Barry A & P Lic. 594528827 |

Engine Entry

Date: 06/10/2002
Sundowner
Total Time: 2904.5
Lycoming O-360 A4K
Eng. T.T.: 2904.5

Registration: N9185S
Serial No: M1799
Hobbs: 1254.4
Serial No: L21004-36A
Eng. TSO: 0.0

I certify that this engine has been inspected in accordance with an Annual inspection. Test ran engine and found to be with in parameters and no defects noted. Performed compression check on all cylinders and found as follows 1) 75 2) 73 3) 73 4) 76 Changed oil and filter. Cleaned, inspected and serviced spark plugs.

The aircraft identified above was repaired and inspected in accordance with current maintenance rules of the Federal Aviation Regulations and all Airworthiness Directives are complied with and is approved for return to service

Signature

John Rothen
A&P 2638963 IA

| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

| Page No. _____ | | | | |
|---|---|---|---|---|
| DATE 2002 | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
| | | | | TOTALS brought forward from previous page |
| 23 AUG | 2927.16 | 23.11 | 2927.16 | Removed oil + Replenished with Aeroshell W100. cleaned screens no contaminants found. _Luther Herndon_ A&P 257926689 |
| | | | | **24 MAR 2003** **N9185S** **C-23 SN M1799** **0-360-A4K SN L-21004-36A** **TACH 2951.42 TT 2951.42 SMOH 47.37** Changed oil and replenished with 8 Qts Aeroshell 15W50 Synthetic engine oil, cleaned screens, no contaminates found. Replaced oil screen gasket with new SL61-173 gasket. Tightened alternator belt. Resealed #2 cylinder oil return line fitting. installed missing bolt in baffling forward of #1 cylinder inboard. Checked cylinder compressions...#1 70/80 #2 74/80 #3 72/80 #4 70/80. Sealed gaps and holes in engine baffling. Removed propeller and re-indexed to proper position, reinstalled bolts, re-torque and re-safety wired, reinstalled spinner. I Certify this a/c to be in Airworthy Condition Luther E. Herndon       A&P 257926689 _Luther E. Herndon_ |
| | TACH | TT | Hobbs | |
| 2003 18 Sept | 3007.83 | 3007.83 | 1389.2 | Performed 100HR Inspection I.A.W. Beech Service & Maintenance Manuals. Pre Inspection run up performed. Discrepancies resolved by resetting magneto timing, adjusting mixture & Idle. Drained oil, removed, cleaned, inspected reinstalled sump screen & re safety wired. No contaminants found. Replenished with 8 qts aeroshell 15W50 Synthetic oil. Replaced filler tube gasket & Re safety wired. Lubed all engine controls & checked for freedom of Movement Continued → |
| | | | | SUB-TOTALS this page |
| | | | | TOTALS—Carry forward to next page |

Page No. _____

| DATE | TOTAL TIME IN SERVICE | TOTAL TIME SINCE OVERHAUL | TACH OR RECORDING METER TIME | DESCRIPTION OF WORK PERFORMED— SIGNATURE & CERTIFICATE NO. OF PERSON PERFORMING WORK |
|---|---|---|---|---|
| | | | | TOTALS brought forward from previous page |
| | | | | Removed Spark plugs, Cleaned, inspected, Tested, Painted + reinstalled. Drained carburetor bowl, no contaminants found, reinstalled & Safety wired. AD's checked through this date. None Outstanding. See updated AD list. Compressions were: #1 72/80  #2 74/80  #3 74/80  #4 72/80. I certify this Engine to be airworthy at this time. Luther E. Herndon  A/P 257926689 |
| | | | | DATE- 18 Sept 03  TT- 3007.83 PERFORMED ANNUAL INSPECTION. I CERTIFY THAT THIS ENGINE HAS BEEN INSPECTED IN ACCORDANCE WITH A ANNUAL INSPECTION AND WAS DETERMINED TO BE IN AIRWORTHY CONDITION. Ray Allen 255643895 A+P/IA |
| 12-11-03 | Hours 3039.33 | | Tach(ENG) 1426.5 | Drained engine oil, Cleaned oil screens, no abnormal debri found. Serviced with Aeroshell 80. (40 weight). Ran engine, no leaks found. Harry Johnson A&P527212073 |

**AVIATION ENGINES, INC.**
249 Airport Street
F.A.A. Certified #IQ4R267M
Centreville, AL 35042
Phone: 1-(205) 926-5186

**MAINTENANCE RELEASE**
Model O-360-A4K   Serial No. L-21004-36A
Total Time 3058.91   Time S.M.O.H. 2.5 hrs
Date Overhauled 5/16/05   Work Order No. 3959

The above listed component has been inspected, remanufactured and test run as prescribed by manufacturers specifications. All steel parts magnafluxed and non-ferrous parts zyglowed. No further run-in of the installation is required. All factory bulletins complied with at time of overhaul. All applicable airworthiness directives complied with. The engine and/or component identified above was repaired and inspected in accordance with current Federal Aviation Regulations and was found airworthy for return to service. Pertinent details of the repair are on file at this agency.

Signed: _____

SUB-TOTALS this page
TOTALS—Carry forward to next page