IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL unlimited, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:05-cv-01144-WKW-SRW |
| SOUTHERN AIRCRAFT SALES, SIXTEEN JULIETTE, INC. d/b/a DAWSON AVIATION, and SID HALL, | ) |
| | ) DEMAND FOR JURY TRIAL |
| Defendants. | ) |

## EXPERT WITNESS DISCLOSURE

In accordance with this Court's Uniform Scheduling Order, Plaintiff, LOSALunlimited, LLC ("LOSAL") hereby provides notice that it may offer at trial expert opinion testimony from Mr. Paul Polhemus of the Aviation Department of Auburn University. The address of the Auburn University Aviation Department is Auburn/Opelika Robert G. Pitts Airport, 700 Airport Road, Auburn, AL 36830.

A copy of the inspection report prepared by Mr. Polhemus is attached to this Disclosure. Mr. Polhemus is an FAA certified Airframe and Powerplant and Inspection Authorization Technician with 28 years of experience. Mr. Polhemus will testify that as of the date this inspection was conducted, the aircraft made the subject of this lawsuit was not airworthy, and that the conditions which caused it not to be airworthy would have been present at the time the aircraft was purchased from Defendants, Southern Aircraft Sales and Sid Hall, i.e., approximately August 1, 2002. These conditions should have been noted by a competent Airframe and Powerplant Technician or Inspection Authorization Technician conducting an airworthiness inspection in conformity with


EXHIBIT E

reasonable care.

Mr. Polhemus did not conduct his inspection as a witness retained or specially employed to provide expert testimony in this litigation.

Respectfully submitted,

s/Wm. Perry Webb
William Perry Webb, Esquire
Bar Number: ASB-5552-B58W
Attorney for LOSALunlimited, LLC
PORTERFIELD, HARPER, MILLS
    & MOTLOW, P.A.
P.O. Box 530790
Birmingham, Alabama 35253-0790
Telephone:   (205)980-5000
Fax:   (205) 980-5001
E-mail:   phm@phm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL unlimited, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:05-cv-01144-WKW-SRW |
| | ) |
| SOUTHERN AIRCRAFT SALES, | ) |
| SIXTEEN JULIETTE, INC. d/b/a DAWSON | ) |
| AVIATION, and SID HALL, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Southern Aircraft Sales
P. O. Box 3008
Albany, GA  31706

Mr. Sid Hall
P. O. Box 3008
Albany, GA  31706

Sixteen Juliette, Inc. d/b/a Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, GA  31742

        Respectfully submitted,

        **s/Wm. Perry Webb**
        William Perry Webb, Esquire
        Bar Number: ASB-5552-B58W
        Attorney for LOSALunlimited, LLC
        PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
        P.O. Box 530790
        Birmingham, Alabama 35253-0790
        Telephone:  (205)980-5000
        Fax:  (205) 980-5001
        E-mail:  phm@phm-law.com

# Auburn University
Auburn, AL 36830

Auburn University Aviation
Auburn Opelika Robert G. Pitts Airport
700 Airport Road

Telephone: (334) 844-4597 Operations
(334) 844-4606 Director
Fax: (334) 844-4272

August 8, 2005

Re: Inspection - N91855

- Right wing – aft spar forward side has corrosion along bottom side.

- Forward main spar middle section of wing has corrosion.

- Main gear attach points has some corrosion build up, and forward wing section the same (of gear).

- Upper top main attach bolts skin has buckled on gear.

- Right fuel tank cap and lip corrosion – rust – tanks need to be purged and cleaned.

- Belly – panels – wing – forward corrosion on lightning holes and left forward channel support close to firewall upper section.

- Firewall – Corrosion especially on top let side quarter, very bad.

- Left wing – pitot mast full of dirt.

- Tail section needs elevator bearings. Corrosion throughout tail section moderate to severe.

- Right Tail section by tail splice strap – severe corrosion – going forward in lap section, very bad rivets have corrosion on heads.

- Cabin area – control column severe corrosion on chains and pulleys.

- All wing attach points had corrosion – forward right attach point has 7 missing rivets and one that appears to have been sheared.

- Severe corrosion along cabin side panels numerous points throughout.

- Left gear unsafe condition broken or sheared attach through bolt.

Paul G. Polhemus
Manager, Aircraft Maintenance

A LAND-GRANT UNIVERSITY