IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LOSAL UNLIMITED, LLC )
)
    PLAINTIFF. )
)
v. ) CASE NO. 3:05-CV-01144-T
)
SOUTHERN AIRCRAFT SALES, et al., )
    DEFENDANT. )

STATE OF ALABAMA )
)
COUNTY OF LEE )

### AFFIDAVIT OF PAUL POLHEMUS

COMES NOW the Affiant, Paul Polhemus, after having been duly sworn, deposes and says as follows:

1. My name is Paul Polhemus. I am over the age of nineteen (19) years and have personal knowledge of the facts set forth herein.

2. I am an FAA certified Airframe and Powerplant and Inspection Authorization Technician. License number 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.

3. I have not been retained as an expert by the Plaintiff in this matter. To the best of my recollection, I have never been told by anyone that I had been disclosed as an expert witness in this matter, until being shown the Expert Witness Disclosure by Mr. White, counsel for Southern Aircraft Sales and Sid Hall.

Page 1 of 2



EXHIBIT F

4. I performed an inspection of the aircraft at issue on August 8, 2005. A copy of my inspection report is attached to the Plaintiff's Expert Witness Disclosure.

5. At the time I inspected the aircraft, it had a cracked engine case and various different problems with the airframe which are outlined in my report of August 8, 2005. The aircraft was not airworthy as of that date, i.e., August 8, 2005.

6. With regard to the engine's cracked case, I have no opinion as to whether any problems with the engine would have existed in or about August 2002 which may have led to the cracked case or which would have rendered the aircraft not airworthy.

7. With regard to the various problems of the airframe noted in my report, I have no opinion as to whether the problems that I noted would have existed in or about August 2002 to such an extent as to render the aircraft not airworthy at that time.

FURTHER AFFIANT SAITH NOT.

*Paul Polhemus*   5-30-08
PAUL POLHEMUS

*Denean Lloyd Patterson*  5-30-08
Notary Public

My Commission Expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS