IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL UNLIMITED, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.:3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES, et al.,) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO BE ALLOWED TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT WITH PLAINTIFF MEMBERS' DEPOSITIONS**

COMES NOW Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel, and move this Honorable Court to allow them to supplement their Motion for Summary Judgment, filed simultaneously herewith, with the depositions of the Plaintiff's members. As grounds for said motion, Defendants state as follows:

1. The depositions of Trey Salatto and Joe Lovvorn, the two members of Plaintiff LOSAL Unlimited, Inc. were taken on May 14, 2008.

2. To date, the deposition transcripts have not been received.

3. Defendants request that they be allowed to supplement their Motion for Summary Judgment upon receipt of the deposition transcripts.

Respectfully submitted this the 30th day of May, 2008.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP


/s/ Phillip E. Adams, Jr.
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)


/s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Southern Aircraft Sales and Sid Hall
Post Office Box 2069
Opelika, AL 36803-2069
334-745-6466


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

Done this the 30th day of May, 2008.


/s/ MATTHEW W. WHITE
OF COUNSEL