IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOSALunlimited, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-01144-WKW |
| | ) | |
| SOUTHERN AIRCRAFT SALES, | ) | |
| SIXTEEN JULIETTE, INC. d/b/a | ) | |
| DAWSON AVIATION, and SID HALL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to be Allowed to Supplement Motion for Summary Judgment with Plaintiff Members' Depositions (Doc. # 47), it is ORDERED that the motion is GRANTED to the extent that the defendants shall file the relevant portions of the deposition transcripts on or before the date of submission of the motion to the court, *i.e.*, the due date of the defendants' reply brief. (*See* Doc. # 37.)

DONE this 10th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE