# Auburn University

Auburn, AL  36830

Auburn University Aviation
Auburn Opelika Robert G. Pitts Airport
700 Airport Road

Telephone: (334) 844-4597 Operations
(334) 844-4606 Director
Fax: (334) 844-4272

August 8, 2005

Re:  Inspection – N91855

- Right wing – aft spar forward side has corrosion along bottom side.

- Forward main spar middle section of wing has corrosion.

- Main gear attach points has some corrosion build up, and forward wing section the same (of gear).

- Upper top main attach bolts skin has buckled on gear.

- Right fuel tank cap and lip corrosion – rust – tanks need to be purged and cleaned.

- Belly – panels – wing – forward corrosion on lightning holes and left forward channel support close to firewall upper section.

- Firewall – Corrosion especially on top let side quarter, very bad.

- Left wing – pitot mast full of dirt.

- Tail section needs elevator bearings.  Corrosion throughout tail section moderate to severe.

- Right Tail section by tail splice strap – severe corrosion – going forward in lap section, very bad rivets have corrosion on heads.

- Cabin area – control column severe corrosion on chains and pulleys.

- All wing attach points had corrosion – forward right attach point has 7 missing rivets and one that appears to have been sheared.

- Severe corrosion along cabin side panels numerous points throughout.

- Left gear unsafe condition broken or sheared attach through bolt.

Paul G. Polhemus
Manager, Aircraft Maintenance

A LAND-GRANT UNIVERSITY

DEFENDANT'S EXHIBIT

5 SAUA110