IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL Unlimited, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:05-CV-01144-WKW |
| | ) |
| SOUTHERN AIRCRAFT SALES, INC.; | ) |
| SIXTEEN JULIETTE, INC. d/b/a | ) |
| DAWSON AVIATION; and SID HALL, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF W. PERRY WEBB
### PURSUANT TO RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

My name is William Perry Webb. I was admitted to the Alabama State Bar in 1984, and have been a member in good standing continuously since that time. I make the following affidavit on my personal knowledge and in my capacity as counsel for the Plaintiff, LOSAL Unlimited, LLC in the above-captioned lawsuit:

Prior to the initiation of the above-referenced lawsuit, I was advised by Patrick J. Salatto, III, one of the principals of LOSAL Unlimited, LLC, that the aircraft LOSAL had purchased had been determined not to be airworthy and that this condition was due in large part to airframe corrosion which had been discovered by Auburn University Aviation while in the process of identifying the source of an oil leak. That oil leak ultimately was traced to a cracked engine casing. Mr. Salatto told me that he had been provided with a letter made Exhibit A to this

affidavit from Auburn University, and that Mr. Polhemus of Auburn University had told him that the corrosion referenced in the report would have been present at the time LOSAL purchased the aircraft.

I subsequently met with Mr. Polhemus in the presence of the two principals of LOSAL Unlimited, LLC, Mr. Patrick J. Salatto, III and Mr. Joseph F. Lovorn. I told Mr. Polhemus that in all likelihood we would need his testimony in the lawsuit and he said that he understood. I obtained sufficient information with respect to Mr. Polhemus' training and experience to satisfy me that he would qualify to offer expert opinion testimony in this matter. Mr. Polhemus repeated to me that the corrosion he observed when inspecting the aircraft would have been present when the aircraft was purchased by LOSAL in July 2002. He further told me that a properly-performed inspection would have detected that corrosion. He did not offer an opinion about the extent to which the corrosion would have been present when the aircraft was purchased approximately three years prior to his inspection, but told me that corrosion was a slow process. Based upon what he had told us during that meeting, and had previously told Mr. Salatto and Mr. Lovorn, I identified Mr. Polhemus as an expert witness.

Because of the difficulties encountered with Mr. Polhemus' testimony, as detailed in the motion for extension of time filed by W. Dudley Motlow, Jr., it will be necessary to complete the deposition of Mr. Polhemus and perhaps identify and obtain sworn testimony from an additional aviation expert. This testimony is crucial to LOSAL's defense of the motion for summary judgment filed by the Defendants, Southern Aircraft Sales and Sid Hall, because the existence of corrosion at the time the aircraft was purchased is vital to the claims for negligent or wanton inspection, suppression and misrepresentation made by the Defendants, Southern Aircraft Sales and Sid Hall, with respect to the aircraft's condition.

_____
W. PERRY WEBB

STATE OF ALABAMA        )

COUNTY OF SHELBY        )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that W. Perry Webb, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, and on his oath he executed the same voluntarily on the day the same bears date.

    Sworn to and subscribed before me on this the 20th day of June, 2008.

_____
NOTARY PUBLIC
Commission Expires: 7/29/08

# EXHIBIT A

# Auburn University
Auburn, AL 36830

Auburn University Aviation
Auburn Opelika Robert G. Pitts Airport
700 Airport Road

Telephone: (334) 844-4597 Operations
(334) 844-4606 Director
Fax: (334) 844-4272

August 8, 2005

Re: Inspection – N91855

- Right wing – aft spar forward side has corrosion along bottom side.

- Forward main spar middle section of wing has corrosion.

- Main gear attach points has some corrosion build up, and forward wing section the same (of gear).

- Upper top main attach bolts skin has buckled on gear.

- Right fuel tank cap and lip corrosion – rust – tanks need to be purged and cleaned.

- Belly – panels – wing – forward corrosion on lightning holes and left forward channel support close to firewall upper section.

- Firewall – Corrosion especially on top let side quarter, very bad.

- Left wing – pitot mast full of dirt.

- Tail section needs elevator bearings. Corrosion throughout tail section moderate to severe.

- Right Tail section by tail splice strap – severe corrosion – going forward in lap section, very bad rivets have corrosion on heads.

- Cabin area – control column severe corrosion on chains and pulleys.

- All wing attach points had corrosion – forward right attach point has 7 missing rivets and one that appears to have been sheared.

- Severe corrosion along cabin side panels numerous points throughout.

- Left gear unsafe condition broken or sheared attach through bolt.

Paul G. Polhemus
Manager, Aircraft Maintenance

A LAND-GRANT UNIVERSITY

DEFENDANT'S EXHIBIT
5 SAU0110