IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL UNLIMITED, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-01144-T |
| ) | |
| SOUTHERN AIRCRAFT SALES, et al., ) | |
| ) | |
| DEFENDANT. ) | |

### DEFENDANTS' EXPERT DISCLOSURE

COME NOW, Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel and hereby disclose the following expert information:

1. Defendants' expert is Franklin Williams. Mr. Williams report is attached as Exhibit A. Mr. Williams is a FAA Designated Airworthiness Representative for Maintenance (Maintenance - DAR), Inspection Authorization (IA), Airframe and Powerplant Mechanic (A&P). He graduated from Southern Georgia Technical College in 1975 with a degree in Aircraft Maintenance.

2. Mr. Williams has not authored any publications in the previous 10 years.

3. Mr. Williams has not testified as an expert witness at trial or by deposition in the previous 4 years.

4. Mr. Williams expects to be compensated at his hourly rate of $75.00 an hour for all work related to this case.

RESPECTFULLY SUBMITTED this the 28th day of April, 2008.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP


/s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Southern Aircraft Sales and Sid Hall
Post Office Box 2069
Opelika, AL 36803-2069
334-745-6466


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790


Done this the 28th day of April, 2008.


/s/ MATTHEW W. WHITE
OF COUNSEL

**SFA**
*AIMING FOR EXCELLENCE*

Souther Field Aviation, Inc.  Phone (229) 924-2812
Franklin Williams  Fax (229)924-4356
President

24 April 2008

ATTN: Mr. Matt White
Fx: 334-749-3238

RE: Visual Inspection of N9185S

    On 28 February, 2008, I traveled to Auburn, Al airport and completed a preliminary visual inspection of several noted locations on the airframe of Beech Model C23 Serial # M1799. This inspection was at the request of Mr. Sid Hall and my findings are as follows:

The aircraft is tied down outside on the ramp.
The last logbook entry for maintenance/inspection is dated 12/15/03 with a hobbs meter time of 3039.3 hrs. The current meter reading on 02/28/08 is 3058.91 hrs ( in service for 19.61 hrs since last inspection.)
The Engine Serial # L21006-36A is removed from and was shown to me on the back of a truck in what appears to be a newly overhauled condition and the engine logbook entry confirms this. The propeller and engine baffling is inside the aircraft in what appears to be good condition.
I looked at several locations for what was reported to be various stages of corrosion and while there is some surface oxidation on some pieces of the skin and spars/center section, I did not see anything that would not be expected on an airplane of this age and all that I observed can be removed or neutralized with normal scheduled maintenance. There does seem to be excessive slop in the elevator bearings and the surface corrosion is worse in the aft sections of the aircraft. I found no major problem that would require extensive repairs or replacement.
I estimate that this aircraft could be inspected, repaired and returned to service with a minimum of expense, the major operations being the re-installation of the engine and propeller.

    Upon review of the Logbooks for N9185S, I have come to the following conclusions regarding the aircrafts airworthiness:

The airframe logbook begins with a statement dated 28 May 2002, from a certified mechanic that would tell me that he had the original records in hand to determine the total time (2904.5), hobbs time and date of Issuance of the Airworthiness Certificate.

223 Airport Rd
Americus, Ga 31709


EXHIBIT A



Southern Field Aviation, Inc  Phone (229) 924-2813
Franklin Williams  Fax (229) 924-4356
President

The aircraft has undergone (2) inspections (#1 in March 2003 & #2 in September 2003) since May 2002, both by certified mechanics and found to be airworthy and returned to service IAW FAR 43. The last entry in the aircraft logbook dated 12-15-03 shows the aircraft time to be 3039.3 hrs. This would mean that the aircraft was flown 134.8 hours since the engine was overhauled and the new logbook started.

Overview:

Since FAR 91.7 requires that the pilot determine airworthiness prior to flight and FAR 43 requires that a thorough visual and functional inspection be done before being returned to service, it is my opinion that the engine case was NOT cracked in May 2002 and the aircraft was airworthy at that time. Note 100 Hour Inspection dated 05/28/02 and Annual Inspection dated 06/10/02, both certify as airworthy and return to service.

Respectfully,

*Franklin Williams*
Franklin Williams
FAA DAR-T 200 026 SO
IA 2578408378-1 April 2008

223 Airport Rd
Americus, Ga 31709