LAW OFFICES

# PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.

22 INVERNESS CENTER PARKWAY
SUITE 600
BIRMINGHAM, ALABAMA 35242-4821

JACK B. PORTERFIELD, JR.
LARRY W. HARPER
WILLIAM T. MILLS, II
W. DUDLEY MOTLOW, JR.
H. C. IRELAND, III
KEITH J. PFLAUM
MICHAEL R. LUNSFORD
LEE T. CLANTON

LYMAN H. HARRIS
(1936-2006)

TELEPHONE (205) 980-5000
FAX (205) 980-5001
E-mail phm@phm-law.com

June 10, 2008

Sender's E-mail: wdm@phm-law.com

OF COUNSEL
JAMES LEWIS CLARK
WILLIAM PERRY WEBB

ROBERT W. HEATH
CHRISTOPHER W. JOHNSON
HOLLY H. BAZEMORE
JASON B. TINGLE
EDWARD W. PAYNE
STEPHEN J. AUSTIN
J. MICHAEL COOPER
DAVID C. WILLIAMS, JR.

* ALSO ADMITTED IN MISSISSIPPI

Mr. Paul G. Polhemus, Manager of
 Aircraft Maintenance
Auburn University Aviation
Auburn - Opelika Robert G. Pitts Airport
700 Airport Rd.
Auburn, AL 36830

RE:   <u>LOSALUnlimited, LLC v. Sixteen Juliette, Inc. d/b/a Dawson Aviation</u>
      In the United States District Court of Alabama
      Middle District, Eastern Division
      Case No.:        3:05cv 1144-T
      Our File No.:    (812)05-254

Dear Mr. Polhemus:

I am writing about the telephone conversation you had with Perry Webb and me. I had called you to discuss the preparation of an affidavit which we would file in the lawsuit concerning the Beech Sundowner N9185S, and the discussions you have had with Joe Lovvorn and Trey Salatto concerning that aircraft.

As I am sure you recall, you prepared a letter dated August 8, 2005, summarizing your inspection of that aircraft. Perry Webb, Joe Lovvorn, and Trey Salatto met with you at the Auburn Airport on December 19 of last year to discuss that report with you. Enclosed is a copy of Perry's notes which he made during that discussion. Those notes reflect that the corrosion you detected when you inspected the aircraft would have existed when Joe and Trey purchased the airplane. I have spoken with Trey and Joe, and they will confirm that you indeed made that comment to the three of them during your meeting. I am aware that you signed an affidavit last week which was presented to you by the lawyers representing Southern Aircraft Sales and Sid Hall, from whom Trey and Joe purchased the aircraft. I further am aware that affidavit says that you have no opinion about whether the airframe corrosion would have existed in 2002 such that the aircraft would have been unairworthy at that time. I believe that this affidavit is inconsistent with what you told Perry, Joe, and Trey given your

Mr. Paul G. Polhemus
June 10, 2008
Page 2

---

observation that the corrosion was a slow process which did not happen overnight, and which would have existed at the time they bought the plane three years earlier.

If you cannot sign and return to me the attached affidavit, it will be necessary to place you under subpoena and take your deposition. Please let me know by Monday, June 16, 2008, if you will be able to sign the Affidavit. I may be reached at (205)980-5000.

Sincerely,

W. Dudley Motlow, Jr.

WDWjr/cgj
Enclosure

2-19-'07 Paul Pohorus

Wife passed away 6 mos ago

Will stand by what's in report

Corrosion didn't happen overnight. Slow process. Would've existed when they bought the plane

~~[struck through]~~
looked at the plane to see where the oil was coming from, found cracked case, pulled engine, got it fixed, then started doing annual to see what else was wrong, found corrosion

Showed him the logs — they just missed it on other annuals — it should've been caught on the other annuals and on the prebuy. He's had 20 year old 172's that had less corrosion than that he found on the Sundowner

Can't speculate how the rivets came to be missing

An adequate annual should have revealed it as his did.
This not just an honest oversight

FAR 43 Appendix D
Maintenance Manual has checklist

Freeman's Out until Jan 14

The deficiencies he noted in his report would not be airworthy — would need major work

FAA Certified
Airframe + Powerplant Technician
Inspection Authorization to do annual

28 years experience as ATP

# Auburn University

Auburn, AL 36830

Auburn University Aviation
Auburn Opelika Robert G. Pitts Airport
700 Airport Road

Telephone: (334) 844-4597 Operations
(334) 844-4606 Director
Fax: (334) 844-4272

August 8, 2005

Re: Inspection - N91855

- Right wing – aft spar forward side has corrosion along bottom side.

- Forward main spar middle section of wing has corrosion.

- Main gear attach points has some corrosion build up, and forward wing section the same (of gear).

- Upper top main attach bolts skin has buckled on gear.

- Right fuel tank cap and lip corrosion – rust – tanks need to be purged and cleaned.

- Belly – panels – wing – forward corrosion on lightning holes and left forward channel support close to firewall upper section.

- Firewall – Corrosion especially on top let side quarter, very bad.

- Left wing – pitot mast full of dirt.

- Tail section needs elevator bearings. Corrosion throughout tail section moderate to severe.

- Right Tail section by tail splice strap – severe corrosion – going forward in lap section, very bad rivets have corrosion on heads.

- Cabin area – control column severe corrosion on chains and pulleys.

- All wing attach points had corrosion – forward right attach point has 7 missing rivets and one that appears to have been sheared.

- Severe corrosion along cabin side panels numerous points throughout.

- Left gear unsafe condition broken or sheared attach through bolt.

Paul G. Polhemus
Manager, Aircraft Maintenance

A LAND-GRANT UNIVERSITY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:05-cv-01144-WKW-SRW |
| SOUTHERN AIRCRAFT SALES, SIXTEEN JULIETTE, INC. d/b/a DAWSON AVIATION, and SID HALL, | ) |
| Defendants. | ) |

### AFFIDAVIT OF PAUL G. POLHEMUS

My name is Paul G. Polhemus, and I am currently the Manager of Aircraft Maintenance at Auburn University. I am over the age of 21 years, and I have personal knowledge of the matters which follow:

I have completed the prerequisite training and examinations, and hold a certification from the Federal Aviation Administration (FAA) as an Aircraft and Powerplant Technician ("A&P"). I also hold an Inspection Authorization from the FAA. These certifications authorize me to perform the annual and other FAA-mandated inspections to determine the airworthiness of aircraft. If an aircraft is not deemed airworthy, it cannot be legally flown.

I have been an A&P for over 28 years, and have performed hundreds of airworthiness inspections. Accordingly, I am familiar with the standard of care required to perform an annual inspection properly and in compliance with FAA standards.

I am familiar with the Beech Sundowner aircraft N9185S, which I understand to be owned by LOSAL Unlimited, LLC. I have spoken with both Trey Salatto and Joe Lovvorn on several occasions concerning this aircraft.

In 2005, I was asked by them to inspect the aircraft and determine the source of what they believed to be oil which had blown onto the windshield of the aircraft. I examined the engine and found that the engine block had cracked, allowing oil to escape from the crankcase and be blown onto the aircraft windshield.

In the course of performing this inspection, I noted a number of deficiencies in the airframe of the aircraft, which I described in the letter dated August 8, 2008 which is made exhibit A to this

affidavit. These conditions prevent the aforesaid aircraft from being deemed airworthy. Furthermore, these conditions would have been in existence for several years, certainly before July, 2002. Moreover, the conditions I noted in my letter should have been detected during an annual inspection performed with the exercise of reasonable care had such an inspection been performed on or before July, 2002.

This the _____ day of _____, 2008.

_____
Paul Polhemus

STATE OF ALABAMA    )
COUNTY OF _____ )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Paul Polhemus, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, and on his oath he executed the same voluntarily on the day the same bears date.

Given under my hand this the _____ day of _____, 2008.

_____
Notary Public
SEAL          My Commission Expires: _____