IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LOSAL Unlimited, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.: 3:05-CV-01144-WKW |
| ) | |
| **SOUTHERN AIRCRAFT SALES, INC.;** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a** ) | |
| **DAWSON AVIATION; and SID HALL,** ) | |
| ) | |
| **Defendants.** ) | |

**SUBMISSION IN OPPOSITION TO SUMMARY JUDGMENT MOTION
OF DEFENDANTS, SOUTHERN AIRCRAFT SALES, INC. AND SID HALL**

Plaintiff, LOSAL Unlimited, LLC, files the following materials in opposition to the motions for summary judgment filed by Defendants, Southern Aircraft Sales, Inc. and Sid Hall:

1. Brief in Opposition to Motion for Summary Judgment of Defendants Southern Aircraft Sales and Sid Hall
2. Affidavit of Joseph F. Lovvorn
3. Affidavit of Patrick J. Salatto, III
4. Deposition of Joseph Floy Lovvorn
5. Deposition of Patrick John "Trey" Salatto, III

Respectfully submitted,

**s/W. Dudley Motlow, Jr.**
William D. Motlow, Jr.
ASB-1563-L59W; MOT001
Attorney for Plaintiff, LOSAL Unlimited, LLC
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242-4821
Telephone: 205-980-5000
Facsimile: 205-980-5001
E-mail: wdm@phm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LOSAL Unlimited, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.:  3:05-CV-01144-WKW |
| ) | |
| **SOUTHERN AIRCRAFT SALES, INC.;** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a** ) | |
| **DAWSON AVIATION; and SID HALL,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the **20th** day of **June, 2008**, the foregoing was served upon the parties by placing a copy of same in the U.S. Mail, first-class postage pre-paid, to:

Philip E. Adams, Jr.
Matthew W. White, Esq.
Adams, Umbach, Davidson & White, LLP
Walker Building
205 South 9TH Street
Opelika, AL 36803

          **s/W. Dudley Motlow, Jr.**
          William D. Motlow, Jr.
          Attorney for Plaintiff, LOSAL Unlimited, LLC