IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 3:05-cv-01144-WKW-SRW |
| SOUTHERN AIRCRAFT SALES, SIXTEEN JULIETTE, INC. d/b/a DAWSON AVIATION, and SID HALL, | ) ) ) ) ) |
|     Defendants. | ) |

### AFFIDAVIT OF JOSEPH F. LOVVORN

My name is Joseph F. Lovvorn, I am over the age of 21 years, and I have personal knowledge of the matters which follow:

After experiencing oil on the windshield while flying Beechcraft Sundowner N9185S, I had the aircraft inspected by Auburn University Aviation at Auburn, Alabama, where the plane is based. After the inspection, LOSAL was provided with the letter made Exhibit 1 to this affidavit. The letter was signed by Paul Polhemus of Auburn University Aviation, and I discussed with him the problems he identified in that letter. I have heard Mr. Polhemus specifically say that the airframe corrosion would have existed prior to the time that LOSAL bought the plane on August 1, 2002, and that a properly done annual and/or prebuy inspection would have detected that corrosion.

This the __18th__ day of __June__, 2008.

_____
Joseph F. Lovvorn

STATE OF ALABAMA        )
COUNTY OF __Lee__        )

I, the undersigned, a Notary Public in and for said County in said State, hereby

certify that Joseph F. Lovvorn, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, and on his oath he executed the same voluntarily on the day the same bears date.

Given under my hand this the 18th day of June, 2008.

Notary Public *Arnie Brin*

SEAL       My Commission Expires:
           Nov. 14, 2009

# EXHIBIT ONE

# Auburn University

Auburn, AL 36830

Auburn University Aviation
Auburn Opelika Robert G. Pitts Airport
700 Airport Road

Telephone: (334) 844-4597 Operations
(334) 844-4606 Director
Fax: (334) 844-4272

August 8, 2005

Re: Inspection - N91855

- Right wing – aft spar forward side has corrosion along bottom side.

- Forward main spar middle section of wing has corrosion.

- Main gear attach points has some corrosion build up, and forward wing section the same (of gear).

- Upper top main attach bolts skin has buckled on gear.

- Right fuel tank cap and lip corrosion – rust – tanks need to be purged and cleaned.

- Belly – panels – wing – forward corrosion on lightning holes and left forward channel support close to firewall upper section.

- Firewall – Corrosion especially on top let side quarter, very bad.

- Left wing – pitot mast full of dirt.

- Tail section needs elevator bearings. Corrosion throughout tail section moderate to severe.

- Right Tail section by tail splice strap – severe corrosion – going forward in lap section, very bad rivets have corrosion on heads.

- Cabin area – control column severe corrosion on chains and pulleys.

- All wing attach points had corrosion – forward right attach point has 7 missing rivets and one that appears to have been sheared.

- Severe corrosion along cabin side panels numerous points throughout.

- Left gear unsafe condition broken or sheared attach through bolt.

Paul G. Polhemus
Manager, Aircraft Maintenance

A LAND-GRANT UNIVERSITY