# American Court Reporting
## toll-free (877) 320-1050

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NUMBER
3:05-CV-01144-WKW-SRW

LOSAL Unlimited, LLC,
    Plaintiffs,
vs.
Southern Aircraft Sales, et al.,
    Defendants.

DEPOSITION TESTIMONY OF:
PATRICK JOHN "TREY" SALATTO, III

May 14, 2008
10:15 AM

COURT REPORTER:
KRISTEN DYKES THOMAS

**Page 2**

1   S T I P U L A T I O N S
2       IT IS STIPULATED AND AGREED by
3   and between the parties through their
4   respective counsel that the deposition of
5   TREY SALATTO, may be taken before Kristen
6   Dykes, Court Reporter and Notary Public,
7   State at Large, at the offices of Adams,
8   Umbach, Davidson & White, Opelika,
9   Alabama, on May 14, 2008, commencing at
10  approximately 10:15 a.m.
11      IT IS FURTHER STIPULATED AND
12  AGREED that the signature to and the
13  reading of the deposition by the witness
14  is waived, the deposition to have the
15  same force and effect as if full
16  compliance had been had with all laws and
17  rules of Court relating to the taking of
18  depositions.
19      IT IS FURTHER STIPULATED AND
20  AGREED that it shall not be necessary for
21  any objections to be made by counsel to
22  any questions, except as to form or
23  leading questions, and that counsel for

**Page 3**

1   the parties may make objections and
2   assign grounds at the time of trial or at
3   the time said deposition is offered in
4   evidence, or prior thereto.
5       In accordance with Rule 5(d) of
6   the Alabama Rules of Civil Procedure, as
7   amended, effective May 15, 1998, I,
8   Kristen Dykes, am hereby delivering to
9   Matthew W. White the original transcript
10  of the oral testimony taken May 15, 2008,
11  along with exhibits.
12      Please be advised that this is
13  the same and not retained by the Court
14  Reporter, nor filed with the Court.

**Page 4**

I N D E X

EXAMINATION BY:            PAGE NO.
Mr. White                 7
Certificate               133

INDEX OF EXHIBITS
EXHIBITS              PAGE NO.
DEFENDANTS' 1  Ad                 22
DEFENDANTS' 2  Purchase Order     38
DEFENDANTS' 3  Engine Log         97
DEFENDANTS' 4  Airframe Log       108
DEFENDANTS' 5  Inspection Summary 118

1 (Pages 1 to 4)

# American Court Reporting
## toll-free (877) 320-1050

Page 5

```
 1         A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4      William Dudley Motlow, Jr.
 5      PORTERFIELD, HARPER, MILLS &
 6      MOTLOW, P.A.
 7      22 Inverness Center Parkway
 8      Suite 600
 9      Birmingham, Alabama 35253
10
11
12
13   FOR THE DEFENDANTS, SID HALL & SOUTHERN
14   AIRCRAFT SALES:
15      Matthew W. White
16      ADAMS, UMBACH, DAVIDSON &
17      WHITE, LLP
18      205 S. 9th Street
19      Opelika, Alabama 36803
20
21   ALSO PRESENT:
22
23      Joe Lovvorn
```

Page 6

```
 1         I, Kristen Dykes Thomas, a Court
 2   Reporter of Auburn, Alabama, and a Notary
 3   Public for the State of Alabama at Large,
 4   acting as Commissioner, certify that on
 5   this date, pursuant to the Alabama Rules
 6   of Civil Procedure and the foregoing
 7   stipulation of counsel, there came before
 8   me at the offices of Adams, Umbach,
 9   Davidson & White, Opelika, Alabama,
10   commencing at approximately 10:15 a.m.,
11   on May 15, 2008, TREY SALATTO, witness in
12   the above cause, for oral examination,
13   whereupon the following proceedings were
14   had:
15
16         PATRICK JOHN "TREY" SALATTO, III
17   having been first duly sworn, was
18   examined and testified as follows:
19
20         COURT REPORTER: Usual
21   stipulations?
22         MR. MOTLOW: Yes, ma'am.
23         MR. WHITE: Yeah.
```

Page 7

```
 1   EXAMINATION BY MR. WHITE:
 2      Q.   Trey, just for the record, I'm
 3   Matt White. We know each other. I
 4   represent Sid Hall and Southern Aircraft
 5   Sales -- along with Phil Adams and
 6   myself, we represent them in this case.
 7   And I'm taking your deposition today.
 8   I'm going to be asking you some questions
 9   about your purchase of this aircraft and
10   your lawsuit that you filed against our
11   clients.
12         First of all, let me get your
13   full legal name, please.
14      A.   Patrick "J", John, J-O-H-N,
15   Salatto, S-A-L-A-T-T-O, III.
16      Q.   Just one "L"?
17      A.   Yes.
18      Q.   The third. Okay. You go by
19   Trey; correct?
20      A.   Yes.
21      Q.   Do you spell that with a "Y"
22   or an "E"?
23      A.   T-R-E-Y.
```

Page 8

```
 1      Q.   T-R-E-Y. All right. What's
 2   your current resident address?
 3      A.   1745 Brookeview, B-R-O-O-K-E,
 4   view -- one word -- Court, Auburn.
 5      Q.   36830?
 6      A.   Yes.
 7      Q.   What do you do for a living,
 8   Trey?
 9      A.   I would say in a nutshell I'm
10   in the real estate construction
11   development business.
12      Q.   Okay. You've asked for a jury
13   trial in this case, and so I need to ask
14   you some questions about relatives that
15   you may have. And the only reason I'm
16   asking you this is just so when we strike
17   a jury in the case, I need to know if
18   you've got relatives that are on the jury
19   panel.
20         So tell me about -- and you
21   filed it in federal court which
22   encompasses several counties: Lee
23   County, Chambers County, Macon County,
```

2  (Pages 5 to 8)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 9

1    Russell County, Randolph County,
2    Tallapoosa County.
3        So if you would, if you could
4    just tell me your blood relatives that
5    you have that live in this general East
6    Alabama area.
7        A.    That's a lot of counties.
8        Q.    Yeah.  Is it going to be a lot
9    of people?
10       A.    No, I don't think so.  In
11   Auburn, my dad, Pat Salatto, Jr.; his
12   wife, my stepmom, Susan Salatto.  They
13   reside here in Auburn.
14       Q.    Okay?
15       A.    My stepsister, Jeni Holland.
16       Q.    Jeni?
17       A.    Yeah.  J-E-N-I, Holland.
18       Q.    Holland?
19       A.    Yeah.
20       Q.    Okay?
21       A.    Her husband Teejay,
22   T-E-E-J-A-Y, Holland.  They live in
23   Salem.  I don't know what county that is.

Page 10

1        Q.    That's Lee County.
2        A.    Lee County.
3             My son Slade.  Of course, he
4    won't be on the jury probably.  He's six.
5    My mom, Onie, O-N-I-E, Nelson,
6    N-E-L-S-O-N, lives in Auburn.
7        Q.    Okay?
8        A.    I don't know of anybody in
9    Chambers.  My stepmom's side of the
10   family lives in Roanoke, which is
11   Randolph County.
12       Q.    Okay.  What's her name?
13       A.    Maiden would be Whaley, but
14   Susan --
15       Q.    Susan Whaley?
16       A.    -- Salatto -- but Susan Whaley
17   as she was going to school there.
18       Q.    Okay.
19       A.    Pat Whaley, Janette Whaley,
20   Bea and Laura Jones.  Pat's her brother;
21   Laura is her sister.
22             Pam and -- Pam Daniel and
23   Phillip Daniel.  Pam is her sister.  Her

Page 11

1    mom lives in Roanoke.
2        Q.    Can you think of her name?
3        A.    Yeah.  Ms. Whaley.
4        Q.    Grandma Whaley?
5        A.    I feel bad.  That's my
6    stepgrandmother.
7        Q.    Yeah.  That's all right.
8        A.    Don't say anything about that.
9    I think that's about it.
10       Q.    All right.  Let me just
11   go back through these.
12       A.    Is Montgomery County included
13   in that?
14       Q.    Yeah.  It may be.
15       A.    I've got an uncle and an aunt
16   and a couple of cousins; last name Slade,
17   S-L-A-D-E.  Gaines and Ina Slade, I-N-A,
18   and their two sons -- well, one lives
19   there: Field, like a field.
20       Q.    Field Slade?
21       A.    Yeah.
22       Q.    Okay?
23       A.    I've got Autauga County.  Is

Page 12

1    that included?  I've got --
2        Q.    No.
3        A.    -- an aunt and uncle there.
4    That's it.
5        Q.    All right.  Let me just run
6    back through these real quick.  I'm going
7    to ask you where they work.  Your father
8    Pat?
9        A.    Retired.
10       Q.    Where is he retired from?
11       A.    Southern Union.
12       Q.    Your mother, Susan --
13   stepmother?
14       A.    Southern Union.
15       Q.    Jeni Holland, does she work?
16       A.    No.
17       Q.    No work.  Teejay, does he
18   work?
19       A.    Yeah.  He works for Jeni's
20   father, Craig Elliot.  That would be
21   Susan's ex-husband.  I don't know what he
22   does.  It's a trucking company.  I don't
23   know what he does, but he works --

3  (Pages 9 to 12)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1 Q. Do you know the name of the
2 business?
3 A. I really don't. It's in
4 Roanoke.
5 Q. Onie Nelson, do you know if
6 she works?
7 A. Retired. She works at Chico's
8 part time.
9 Q. Where is she retired from?
10 A. Montgomery County Schools --
11 well, State of Alabama at this point.
12 Retired schoolteacher.
13 Q. Okay. Where did you say she
14 works at part time?
15 A. Chico's.
16 Q. What's Chico's, women's
17 clothing store?
18 A. Yeah. You've got to know
19 where that is. You probably see a bill
20 every once in a while.
21 Q. Yeah. Unfortunately.
22 Susan Whaley, does she work --
23 that's the same as -- never mind.

Page 14

1 Pat Whaley, is that the judge
2 up there in Randolph County?
3 A. Yeah, judge.
4 Q. Bea and Laura Jones, either
5 one of those work?
6 A. Bea is a county engineer.
7 Q. For what county?
8 A. Randolph.
9 THE WITNESS: Isn't that what
10 he does?
11 MR. LOVVORN: Yeah.
12 THE WITNESS: You know him.
13 Is that right?
14 MR. LOVVORN: Yeah.
15 A. Laura, she works at Alabama
16 Power.
17 Q. Okay. Pam Daniel?
18 THE WITNESS: Is she still
19 teaching, Joe? Do you know? I hate to
20 ask you.
21 MR. LOVVORN: I don't know.
22 A. I don't know. She was a
23 schoolteacher.

Page 15

1 Schoolteacher. All right.
2 A. Phillip works or worked -- I
3 don't if he's retired -- for Amco up
4 there.
5 Q. Are you talking about the --
6 A. Her husband.
7 Q. -- clothing apparel deal --
8 A. No. Amco --
9 Q. -- or the gasoline company?
10 A. What, Amco makes carpet fabric
11 lining? It's not spelled the same as
12 Amoco.
13 Q. A-M-C-O?
14 A. I don't -- I guess.
15 Q. Something like that?
16 A. Yes.
17 Q. And then you said Grandma
18 Whaley --
19 A. No.
20 Q. She is retired?
21 A. She doesn't work.
22 Q. Gaines Slade, do you know if
23 he works?

Page 16

1 A. He owns convenient stores,
2 things like that.
3 Q. Ina?
4 A. She's retired from the Board
5 of Education, administrator, but she
6 works with him now.
7 Q. Okay. And Field?
8 A. And Field works for them, too.
9 Q. All right. Tell me about how
10 far you went in school, Trey.
11 A. I graduated from Auburn in
12 1998; Wadley High School --
13 Q. What was your degree in from
14 Auburn?
15 A. Political science. I had a
16 minor in business.
17 Q. Okay. Did you do any
18 postgraduate education, anything after
19 you left Auburn University?
20 A. Yeah. I started my MBA at
21 Troy State in Montgomery. I never
22 finished.
23 Q. How far did you go in your

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 17

1  MBA?
2      A.   I think I went two quarters.
3      Q.   Okay.  All right.  Where did
4  you graduate high school?
5      A.   Wadley High School.
6      Q.   Okay.
7      A.   W-A-D-L-E-Y.
8      Q.   Tell me about -- I understand
9  you just got divorced.  What was your
10  wife's maiden name?
11      A.   Her maiden name was Archer.
12      Q.   Stacey; isn't that correct?
13      A.   Yeah.  E-Y.
14      Q.   Archer.  Is she still going by
15  Salatto?
16      A.   Yeah.  Her maiden was Archer.
17  She was married before, which was
18  Herring.
19      Q.   And then Salatto?
20      A.   Right.
21      Q.   Where is she from originally?
22      A.   Troy, Michigan.
23      Q.   Okay.  She doesn't have any

Page 18

1  relatives here in this area in those
2  counties that we talked about?
3      A.   No.  The nearest relative she
4  has is her mom who lives in Huntsville.
5  C-E-Y.
6      Q.   C-E-Y, Stacey?
7      A.   Yeah.
8      Q.   And was your marriage to
9  Stacey your one and only marriage, or
10  have you been married before?
11      A.   No.
12      Q.   You haven't remarried here
13  lately, have you?
14      A.   No.
15      Q.   Never been in the military?
16      A.   No.
17      Q.   Okay.  Tell me about what
18  clubs or organizations you belong to here
19  in Lee County or in this area.  And I'm
20  talking about like Kiwanis Club or any
21  place that you pay dues to become a
22  member or go to a monthly meeting or
23  anything of that nature.

Page 19

1      A.   Lee County Association of
2  Realtors, Lee County Home Builders
3  Association.  I guess that's it.
4      Q.   Okay.  Any social clubs?  Are
5  you a member of the Moore's Mill Club?
6      A.   Yeah, Moore's Mill Club.
7      Q.   Are you a member of
8  Saugahatchee?
9      A.   No.
10      Q.   Anything else that you pay
11  dues to be a member to or go to monthly
12  meetings?
13      A.   No.
14      Q.   All right.  Let's talk about
15  this aircraft we're here about today.
16  Tell me first of all what was -- the
17  aircraft that you purchased from Sid
18  Hall, was that the first aircraft you had
19  ever purchased?
20      A.   Yes.
21      Q.   Okay.  And you did this
22  through your company LOSAL; right?
23      A.   Yes.

Page 20

1      Q.   Okay.  And as I understand it,
2  LOSAL is a combination between your last
3  name Salatto and Joe's last name Lovvorn;
4  is that right?
5      A.   Yes.
6      Q.   And so tell me when LOSAL was
7  formed, if you remember.
8      A.   I don't know.  I mean, I don't
9  have it in front of me.  I'm sure it's --
10      Q.   Okay.  Was it formed
11  specifically for the purpose of
12  purchasing this aircraft, or had it been
13  formed prior to the purchase of this
14  aircraft?
15      A.   You know, it's been years ago.
16  I think it was created for this entity,
17  for this purchase.  It's since done other
18  things, but it was originally to put the
19  airplane in.  Yes.  That's what I recall.
20      Q.   How is it that you -- well,
21  first of all, what was the purpose of
22  buying this aircraft?  Why was it -- why
23  did you want to purchase an aircraft?

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 21

1    A.  Well, I guess to fly.  I mean,
2  it was -- my dad was a pilot; my uncle
3  was a pilot.  In business and pleasure.
4    Q.  Okay.  So it had a business
5  purpose and a purpose for pleasure?
6    A.  Correct.
7    Q.  All right.  What was the
8  business purpose for purchasing this
9  aircraft?
10    A.  Well, to get to locations that
11  were throughout the southeast for
12  companies that had business in those
13  areas.
14    Q.  Okay.  And then the pleasure
15  aspect was just learning how to fly and
16  getting up and flying the aircraft;
17  right?
18    A.  Right.
19    Q.  Okay.  How is it that you
20  learned about this particular aircraft?
21    A.  I believe it was through the
22  website aso.com.  It's a well-known
23  website from a standpoint of available

Page 22

1  airplanes on the market.
2    Q.  Okay.  Let me show you what
3  I'm going to mark as Defendants' Exhibit
4  1 -- and it's a two-page document -- and
5  hand that to you.  Do you -- and that's a
6  photocopy, obviously.  But do you
7  recognize that?
8    A.  I recognize the format.  I
9  wouldn't say I recognize the actual ad
10  itself.
11    (WHEREUPON, a document was
12  marked as Defendants' Exhibit Number 1
13  and is attached to the original
14  transcript.)
15    Q.  Is that a printout from this
16  ASO website that you talked about?
17    A.  It appears to be.
18    Q.  Okay.  Is this the ad that you
19  looked at when shopping for this
20  aircraft?
21    A.  No.
22    Q.  It's not.
23    A.  And I can tell you why.

Page 23

1    Q.  Tell me.
2    A.  This says Sebastian, Florida,
3  and we had never seen the airplane when
4  we met with Sid Hall.
5    Q.  Where is Sebastian, Florida --
6  I mean -- excuse me -- where on this
7  sheet does it say Sebastian, Florida, the
8  second page?
9    A.  Second page.
10    Q.  Okay.
11    A.  We never -- we actually went
12  to -- I guess it was Dawson, Georgia --
13  for another airplane that was down there.
14  This was one he told us about once we
15  arrived and did not want the one that he
16  had.
17    Q.  Okay.  So you went to Dawson,
18  Georgia to look at a different aircraft?
19    A.  That's what I recall, yes.
20    Q.  Okay.  Do you remember the
21  different aircraft --
22    A.  It was a Sundowner.  That's
23  all he really sold was Sundowners.

Page 24

1    Q.  Do you remember what year
2  model the other aircraft was?
3    A.  I don't recall.  It would have
4  been somewhere in this year range, I'm
5  sure.
6    Q.  And do you remember what it
7  was about that aircraft that you didn't
8  like or what -- what was it about that
9  other aircraft that you decided not to --
10    A.  I don't --
11    Q.  -- purchase it?
12    A.  It could have been a number of
13  things.  I would assume it was the
14  avionics inside it, the interior, the
15  paint.  It could have been a mixture of
16  all.  I don't know.  I don't remember a
17  specific plane.  I just remember 9185
18  Sierra was not on the field when we went
19  there for the other plane we were looking
20  at.  We were told about it.
21    Q.  All right.  So when you say
22  9185 Sierra, are you talking about the
23  number of the aircraft that you

6  (Pages 21 to 24)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 25

1  ultimately purchased?
2      A.  Right.  That's what this one
3  is -- well, I can't see what that is, but
4  it says right here written in ink, so
5  maybe it's not it.
6      Q.  Okay.  But 9185 S is -- what
7  do y'all call that as --
8      A.  Sierra.
9      Q.  Sierra.  But what do you call
10  that number?  Is that the number that's
11  displayed on the plane somewhere?
12      A.  That's the FAA registration.
13  That's how you identify -- every aircraft
14  has a sequence of numbers and letters.
15      Q.  So you went down to Dawson,
16  Georgia to look at this other aircraft,
17  and that was -- and when you say Dawson,
18  Georgia, that was Sid Hall's business,
19  Southern Aircraft Sales; correct?
20      A.  That's my understanding.  I
21  don't know that.
22      Q.  All right.  And --
23      A.  His name was by the ad that we

Page 26

1  called.
2      Q.  Did you keep a copy of that
3  ad?
4      A.  I don't know.  I'll have to
5  ask my attorney if he has a copy.  You've
6  got to remember this was --
7      Q.  Right.
8      A.  -- years ago.
9      Q.  All right.  But you don't have
10  a -- if it exists, you've given it to
11  your attorney; is that what you're
12  saying?
13      A.  Yes.  Me or my partner would
14  have done that.
15      Q.  All right.  But as we sit here
16  today, you know that Defendants' Exhibit
17  Number 1 is not the ad that you saw?
18      A.  No, I never saw this ad.  And,
19  as a matter of fact, I'd like to -- now
20  that I've seen this, I'd like to have a
21  private time with my attorney real quick,
22  if I could, outside the room.
23      Q.  That's fine.

Page 27

1      MR. MOTLOW:  Take a break.
2      10:30 AM
3      (Short recess)
4      10:35 AM
5      MR. WHITE:  And we'll go back
6  on the record.
7      Q.  (BY MR. WHITE)  Let me back up
8  just a minute.  How long -- if you
9  recall, how long did this process take of
10  shopping for this aircraft?
11      A.  I don't know.  I mean, it
12  would be probably several months total.
13      Q.  And what all was involved in
14  that process?  I mean, I assume you were
15  looking for planes.  Tell me what all
16  methods you used to locate planes.  You
17  told me about doing an Internet search.
18      A.  I mean, I guess we knew kind
19  of what we wanted as far as speed, gas
20  consumption, price, of course.  It was
21  our first plane.  You know, useful load,
22  things like that.  I mean, it kind of
23  narrows down your search.  We weren't

Page 28

1  looking for jets.  So...
2      Q.  All right.  Tell me what you
3  mean by you knew, kind of what you were
4  looking for as far as speed.  What kind
5  of speed were you looking for?
6      A.  Well, any entry-level plane.
7  I mean, it's comparable to several
8  different aircraft.  I mean, there is a
9  lot of things we liked about the
10  Beechcraft Sundowner and a lot of things
11  we didn't.  But it was a plane we
12  researched, we thought, and --
13      Q.  When you say a plane we
14  researched, are you talking about the
15  Beechcraft Sundowner in general or this
16  particular --
17      A.  No.
18      Q.  -- aircraft?
19      A.  In general.
20      Q.  Okay.  What is it that you
21  liked about the Beechcraft Sundowner?
22      A.  How big it is on the inside
23  compared to another plane in it's class.

7  (Pages 25 to 28)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

1    Q.    Meaning it's bigger on the
2    inside than other --
3    A.    Right.
4    Q.    -- planes in its class?
5    A.    Right.
6    Q.    Okay.  What else did you like
7    about it?
8    A.    Low wing, not a high wing.
9    That was just a personal preference that
10   we both seemed to like better.
11   Q.    All right.  What else did you
12   like about it?
13   A.    That was probably the two main
14   -- everything else was pretty comparable
15   to other planes in its class.
16   Q.    You mentioned speed.  Was it
17   comparable to other --
18   A.    Oh, yeah.  About the same.
19   Very close.
20   Q.    Gas consumption.  Was it
21   comparable to other planes as far as gas
22   consumption?
23   A.    Yeah, I'd say it's comparable.

Page 30

1    Q.    You said useful load?
2    A.    That just means how much
3    weight you can carry: Fuel, people,
4    whatever.
5    Q.    And was that comparable to
6    other planes in its class?
7    A.    Yes.
8    Q.    Okay.  And then you said there
9    were certain things you didn't like about
10   the Beechcraft Sundowner.  What were
11   those?
12   A.    I don't know right offhand.  I
13   mean, I would say it's a big heavy plane;
14   stall speed was higher than most in its
15   class, and that's probably the main
16   reason.
17   Q.    And are those two related, the
18   fact that it's heavy and the stall speed
19   is higher than most?  Or is that
20   unrelated?
21   A.    I would say they are very
22   related.
23   Q.    Okay.  So as we sit here

Page 31

1    today, can you think of anything else
2    that you didn't like about the Beechcraft
3    Sundowner in general?  I'm not talking
4    about this particular aircraft.  I'm
5    talking about the Beechcraft Sundowner
6    generally.
7    A.    Not right offhand.
8    Q.    Okay.  How many Beechcraft
9    Sundowners did you look at prior to
10   purchasing this aircraft?
11   A.    I have no way of giving you a
12   number.
13   Q.    Can you give me your best
14   estimate?
15   A.    It was many.
16   Q.    Many.  Okay.  Were you looking
17   strictly for a Beechcraft Sundowner, or
18   were you looking for other types of
19   aircraft other than a Beechcraft
20   Sundowner?
21   A.    I'd say overall it was one of
22   three, four type classes.
23   Q.    Okay.  And when you say you

Page 32

1    looked at many aircraft, are you saying
2    you actually went and looked at the
3    aircraft in person or you looked at them
4    on the Internet or looked at an
5    advertisement?
6    A.    Both.
7    Q.    How many aircraft do you think
8    you actually physically went and looked
9    at before you purchased the aircraft that
10   we're here about today?
11   A.    In person, I would say a
12   couple.  I don't know right offhand.  I
13   know a few examples.  That's it.
14   Q.    Well, tell me the few that you
15   remember.
16   A.    One was in Kentucky.
17   Q.    Okay?
18   A.    Of course, the first time we
19   went to see Sid, we didn't -- we looked
20   at them down there.  I mean, I don't -- I
21   would say there was some local trips,
22   maybe Birmingham or Montgomery.  I mean,
23   this was a long time ago.

8  (Pages 29 to 32)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

---

Page 33

1   Q.   Okay.
2   A.   Well, to me it is.
3   Q.   All right.  So when was it
4   that you actually saw or were shown this
5   particular aircraft?  And when I say this
6   particular aircraft, I'm talking about
7   this aircraft that we're here about
8   that's the subject of this lawsuit.
9   A.   The day we took delivery.
10   Q.   The first time you saw it was
11   the day you took delivery?
12   A.   Yes.
13   Q.   You didn't see this aircraft
14   in person before you purchased it?
15   A.   Not that I recall.
16   Q.   Okay.  Do you know if your
17   partner Joe looked at it or flew it
18   before you took delivery?
19   A.   I don't have knowledge of
20   that.
21   Q.   Okay.  Why is it that you
22   would agree to buy a plane that you had
23   never seen before?

Page 34

1   A.   Well, I saw it before we
2   purchased it when he delivered it that
3   day.  That happens a lot in the airplane
4   business.  You buy planes unseen to an
5   inspection or prebuy or whatever.
6   Q.   Okay.  So tell me about --
7   let's back up then.  Tell me about how it
8   is that you agreed to purchase this
9   aircraft.  How was this aircraft
10   initially brought to your attention?
11   A.   This particular aircraft?
12   Q.   Yeah.  The one we're here
13   about today.
14   A.   Sid Hall.
15   Q.   Okay.  Tell me what Sid Hall
16   told you about this aircraft.
17   A.   He said if you don't -- I'm
18   not speaking verbatim by any means, but
19   from what I remember, you know, we said
20   when we were there the planes that we saw
21   we didn't particularly want or desire to
22   have.  And he said he had another one
23   that would probably meet our criteria

Page 35

1   that would be getting into his place in a
2   couple of weeks, and it was this plane.
3   And how he referenced it to us was new
4   paint, new interior, overhauled engine.
5   Q.   Okay.
6   A.   And, you know, in the aviation
7   industry -- of course, then it was a
8   little new, but, now, when you warrant
9   something like that until -- you assume
10   that's what it is.  But...
11   Q.   All right.  So tell me
12   everything that you remember that he said
13   to you about this aircraft.
14   A.   New paint, new interior,
15   overhauled engine, zero hours.  And that
16   says this on this ad you showed me.
17   Basically, everything you see on this ad
18   is what he told us.  Maybe he read that.
19   Q.   Does it say zero hours on
20   here?
21   A.   Yeah.
22   Q.   Where does it say that?
23   A.   SMOH, since major overhaul,

Page 36

1   zero.
2   Q.   So the thing that says quote,
3   zero, closed quote, SMOH --
4   A.   Right.
5   Q.   -- that means zero -- what
6   does SMOH stand for?
7   A.   Since major overhaul.
8   Q.   Since major overhaul.  And so
9   the zero stands for zero hours?
10   A.   Right.
11   Q.   What's the zero SPOH?
12   A.   That's prop.  That's since the
13   prop was overhauled.
14   Q.   Okay.  All right.  And then
15   what's the 2900 TT stand for?
16   A.   That's total time.  That's
17   airframe hours.
18   Q.   Okay.  And then full IFR, what
19   does that stand for?
20   A.   IFR means that it's IFR
21   certified, which means it has the
22   avionics and the capacity to fly and
23   instrument conditions.

9  (Pages 33 to 36)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 37

1    Q.   And so you agreed to purchase
2  this plane sight unseen based upon Sid's
3  representations to you?
4    A.   Yes -- subject to us, you
5  know, looking at it and seeing it, yes.
6    Q.   Okay.
7    A.   Let me -- not retract, but
8  just change something. I don't remember
9  how many trips I made to Dawson, Georgia.
10 I recall it being delivered to Auburn the
11 first time I saw it. If that's not the
12 case, then I would have seen it in
13 Dawson. I know I went to Dawson at least
14 twice. I believe. I think I remember
15 that. Regardless, you know, we pretty
16 much agreed to buy it subject to
17 everything he had stated, subject to us
18 inspecting it and looking into it, and a
19 prebuy inspection.
20   Q.   All right. Did you enter into
21 a purchase contract with Sid Hall prior
22 to seeing the aircraft in person?
23   A.   I don't recall. And that's --

Page 38

1  particularly because of the dates, I
2  don't want to say.
3    Q.   All right. Did Sid show you
4  any pictures of the aircraft prior to you
5  buying it?
6    A.   I don't recall.
7    Q.   So you don't recall even
8  looking at the aircraft prior to signing
9  a purchase agreement?
10   A.   I don't.
11   Q.   Do you think you would have at
12 least wanted to look at a photograph of
13 the aircraft before you agreed to buy it?
14   A.   Not necessarily. I mean, it's
15 -- in the aviation industry, it's -- when
16 you represent something of what something
17 is, it's what you're getting. That's why
18 it's subject to a prebuy and subject to
19 seeing it.
20       (WHEREUPON, a document was
21 marked as Defendants' Exhibit Number 2
22 and is attached to the original
23 transcript.)

Page 39

1    Q.   Okay. I'll show you what I've
2  marked Defendants' Exhibit 2 to your
3  deposition. If you would take a minute
4  and look at that.
5    A.   (Witness reviews document.)
6    Q.   All right. Do you recognize
7  Defendants' Exhibit 2?
8    A.   I recognize the first page.
9    Q.   Okay. What is the first page?
10   A.   I assume it's a purchase
11 order.
12   Q.   Okay. Would that be the
13 purchase order for the purchase of the
14 aircraft that we're here about today?
15   A.   It appears to be.
16   Q.   Okay. And this -- up at the
17 top right-hand corner, it says LOSAL
18 Unlimited, LLC. Is that the entity that
19 purchased and owns this aircraft?
20   A.   Yes.
21   Q.   Is that y'all's correct
22 address listed there, or was it at the
23 time?

Page 40

1    A.   It was at the time.
2    Q.   Okay. And over here under
3  aircraft information, it says Beech C23,
4  is that the make and model of the
5  aircraft you purchased?
6    A.   Yes.
7    Q.   And the registration number,
8  is that correct?
9    A.   Yes.
10   Q.   The serial number, is that
11 correct?
12   A.   I don't know.
13   Q.   You don't know?
14   A.   I don't know the serial
15 number.
16   Q.   Okay. And then it's showing
17 the aircraft purchase price as being
18 $56,750. Is that what you paid for the
19 aircraft?
20   A.   I think we paid more than
21 that. I don't remember exactly how that
22 worked. I remember there was some radios
23 in the deal, and I'd have to talk to my

10  (Pages 37 to 40)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 41

1  partner to remind me about that. Maybe
2  he would have a better understanding.
3      Q.  Okay.  Does -- 56,750, does
4  that sound like the basic price for the
5  aircraft itself?
6      A.  It seems like definitely the
7  ballpark price range we were shopping in,
8  yes.
9      Q.  All right.  And this shows a
10  date of 7/29/02.  Would that have been
11  the date that you entered into this
12  purchase order?
13      A.  I don't recall.  I don't see
14  where I signed this document.
15      Q.  Okay.  Do you have any reason
16  to dispute that you entered into the
17  purchase agreement on 7/29/02?
18      A.  No, I have no reason to think
19  that it's not.  I just have no proof that
20  it is, other than this document that I
21  didn't sign.
22      Q.  You don't have any proof that
23  it was not the date that you entered into

Page 42

1  this purchase agreement?  I mean, does
2  that sound right?
3      A.  Not sitting here in front of
4  you, I don't have proof.  Now, if I go
5  get the file and dig through it, I might.
6  But I'm saying not with what I have.
7      Q.  Okay.  Do you remember that
8  you agreed to purchase this aircraft
9  sometime in July 2002?
10      A.  I remember it was the summer,
11  and it would be around about that time,
12  yes.
13      Q.  And you say you don't
14  recognize the second page.  Do you recall
15  that there was a front and a back, that
16  this -- in other words, that this exhibit
17  is -- I'm pointing to the front page; it
18  doesn't have the exhibit number.  Do you
19  remember that this would be a front and a
20  back; it would be one complete document?
21      A.  No.
22      Q.  Do you remember seeing a
23  document like that?

Page 43

1      A.  No.
2      Q.  And there would be multiple
3  copies of it.  One would be blue and one
4  would be gold or different colored, and
5  it would be a -- they'd create a carbon
6  copy of each other.
7      A.  No.
8      Q.  Okay.  You have never seen
9  that?
10      A.  Not that I recall.
11      Q.  Okay.  So was this aircraft
12  delivered -- you say you remember it
13  being delivered to Auburn; is that
14  correct?
15      A.  I know when we took delivery,
16  yes.
17      Q.  Okay.  And did you have an
18  opportunity to do a prebuy inspection
19  that you talked about?
20      A.  It was actually performed by
21  Sixteen Juliette.  But yes.
22      Q.  All right.  Who wrote the
23  check for this aircraft, or was there a

Page 44

1  check written for the aircraft?  How was
2  the aircraft paid for?
3      A.  Dorr Aviation, which is
4  Eaglemark, slash, Harley-Davidson
5  Financial -- they changed names -- was
6  the financing company above and beyond
7  what we put in the deal, which was from
8  LOSAL which was a joint company from Joe
9  and I.
10      Q.  Okay.  So did -- so you took a
11  loan from Dorr Aviation; is that what I'm
12  hearing you say?
13      A.  Right.  They were the
14  financing company.
15      Q.  Did Dorr write you -- did you
16  get a loan from Dorr and then they write
17  you a check, or did they send a check
18  directly to Sid Hall, or do you remember?
19      A.  I don't remember.
20      Q.  Okay.  And then you say LOSAL
21  paid for some of it yourself?
22      A.  Yeah.  We would have been
23  required to put down some money.  I don't

11 (Pages 41 to 44)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

1  remember exactly how much. I'm sure I've
2  got that information somewhere. If you
3  need it, I can get it.
4      Q.  Well, the question I got is:
5  Do you remember writing a check for your
6  -- for what LOSAL put into the aircraft?
7      A.  I don't exactly remember
8  writing the check, but I'm pretty
9  positive that we were required to put a
10  down payment along with the finance
11  company.
12      Q.  Okay. Well --
13      A.  And that check would have come
14  from LOSAL.
15      Q.  Right. And do you and Joe
16  both have check-writing authority?
17      A.  Yes.
18      Q.  Do you remember if you
19  personally inspected or looked at this
20  aircraft prior to a check being written
21  for the purchase of this aircraft?
22      A.  I don't know that answer.
23      Q.  So is it your testimony today

Page 46

1  that you would have bought and paid for
2  this aircraft without ever looking at
3  it --
4      A.  No.
5      Q.  -- or inspecting it?
6      A.  No.
7      Q.  Okay. So did you, in fact,
8  look at this aircraft before you bought
9  it?
10      A.  Yes. Before Sid received his
11  funds, we would have seen the plane.
12      Q.  Okay. And --
13      A.  I'm not saying that there had
14  not been a deposit put down before
15  that --
16      Q.  Right.
17      A.  -- which is typical. But
18  full-funding, no, we wouldn't have done
19  that without seeing the plane, I wouldn't
20  think. That was a long time ago.
21      Q.  I mean, do you remember when
22  it was when you first saw the aircraft?
23      A.  I don't. I don't have a date.

Page 47

1      Q.  Well, do you remember where
2  you were when you first saw the aircraft?
3  Was it in Auburn or was it --
4      A.  What I recall is at the Auburn
5  Airport. Now, if for some reason I saw
6  it in Dawson -- things are running
7  together. I know we took delivery in
8  Auburn, and I just don't remember if that
9  was the first time I had seen it or not.
10      Q.  Okay. And so when you first
11  looked at it, what was your impression of
12  the aircraft?
13      A.  That it was generally what he
14  represented it to be. The biggest thing
15  was the interior. It was not nearly what
16  he said it was. But it was...
17      Q.  Well, and I wrote down these
18  things you said earlier that he told you.
19  You said new paint. Did it look as if it
20  had had new paint on the exterior?
21      A.  It definitely looked like it
22  had been painted recently.
23      Q.  Okay. And then the next thing

Page 48

1  you told me was new interior. And you're
2  saying it did not appear to be new
3  interior?
4      A.  It was not new at all, but it
5  was in good condition. It was clean. It
6  was -- in aviation you really -- that's
7  not what really keeps you in the air is
8  the interior, so you don't --
9      Q.  Right. So the interior was
10  not new, but it was in good condition and
11  it was clean.
12      A.  Yes.
13      Q.  Okay. Was there anything
14  about the interior of the aircraft that
15  lead you to want to back out of the
16  agreement or not purchase -- not follow
17  through with purchasing the aircraft?
18      A.  Not that I remember, no.
19      Q.  The next thing I wrote down
20  was you said that Sid represented to you
21  that it had an overhauled engine.
22      A.  Correct.
23      Q.  Did you look at the engine at

12 (Pages 45 to 48)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 49

1  that time to try to determine whether it
2  had been overhauled?
3      A.   Well, we looked at the engine.
4  But you can't determine an engine being
5  overhauled by looking at it.
6      Q.   You did look at the engine?
7      A.   Yeah.  I'm sure we took the
8  cowling off.
9      Q.   Do you remember if you saw
10  anything unusual when you looked at the
11  engine?
12      A.   No.
13      Q.   Did you ask anybody else to
14  look at the engine for you to determine
15  whether it had in fact been overhauled?
16      A.   Well, I mean, that's what you
17  have logbooks for, and those are
18  certified by a mechanic, and Luther -- I
19  forget Luther's last name -- did our
20  prebuy inspection for us.
21      Q.   Luther?  Who is Luther?
22      A.   Luther Herndon I think was his
23  name.  I could be wrong on Herndon.  I

Page 50

1  know his name was Luther.
2      Q.   Okay.  Was he at Sixteen J?
3      A.   Yes.
4      Q.   And he did your prebuy
5  inspection for you?
6      A.   Right.
7      Q.   Okay.  Did you enter into some
8  type of contract with Luther for -- to do
9  a prebuy inspection?
10      A.   I -- when you say contract, I
11  don't -- do you mean an implied contract?
12  Do you mean a written contract?
13      Q.   Well, any kind of contract.  I
14  mean, did you --
15      A.   I don't remember other than
16  just asking him to do it.  And I actually
17  don't even remember if we even paid him
18  for it.  It might have been part of our
19  agreement with Sid; it might not have
20  been.  Sometimes a purchaser pays for the
21  prebuy if the deal goes through;
22  sometimes they don't.  This agreement
23  doesn't say either way, so I don't know.

Page 51

1      Q.   Okay.  16 J is listed on that
2  document, correct, on Exhibit 2 there in
3  the middle?
4      A.   It looks like a 16 V, but I
5  guess it could be a 16 J if it was
6  interpreted that way.
7      Q.   Okay.  Well, do you -- how is
8  it that you --
9      A.   I see the J now.  Okay.  It's
10  just not connected.
11      Q.   How is it that you came to use
12  16 J to do your prebuy inspection?
13      A.   Luther basically told us that
14  he had a mechanic there that could handle
15  all the prebuy locally there, and he was
16  also doing the fresh annual on the plane
17  as well.
18      Q.   Okay.  How is it that you met
19  Luther?
20      A.   Through Sid.
21      Q.   Okay.  And did you understand
22  Luther to be an employee of 16 J?
23      A.   Yes.

Page 52

1      Q.   And Sid introduced you to him?
2      A.   Yes.
3      Q.   Did Sid give you any reason to
4  believe that Luther was an employee of
5  Sid Hall or Southern Aircraft Sales?
6      A.   That was the interpretation
7  that I received, yes.
8      Q.   Tell me why you had that
9  interpretation.
10      A.   Based upon the actions, and
11  Luther wouldn't doing anything without
12  running it by Sid, and just in general.
13      Q.   What do you mean by, he
14  wouldn't do anything without running it
15  by Sid?
16      A.   Well, when we were doing --
17  getting small little things fixed on the
18  plane -- probably more when we had our
19  second annual that Luther performed for
20  us -- just making comments that things he
21  could or could not do because Sid
22  wouldn't allow it.
23      Q.   Like what?  Do you remember

13 (Pages 49 to 52)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 53

1  anything he could or could not do that
2  Sid wouldn't allow?
3      A.  I think there was some rotten
4  vents and -- or corroded vents, the
5  plastic vents for the airflow inside the
6  plane, just for example.  Small little
7  items that are not airworthy items but
8  that are general maintenance things that
9  he made comments that probably would not
10  be allowed or allowed.
11      Q.  Okay.
12      A.  And this is in the second
13  annual; this was --
14      Q.  So this was after you
15  purchased -- after it was your aircraft?
16      A.  Right.
17      Q.  Okay.  Let's back up to your
18  prepurchase or your prebuy inspection.
19  What did you ask 16 J to perform for you
20  as far as that prebuy inspection is
21  concerned?
22      A.  I don't really remember.  I
23  mean, this was a plane that was -- had

Page 54

1  just had an annual, which is better than
2  a prebuy if it's done correctly.
3      Q.  Okay.
4      A.  A prebuy is a very general
5  overview of the plane.  Very little
6  things are taken apart and looked at.
7  Some things are.  An annual, the plane is
8  broken down, basically, and checked out
9  internally.
10      Q.  Okay.  And how is it that you
11  knew that the plane had just had an
12  annual?
13      A.  Well, that was our deal with
14  Sid, that he said he'd have a fresh
15  annual done on it before he purchased it.
16      Q.  Okay.  Who did the fresh
17  annual?  Do you know?
18      A.  My understanding is Luther did
19  it.
20      Q.  Is that reflected in your
21  logs?
22      A.  It should be.
23      Q.  Have you gone back to look at

Page 55

1  your logs to determine who did the first
2  annual, the fresh annual?
3      A.  I would hate to -- I mean,
4  I've looked at the logs, yes.  That's
5  what I remember.  Now, if it was not
6  Luther, it would be a -- just an
7  incidental mistake thinking that he did
8  it.
9      Q.  Well, let me ask you this:  Do
10  you have any reason to believe that a
11  fresh annual was not in fact done on that
12  aircraft prior to your purchase of it?
13      A.  Now or then?
14      Q.  Well, both.  At that time did
15  you have any reason to believe that an --
16      A.  No, not at that time.
17      Q.  -- annual was not done?
18      A.  Not at that time, no.
19      Q.  Okay.  Do you have some reason
20  to believe now that a fresh annual had
21  not been performed on that aircraft?
22      A.  Most definitely.
23      Q.  Tell me what that is.

Page 56

1      A.  I think that's a very general
2  question.
3      Q.  Okay.  Well, tell me every
4  reason you have to believe that a fresh
5  annual was not performed on that aircraft
6  prior to your purchase of it.
7      A.  Well, the fact that once we
8  got another group to do an annual on it,
9  which was here in Auburn, they found
10  corrosion, a landing gear, all of which
11  made the plane nonairworthy, things that
12  should have been picked up in an
13  inspection, according to them.  And
14  the -- since then the engine, which is
15  separate from an annual, had a cracked
16  case, which they say is -- they meaning
17  other mechanics that have worked on the
18  plane -- that that's not typical, that it
19  would be overhauled and have those issues
20  to it.  But that really -- I guess the
21  landing gear and the corrosion, stating
22  that it was not airworthy -- that's why
23  you have annuals, to make sure a plane is

14  (Pages 53 to 56)

**American Court Reporting**
**June 2, 2008**

## American Court Reporting
## toll-free (877) 320-1050

Page 57

1   airworthy.
2       Q.   Who is this other group that
3   you say discovered this?
4       A.   I believe I remember us
5   engaging Auburn University Aviation to do
6   the annual or -- let me rephrase that.
7   I'd have to look at the logbooks again.
8   Once we found the problem with the
9   engine, they broke the plane down,
10  because we got very nervous when we found
11  out the engine might not have been
12  overhauled. When they broke the plane
13  down, they found the landing gear issue
14  and the corrosion and said this plane is
15  not airworthy and --
16      Q.   Who is they?
17      A.   University Aviation. Paul is
18  their head mechanic, I believe. I don't
19  know Paul's last name. I can't pronounce
20  it.
21      Q.   Is it Paul Polhemus, something
22  like that?
23      A.   That sounds close. I don't

Page 58

1   know if that's a -- I don't know.
2       Q.   I mean, I'm saying that as --
3   P-O-L-H-E-M-U-S?
4       A.   That sound rights.
5       Q.   Okay. So did Auburn
6   University Aviation actually perform an
7   annual on this aircraft?
8       A.   I don't know. I don't recall.
9   I do know they broke the plane down when
10  we found out about the engine issue. And
11  I'm not sure at that time -- I don't
12  believe an annual was due, because that
13  would have been the winter time. I
14  remember that. It would be equivalent to
15  an annual if they would have fixed all
16  the problems when they broke it down.
17      Q.   All right. You say they broke
18  down the plane after you found out about
19  the engine issue. What engine issue are
20  you talking about?
21      A.   We were receiving oil on the
22  windshield, not much, but somewhat a
23  residue on the windshield. They pulled

Page 59

1   it in for a -- to check it out for us at
2   the Auburn Airport. As they were -- they
3   couldn't find an issue when they broke --
4   when they looked at the engine. They had
5   the cowling off the top. As they were
6   pushing it back out of the hangar, the
7   sun hit just right and they saw a
8   hairline crack on the casing and called
9   us, meaning Joe and I.
10      I think Joe actually went out
11  there. I remember I was either out of
12  town or unavailable. And at that time we
13  didn't feel comfortable finding that
14  issue on a new engine -- overhauled
15  engine, and they said -- we asked them to
16  basically do an annual, break it down,
17  find out what's wrong with it -- maybe
18  not an annual is the word, but to inspect
19  it. And they found other issues that are
20  in -- they have a report that they
21  prepared that outlined what they found.
22      Q.   Okay. You say they have a
23  report. Are you talking about the report

Page 60

1   done by Paul Polhemus that was provided
2   to us?
3       A.   Yeah.
4       Q.   And tell me when you first
5   noticed this problem with oil on the
6   windshield.
7       A.   I don't know the exact date on
8   that.
9       Q.   Okay. Well, do you have an
10  approximation of when that was?
11      A.   I don't right off the top of
12  my head. I could look at some documents
13  and probably --
14      Q.   What documents would you need
15  to look at to tell me when you first
16  noticed that problem with the oil on the
17  windshield?
18      A.   Probably the logbooks.
19      Q.   Okay. I've got them right
20  back here. Let me go get them for you.
21      MR. WHITE: Let's take a
22  little break.
23          11:15 AM

15  (Pages 57 to 60)

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 61

1     (Short recess)
2          11:25 AM
3     Q.   (BY MR. WHITE)  This is a copy
4  of what your logs are, and this is my
5  copy of your interrogatory responses,
6  which are tabbed, and it looks to
7  correspond with some kind of records that
8  y'all have kept.  And let me just show
9  you that and see if any of that helps.
10          And the question on the table
11 is, when did you first notice oil on the
12 windshield of your aircraft?
13     A.   Actually, I believe Joe, my
14 partner, was flying the plane the last
15 time that that came up.  So...
16     Q.   Well, flying it the last time
17 it came up or the first time it came up
18 -- what I'm wanting to know is when did
19 you first notice?
20     A.   I would say -- I mean, oil on
21 a windshield is not something you
22 discount.
23     Q.   Is not something you discount?

Page 62

1     A.   I mean, you don't check on
2  that later; you don't keep flying it.  So
3  I would -- I think it would be safe to
4  say for Joe or me that when you see it --
5     Q.   You're not going to fly it
6  again until you know what's going on?
7     A.   Correct.
8     Q.   And so when would that have
9  been, then, the last time you flew this
10 aircraft prior to asking these folks at
11 Auburn to break it down for you?  Can you
12 tell me when that is?
13     A.   I don't know, Matt.  It's a
14 lot easier to check your logbooks if they
15 are in a binder.
16     Q.   I think these may be your logs
17 here.
18     A.   Some of them are here.  I
19 mean, I don't know even know what some of
20 this is.
21          Well, Matt, do you want me to
22 guess at this?
23     Q.   No, I don't want you to guess.

Page 63

1  I want you to tell me as best you can
2  recall when you first noticed the problem
3  with the oil on the windshield.
4     A.   I would say somewhere the end
5  of '03.
6     Q.   End of '03?
7     A.   Maybe not.  Let me look real
8  quick.  Aviation Engines had it at that
9  point.
10          No.  I'm sorry.  That's not
11 right.  That was '05.  This was when we
12 had the engine fixed ourselves.
13     Q.   Let me read this to you from
14 your complaint and see if this refreshes
15 your recollection any.  Paragraph 6 in
16 your complaint reads, after taking
17 possession of the aircraft, Plaintiff
18 learned that the engine case was cracked
19 and unrepairable and that various
20 essential internal engine parts were
21 rusted, worn, and otherwise deteriorated;
22 this discovery was first made in
23 approximately April 2004 by an aircraft

Page 64

1  technician in the course of performing a
2  repair of an oil leak.
3          Does that sound correct, that
4  the discovery was first made in April of
5  2004?
6     A.   I would say yes, because we
7  overhauled the engine in '05, which was
8  quite a time after we found out the
9  problem.  So...
10     Q.   Okay.  And so if he discovered
11 it in April of 2004 in the course of
12 performing a repair of an oil leak, you
13 would have noticed it sometime
14 immediately prior to April of 2004,
15 noticed the oil film on the windshield
16 that you described to me?
17     A.   It would be safe to say it
18 would be before that date, yes.
19     Q.   Well, would it be safe to say
20 that it would be sometime immediately
21 prior to that date?
22     A.   You know, that's the complaint
23 you're talking about.  That's not an

16 (Pages 61 to 64)

**American Court Reporting**
**June 2, 2008**

## American Court Reporting
### toll-free (877) 320-1050

Page 65

1    actual log that's coming from.
2        Q.   Well, that's why I'm asking
3    you.
4        A.   Matt, I mean, I think if we're
5    trying to find dates that we probably
6    need to break and go research this,
7    because I don't -- you know, this is your
8    copies of these logs, not mine.  They are
9    not in order.  They are not in bound.  I
10   don't know what's here or not here.  I
11   think it's a question that's going to
12   take -- if you don't want me to guess, we
13   need to have some time to leave and go
14   look at it.
15       Q.   Okay.  All right.  Well, why
16   don't we do that, then.  Why don't we
17   take a lunch break here, because what I'd
18   like to know is when you first noticed
19   the problems with the oil on the
20   windshield and when you first took it for
21   repairs.  And if you have your logbooks
22   handy you can look at -- or you can look
23   at mine, however you'd like to do that.

Page 66

1        A.   Well, I can tell you that our
2    logbooks are not handy.  They are back at
3    my office.
4        Q.   I'll represent to you this is
5    the way that your logbooks were produced
6    to us, in this order?
7        A.   I'm sure they are here.  If we
8    gave them to you, they are all here.
9        THE WITNESS:  I can't be here
10   all day.  I can tell you that right now,
11   Dudley, so I don't know how you want to
12   handle that.
13       MR. MOTLOW:  Do you want to
14   cover some other stuff to him and let him
15   look during the lunch break?  I mean, if
16   it's in those logbooks, I don't know how
17   long it's going to take.
18       But I would look around April
19   of '04 and see if you can find some clue
20   there.  But, you know, it's only eleven
21   thirty-something.
22       MR. WHITE:  Yeah.  I can move
23   on and cover some other ground and then

Page 67

1    we can take a break.
2        Q.   (BY MR. WHITE)  Let me go
3    through with you paragraph 6 of your
4    complaint.  And I just read to you the
5    first sentence of paragraph 6 -- the
6    first two sentences of paragraph 6.  Let
7    me keep on going on that.  It says,
8    Plaintiff further learned that the tail
9    section of the aircraft had been replaced
10   following a crash and that numerous
11   components of the airframe were badly
12   corroded; this discovery was made in
13   approximately July 2005 in connection
14   with the purchase and anticipated
15   installation of a rebuilt engine required
16   as a result of the condition of the
17   engine in the plane at the time it was
18   purchased.
19       All right.  Tell me, how did
20   you discover that the tail section of the
21   aircraft had been replaced following a
22   crash?
23       A.   When Auburn University broke

Page 68

1    the plane down.
2        Q.   Okay.  Why was that discovered
3    on a different date than the other stuff?
4    The other stuff you say was discovered in
5    April 2004, and then you say the tail
6    section problem or issue was discovered
7    in July 2005.
8        A.   Well, the engine is how we
9    discovered anything was wrong with the
10   plane, period, which happened first.  So
11   if your date is correct that you wanted
12   me to confirm, it would have been
13   sometime after that when we started
14   digging in to seeing what else was in
15   there.
16       Q.   All right.  Well, this would
17   have been a year and three months after
18   it.  And so what was happening in July of
19   2005 that lead you to believe that the
20   tail section had been replaced following
21   a crash?
22       A.   I don't know.  I can tell you
23   that based on the logbooks I'm looking at

17 (Pages 65 to 68)

## American Court Reporting
### June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 69

1   that between April of '04 that the engine
2   was put back in service, that we paid to
3   have it overhauled the way it was
4   supposed to have been done May of '05.
5   So it was between April and May we paid
6   to have the engine -- April of '04 to May
7   of '05 we had the engine overhauled.
8           Now, as far as asking me the
9   date of the inspection, I'd have to see
10  the document that Auburn University
11  provided of when they actually broke the
12  plane down. I'm not sure if that's July
13  of '05 or if that's sometime prior to
14  that. I don't know.
15      Q.   All right. Did the fact that
16  this aircraft had a tail section that had
17  been replaced, did that in any way affect
18  the airworthiness of the aircraft?
19      A.   According to the mechanics,
20  yes.
21      Q.   Okay. In what way did that
22  affect the air worthiness?
23      A.   I'm not a mechanic. I can't

Page 70

1   answer that.
2       Q.   Okay. And according to what
3   mechanic? Are we still talking about
4   Paul Polhemus?
5       A.   It would be Paul and the group
6   of people that are there.
7       Q.   At Auburn Avionics?
8       A.   Right.
9       Q.   Okay. And so according to
10  you, they said that the tail section --
11  the fact that the tail section had been
12  replaced affects the airworthiness of the
13  aircraft?
14      A.   I don't have direct knowledge
15  of that conversation being said in those
16  words.
17      Q.   Okay. What do you have direct
18  knowledge of?
19      A.   I remember based on a crash
20  that it had previous to us buying it,
21  there was an issue with the tail section
22  that we were not aware of that was not
23  repaired properly.

Page 71

1       Q.   So it's your understanding
2   that the tail section was not repaired
3   properly?
4       A.   Not fixed, repaired, replaced,
5   whatever. It was not the way it was
6   supposed to have been done.
7       Q.   Okay. And did you ever
8   experience any problems during flying
9   this aircraft that lead you to believe
10  that something was wrong with the tail
11  section of the aircraft?
12      A.   Me, no.
13      Q.   Do you know of anybody else
14  who did?
15      A.   No.
16      Q.   In looking at the aircraft as
17  a pilot as you are, can you tell any
18  difference from looking at the aircraft
19  that the tail section has been replaced?
20      A.   No, I can't.
21      Q.   Okay. And it took a
22  mechanic --
23      A.   I'm sure I could now because

Page 72

1   I've looked at it. At the time, no.
2       Q.   Okay. Well, I'm sure -- you
3   say I'm sure I could now. I mean, have
4   you at any time before today looked at
5   that aircraft and said, oh, I can see
6   where it's been replaced or repaired back
7   there on the tail?
8       A.   I've seen what they're talking
9   about. I'm not saying I could have found
10  it. At the same time, you know, I'm not
11  breaking this plane down; I'm not
12  inspecting it like a mechanic is. I'm
13  giving an outer visual of what all this
14  plane is.
15      Q.   Okay. All right. Do you have
16  any reason to believe that Sid Hall knew
17  that the tail section of the aircraft had
18  been replaced?
19      A.   Yeah.
20      Q.   What reason is that?
21      A.   Oh, reason?
22      Q.   Yeah.
23      A.   I don't know. I thought you

**American Court Reporting**
**June 2, 2008**

## American Court Reporting
### toll-free (877) 320-1050

Page 73

1  -- do I think he would have knowledge of
2  that? I would think he did, yes.
3      Q.   Okay. What's the basis for
4  your opinion that he had knowledge that
5  the tail section had been replaced?
6      A.   Well, he buys and sells
7  airplanes.
8      Q.   Okay. Any other reason?
9      A.   No.
10     Q.   Okay. Do you have the
11  original logbooks that go back to the
12  purchase of this aircraft?
13     A.   We have the logbooks that were
14  given to us when we purchased the
15  aircraft.
16     Q.   And how far back do those
17  logbooks go? Do you know?
18     A.   I don't know. I don't have
19  them in front of me.
20     Q.   Have you ever looked back into
21  the original logbooks to see if there is
22  any mention of the aircraft being
23  crashed?

Page 74

1      A.   No. And it was -- what I
2  recall is Sid telling us that -- I'm not
3  sure if it was me or Joe or if I got this
4  from Joe -- for some reason the logbooks
5  had been transposed over to a newer
6  version. What that reason is, I don't
7  know. At the time we knew no different.
8  We had no knowledge of the crash.
9  Nothing in the logbooks that we received
10  showed that it had ever been crashed
11  before.
12     Q.   Okay. Have you ever asked for
13  the original logbooks?
14     A.   Yes.
15     Q.   Who did you ask?
16     A.   I'm not sure if I asked or
17  Joe, but we would have asked Sid and
18  Luther I'm sure. At least Sid. I'm not
19  sure who else we would ask.
20     Q.   Well, I don't know if I'm
21  asking that correctly. I'm asking you,
22  Trey Salatto, did you ever ask anybody --
23     A.   I don't recall.

Page 75

1      Q.   -- for the original logbooks?
2      A.   I don't recall that answer.
3      Q.   Okay. At some point did
4  you -- you told me about -- I asked you
5  about your complaint. It says in April
6  of 2004 y'all noticed a problem with the
7  engine, and then subsequently in July
8  2005, it says that y'all were having the
9  engine repaired or overhauled or a new
10  engine put into the aircraft. Tell me
11  what happened. Did you overhaul that
12  engine or did you get a new engine, or is
13  it both?
14     A.   We overhauled the engine that
15  was -- we had to buy a new case for the
16  plane, and then we overhauled the engine.
17  Now, specifics on that, Joe handled all
18  the conversations with Centreville, the
19  people in Centreville that did that.
20     Q.   Okay. Who in Centreville did
21  that?
22     A.   To this day, I have never
23  spoken with anybody in Centreville.

Page 76

1      Q.   Who? What company, what
2  person in Centreville? Do you know?
3      A.   I -- well, I can tell you.
4  (Witness reviews logbooks.)
5          Aviation Engines, Inc.
6      Q.   And you say Joe handled all of
7  that?
8      A.   Yes.
9      Q.   Okay. And let me make sure I
10  understand the time line on that. Did
11  they repair the engine and was -- well,
12  let me ask you this: After April of 2004
13  when you discovered problems with the
14  engine, did that aircraft ever fly again
15  after that?
16     A.   No.
17     Q.   It did not?
18     A.   No.
19     Q.   Okay. So is it your testimony
20  today that the aircraft has never flown
21  since you first noticed the problem with
22  the oil on the windshield back in April
23  of 2004?

19 (Pages 73 to 76)

# American Court Reporting
## toll-free (877) 320-1050

Page 77

1    A.   I know I haven't been in it.
2    Q.   Okay. All right. Let me ask
3  you this way. And I don't know the
4  answer to this question. That's why I'm
5  asking you. Was the engine repaired and
6  then the aircraft returned to service and
7  flown some more and then for some reason
8  the engine removed from the aircraft --
9    A.   No.
10   Q.   -- and not flown again?
11   A.   No.
12   Q.   So at no time after you first
13 noticed the problems with the engine was
14 that aircraft ever flown again?
15   A.   That's not what you just asked
16 me. You just said from the time we had
17 it taken out of the plane, was it put
18 back in service. That answer is no.
19   Q.   Okay. Well, while the
20 engine --
21   A.   You just --
22   Q.   Okay. Let me re-ask the
23 question. While the engine -- let's go

Page 78

1  back to we notice oil on the windshield,
2  okay, and you take it in and have them
3  break it down, and they tell you you've
4  got these problems with your engine. Was
5  the engine repaired after that and
6  returned to service?
7    A.   I'm not sure if it was ferried
8  at some point. Ferried is a term when
9  you -- when a plane is not airworthy and
10 you get a special permit from the FAA and
11 you can move a plane from location to
12 location. I'm not saying that was done.
13 I'm saying it's a possibility. I don't
14 recall that ever happening. But your
15 question that I can answer: When it was
16 removed from the plane and we had it
17 overhauled, was it put back in service?
18 No.
19   Q.   Okay. When was the engine
20 removed from the plane?
21   A.   According to the logbooks, it
22 would have been -- the overhaul was
23 complete in -- I think it's May of '05,

Page 79

1  so it would have been sometime prior to
2  that. And, once again, these are
3  questions that would be better directed
4  at Joe because he had direct
5  conversations with the people on this.
6    Q.   Okay. Why was the engine
7  removed from the plane?
8    A.   Well, it was removed from the
9  plane because it was not airworthy. It
10 couldn't be flown. It had a cracked
11 case. It had to be replaced; it had to
12 be repaired.
13   Q.   Okay. So they had to remove
14 the engine from the plane in order to
15 repair it?
16   A.   That's my understanding. I'm
17 not a mechanic.
18   Q.   Okay. And why was the engine
19 never put back into the plane?
20   A.   Well, at some point we found
21 out about the other issues regarding the
22 plane. I'm not saying the engine was
23 never put back in the plane; it was never

Page 80

1  put back in service. I don't recall --
2  you know, when the engine came back from
3  Centreville, I don't know, but it could
4  have been put back in the plane. It was
5  never put back in service and airworthy
6  to fly again. I can tell you that. If I
7  remember correctly when we came back, we
8  put it in the plane; we found the issues
9  in the plane; and instead of leaving the
10 engine in the plane -- we knew we had a
11 lot of issues to deal with with an
12 unworthy plane as far as the airframe
13 goes -- we took the engine back out and
14 pickled it.
15       And pickled is when you
16 basically lubricate it well so that it
17 doesn't -- the pistons and all don't
18 corrode or get stuck and everything else.
19   Q.   Okay. Well, where is the
20 engine being stored?
21   A.   At this exact second, you'd
22 have to ask Joe. It was, I believe, at
23 his parents' house in Woodland, Alabama.

20 (Pages 77 to 80)

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1. But I don't know that. It was in the
2. aviation -- it was in the back of his
3. truck the last time I saw it when I was
4. with you.
5.     Q.   Okay. That was his truck it
6. was in that was a white pickup truck
7. where we saw it?
8.     A.   Right.
9.     Q.   And --
10.     A.   I take that back. It was at
11. his -- the last I knew where it was was
12. at his office in his warehouse.
13.     Q.   Okay. Is that in Auburn,
14. Alabama?
15.     A.   Yes.
16.     Q.   Okay. Why was it removed from
17. the -- if it was reinstalled -- you've
18. got a rebuilt motor and you install it in
19. the aircraft, why was it subsequently
20. removed from the aircraft?
21.     A.   Because there was airframe
22. airworthiness issues that could not put
23. it back in service, that we were not able

Page 82

1. to justify putting it back in service
2. with the amount of money. And even
3. saying that they would put it back in
4. service was a conversation that we had
5. with the airport.
6.     Q.   Is -- did you pay somebody to
7. take that engine out of that plane for
8. you?
9.     A.   I'm sure we did.
10.     Q.   Okay. Could you not have
11. pickled the engine as it sat there in the
12. aircraft and left it in the aircraft?
13.     A.   I'm not a mechanic. But I
14. would say no. But I could be wrong.
15.     Q.   Are there any liens currently
16. on that aircraft?
17.     A.   Dorr Aviation still has a
18. mortgage on it.
19.     Q.   How much do you owe to Dorr?
20.     A.   I don't know. We provided
21. that to y'all. I forget exactly what it
22. is.
23.     Q.   Anybody else other than Dorr

Page 83

1. Aviation?
2.     A.   No.
3.     Q.   Does anybody have a lien on
4. the engine itself?
5.     A.   No -- well, I'm not sure how
6. that works with aviation -- with
7. aircraft. Finance companies are strange.
8. I don't want to say something I don't
9. know about. But avionics, airframe,
10. engine.
11.     Q.   Okay.
12.     A.   You know, it's easy to strip a
13. plane of its value and still have a plane
14. sitting there.
15.     Q.   Who removed that engine from
16. the aircraft for you? Do you remember?
17.     A.   It would have been somebody at
18. the Auburn Airport. That's where it was.
19.     Q.   And that's who you paid to do
20. it, was somebody at the Auburn Airport?
21.     A.   Right.
22.     Q.   You don't remember who that
23. somebody was?

Page 84

1.     A.   Auburn University Aviation. I
2. don't -- I would assume Paul was
3. involved, but Paul is kind of the head
4. mechanic is my understanding.
5.     Q.   Okay. Did you ever have any
6. problems -- when you flew the aircraft,
7. did you ever have any problems with that
8. aircraft while flying it?
9.     A.   I did not, no.
10.     Q.   Okay. And your complaint
11. mentions something about having family
12. and friends in the aircraft with you. I
13. assume -- if you've never had a problem
14. with the aircraft, I assume, then, that
15. you never had a problem with the aircraft
16. while family and friends were in the
17. aircraft with you?
18.     A.   I guess that would be true,
19. yeah.
20.     Q.   Okay. Can you tell me who
21. all, to the best of your recollection,
22. flew with you in that aircraft?
23.     A.   I have -- I mean, I don't

21 (Pages 81 to 84)

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 85

1  know. I could give you a list.
2     Q.  Well, let's do that. Stacey,
3  would your wife have flown with you?
4     A.  Yeah, I guess Stacey.
5     Q.  Do you have children?
6     A.  Yeah. I guess Slade.
7     Q.  Okay. Who else?
8     A.  Kurt Cotney.
9     Q.  Kurt Cotney?
10    A.  Yeah.
11    Q.  All right. Who else?
12    A.  Robert Blake, Lance Bowlin.
13    Q.  Okay. Who else?
14    A.  Joe Lovvorn.
15    Q.  All right.
16    A.  I'm not sure -- I'm sure he's
17  got a list on his side, too.
18    Q.  Okay?
19    A.  Alan Pearson. I don't know --
20  I guess that would probably be it. I
21  might be forgetting some people. I
22  don't know -- no intentional.
23    Q.  Okay. Did any of these folks

Page 86

1  that you flew with ever voice any
2  complaints or concerns to you that the
3  aircraft was unsafe or they felt unsafe
4  while flying in the aircraft?
5     A.  No.
6     Q.  Okay. Did the aircraft --
7  well, let me ask you this way. Prior to
8  learning of the problems with the engine,
9  did the aircraft meet your expectations
10  as far as how this particular year model
11  of aircraft should fly?
12    A.  I would assume.
13    Q.  Okay. Well, I mean --
14    A.  My first plane.
15    Q.  It was your first plane?
16    A.  Yeah.
17    Q.  Was there anything about it
18  that did not meet your expectations? I'm
19  talking about prior to learning of the
20  engine problem.
21    A.  Not my expectations, no.
22    Q.  Okay. Have you purchased any
23  aircraft since this aircraft was

Page 87

1  purchased?
2     A.  Yes.
3     Q.  Okay. Was that done through
4  LOSAL?
5     A.  Yes.
6     Q.  Okay. What other aircraft
7  have you purchased?
8     A.  A Piper Archer.
9     Q.  Okay. When did you purchase
10  that aircraft?
11    A.  I don't know. It would have
12  been after '04.
13    Q.  Okay.
14    A.  Or maybe in '04. I don't
15  remember if we bought it while we were
16  having issues or not. I don't think we
17  did.
18    Q.  Okay. Do you still have that
19  aircraft?
20    A.  No.
21    Q.  Did you sell it?
22    A.  Yes.
23    Q.  When did you sell it?

Page 88

1     A.  A couple of years ago. I'd
2  say '05 or '06.
3     Q.  Okay. What was the reason you
4  sold that aircraft?
5     A.  Just moving into something
6  more advanced.
7     Q.  Okay. So you bought a
8  different aircraft?
9     A.  Yes.
10    Q.  What else? What was your next
11  aircraft?
12    A.  A Cirrus SR22.
13    Q.  Okay. When did you purchase
14  that aircraft?
15    A.  I don't know. I don't have
16  the date in front of me.
17    Q.  Do you still have that
18  aircraft?
19    A.  We have that particular one,
20  yes. Let me see. It's a 224 Lema Romeo
21  (phonetic) SR22. And we do still have
22  that plane.
23    Q.  Okay. Any other aircraft that

22 (Pages 85 to 88)

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 89

1  you purchased?
2  A.  Yes.  Another SR22 87 Lema
3  Sierra.
4  Q.  Okay.  So you currently own
5  two Cirrus SR22s?
6  A.  No.  We sold 87 Lema Sierra
7  last year.
8  Q.  When did you purchase 87 Lema
9  Sierra?
10  A.  I believe March of '06.
11  Q.  Purchased it in March of '06?
12  A.  I'm pretty sure.
13  Q.  And then when did you sell it?
14  A.  December of '07.
15  Q.  Okay.  Have you had any
16  airworthiness issues with any of the
17  other planes you've bought or sold over
18  the years?
19  A.  No.
20  Q.  Was the Piper Archer that you
21  purchased a used vehicle or a -- a used
22  aircraft or a new aircraft?
23  A.  It was used.

Page 90

1  Q.  What year model was it?
2  A.  I believe an '02 or an '03.  I
3  don't remember exactly.  I think an '02.
4  Q.  And what about the Sierra
5  aircraft?  Were both of those used or
6  were they new?
7  A.  224 Lema Romeo was used.  It
8  was, I think, an '01 model, 2001.
9  Q.  Okay.
10  A.  And 87 Lema Sierra was new.
11  Q.  And what year model is it?
12  A.  We took delivery in '06.  So
13  it would be in '06.
14  Q.  Okay.  And just for the
15  record, what year model was the aircraft
16  we're here about today?  Do you remember?
17  A.  I think it was a 1976.
18  Q.  A 1976 Beechcraft Sundowner;
19  is that correct?
20  A.  It sounds right.
21  Q.  Okay.  And you knew that when
22  you purchased it; right?  You knew it was
23  a used aircraft; right?

Page 91

1  A.  I did.
2  Q.  You didn't expect a used
3  aircraft to be perfect, did you?
4  A.  I don't know that I didn't.
5  Q.  You expected it to be perfect?
6  A.  I don't know that perfect is
7  the term to use with anything.
8  Q.  Well, did you expect it to
9  have all of the aminities of a new
10  aircraft?
11  A.  I don't really know what you
12  mean.  I expected it to have what it was
13  represented to have.  Whether it is new
14  or used, it either has it or it doesn't.
15  Q.  And you told me earlier what
16  those representations were?
17  A.  Right.
18  Q.  Okay.  Is there -- and let me
19  just make sure I understand everything
20  that you say it was represented to be.
21  And you told me -- when I asked you
22  earlier what it was represented to be,
23  you said it was represented to have new

Page 92

1  paint, new interior, an overhauled
2  engine, and zero hours.  Okay.  Is there
3  anything else it was represented to be
4  other than that?
5  A.  Well, airworthy.
6  Q.  Airworthy.  All right.
7  Anything else?
8  A.  I mean, it was represented
9  just like the ad you showed me as a
10  Defense Exhibit, all of those things.
11  Q.  All right.  And we talked a
12  little bit about the overhauled engine.
13  Then we got stalled out, and we're going
14  to come back to that, I guess, after we
15  take another break.
16  Tell me about the zero hours
17  issue.  Is there some reason you have to
18  believe that the aircraft did not have
19  zero hours on it after the last overhaul
20  since major overhaul?
21  A.  Well, yeah, since major
22  overhaul.  Not the actual airplane
23  itself, the engine having zero hours.

23  (Pages 89 to 92)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 93

1  Q.  Do you believe that to be a
2  misrepresentation?
3  A.  I do.
4  Q.  Okay.  What's your reason for
5  believing that?
6  A.  Us having to overhaul the
7  engine ourselves.
8  Q.  Okay.  So your complaint there
9  is that you don't believe the engine was
10  actually overhauled; is that right?
11  A.  I don't believe it was done
12  correctly, if at all.
13  Q.  Okay.  And, to your knowledge,
14  does Sid Hall do overhauls -- does Sid
15  Hall or Southern Aircraft Sales do engine
16  overhauls?
17  A.  I don't know.
18  Q.  You don't know.  Okay.  Do you
19  have any reason to believe there is some
20  connection between -- ownership
21  connection between Sid Hall and 16 J?
22  A.  Well, yeah.  We talked about
23  that earlier.

Page 94

1  Q.  We talked about you saying
2  that one of 16 J's employees seemed to do
3  whatever Sid wanted him to do; is that
4  right?
5  A.  Yeah.
6  Q.  Okay.  Do you have any other
7  reason to believe that Sid Hall had some
8  ownership in 16 J or some type of control
9  over 16 J?
10  A.  No.  I mean, you know, his
11  office was in the same hangar, all of his
12  planes inside the hangar.  I mean, it's a
13  very small airport.
14  Q.  Okay.  Any other reasons?
15  A.  Well, and him saying he could
16  just have Luther do the prebuy and the
17  annuals.  We were directed towards that
18  direction.
19  Q.  Okay.  What was the reason you
20  had the second annual done at 16 J?
21  A.  I don't know what you mean.
22  Q.  Wasn't there a second annual
23  done after you owned the aircraft for

Page 95

1  approximately a year?
2  A.  A year, yeah.
3  Q.  Okay.  And y'all flew it back
4  over there and had 16 J do the second
5  annual on it?
6  A.  Right.
7  Q.  Okay.  Why didn't you just
8  have that done here in Auburn?
9  A.  Mainly because they were
10  familiar with the aircraft.
11  Q.  That wasn't included in the
12  purchase price or anything of that
13  nature, was it?
14  A.  No.  I think Joe would
15  probably have better insight on why we
16  did that; some conversations he might
17  have had with Luther; maybe some things
18  that could be fixed or tweaked,
19  nonairworthy, cosmetic, so forth, inside
20  the plane.  I don't know.  Joe handled
21  most of those conversations directly with
22  Luther.
23  Q.  Okay.  Did you have

Page 96

1  conversations with anyone from Dawson,
2  Georgia, other than Sid Hall and Luther?
3  A.  Not that I recall.
4  Q.  And then going back to the
5  representation that you said Sid Hall
6  made that it was airworthy, would your
7  reason -- I assume you believe that that
8  was not true; is that correct?
9  A.  Based on what other A&P
10  mechanics found out, yes.
11  Q.  Okay.  And when you say A&P
12  mechanics, what do you mean by that?
13  A.  A&P certification, which...
14  Q.  That's a designation for a
15  mechanic?
16  A.  Right.
17  Q.  And so the airworthiness
18  complaint that you have goes back to the
19  same issues that we've talked about with
20  the problems with the engine and problem
21  with the airframe itself, is that
22  correct, that we've already discussed?
23  A.  Correct.

24  (Pages 93 to 96)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 97

1       MR. WHITE:  All right.  I
2  think this might be a good place to take
3  a lunch break.
4              12:05 PM
5           (Lunch recess)
6              1:00 PM
7       (WHEREUPON, a document was
8  marked as Defendants' Exhibit Number 3
9  and is attached to the original
10  transcript.)
11      Q.   (BY MR. WHITE)  Let me show
12  you what's marked as Exhibit 3 to your
13  deposition.  And I'll represent to you
14  that's a photocopy that I made during the
15  break of the engine maintenance records
16  that was produced by your attorneys to us
17  in discovery, and it's my understanding
18  this is a copy of the -- what's commonly
19  called the engine log.  Is that your
20  understanding of what this is?
21      A.   Yes.
22      Q.   Okay.  Let me get you to
23  look -- I just want to go page by page

Page 98

1  with you.  Have you read this anytime
2  recently?
3      A.   I wouldn't say recently.
4      Q.   Okay.  Well, let me get you to
5  read, just to yourself, the first -- that
6  first entry here, which takes up the
7  first three and a half pages of it.  Just
8  take your time and read that for me.  I
9  want to ask you some questions about
10  that.
11      A.   (Witness reviews document.)
12      Okay.
13      Q.   All right.  If you look on the
14  last page of that entry, it appears to be
15  signed for by Stephen J. Barry, and it
16  has a number there.  I assume that's his
17  mechanics number or something.  What do
18  you understand that number to be?
19      A.   I would agree.
20      Q.   Okay.  And right above his
21  signature it says Aerotrace, Inc., 500
22  Airport Drive West, Sebastian, Florida,
23  32958 USA; correct?

Page 99

1      A.   Yeah.
2      Q.   Would you understand, then,
3  that the person who made that entry was a
4  Stephen J. Barry who was a mechanic that
5  worked at Aerotrace, Inc., in Sebastian,
6  Florida?
7      A.   Yeah.
8      Q.   Okay.  And that entry is dated
9  May the 28th, 2002; correct?
10      A.   Correct.
11      Q.   And that entry describes in
12  pretty great detail, does it not, the
13  overhauling of the engine that was in
14  your aircraft when you bought it;
15  correct?
16      A.   Right.
17      Q.   And down at the bottom of that
18  last page it says, as of 5/28/2002, it
19  gives a tach reading and a hobbs reading,
20  and it says engine, zero, TSMOH.  And
21  what does that mean to you?
22      A.   Since major overhaul.
23      Q.   Okay.  Zero hours since major

Page 100

1  overhaul?
2      A.   Yes.
3      Q.   Okay.  Do you have any reason
4  to believe that this entry is incorrect,
5  that this overhaul described in this
6  entry in your logbook is incorrect in any
7  way?
8      A.   Based on what he said or based
9  on what I believe not being the case?
10      Q.   Based upon anything.
11      A.   Well, based by what he says, I
12  guess it's what he says.  But I do have
13  reason to believe that it was not.
14      Q.   Okay.  You have reason to
15  believe that Aerotrace, Inc., did not
16  perform the engine overhaul as described
17  in your engine log?
18      A.   Correct.
19      Q.   Okay.  And what reasons are --
20  are those the same reasons that we
21  discussed earlier in your deposition, the
22  fact that you've had problems with the
23  engine and found an oil leak and

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 101

1  determined that the aircraft was not
2  airworthy in your opinion?
3      A.   Well, I guess my knowledge
4  comes directly from my partner in the
5  deal of a conversation he had with
6  Aviation Engines, Inc., regarding when
7  they broke the engine down. They
8  informed him that for a major overhaul,
9  things were done -- were not done that
10  should have been done.
11      Q.   Okay. Let me refer you back
12  to Defendants' Exhibit Number 1, which is
13  an advertisement for the sale of this
14  aircraft, and it's from an Aerotrace,
15  Inc., in 500 Airport Drive West,
16  Sebastian, Florida; is that correct?
17      A.   Right.
18      Q.   Do you have any reason to
19  believe that Sid Hall or Southern
20  Aircraft Sales has any control over
21  Aerotrace, Inc., of Sebastian, Florida?
22      A.   I don't know what you're
23  asking me.

Page 102

1      Q.   Well, do you have any reason
2  to believe that Sid Hall instructed
3  Aerotrace, Inc., to falsify any records
4  relating to this aircraft?
5      A.   No.
6      Q.   Okay. Have you sued
7  Aerotrace, Inc.?
8      A.   No.
9      Q.   Is there any reason why you
10  haven't sued them?
11      A.   I think you have to ask my
12  attorney that question.
13      Q.   Okay. Do you have any reason
14  to believe that Sid Hall or Southern
15  Aircraft Sales falsified the entry that's
16  on the engine log that we just talked
17  about?
18      A.   No.
19      Q.   Okay. Let me get you to flip
20  over to the next entry, which is also an
21  entry by Stephen Barry on that same date,
22  5/28/02, in which he says the engine has
23  undergone a 100-hour inspection and he

Page 103

1  determines it to be in an airworthy
2  condition. Do you have any reason to
3  believe that that is untrue?
4      A.   No.
5      Q.   Okay. Do you have any reason
6  to believe that a Stephen J. Barry did
7  not, in fact, determine that aircraft to
8  be in an airworthy condition as of May
9  28, 2002?
10      A.   No.
11      Q.   If you go down to the bottom
12  of that page on 6/10/2002, it looks like
13  a John Rothen performed an annual
14  inspection on the aircraft on 6/10/2002.
15  Do you see that?
16      A.   Yes.
17      Q.   Do you have any reason to
18  believe that John Rothen did not, in
19  fact, perform an annual inspection of the
20  aircraft on that date?
21      A.   No.
22      Q.   Okay. If you flip over on
23  August 23rd, 2002, you see where Luther

Page 104

1  Herndon, it looks like, did an oil
2  change. He says removed oil and
3  replenished with -- it looks like
4  Aeroshell W120 or 100. Cleaned screens;
5  no contaminants found. And that's the
6  same Luther that we talked about earlier;
7  correct?
8      A.   I would assume.
9      Q.   So this would have been after
10  you owned the aircraft in August of 2002?
11      A.   I would guess so.
12      Q.   Okay. And do you have any
13  reason to believe that Luther Herndon did
14  not, in fact, perform that maintenance on
15  that date?
16      A.   No.
17      Q.   The next entry down is March
18  24, 2003. And it is an entry by Luther
19  Herndon, and it gives his A&P number.
20  And there in handwriting he says, certify
21  this a/c -- I assume meaning aircraft --
22  to be in airworthy condition; is that
23  correct?

26 (Pages 101 to 104)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 105

1    A.   That's what it says, yes.
2    Q.   Okay.  Do you have any reason
3  to believe that Luther Herndon did not,
4  in fact, certify that aircraft to be in
5  an airworthy condition on March 24, 2003?
6    A.   I don't -- other than what I
7  know now, no.
8    Q.   Okay.  Well, that's his job,
9  isn't it?  I mean, when you're designated
10 as an A&P, you have authority under the
11 FAA to determine whether or not an
12 aircraft is in airworthy condition?
13   A.   That's right.  And you
14 shouldn't put it back in unless it is.
15   Q.   Okay.  And Luther Herndon on
16 that day decided that aircraft was in an
17 airworthy condition and returned it to
18 service; correct?
19   A.   He signed off on it, it looks
20 like.
21   Q.   Okay.  Then the next entry is
22 on September 18th, 2003.  And the first
23 words say performed 100-hour inspection,

Page 106

1  and there at the end of that entry on the
2  next page, it says, I certify this engine
3  to be airworthy at this time.  And,
4  again, that's signed by Luther Herndon.
5  Do you have any reason to believe that
6  Luther Herndon did not, in fact, perform
7  a 100-hour inspection on that date and
8  determine it to be in an airworthy
9  condition at that time?
10   A.   He signed off on it saying it
11 was.
12   Q.   Okay.  The next entry is also
13 on September 18, 2003 by a Ray Allen who
14 says he performed an annual inspection
15 and that the engine is inspected in
16 accordance with an annual inspection and
17 was determined to be in an airworthy
18 condition, and he signed of on it with an
19 A&P number as well.  His is A&P, slash,
20 IA.  What is IA?
21   A.   I think that's just some other
22 designation that you can get.
23   Q.   Is that a higher designation

Page 107

1  than A&P?
2    A.   I couldn't tell you.
3    Q.   Okay.  Do you have any reason
4  to believe that Ray Allen did not, in
5  fact, perform an actual inspection on
6  that date and determine that it was in an
7  airworthy condition?
8    A.   He signed off on it.
9    Q.   Okay.  The next entry is
10 12/11/2003, and it's signed off by Gary
11 Johnson with an A&P number.  Do you know
12 who Gary Johnson is?
13   A.   I don't right offhand.  I
14 believe he works at the Auburn Airport.
15   Q.   Okay.  There on that date he
16 states, drained engine oil, cleaned oil
17 screens; no abnormal debris found.
18 Serviced with Aeroshell -- it looks like
19 80, parentheses, 40 weight.  And then he
20 says, ran engine, comma, no leaks found.
21 Did I read that correctly?
22   A.   I believe you did.
23   Q.   Do you have any reason to

Page 108

1  believe that Mr. Gary Johnson did not, in
2  fact, perform the maintenance he
3  described on that date?
4    A.   He signed off on it saying
5  that's what he did.
6    Q.   Do you have any reason to
7  believe that he did not, in fact, run the
8  engine and found no leaks?
9    A.   No.
10   Q.   And then the next entry is the
11 entry you referred to earlier, wherein
12 you describe the overhaul of the engine
13 that y'all performed; is that correct?
14   A.   Yes.
15   Q.   And that looks to be dated
16 5/16/05; is that correct?
17   A.   It looks like that to me.
18       (WHEREUPON, a document was
19 marked as Defendants' Exhibit Number 4
20 and is attached to the original
21 transcript.)
22   Q.   Okay.  Let me show you
23 Defendants' Exhibit 4, which I'll

27 (Pages 105 to 108)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 109

1   represent to you is a copy of your
2   airframe maintenance records or otherwise
3   known as your airframe log. Would you
4   just verify for me that that's what that
5   is?
6       A.   Yeah.
7       Q.   Okay. Basically, I want to do
8   the same thing with you we just went
9   through with your other log. If you
10  would read for me this first three pages
11  -- three and a half, four pages is the
12  entry -- there is a long entry. If you
13  would read that to yourself, I want to
14  ask you some questions about that. And
15  it's not the same as the prior entry on
16  the other log.
17      A.   (Witness reviews document.)
18           All right.
19      Q.   And, again, the first entry in
20  this log is an entry by a Stephen Barry
21  of Aerotrace, Inc., of Sebastian,
22  Florida. And, again, my question to you
23  is:  Do you have any reason to believe

Page 110

1   that Stephen Barry did not perform or
2   have performed the overhaul of that
3   aircraft as he describes in that entry?
4       MR. MOTLOW:  Let me see it
5   real quick, Trey. What's the date on it?
6   May 28th, 2002. You can answer the
7   question, but understand any reason, not
8   just what he says.
9       A.   Well, yes.
10      Q.   Tell me what that is.
11      A.   What we've been talking about
12  the whole day, things that have been
13  found on the plane.
14      Q.   All right. Tell me, do you
15  have any reason to believe that Sid Hall
16  had any knowledge -- well, let me ask you
17  this way:  Is it your belief, then, that
18  Aerotrace, Inc., did not perform the
19  overhaul of this aircraft as they
20  described in the engine log -- or in this
21  aircraft log that's marked as Defendants'
22  Exhibit 4?
23      A.   That's not what I said. You

Page 111

1   said any reason. Yeah. The reasons are
2   what with we've discussed.
3       Q.   Well, I mean, the question I
4   have is, how is it that you know that
5   these problems that you later discovered
6   with the aircraft existed at the time he
7   did this engine overhaul as opposed to
8   developed later after you had the
9   aircraft?
10      A.   Well, Matt, I didn't own the
11  plane at this time. You know, I owned it
12  after I owned it, which is on in here. So
13  I can't -- yes, I have reasons to believe
14  it was not done, because we have issues
15  with the plane.
16      Q.   Okay. Well, tell me what your
17  reasons are for believing that the issues
18  that you have with the plane did not
19  develop after you purchased the aircraft.
20      A.   Based on our conversations
21  with other people, other pilots, other
22  A&P mechanics, other inspections, and --
23  you know...

Page 112

1       Q.   So other people have told you
2   that the problems that you have with the
3   aircraft would have been there before you
4   purchased the aircraft?
5       A.   Well, like I said, Matt, I'm
6   not a mechanic. These issues were
7   brought to our attention through a series
8   of events. I don't really know what
9   you're asking me. Is there a chance that
10  that's not correct? Well, of course
11  there is. We wouldn't be here.
12      Q.   Well, I'm not asking you about
13  if there is a chance. I'm asking you
14  what evidence do you have that says that
15  they did not perform that engine and
16  aircraft overhaul that's described in the
17  logs to your airplane?
18      A.   I guess the evidence is we
19  have an engine that was never overhauled
20  that we had to fix ourselves that we paid
21  for, and the evidence is we have a
22  nonairworthy plane to this day based on
23  things that were represented that were

28  (Pages 109 to 112)

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 113

1  done that obviously were not. That's our
2  evidence. And you've seen the evidence.
3      Q.   Okay. So what you're saying
4  is that Aerotrace, Inc., and Stephen J.
5  Barry did not, in fact, perform the work
6  that they described in the engine logs?
7      A.   I didn't say that.
8      Q.   Well, what is it, then? I
9  mean, either they did do it or they
10 didn't do it. I mean --
11     A.   You asked me a question if
12 there's -- if I have any reason to
13 believe they didn't do it. And I said,
14 of course, I have reason to believe they
15 didn't do it. Any reasons, yes.
16     Q.   Okay. And the reasons are
17 that you've had subsequent problems and
18 issues with the airplane?
19     A.   The reason we are here.
20     Q.   Okay. Do you have any reason
21 to believe that Sid Hall had any
22 knowledge that Aerotrace, Inc., or
23 Stephen J. Barry did not, in fact, do the

Page 114

1  work that they describe in the aircraft
2  logs?
3      A.   Yes.
4      Q.   And what is that?
5      A.   Well, you know, I bought it
6  from Sid, so I would assume he had
7  knowledge of it.
8      Q.   Well, if you didn't have
9  knowledge of it, why would you assume Sid
10 had knowledge of it?
11     A.   Maybe because Sid has been
12 doing it longer than I have.
13     Q.   He's been doing it longer than
14 you. Any other reason why you assume he
15 knew it?
16     A.   I don't know.
17     Q.   Okay. And, again, just going
18 through this airframe log with you, there
19 seems to be some identical entries. On
20 6/10/2002, John Rothen made an entry,
21 which appears to be identical to the
22 entry that he made in the engine log
23 saying that he performed an annual

Page 115

1  inspection on that date; correct?
2      A.   Yes.
3      Q.   Well, that's what it says
4  there in your log; correct?
5      A.   Yes.
6      Q.   And do you -- what's your
7  understanding about the legal effect of
8  an airframe log and an engine log in an
9  aircraft?
10     A.   What do you mean by that?
11     Q.   Well, you're a pilot; correct?
12     A.   Right.
13     Q.   And you had to undergo
14 training to become a pilot; correct?
15     A.   Right.
16     Q.   And the logs of an aircraft,
17 be it the engine log or the airframe log,
18 are very important documents. Are they
19 not?
20     A.   Right.
21     Q.   And they are the sole
22 documents that the FAA relies upon in
23 determining the history of an aircraft;

Page 116

1  correct?
2      A.   I don't know about the history
3  of an aircraft. Whether it's airworthy
4  or not.
5      Q.   They are not the sole log or
6  sole document the FAA relies upon in its
7  rules to determine what's been done to an
8  aircraft and what has not been done to an
9  aircraft?
10     A.   Well, that's what I said, to
11 declare if it's airworthy or not.
12     Q.   It's a crime under the FAA to
13 falsify an aircraft log; is it not?
14     A.   That's my understanding.
15     Q.   Okay. So is it your
16 contention here in this lawsuit that
17 somebody has committed a crime by
18 falsifying these logs?
19         MR. MOTLOW: Object to the
20 form. You can answer.
21     A.   I don't have an answer for
22 that.
23     Q.   Well, if Aerotrace, Inc. and

29 (Pages 113 to 116)

## American Court Reporting
### June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 117

1    Stephen J. Barry did not, in fact,
2    perform the engine overhaul of that
3    aircraft as described in the engine log,
4    that would, in fact, be a crime. Would
5    it not?
6         MR. MOTLOW: Maybe Sid Hall
7    should have third-partied them in the
8    case.
9         MR. WHITE: I'm sorry? I
10   didn't hear that.
11        MR. MOTLOW: I said you asked
12   earlier why he didn't sue Aerotrace, and
13   my answer to that is -- since he said
14   you'd have to ask the lawyer -- he's not
15   privy of the contract with them. But
16   y'all could have sued them. That's my
17   point.
18        MR. WHITE: Well, I'm asking
19   him --
20   Q.   Is it your contention -- well,
21   let me ask you this way: Did -- if, in
22   fact, Aerotrace, Inc. and Stephen J.
23   Barry did not, in fact, perform the

Page 118

1    engine overhaul as described in the
2    logbooks for your aircraft, that would be
3    a crime in the FAA's eyes. Would it not
4    be?
5    A.   If they falsified it?
6    Q.   Yes.
7    A.   Well, yes.
8    Q.   And if they didn't do it as
9    they documented, that would be a
10   falsification. Would it not?
11   A.   I don't work for the FAA. I
12   would assume, yes. But I'm not FAA.
13        (WHEREUPON, a document was
14   marked as Defendants' Exhibit Number 5
15   and is attached to the original
16   transcript.)
17   Q.   Let me show you what's marked
18   as Defendants' Exhibit 5. Do you
19   recognize that?
20   A.   I do.
21   Q.   What is that?
22   A.   It was a summary of
23   inspections done at the Auburn Airport.

Page 119

1    Q.   Okay. And that's done by Paul
2    G. Polhemus, P-O-L-H-E-M-U-S; correct?
3    A.   Yes.
4    Q.   Okay. And that's dated August
5    8th, 2005. Did he prepare this report
6    shortly after performing the inspection
7    on the aircraft?
8    A.   I would say definitely after
9    the inspection. I can't tell you a time
10   frame. But yes.
11   Q.   Well, do you recall after --
12   how long after you asked him to perform
13   an inspection of the aircraft that he
14   issued this report?
15   A.   I don't have knowledge of that
16   exact date, no.
17   Q.   Well, would it have been weeks
18   or months or years? Do you know?
19   A.   I don't know. It wouldn't be
20   months or years -- it wouldn't be years.
21   It might be weeks or months.
22   Q.   Okay. Would you have any
23   document or anything that would refresh

Page 120

1    your recollection as to when the
2    inspection was done?
3    A.   (No response.)
4    Q.   Let me ask you this way: The
5    engine log that we just talked about
6    that's Defendants' Exhibit 3 shows that
7    y'all had the engine overhaul done on May
8    16, 2005, and this report is dated August
9    8, 2005. So do you remember when in
10   conjunction with the engine overhaul that
11   you requested that Mr. Polhemus do an
12   inspection for you?
13   A.   I would say it's more than
14   likely in that gap -- or maybe even
15   previously, right before the engine was
16   put back in the plane.
17   Q.   Okay. So sometime in that
18   same time frame from -- anywhere from May
19   2005 through right before August 8, 2005;
20   is that a fair statement?
21   A.   I would think that's fair.
22   Q.   Okay. Did you tell Sid Hall
23   that this was your first time purchasing

30 (Pages 117 to 120)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 121

1    an aircraft?
2        A.    I'm not sure if I did or not.
3        Q.    Okay.  Do you have -- how long
4    have you been a pilot?
5        A.    I got licensed in August --
6    I'm sorry -- October of '05.
7        Q.    So you weren't a pilot when
8    y'all purchased the aircraft?
9        A.    Well, I was a student pilot.
10        Q.    A student pilot.  And Joe, I
11    take it, was a pilot when you purchased
12    it -- at the time that you purchased it,
13    or was he still a student pilot?
14        A.    You'd have to ask Joe that.
15        Q.    What is your understanding of
16    what a pilot's duty is prior to taking
17    control of an aircraft and actually
18    flying an aircraft?
19            MR. MOTLOW:  Object to the
20    form.  Go ahead.
21        A.    I don't know how to answer
22    that question.
23        Q.    Do you have a -- isn't it true

Page 122

1    under FAA rules and regulations you have
2    a duty as a pilot to determine for
3    yourself that the aircraft is in an
4    airworthy condition and safe for flight?
5        A.    Yeah -- well, you have to make
6    sure the plane is airworthy by making
7    sure that the logbooks and the airway
8    certificate is in the plane, yes.
9        Q.    And isn't it true under the
10    FAA that by taking control of an aircraft
11    and actually operating and flying that
12    aircraft you impliedly manifest that the
13    aircraft is, in fact, in an airworthy
14    condition and safe for flight?
15            MR. MOTLOW:  Object to the
16    form.  Go ahead.
17        A.    I don't know how to answer
18    that question without -- to get your
19    answer.  I'm not doing an inspection of
20    the plane; I'm relying on documents that
21    it is airworthy.
22        Q.    A pilot is not required to do
23    any inspections -- preflight inspections?

Page 123

1        A.    Yeah.  Visually, but not
2    breaking the plane down, taking wings
3    off, checking for corrosion, things like
4    that, no.  That would be very cumbersome
5    if every pilot in America had to do that.
6        Q.    Okay.  All right.  Help me if
7    I'm wrong here.  But by flying the
8    aircraft -- taking control of the
9    aircraft and flying the aircraft, you're
10    stating that -- as a pilot that, to the
11    best of your knowledge, that aircraft is
12    in an airworthy condition and safe for
13    flight?
14        A.    I relied on the logbook
15    entries and certifications that were
16    given to me to fly that plane.
17        Q.    Okay.  You didn't have a
18    manufacturers warranty when you purchased
19    this aircraft, did you?
20        A.    I don't know that I did.
21        Q.    Okay.  By manufacturer I'm
22    talking about Beechcraft.  You didn't
23    have a -- is Beechcraft the manufacturer

Page 124

1    of this aircraft?
2        A.    Of the airframe, yes.
3        Q.    Okay.  Did you have a warranty
4    from Beechcraft regarding this aircraft?
5        A.    Not that I know of.
6        Q.    Did you have a warranty on the
7    engine regarding the engine on the
8    aircraft?
9        A.    I don't know the answer to
10    that.  Possibly.
11        Q.    Okay.
12        A.    It would have been overhauled
13    allegedly.
14        Q.    Okay.  So you don't know if
15    you had a warranty on the engine or not?
16        A.    We couldn't get in touch with
17    Sebastian Aviation.
18        Q.    Okay.  You've tried to get in
19    touch with them?
20        A.    Yes.
21        Q.    Who is we?
22        A.    My partner and I.
23        Q.    Okay.  When did you try to get

31  (Pages 121 to 124)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 125

1  in touch with Sebastian -- the folks in
2  Sebastian?
3      A.   When we first realized the
4  issue with the oil.
5      Q.   Okay.  And you're talking
6  about Aerotrace, Inc., in Sebastian,
7  Florida?
8      A.   I believe that's correct.
9      Q.   Okay.  When you say you
10 couldn't get in touch with them, what do
11 you mean by that?  Did you call them?
12     A.   From a number Sid gave us.
13     Q.   Okay.  And did you write them?
14     A.   I believe so.  I'm not sure of
15 that.  We had no contact with them at
16 all.  Our understanding was they were no
17 longer in business and gone.
18     Q.   Okay.  Did you try to locate
19 this Stephen Barry fellow that worked for
20 Aerotrace?
21     A.   I personally didn't.  I don't
22 know if Joe did or not.
23     Q.   So you've had no conversations

Page 126

1  or communications with anybody at
2  Aerotrace, other than trying to contact
3  them?
4      A.   I have not, no.
5      Q.   Okay.  Tell me how you say
6  that LOSAL has been damaged in this case.
7  What are your damages?
8      A.   We bought a plane that was
9  never airworthy.  We risked families and
10 friends' lives, including our own, flying
11 in a plane that was never airworthy.  We
12 purchased something that was not what we
13 thought we were purchasing, which means
14 we paid too much for it.  We had to buy
15 our own engine in addition to what we
16 bought from Sid that was overhauled, so
17 we bought two engines instead of one.
18 And I would say overall just financially
19 and safety-wise.
20     Q.   Okay.  Well, let me ask you --
21     A.   I'm not sure what a price tag
22 is on that.  Maybe y'all could...
23     Q.   The invoice or the purchase

Page 127

1  order that we talked about earlier says
2  56,750.  But you say you think you might
3  have ended up paying a little more than
4  that?
5      A.   Without the documents in front
6  of me, I don't know.  I thought I
7  remembered it being more than that, but
8  maybe it was not.
9      Q.   Okay.  So if you say you paid
10 too much for the aircraft, how much do
11 you say is too much?
12     A.   Oh, I don't know.
13     Q.   How much is the aircraft worth
14 that you paid for?  Do you have an
15 opinion about that?
16     A.   No.
17     Q.   Okay.  So you have no opinion
18 about how -- about the worth of the
19 aircraft that you actually bought; is
20 that correct?
21     A.   I know what we paid for the
22 second engine that was actually
23 overhauled.

Page 128

1      Q.   Okay.  And how much did you
2  pay for that?
3      A.   I don't have it right in front
4  of me, but I think we paid $16,000 just
5  to have it overhauled.  That's not
6  counting taking it out of the plane,
7  transportation, putting it back in the
8  plane, putting it back in service.
9      Q.   Okay.  How much do you think
10 you paid for all the rest of that stuff?
11     A.   Without receipts and stuff in
12 front of me, I couldn't tell you.
13     Q.   Well, do you have receipts for
14 all that stuff?
15     A.   Anything done we do, yes.
16     Q.   I'm sorry.  Who?
17     A.   Anything we've done to the
18 plane, we do, yes.
19     Q.   Where would those receipts be,
20 in your office?
21     A.   Yes.
22     Q.   All right.  And then, as I
23 understand it, you say that you think

32 (Pages 125 to 128)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 129

1  you're entitled to damages because you've
2  flown in an aircraft -- you and your
3  family and friends have flown in an
4  aircraft that was not airworthy in your
5  opinion?
6      A.  In addition to what we just
7  said, yeah.
8      Q.  Okay.  Do you have any way to
9  place a dollar figure on that?
10     A.  Can you put a dollar figure on
11 family?
12     Q.  I'm asking you.
13     A.  I don't know.  That's
14 something my attorney and y'all need to
15 discuss.
16     Q.  Okay.  You don't have an
17 opinion as you sit here today as to how
18 much you think you're entitled to?
19     A.  No.
20     Q.  Okay.  Let me just make sure I
21 understand all the aspects of damages.
22 You say you paid too much for the
23 aircraft; you've had to buy your own

Page 130

1  engine and have the other engine taken
2  out and reinstalled the new engine that
3  you bought; and then you say you're
4  entitled to damages for flying you and
5  your family and friends in an aircraft
6  that was not airworthy.  Any other aspect
7  of damages that you're asking for in this
8  case?
9      A.  I really couldn't answer that
10 without talking to my attorney.
11     Q.  As you sit here right now, you
12 can't think of any other aspect of
13 damages?
14     A.  Well, I mean, you could get
15 into a loss of use.  I don't know what a
16 dollar figure would be on that, but I'm
17 sure it would be something.  Loss of use
18 -- I mean, we've continued to pay taxes
19 on this aircraft; we've continued to pay
20 for the aircraft while it depreciated not
21 being airworthy.  I don't know.  We could
22 go into a lot of stuff.  That's all I can
23 think of right now.

Page 131

1          MR. MOTLOW:  Storage at the
2  airport, maybe.
3      A.  Oh, yeah.  You know, just
4  keeping it maintained.  I mean, having a
5  place to put it.  I mean, we've paid a
6  tie-down fee now for years without it
7  being airworthy.
8      Q.  How much do you pay on a
9  tie-down fee?
10     A.  I believe it's $44 a month.
11     Q.  Okay.  Whose fault is it that
12 this airplane is not airworthy?
13         MR. MOTLOW:  Object to the
14 form.  It goes to the ultimate issue.  If
15 you have an opinion, you can give it to
16 him.
17     A.  I don't know.
18     Q.  You don't know whose fault it
19 is that the aircraft is not airworthy?
20     A.  I know it's not mine.
21     Q.  Do you know it's Sid Hall's?
22     A.  That's who I bought it from.
23     Q.  But do you know whether it's

Page 132

1  his fault that the aircraft was not
2  airworthy?
3          MR. MOTLOW:  Object to the
4  form.
5      A.  That's who I bought it from.
6      Q.  Okay.
7          MR. WHITE:  I think that's all
8  I have.

13         1:40 PM

15 FURTHER THE DEPONENT SAITH NOT

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 133

```
 1          CERTIFICATE
 2
 3    STATE OF ALABAMA )
 4    COUNTY OF LEE   )
 5
 6          I hereby certify that the
 7    above and foregoing deposition was taken
 8    down by me in stenotype, and the
 9    questions and answers thereto were
10    transcribed by means of computer-aided
11    transcription, and that the foregoing
12    represents a true and correct transcript,
13    to the best of my knowledge, of the
14    deposition given by said witness upon
15    said hearing.  I further certify that I
16    am neither of counsel nor of kin to the
17    parties to the action, nor am I in
18    anywise interested in the result of said
19    cause.
20    KRISTEN DYKES, CERTIFIED COURT REPORTER
21    #257
22    My Commission expires
23    June 6, 2008
```

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

| A | | | | |
|---|---|---|---|---|
| **able (1)** 81:23 | 46:20 88:1 | 70:13 71:9,11 | 67:11 80:12 | 9:6 13:11 |
| **abnormal (1)** | **agree (2)** 33:22 | 71:16,18 72:5 | 81:21 83:9 | 14:15 80:23 |
| 107:17 | 98:19 | 72:17 73:12,15 | 96:21 109:2,3 | 81:14 133:3 |
| **acting (1)** 6:4 | **agreed (8)** 2:2 | 73:22 75:10 | 114:18 115:8 | **Alan (1)** 85:19 |
| **action (2)** 1:5 | 2:12,20 34:8 | 76:14,20 77:6 | 115:17 124:2 | **allegedly (1)** |
| 133:17 | 37:1,16 38:13 | 77:8,14 81:19 | **airplane (8)** | 124:13 |
| **actions (1)** 52:10 | 42:8 | 81:20 82:12,12 | 20:19 23:3,13 | **Allen (2)** 106:13 |
| **actual (4)** 22:9 | **agreement (6)** | 82:16 83:7,16 | 34:3 92:22 | 107:4 |
| 65:1 92:22 | 38:9 41:17 | 84:6,8,12,14 | 112:17 113:18 | **allow (2)** 52:22 |
| 107:5 | 42:1 48:16 | 84:15,17,22 | 131:12 | 53:2 |
| **ad (10)** 4:9 22:9 | 50:19,22 | 86:3,4,6,9,11 | **airplanes (2)** | **allowed (2)** |
| 22:18 25:23 | **ahead (2)** 121:20 | 86:23,23 87:6 | 22:1 73:7 | 53:10,10 |
| 26:3,17,18 | 122:16 | 87:10,19 88:4 | **airport (11)** 47:5 | **Amco (3)** 15:3,8 |
| 35:16,17 92:9 | **air (2)** 48:7 | 88:8,11,14,18 | 59:2 82:5 | 15:10 |
| **Adams (4)** 2:7 | 69:22 | 88:23 89:22,22 | 83:18,20 94:13 | **amended (1)** 3:7 |
| 5:16 6:8 7:5 | **aircraft (202)** | 90:5,15,23 | 98:22 101:15 | **America (1)** |
| **addition (2)** | 1:11 5:14 7:4,9 | 91:3,10 92:18 | 107:14 118:23 | 123:5 |
| 126:15 129:6 | 19:15,17,18 | 93:15 94:23 | 131:2 | **aminities (1)** |
| **address (2)** 8:2 | 20:12,14,22,23 | 95:10 99:14 | **airway (1)** 122:7 | 91:9 |
| 39:22 | 21:9,16,20 | 101:1,14,20 | **airworthiness ...** | **Amoco (1)** 15:12 |
| **administrator ...** | 22:20 23:18,21 | 102:4,15 103:7 | 69:18 70:12 | **amount (1)** 82:2 |
| 16:5 | 24:2,7,9,23 | 103:14,20 | 81:22 89:16 | **annual (30)** |
| **advanced (1)** | 25:13,16,19 | 104:10,21 | 96:17 | 51:16 52:19 |
| 88:6 | 27:10 28:8,18 | 105:4,12,16 | **airworthy (37)** | 53:13 54:1,7 |
| **advertisement...** | 31:4,10,19 | 110:3,19,21 | 53:7 56:22 | 54:12,15,17 |
| 32:5 101:13 | 32:1,3,7,9 33:5 | 111:6,9,19 | 57:1,15 78:9 | 55:2,2,11,17 |
| **advised (1)** 3:12 | 33:6,7,13 34:9 | 112:3,4,16 | 79:9 80:5 92:5 | 55:20 56:5,8 |
| **Aeroshell (2)** | 34:9,11,16 | 114:1 115:9,16 | 92:6 96:6 | 56:15 57:6 |
| 104:4 107:18 | 35:13 37:22 | 115:23 116:3,8 | 101:2 103:1,8 | 58:7,12,15 |
| **Aerotrace (17)** | 38:4,8,13 | 116:9,13 117:3 | 104:22 105:5 | 59:16,18 94:20 |
| 98:21 99:5 | 39:14,19 40:3 | 118:2 119:7,13 | 105:12,17 | 94:22 95:5 |
| 100:15 101:14 | 40:5,17,19 | 121:1,8,17,18 | 106:3,8,17 | 103:13,19 |
| 101:21 102:3,7 | 41:5 42:8 | 122:3,10,12,13 | 107:7 116:3,11 | 106:14,16 |
| 109:21 110:18 | 43:11,23 44:1 | 123:8,9,9,11 | 122:4,6,13,21 | 114:23 |
| 113:4,22 | 44:2 45:6,20 | 123:19 124:1,4 | 123:12 126:9 | **annuals (2)** |
| 116:23 117:12 | 45:21 46:2,8 | 124:8 127:10 | 126:11 129:4 | 56:23 94:17 |
| 117:22 125:6 | 46:22 47:2,12 | 127:13,19 | 130:6,21 131:7 | **answer (15)** |
| 125:20 126:2 | 48:14,17 52:5 | 129:2,4,23 | 131:12,19 | 45:22 70:1 |
| **affect (2)** 69:17 | 53:15 55:12,21 | 130:5,19,20 | 132:2 | 75:2 77:4,18 |
| 69:22 | 56:5 58:7 | 131:19 132:1 | **al (1)** 1:11 | 78:15 110:6 |
| **ago (5)** 20:15 | 61:12 62:10 | **airflow (1)** 53:5 | **Alabama (15)** | 116:20,21 |
| 26:8 32:23 | 63:17,23 67:9 | **airframe (13)** | 1:2 2:9 3:6 5:9 | 117:13 121:21 |
| | 67:21 69:16,18 | 4:12 36:17 | 5:19 6:2,3,5,9 | 122:17,19 |

## American Court Reporting
## toll-free (877) 320-1050

Page 2

124:9 130:9
**answers (1)**
133:9
**anticipated (1)**
67:14
**anybody (8)**
10:8 49:13
71:13 74:22
75:23 82:23
83:3 126:1
**anytime (1)** 98:1
**anywise (1)**
133:18
**apart (1)** 54:6
**apparel (1)** 15:7
**appear (1)** 48:2
**appears (4)**
22:17 39:15
98:14 114:21
**approximately...**
2:10 6:10
63:23 67:13
95:1
**approximatio...**
60:10
**April (12)** 63:23
64:4,11,14
66:18 68:5
69:1,5,6 75:5
76:12,22
**Archer (5)** 17:11
17:14,16 87:8
89:20
**area (3)** 9:6 18:1
18:19
**areas (1)** 21:13
**arrived (1)**
23:15
**asked (11)** 8:12
59:15 74:12,16
74:17 75:4
77:15 91:21
113:11 117:11

119:12
**asking (16)** 7:8
8:16 50:16
62:10 65:2
69:8 74:21,21
77:5 101:23
112:9,12,13
117:18 129:12
130:7
**ASO (1)** 22:16
**aso.com (1)**
21:22
**aspect (3)** 21:15
130:6,12
**aspects (1)**
129:21
**assign (1)** 3:2
**Association (2)**
19:1,3
**assume (16)**
24:13 27:14
35:9 39:10
84:2,13,14
86:12 96:7
98:16 104:8,21
114:6,9,14
118:12
**attached (5)**
22:13 38:22
97:9 108:20
118:15
**attention (2)**
34:10 112:7
**attorney (6)** 26:5
26:11,21
102:12 129:14
130:10
**attorneys (1)**
97:16
**Auburn (28)** 6:2
8:4 9:11,13
10:6 16:11,14
16:19 37:10

43:13 47:3,4,8
56:9 57:5 58:5
59:2 62:11
67:23 69:10
70:7 81:13
83:18,20 84:1
95:8 107:14
118:23
**August (6)**
103:23 104:10
119:4 120:8,19
121:5
**aunt (2)** 11:15
12:3
**Autauga (1)**
11:23
**authority (2)**
45:16 105:10
**available (1)**
21:23
**aviation (17)**
35:6 38:15
44:3,11 48:6
57:5,17 58:6
63:8 76:5 81:2
82:17 83:1,6
84:1 101:6
124:17
**avionics (4)**
24:14 36:22
70:7 83:9
**aware (1)** 70:22
**A&P (10)** 96:9
96:11,13
104:19 105:10
106:19,19
107:1,11
111:22
**A-M-C-O (1)**
15:13
**a.m (2)** 2:10 6:10
**a/c (1)** 104:21

**B**

**back (44)** 11:11
12:6 27:5,7
34:7 42:15,20
48:15 53:17
54:23 59:6
60:20 66:2
69:2 72:6
73:11,16,20
76:22 77:18
78:1,17 79:19
79:23 80:1,2,4
80:5,7,13 81:2
81:10,23 82:1
82:3 92:14
95:3 96:4,18
101:11 105:14
120:16 128:7,8
**bad (1)** 11:5
**badly (1)** 67:11
**ballpark (1)**
41:7
**Barry (11)** 98:15
99:4 102:21
103:6 109:20
110:1 113:5,23
117:1,23
125:19
**based (11)** 37:2
52:10 68:23
70:19 96:9
100:8,8,10,11
111:20 112:22
**basic (1)** 41:4
**basically (6)**
35:17 51:13
54:8 59:16
80:16 109:7
**basis (1)** 73:3
**Bca (3)** 10:20
14:4,6
**Beech (1)** 40:3
**Beechcraft (13)**

28:10,15,21
30:10 31:2,5,8
31:17,19 90:18
123:22,23
124:4
**belief (1)** 110:17
**believe (51)**
21:21 37:14
52:4 55:10,15
55:20 56:4
57:4,18 58:12
61:13 68:19
71:9 72:16
80:22 89:10
90:2 92:18
93:1,9,11,19
94:7 96:7
100:4,9,13,15
101:19 102:2
102:14 103:3,6
103:18 104:13
105:3 106:5
107:4,14,22
108:1,7 109:23
110:15 111:13
113:13,14,21
125:8,14
131:10
**believing (2)**
93:5 111:17
**belong (1)** 18:18
**best (5)** 31:13
63:1 84:21
123:11 133:13
**better (5)** 29:10
41:2 54:1 79:3
95:15
**beyond (1)** 44:6
**big (2)** 28:22
30:13
**bigger (1)** 29:1
**biggest (1)** 47:14
**bill (1)** 13:19

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

binder (1) 62:15
Birmingham (2) 5:9 32:22
bit (1) 92:12
Blake (1) 85:12
blood (1) 9:4
blue (1) 43:3
Board (1) 16:4
bottom (2) 99:17 103:11
bought (14) 46:1 46:8 87:15 88:7 89:17 99:14 114:5 126:8,16,17 127:19 130:3 131:22 132:5
bound (1) 65:9
Bowlin (1) 85:12
break (12) 27:1 59:16 60:22 62:11 65:6,17 66:15 67:1 78:3 92:15 97:3,15
breaking (2) 72:11 123:2
broke (9) 57:9 57:12 58:9,16 58:17 59:3 67:23 69:11 101:7
broken (1) 54:8
Brookeview (1) 8:3
brother (1) 10:20
brought (2) 34:10 112:7
Builders (1) 19:2
business (10) 8:11 13:2

16:16 21:3,4,8 21:12 25:18 34:4 125:17
buy (7) 33:22 34:4 37:16 38:13 75:15 126:14 129:23
buying (3) 20:22 38:5 70:20
buys (1) 73:6
B-R-O-O-K-E... 8:3

——— C ———
C (3) 5:1 133:1,1
call (3) 25:7,9 125:11
called (3) 26:1 59:8 97:19
capacity (1) 36:22
carbon (1) 43:5
carpet (1) 15:10
carry (1) 30:3
case (12) 7:6 8:13,17 37:12 56:16 63:18 75:15 79:11 100:9 117:8 126:6 130:8
casing (1) 59:8
cause (2) 6:12 133:19
Center (1) 5:7
Centreville (6) 75:18,19,20,23 76:2 80:3
certain (1) 30:9
certificate (2) 4:5 122:8
certification (1) 96:13
certifications (1)

123:15
certified (3) 36:21 49:18 133:20
certify (6) 6:4 104:20 105:4 106:2 133:6,15
Chambers (2) 8:23 10:9
chance (2) 112:9 112:13
change (2) 37:8 104:2
changed (1) 44:5
check (11) 43:23 44:1,17,17 45:5,8,13,20 59:1 62:1,14
checked (1) 54:8
checking (1) 123:3
check-writing ... 45:16
Chico's (3) 13:7 13:15,16
children (1) 85:5
Cirrus (2) 88:12 89:5
Civil (3) 1:5 3:6 6:6
class (5) 28:23 29:4,15 30:6 30:15
classes (1) 31:22
clean (2) 48:5,11
cleaned (2) 104:4 107:16
clients (1) 7:11
close (2) 29:19 57:23
closed (1) 36:3
clothing (2) 13:17 15:7

Club (3) 18:20 19:5,6
clubs (2) 18:18 19:4
clue (1) 66:19
colored (1) 43:4
combination (1) 20:2
come (2) 45:13 92:14
comes (1) 101:4
comfortable (1) 59:13
coming (1) 65:1
comma (1) 107:20
commencing (2) 2:9 6:10
comments (2) 52:20 53:9
Commission (1) 133:22
Commissioner... 6:4
committed (1) 116:17
commonly (1) 97:18
communicatio... 126:1
companies (2) 21:12 83:7
company (8) 12:22 15:9 19:22 44:6,8 44:14 45:11 76:1
comparable (6) 28:7 29:14,17 29:21,23 30:5
compared (1) 28:23
complaint (8)

63:14,16 64:22 67:4 75:5 84:10 93:8 96:18
complaints (1) 86:2
complete (2) 42:20 78:23
compliance (1) 2:16
components (1) 67:11
computer-aide... 133:10
concerned (1) 53:21
concerns (1) 86:2
condition (15) 48:5,10 67:16 103:2,8 104:22 105:5,12,17 106:9,18 107:7 122:4,14 123:12
conditions (1) 36:23
confirm (1) 68:12
conjunction (1) 120:10
connected (1) 51:10
connection (3) 67:13 93:20,21
construction (1) 8:10
consumption (3) 27:20 29:20,22
contact (2) 125:15 126:2
contaminants ... 104:5

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 4

contention (2)
116:16 117:20
continued (2)
130:18,19
contract (7)
37:21 50:8,10
50:11,12,13
117:15
control (5) 94:8
101:20 121:17
122:10 123:8
convenient (1)
16:1
conversation (3)
70:15 82:4
101:5
conversations ...
75:18 79:5
95:16,21 96:1
111:20 125:23
copies (2) 43:3
65:8
copy (7) 26:2,5
43:6 61:3,5
97:18 109:1
corner (1) 39:17
correct (38) 7:19
17:12 21:6
25:19 39:21
40:8,11 43:14
48:22 51:2
62:7 64:3
68:11 90:19
96:8,22,23
98:23 99:9,10
99:15 100:18
101:16 104:7
104:23 105:18
108:13,16
112:10 115:1,4
115:11,14
116:1 119:2
125:8 127:20

133:12
correctly (5)
54:2 74:21
80:7 93:12
107:21
correspond (1)
61:7
corrode (1)
80:18
corroded (2)
53:4 67:12
corrosion (4)
56:10,21 57:14
123:3
cosmetic (1)
95:19
Cotney (2) 85:8
85:9
counsel (5) 2:4
2:21,23 6:7
133:16
counties (3) 8:22
9:7 18:2
counting (1)
128:6
county (20) 8:23
8:23,23 9:1,1,2
9:23 10:1,2,11
11:12,23 13:10
14:2,6,7 18:19
19:1,2 133:4
couple (4) 11:16
32:12 35:2
88:1
course (8) 10:3
27:20 32:18
35:7 64:1,11
112:10 113:14
court (11) 1:1,21
2:6,17 3:13,14
6:1,20 8:4,21
133:20
cousins (1)

11:16
cover (2) 66:14
66:23
cowling (2) 49:8
59:5
crack (1) 59:8
cracked (3)
56:15 63:18
79:10
Craig (1) 12:20
crash (5) 67:10
67:22 68:21
70:19 74:8
crashed (2)
73:23 74:10
create (1) 43:5
created (1)
20:16
crime (4) 116:12
116:17 117:4
118:3
criteria (1)
34:23
cumbersome (1)
123:4
current (1) 8:2
currently (2)
82:15 89:4
C-E-Y (2) 18:5,6
C23 (1) 40:3

_____

**D**

D (1) 4:1
dad (2) 9:11
21:2
damaged (1)
126:6
damages (6)
126:7 129:1,21
130:4,7,13
Daniel (3) 10:22
10:23 14:17
date (22) 6:5

41:10,11,23
46:23 60:7
64:18,21 68:3
68:11 69:9
88:16 102:21
103:20 104:15
106:7 107:6,15
108:3 110:5
115:1 119:16
dated (4) 99:8
108:15 119:4
120:8
dates (2) 38:1
65:5
Davidson (3) 2:8
5:16 6:9
Dawson (9)
23:12,17 25:15
25:17 37:9,13
37:13 47:6
96:1
day (8) 33:9,11
34:3 66:10
75:22 105:16
110:12 112:22
deal (7) 15:7
40:23 44:7
50:21 54:13
80:11 101:5
debris (1)
107:17
December (1)
89:14
decided (2) 24:9
105:16
declare (1)
116:11
Defendants (21)
1:12 4:9,10,11
4:12,13 5:13
22:3,12 26:16
38:21 39:2,7
97:8 101:12

108:19,23
110:21 118:14
118:18 120:6
Defense (1)
92:10
definitely (4)
41:6 47:21
55:22 119:8
degree (1) 16:13
delivered (4)
34:2 37:10
43:12,13
delivering (1)
3:8
delivery (6) 33:9
33:11,18 43:15
47:7 90:12
DEPONENT (1)
132:15
deposit (1) 46:14
deposition (11)
1:15 2:4,13,14
3:3 7:7 39:3
97:13 100:21
133:7,14
depositions (1)
2:18
depreciated (1)
130:20
describe (2)
108:12 114:1
described (9)
64:16 100:5,16
108:3 110:20
112:16 113:6
117:3 118:1
describes (2)
99:11 110:3
designated (1)
105:9
designation (3)
96:14 106:22
106:23

# American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 5

desire (1) 34:21
detail (1) 99:12
deteriorated (1)
  63:21
determine (10)
  49:1,4,14 55:1
  103:7 105:11
  106:8 107:6
  116:7 122:2
determined (2)
  101:1 106:17
determines (1)
  103:1
determining (1)
  115:23
develop (1)
  111:19
developed (1)
  111:8
development (1)
  8:11
difference (1)
  71:18
different (7)
  23:18,21 28:8
  43:4 68:3 74:7
  88:8
dig (1) 42:5
digging (1)
  68:14
direct (3) 70:14
  70:17 79:4
directed (2) 79:3
  94:17
direction (1)
  94:18
directly (3)
  44:18 95:21
  101:4
discount (2)
  61:22,23
discover (1)
  67:20

discovered (8)
  57:3 64:10
  68:2,4,6,9
  76:13 111:5
discovery (4)
  63:22 64:4
  67:12 97:17
discuss (1)
  129:15
discussed (3)
  96:22 100:21
  111:2
displayed (1)
  25:11
dispute (1)
  41:16
DISTRICT (2)
  1:1,2
DIVISION (1)
  1:3
divorced (1)
  17:9
document (17)
  22:4,11 38:20
  39:5 41:14,20
  42:20,23 51:2
  69:10 97:7
  98:11 108:18
  109:17 116:6
  118:13 119:23
documented (1)
  118:9
documents (6)
  60:12,14
  115:18,22
  122:20 127:5
doing (7) 27:17
  51:16 52:11,16
  114:12,13
  122:19
dollar (3) 129:9
  129:10 130:16
Dorr (7) 44:3,11

44:15,16 82:17
  82:19,23
drained (1)
  107:16
Drive (2) 98:22
  101:15
Dudley (2) 5:4
  66:11
due (1) 58:12
dues (2) 18:21
  19:11
duly (1) 6:17
duty (2) 121:16
  122:2
Dykes (5) 1:22
  2:6 3:8 6:1
  133:20

_____

**E**

E (6) 4:1 5:1,1
  7:22 133:1,1
Eaglemark (1)
  44:4
earlier (9) 47:18
  91:15,22 93:23
  100:21 104:6
  108:11 117:12
  127:1
easier (1) 62:14
East (1) 9:5
EASTERN (1)
  1:3
easy (1) 83:12
education (2)
  16:5,18
effect (2) 2:15
  115:7
effective (1) 3:7
either (5) 14:4
  50:23 59:11
  91:14 113:9
eleven (1) 66:20
Elliot (1) 12:20

employee (2)
  51:22 52:4
employees (1)
  94:2
encompasses (1)
  8:22
ended (1) 127:3
engaging (1)
  57:5
engine (107)
  4:11 35:4,15
  48:21,23 49:3
  49:4,6,11,14
  56:14 57:9,11
  58:10,19,19
  59:4,14,15
  63:12,18,20
  64:7 67:15,17
  68:8 69:1,6,7
  75:7,9,10,12
  75:12,14,16
  76:11,14 77:5
  77:8,13,20,23
  78:4,5,19 79:6
  79:14,18,22
  80:2,10,13,20
  82:7,11 83:4
  83:10,15 86:8
  86:20 92:2,12
  92:23 93:7,9
  93:15 96:20
  97:15,19 99:13
  99:20 100:16
  100:17,23
  101:7 102:16
  102:22 106:2
  106:15 107:16
  107:20 108:8
  108:12 110:20
  111:7 112:15
  112:19 113:6
  114:22 115:8
  115:17 117:2,3

118:1 120:5,7
  120:10,15
  124:7,7,15
  126:15 127:22
  130:1,1,2
engineer (1)
  14:6
engines (4) 63:8
  76:5 101:6
  126:17
enter (2) 37:20
  50:7
entered (3)
  41:11,16,23
entitled (3)
  129:1,18 130:4
entity (2) 20:16
  39:18
entries (2)
  114:19 123:15
entry (26) 98:6
  98:14 99:3,8
  99:11 100:4,6
  102:15,20,21
  104:17,18
  105:21 106:1
  106:12 107:9
  108:10,11
  109:12,12,15
  109:19,20
  110:3 114:20
  114:22
entry-level (1)
  28:6
equivalent (1)
  58:14
essential (1)
  63:20
estate (1) 8:10
estimate (1)
  31:14
et (1) 1:11
events (1) 112:8

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 6

evidence (6) 3:4
112:14,18,21
113:2,2

exact (3) 60:7
80:21 119:16

exactly (5) 40:21
45:1,7 82:21
90:3

examination (3)
4:3 6:12 7:1

examined (1)
6:18

example (1) 53:6

examples (1)
32:13

excuse (1) 23:6

exhibit (19) 22:3
22:12 26:16
38:21 39:2,7
42:16,18 51:2
92:10 97:8,12
101:12 108:19
108:23 110:22
118:14,18
120:6

exhibits (3) 3:11
4:7,8

existed (1) 111:6

exists (1) 26:10

expect (2) 91:2,8

expectations (3)
86:9,18,21

expected (2)
91:5,12

experience (1)
71:8

expires (1)
133:22

exterior (1)
47:20

ex-husband (1)
12:21

eyes (1) 118:3

E-Y (1) 17:13

**F**

F (1) 133:1

FAA (10) 25:12
78:10 105:11
115:22 116:6
116:12 118:11
118:12 122:1
122:10

FAA's (1) 118:3

fabric (1) 15:10

fact (24) 26:19
30:18 46:7
49:15 55:11
56:7 69:15
70:11 100:22
103:7,19
104:14 105:4
106:6 107:5
108:2,7 113:5
113:23 117:1,4
117:22,23
122:13

fair (2) 120:20
120:21

falsification (1)
118:10

falsified (2)
102:15 118:5

falsify (2) 102:3
116:13

falsifying (1)
116:18

familiar (1)
95:10

families (1)
126:9

family (6) 10:10
84:11,16 129:3
129:11 130:5

far (10) 16:10,23
27:19 28:4

29:21 53:20
69:8 73:16
80:12 86:10

father (2) 12:7
12:20

fault (3) 131:11
131:18 132:1

federal (1) 8:21

fee (2) 131:6,9

feel (2) 11:5
59:13

fellow (1) 125:19

felt (1) 86:3

ferried (2) 78:7
78:8

field (6) 11:19
11:19,20 16:7
16:8 24:18

figure (3) 129:9
129:10 130:16

file (1) 42:5

filed (3) 3:14
7:10 8:21

film (1) 64:15

finance (2)
45:10 83:7

Financial (1)
44:5

financially (1)
126:18

financing (2)
44:6,14

find (4) 59:3,17
65:5 66:19

finding (1) 59:13

fine (1) 26:23

finished (1)
16:22

first (41) 6:17
7:12 19:16,18
20:21 27:21
32:18 33:10
37:11 39:8,9

46:22 47:2,9
47:10 55:1
60:4,15 61:11
61:17,19 63:2
63:22 64:4
65:18,20 67:5
67:6 68:10
76:21 77:12
86:14,15 98:5
98:6,7 105:22
109:10,19
120:23 125:3

fix (1) 112:20

fixed (5) 52:17
58:15 63:12
71:4 95:18

flew (6) 33:17
62:9 84:6,22
86:1 95:3

flight (3) 122:4
122:14 123:13

flip (2) 102:19
103:22

Florida (9) 23:2
23:5,7 98:22
99:6 101:16,21
109:22 125:7

flown (8) 76:20
77:7,10,14
79:10 85:3
129:2,3

fly (8) 21:1,15
36:22 62:5
76:14 80:6
86:11 123:16

flying (13) 21:16
61:14,16 62:2
71:8 84:8 86:4
121:18 122:11
123:7,9 126:10
130:4

folks (3) 62:10
85:23 125:1

follow (1) 48:16

following (4)
6:13 67:10,21
68:20

follows (1) 6:18

force (1) 2:15

foregoing (3) 6:6
133:7,11

forget (2) 49:19
82:21

forgetting (1)
85:21

form (6) 2:22
116:20 121:20
122:16 131:14
132:4

format (1) 22:8

formed (3) 20:7
20:10,13

forth (1) 95:19

found (19) 56:9
57:8,10,13
58:10,18 59:19
59:21 64:8
72:9 79:20
80:8 96:10
100:23 104:5
107:17,20
108:8 110:13

four (2) 31:22
109:11

frame (2) 119:10
120:18

fresh (7) 51:16
54:14,16 55:2
55:11,20 56:4

friends (5) 84:12
84:16 126:10
129:3 130:5

front (10) 20:9
42:3,15,17,19
73:19 88:16
127:5 128:3,12

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Fuel **(1)** 30:3
full **(3)** 2:15 7:13
  36:18
full-funding **(1)**
  46:18
funds **(1)** 46:11
further **(5)** 2:11
  2:19 67:8
  132:15 133:15

**G**

G **(1)** 119:2
Gaines **(2)** 11:17
  15:22
gap **(1)** 120:14
Gary **(3)** 107:10
  107:12 108:1
gas **(3)** 27:19
  29:20,21
gasoline **(1)** 15:9
gear **(3)** 56:10
  56:21 57:13
general **(8)** 9:5
  28:15,19 31:3
  52:12 53:8
  54:4 56:1
generally **(2)**
  31:6 47:13
Georgia **(6)**
  23:12,18 25:16
  25:18 37:9
  96:2
getting **(4)** 21:16
  35:1 38:17
  52:17
give **(4)** 31:13
  52:3 85:1
  131:15
given **(4)** 26:10
  73:14 123:16
  133:14
gives **(2)** 99:19
  104:19

giving **(2)** 31:11
  72:13
go **(19)** 7:18
  11:11 16:23
  18:22 19:11
  27:5 42:4
  60:20 65:6,13
  67:2 73:11,17
  77:23 97:23
  103:11 121:20
  122:16 130:22
goes **(4)** 50:21
  80:13 96:18
  131:14
going **(14)** 7:8
  9:8 10:17 12:6
  17:14 22:3
  62:5,6 65:11
  66:17 67:7
  92:13 96:4
  114:17
gold **(1)** 43:4
good **(3)** 48:5,10
  97:2
graduate **(1)**
  17:4
graduated **(1)**
  16:11
Grandma **(2)**
  11:4 15:17
great **(1)** 99:12
ground **(1)**
  66:23
grounds **(1)** 3:2
group **(3)** 56:8
  57:2 70:5
guess **(19)** 15:14
  19:3 21:1
  23:12 27:18
  51:5 56:20
  62:22,23 65:12
  84:18 85:4,6
  85:20 92:14

  100:12 101:3
  104:11 112:18

**H**

hairline **(1)** 59:8
half **(2)** 98:7
  109:11
Hall **(23)** 5:13
  7:4 19:18 23:4
  34:14,15 37:21
  44:18 52:5
  72:16 93:14,15
  93:21 94:7
  96:2,5 101:19
  102:2,14
  110:15 113:21
  117:6 120:22
Hall's **(2)** 25:18
  131:21
hand **(1)** 22:5
handle **(2)** 51:14
  66:12
handled **(3)**
  75:17 76:6
  95:20
handwriting **(1)**
  104:20
handy **(2)** 65:22
  66:2
hangar **(3)** 59:6
  94:11,12
happened **(2)**
  68:10 75:11
happening **(2)**
  68:18 78:14
happens **(1)** 34:3
Harley-Davids...
  44:4
HARPER **(1)**
  5:5
hate **(2)** 14:19
  55:3
head **(3)** 57:18

  60:12 84:3
hear **(1)** 117:10
hearing **(2)**
  44:12 133:15
heavy **(2)** 30:13
  30:18
Help **(1)** 123:6
helps **(1)** 61:9
Herndon **(9)**
  49:22,23 104:1
  104:13,19
  105:3,15 106:4
  106:6
Herring **(1)**
  17:18
high **(4)** 16:12
  17:4,5 29:8
higher **(3)** 30:14
  30:19 106:23
history **(2)**
  115:23 116:2
hit **(1)** 59:7
hobbs **(1)** 99:19
Holland **(5)** 9:15
  9:17,18,22
  12:15
Home **(1)** 19:2
hours **(9)** 35:15
  35:19 36:9,17
  92:2,16,19,23
  99:23
house **(1)** 80:23
Huntsville **(1)**
  18:4
husband **(2)**
  9:21 15:6

**I**

IA **(2)** 106:20,20
identical **(2)**
  114:19,21
identify **(1)**
  25:13

IFR **(3)** 36:18,20
  36:20
III **(3)** 1:16 6:16
  7:15
immediately **(2)**
  64:14,20
implied **(1)**
  50:11
impliedly **(1)**
  122:12
important **(1)**
  115:18
impression **(1)**
  47:11
Ina **(2)** 11:17
  16:3
incidental **(1)**
  55:7
included **(3)**
  11:12 12:1
  95:11
including **(1)**
  126:10
incorrect **(2)**
  100:4,6
INDEX **(1)** 4:7
industry **(2)**
  35:7 38:15
information **(2)**
  40:3 45:2
informed **(1)**
  101:8
initially **(1)**
  34:10
ink **(1)** 25:4
inside **(6)** 24:14
  28:22 29:2
  53:5 94:12
  95:19
insight **(1)** 95:15
inspect **(1)** 59:18
inspected **(2)**
  45:19 106:15

**American Court Reporting**
**toll-free (877) 320-1050**

Page 8

inspecting (3)
 37:18 46:5
 72:12
inspection (27)
 4:13 34:5
 37:19 43:18
 49:20 50:5,9
 51:12 53:18,20
 56:13 69:9
 102:23 103:14
 103:19 105:23
 106:7,14,16
 107:5 115:1
 119:6,9,13
 120:2,12
 122:19
inspections (4)
 111:22 118:23
 122:23,23
install (1) 81:18
installation (1)
 67:15
instructed (1)
 102:2
instrument (1)
 36:23
intentional (1)
 85:22
interested (1)
 133:18
interior (10)
 24:14 35:4,14
 47:15 48:1,3,8
 48:9,14 92:1
internal (1)
 63:20
internally (1)
 54:9
Internet (2)
 27:17 32:4
interpretation...
 52:6,9
interpreted (1)

51:6
interrogatory ...
 61:5
introduced (1)
 52:1
Inverness (1)
 5:7
invoice (1)
 126:23
involved (2)
 27:13 84:3
issue (11) 57:13
 58:10,19,19
 59:3,14 68:6
 70:21 92:17
 125:4 131:14
issued (1)
 119:14
issues (13) 56:19
 59:19 79:21
 80:8,11 81:22
 87:16 89:16
 96:19 111:14
 111:17 112:6
 113:18
items (2) 53:7,7
I-N-A (1) 11:17

_____ J _____

J (20) 7:14 50:2
 51:1,5,9,12,22
 53:19 93:21
 94:8,9,20 95:4
 98:15 99:4
 103:6 113:4,23
 117:1,22
Janette (1) 10:19
Jeni (3) 9:15,16
 12:15
Jeni's (1) 12:19
jets (1) 28:1
job (1) 105:8
Joe (22) 5:23

14:19 33:17
 44:8 45:15
 59:9,10 61:13
 62:4 74:3,4,17
 75:17 76:6
 79:4 80:22
 85:14 95:14,20
 121:10,14
 125:22
Joe's (1) 20:3
John (6) 1:16
 6:16 7:14
 103:13,18
 114:20
Johnson (3)
 107:11,12
 108:1
joint (1) 44:8
Jones (2) 10:20
 14:4
Jr (2) 5:4 9:11
judge (2) 14:1,3
Juliette (1)
 43:21
July (6) 42:9
 67:13 68:7,18
 69:12 75:7
June (1) 133:23
jury (4) 8:12,17
 8:18 10:4
justify (1) 82:1
J's (1) 94:2
J-E-N-I (1) 9:17
J-O-H-N (1)
 7:14

_____ K _____

keep (3) 26:2
 62:2 67:7
keeping (1)
 131:4
keeps (1) 48:7
Kentucky (1)

32:16
kept (1) 61:8
kin (1) 133:16
kind (7) 27:18
 27:22 28:3,4
 50:13 61:7
 84:3
Kiwanis (1)
 18:20
knew (10) 27:18
 28:3 54:11
 72:16 74:7
 80:10 81:11
 90:21,22
 114:15
know (120) 7:3
 8:17 9:23 10:8
 12:21,23 13:1
 13:5,18 14:12
 14:19,21,22
 15:22 20:8,15
 24:16 25:21
 26:4,16 27:11
 27:21 30:12
 32:12,13 33:16
 34:19 35:6
 37:5,13,15
 40:12,13,14
 43:15 45:22
 47:7 50:1,23
 54:17 57:19
 58:1,1,8,9 60:7
 61:18 62:6,13
 62:19,19 64:22
 65:7,10,18
 66:11,16,20
 68:22 69:14
 71:13 72:10,23
 73:17,18 74:7
 74:20 76:2
 77:1,3 80:2,3
 81:1 82:20
 83:9,12 85:1

85:19,22 87:11
 88:15 91:4,6
 91:11 93:17,18
 94:10,21 95:20
 101:22 105:7
 107:11 111:4
 111:11,23
 112:8 114:5,16
 116:2 119:18
 119:19 121:21
 122:17 123:20
 124:5,9,14
 125:22 127:6
 127:12,21
 129:13 130:15
 130:21 131:3
 131:17,18,20
 131:21,23
knowledge (16)
 33:19 70:14,18
 73:1,4 74:8
 93:13 101:3
 110:16 113:22
 114:7,9,10
 119:15 123:11
 133:13
known (1) 109:3
Kristen (5) 1:22
 2:5 3:8 6:1
 133:20
Kurt (2) 85:8,9

_____ L _____

L (2) 2:1 7:16
Lance (1) 85:12
landing (3)
 56:10,21 57:13
Large (2) 2:7 6:3
lately (1) 18:13
Laura (4) 10:20
 10:21 14:4,15
laws (1) 2:16
lawsuit (3) 7:10

**American Court Reporting**
**toll-free (877) 320-1050**

33:8 116:16
**lawyer (1)**
117:14
**lead (3)** 48:15
68:19 71:9
**leading (1)** 2:23
**leak (3)** 64:2,12
100:23
**leaks (2)** 107:20
108:8
**learned (3)**
21:20 63:18
67:8
**learning (3)**
21:15 86:8,19
**leave (1)** 65:13
**leaving (1)** 80:9
**Lee (7)** 8:22 10:1
10:2 18:19
19:1,2 133:4
**left (2)** 16:19
82:12
**legal (2)** 7:13
115:7
**Lema (6)** 88:20
89:2,6,8 90:7
90:10
**letters (1)** 25:14
**let's (6)** 19:14
34:7 53:17
60:21 77:23
85:2
**licensed (1)**
121:5
**lien (1)** 83:3
**liens (1)** 82:15
**liked (2)** 28:9,21
**line (1)** 76:10
**lining (1)** 15:11
**list (2)** 85:1,17
**listed (2)** 39:22
51:1
**little (7)** 35:8

52:17 53:6
54:5 60:22
92:12 127:3
**live (2)** 9:5,22
**lives (6)** 10:6,10
11:1,18 18:4
126:10
**living (1)** 8:7
**LLC (2)** 1:8
39:18
**LLP (1)** 5:17
**load (2)** 27:21
30:1
**loan (2)** 44:11,16
**local (1)** 32:21
**locally (1)** 51:15
**locate (2)** 27:16
125:18
**location (2)**
78:11,12
**locations (1)**
21:10
**log (23)** 4:11,12
65:1 97:19
100:17 102:16
109:3,9,16,20
110:20,21
114:18,22
115:4,8,8,17
115:17 116:5
116:13 117:3
120:5
**logbook (2)**
100:6 123:14
**logbooks (21)**
49:17 57:7
60:18 62:14
65:21 66:2,5
66:16 68:23
73:11,13,17,21
74:4,9,13 75:1
76:4 78:21
118:2 122:7

**logs (11)** 54:21
55:1,4 61:4
62:16 65:8
112:17 113:6
114:2 115:16
116:18
**long (8)** 27:8,9
32:23 46:20
66:17 109:12
119:12 121:3
**longer (3)**
114:12,13
125:17
**look (22)** 23:18
25:16 31:9
38:12 39:4
46:8 47:19
48:23 49:6,14
54:23 57:7
60:12,15 63:7
65:14,22,22
66:15,18 97:23
98:13
**looked (19)**
22:19 32:1,2,3
32:4,8,19
33:17 45:19
47:11,21 49:3
49:10 54:6
55:4 59:4 72:1
72:4 73:20
**looking (15)**
24:19 27:15
28:1,4,5 31:16
31:18 37:5,18
38:8 46:2 49:5
68:23 71:16,18
**looks (9)** 51:4
61:6 103:12
104:1,3 105:19
107:18 108:15
108:17
**LOSAL (11)** 1:8

19:22 20:2,6
39:17 44:8,20
45:6,14 87:4
126:6
**loss (2)** 130:15
130:17
**lot (8)** 9:7,8 28:9
28:10 34:3
62:14 80:11
130:22
**Lovvorn (6)**
5:23 14:11,14
14:21 20:3
85:14
**Low (1)** 29:8
**lubricate (1)**
80:16
**lunch (4)** 65:17
66:15 97:3,5
**Luther (27)**
49:18,21,21,22
50:1,8 51:13
51:19,22 52:4
52:11,19 54:18
55:6 74:18
94:16 95:17,22
96:2 103:23
104:6,13,18
105:3,15 106:4
106:6
**Luther's (1)**
49:19

_____

**M**

**Macon (1)** 8:23
**maiden (4)**
10:13 17:10,11
17:16
**main (2)** 29:13
30:15
**maintained (1)**
131:4
**maintenance (5)**

53:8 97:15
104:14 108:2
109:2
**major (8)** 35:23
36:7,8 92:20
92:21 99:22,23
101:8
**making (2)**
52:20 122:6
**manifest (1)**
122:12
**manufacturer ...**
123:21,23
**manufacturer...**
123:18
**March (4)** 89:10
89:11 104:17
105:5
**mark (1)** 22:3
**marked (9)**
22:12 38:21
39:2 97:8,12
108:19 110:21
118:14,17
**market (1)** 22:1
**marriage (2)**
18:8,9
**married (2)**
17:17 18:10
**Matt (6)** 7:3
62:13,21 65:4
111:10 112:5
**matter (1)** 26:19
**Matthew (2)** 3:9
5:15
**ma'am (1)** 6:22
**MBA (2)** 16:20
17:1
**mean (49)** 20:8
21:1 23:6
27:11,14,18,22
28:3,7,8 30:13
32:20,22 38:14

**American Court Reporting**
**toll-free (877) 320-1050**

Page 10

42:1 46:21
49:16 50:11,12
50:14 52:13
53:23 55:3
58:2 61:20
62:1,19 65:4
66:15 72:3
84:23 86:13
91:12 92:8
94:10,12,21
96:12 99:21
105:9 111:3
113:9,10
115:10 125:11
130:14,18
131:4,5
**meaning (4)**
29:1 56:16
59:9 104:21
**means (7)** 30:2
34:18 36:5,20
36:21 126:13
133:10
**mechanic (13)**
49:18 51:14
57:18 69:23
70:3 71:22
72:12 79:17
82:13 84:4
96:15 99:4
112:6
**mechanics (6)**
56:17 69:19
96:10,12 98:17
111:22
**meet (3)** 34:23
86:9,18
**meeting (1)**
18:22
**meetings (1)**
19:12
**member (4)**
18:22 19:5,7

19:11
**mention (1)**
73:22
**mentioned (1)**
29:16
**mentions (1)**
84:11
**met (2)** 23:4
51:18
**methods (1)**
27:16
**Michigan (1)**
17:22
**middle (2)** 1:2
51:3
**military (1)**
18:15
**Mill (2)** 19:5,6
**MILLS (1)** 5:5
**mind (1)** 13:23
**mine (3)** 65:8,23
131:20
**minor (1)** 16:16
**minute (2)** 27:8
39:3
**misrepresenta...**
93:2
**mistake (1)** 55:7
**mixture (1)**
24:15
**model (7)** 24:2
40:4 86:10
90:1,8,11,15
**mom (3)** 10:5
11:1 18:4
**money (2)** 44:23
82:2
**Montgomery (4)**
11:12 13:10
16:21 32:22
**month (1)**
131:10
**monthly (2)**

18:22 19:11
**months (5)**
27:12 68:17
119:18,20,21
**Moore's (2)** 19:5
19:6
**mortgage (1)**
82:18
**mother (1)** 12:12
**Motlow (14)** 5:4
5:6 6:22 27:1
66:13 110:4
116:19 117:6
117:11 121:19
122:15 131:1
131:13 132:3
**motor (1)** 81:18
**move (2)** 66:22
78:11
**moving (1)** 88:5
**multiple (1)** 43:2

**N**

**N (3)** 2:1 4:1 5:1
**name (14)** 7:13
10:12 11:2,16
13:1 17:10,11
20:3,3 25:23
49:19,23 50:1
57:19
**names (1)** 44:5
**narrows (1)**
27:23
**nature (2)** 18:23
95:13
**nearest (1)** 18:3
**nearly (1)** 47:15
**necessarily (1)**
38:14
**necessary (1)**
2:20
**need (7)** 8:13,17
45:3 60:14

65:6,13 129:14
**neither (1)**
133:16
**Nelson (2)** 10:5
13:5
**nervous (1)**
57:10
**never (19)** 13:23
16:21 18:15
23:3,11 26:18
33:23 43:8
75:22 76:20
79:19,23,23
80:5 84:13,15
112:19 126:9
126:11
**new (23)** 35:3,4
35:8,14,14
47:19,20 48:1
48:2,4,10
59:14 75:9,12
75:15 89:22
90:6,10 91:9
91:13,23 92:1
130:2
**newer (1)** 74:5
**nonairworthy ...**
56:11 95:19
112:22
**Notary (2)** 2:6
6:2
**notice (3)** 61:11
61:19 78:1
**noticed (9)** 60:5
60:16 63:2
64:13,15 65:18
75:6 76:21
77:13
**number (24)** 1:5
22:12 24:12,23
25:10,10 26:17
31:12 38:21
40:7,10,15

42:18 97:8
98:16,17,18
101:12 104:19
106:19 107:11
108:19 118:14
125:12
**numbers (1)**
25:14
**numerous (1)**
67:10
**nutshell (1)** 8:9
**N-E-L-S-O-N ...**
10:6

**O**

**O (1)** 2:1
**Object (5)**
116:19 121:19
122:15 131:13
132:3
**objections (2)**
2:21 3:1
**obviously (2)**
22:6 113:1
**October (1)**
121:6
**offered (1)** 3:3
**offhand (4)**
30:12 31:7
32:12 107:13
**office (4)** 66:3
81:12 94:11
128:20
**offices (2)** 2:7
6:8
**oh (5)** 29:18 72:5
72:21 127:12
131:3
**oil (18)** 58:21
60:5,16 61:11
61:20 63:3
64:2,12,15
65:19 76:22

**American Court Reporting**
**toll-free (877) 320-1050**

78:1 100:23
104:1,2 107:16
107:16 125:4
**okay (215)** 7:18
8:12 9:14,20
10:7,12,18
11:22 13:13
14:17 16:7,17
17:3,6,23
18:17 19:4,21
20:1,10 21:4
21:14,19 22:2
22:18 23:10,17
23:20 25:6
28:20 29:6
30:8,23 31:8
31:16,23 32:17
33:1,16,21
34:6,15 35:5
36:14,18 37:6
39:1,9,12,16
40:2,16 41:3
41:15 42:7
43:8,11,17
44:10,20 45:12
46:7,12 47:10
47:23 48:13
50:2,7 51:1,7,9
51:18,21 53:11
53:17 54:3,10
54:16 55:19
56:3 58:5
59:22 60:9,19
64:10 65:15
68:2 69:21
70:2,9,17 71:7
71:21 72:2,15
73:3,8,10
74:12 75:3,20
76:9,19 77:2
77:19,22 78:2
78:19 79:6,13
79:18 80:19

81:5,13,16
82:10 83:11
84:5,10,20
85:7,13,18,23
86:6,13,22
87:3,6,9,13,18
88:3,7,13,23
89:4,15 90:9
90:14,21 91:18
92:2 93:4,8,13
93:18 94:6,14
94:19 95:3,7
95:23 96:11
97:22 98:4,12
98:20 99:8,23
100:3,14,19
101:11 102:6
102:13,19
103:5,22
104:12 105:2,8
105:15,21
106:12 107:3,9
107:15 108:22
109:7 111:16
113:3,16,20
114:17 116:15
119:1,4,22
120:17,22
121:3 123:6,17
123:21 124:3
124:11,14,18
124:23 125:5,9
125:13,18
126:5,20 127:9
127:17 128:1,9
129:8,16,20
131:11 132:6
**once (5)** 13:20
23:14 56:7
57:8 79:2
**Onie (2)** 10:5
13:5
**Opelika (3)** 2:8

5:19 6:9
**operating (1)**
122:11
**opinion (7)** 73:4
101:2 127:15
127:17 129:5
129:17 131:15
**opportunity (1)**
43:18
**opposed (1)**
111:7
**oral (2)** 3:10
6:12
**order (8)** 4:10
39:11,13 41:12
65:9 66:6
79:14 127:1
**organizations ...**
18:18
**original (10)** 3:9
22:13 38:22
73:11,21 74:13
75:1 97:9
108:20 118:15
**originally (2)**
17:21 20:18
**outer (1)** 72:13
**outlined (1)**
59:21
**outside (1)** 26:22
**overall (2)** 31:21
126:18
**overhaul (23)**
35:23 36:7,8
75:11 78:22
92:19,20,22
93:6 99:22
100:1,5,16
101:8 108:12
110:2,19 111:7
112:16 117:2
118:1 120:7,10
**overhauled (25)**

35:4,15 36:13
48:21 49:2,5
49:15 56:19
57:12 59:14
64:7 69:3,7
75:9,14,16
78:17 92:1,12
93:10 112:19
124:12 126:16
127:23 128:5
**overhauling (1)**
99:13
**overhauls (2)**
93:14,16
**overview (1)**
54:5
**owe (1)** 82:19
**owned (4)** 94:23
104:10 111:11
111:12
**ownership (2)**
93:20 94:8
**owns (2)** 16:1
39:19
**O-N-I-E (1)** 10:5

_____
**P**
_____
**P (3)** 2:1 5:1,1
**page (14)** 4:3,8
23:8,9 39:8,9
42:14,17 97:23
97:23 98:14
99:18 103:12
106:2
**pages (3)** 98:7
109:10,11
**paid (18)** 40:18
40:20 44:2,21
46:1 50:17
69:2,5 83:19
112:20 126:14
127:9,14,21
128:4,10

129:22 131:5
**paint (6)** 24:15
35:4,14 47:19
47:20 92:1
**painted (1)**
47:22
**Pam (4)** 10:22
10:22,23 14:17
**panel (1)** 8:19
**paragraph (4)**
63:15 67:3,5,6
**parentheses (1)**
107:19
**parents (1)**
80:23
**Parkway (1)** 5:7
**part (3)** 13:8,14
50:18
**particular (8)**
21:20 28:16
31:4 33:5,6
34:11 86:10
88:19
**particularly (2)**
34:21 38:1
**parties (3)** 2:3
3:1 133:17
**partner (6)**
26:13 33:17
41:1 61:14
101:4 124:22
**parts (1)** 63:20
**Pat (4)** 9:11
10:19 12:8
14:1
**Patrick (3)** 1:16
6:16 7:14
**Pat's (1)** 10:20
**Paul (8)** 57:17
57:21 60:1
70:4,5 84:2,3
119:1
**Paul's (1)** 57:19

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

pay (7) 18:21
  19:10 82:6
  128:2 130:18
  130:19 131:8
paying (1) 127:3
payment (1)
  45:10
pays (1) 50:20
Pearson (1)
  85:19
people (8) 9:9
  30:3 70:6
  75:19 79:5
  85:21 111:21
  112:1
perfect (3) 91:3
  91:5,6
perform (15)
  53:19 58:6
  100:16 103:19
  104:14 106:6
  107:5 108:2
  110:1,18
  112:15 113:5
  117:2,23
  119:12
performed (10)
  43:20 52:19
  55:21 56:5
  103:13 105:23
  106:14 108:13
  110:2 114:23
performing (3)
  64:1,12 119:6
period (1) 68:10
permit (1) 78:10
person (6) 32:3
  32:11 33:14
  37:22 76:2
  99:3
personal (1)
  29:9
personally (2)

45:19 125:21
Phil (1) 7:5
Phillip (2) 10:23
  15:2
phonetic (1)
  88:21
photocopy (2)
  22:6 97:14
photograph (1)
  38:12
physically (1)
  32:8
picked (1) 56:12
pickled (3)
  80:14,15 82:11
pickup (1) 81:6
pictures (1) 38:4
pilot (15) 21:2,3
  71:17 115:11
  115:14 121:4,7
  121:9,10,11,13
  122:2,22 123:5
  123:10
pilots (1) 111:21
pilot's (1)
  121:16
Piper (2) 87:8
  89:20
pistons (1) 80:17
place (5) 18:21
  35:1 97:2
  129:9 131:5
Plaintiff (2)
  63:17 67:8
Plaintiffs (2) 1:9
  5:3
plane (76) 24:17
  24:19 25:11
  27:21 28:6,11
  28:13,23 30:13
  33:22 35:2
  37:2 46:11,19
  51:16 52:18

53:6,23 54:5,7
  54:11 56:11,18
  56:23 57:9,12
  57:14 58:9,18
  61:14 67:17
  68:1,10 69:12
  72:11,14 75:16
  77:17 78:9,11
  78:16,20 79:7
  79:9,14,19,22
  79:23 80:4,8,9
  80:10,12 82:7
  83:13,13 86:14
  86:15 88:22
  95:20 110:13
  111:11,15,18
  112:22 120:16
  122:6,8,20
  123:2,16 126:8
  126:11 128:6,8
  128:18
planes (10)
  27:15,16 29:4
  29:15,21 30:6
  34:4,20 89:17
  94:12
plastic (1) 53:5
please (2) 3:12
  7:13
pleasure (3)
  21:3,5,14
PM (3) 97:4,6
  132:13
point (6) 13:11
  63:9 75:3 78:8
  79:20 117:17
pointing (1)
  42:17
Polhemus (5)
  57:21 60:1
  70:4 119:2
  120:11
Political (1)

16:15
PORTERFIE...
  5:5
positive (1) 45:9
possession (1)
  63:17
possibility (1)
  78:13
Possibly (1)
  124:10
postgraduate (...
  16:18
Power (1) 14:16
prebuy (15) 34:5
  37:19 38:18
  43:18 49:20
  50:4,9,21
  51:12,15 53:18
  53:20 54:2,4
  94:16
preference (1)
  29:9
preflight (1)
  122:23
prepare (1)
  119:5
prepared (1)
  59:21
prepurchase (1)
  53:18
PRESENT (1)
  5:21
pretty (5) 29:14
  37:15 45:8
  89:12 99:12
previous (1)
  70:20
previously (1)
  120:15
price (6) 27:20
  40:17 41:4,7
  95:12 126:21
printout (1)

22:15
prior (18) 3:4
  20:13 31:9
  37:21 38:4,8
  45:20 55:12
  56:6 62:10
  64:14,21 69:13
  79:1 86:7,19
  109:15 121:16
private (1) 26:21
privy (1) 117:15
probably (13)
  10:4 13:19
  27:12 29:13
  30:15 34:23
  52:18 53:9
  60:13,18 65:5
  85:20 95:15
problem (12)
  57:8 60:5,16
  63:2 64:9 68:6
  75:6 76:21
  84:13,15 86:20
  96:20
problems (14)
  58:16 65:19
  71:8 76:13
  77:13 78:4
  84:6,7 86:8
  96:20 100:22
  111:5 112:2
  113:17
Procedure (2)
  3:6 6:6
proceedings (1)
  6:13
process (2) 27:9
  27:14
produced (2)
  66:5 97:16
pronounce (1)
  57:19
proof (3) 41:19

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

41:22 42:4
prop (2) 36:12
  36:13
properly (2)
  70:23 71:3
provided (3)
  60:1 69:11
  82:20
Public (2) 2:6
  6:3
pulled (1) 58:23
purchase (29)
  4:10 7:9 20:13
  20:17,23 24:11
  34:8 37:1,21
  38:9 39:10,13
  39:13 40:17
  41:12,17 42:1
  42:8 45:21
  48:16 55:12
  56:6 67:14
  73:12 87:9
  88:13 89:8
  95:12 126:23
purchased (26)
  19:17,19 25:1
  32:9 33:14
  34:2 39:19
  40:5 53:15
  54:15 67:18
  73:14 86:22
  87:1,7 89:1,11
  89:21 90:22
  111:19 112:4
  121:8,11,12
  123:18 126:12
purchaser (1)
  50:20
purchasing (6)
  20:12 21:8
  31:10 48:17
  120:23 126:13
purpose (5)

20:11,21 21:5
  21:5,8
pursuant (1) 6:5
pushing (1) 59:6
put (22) 20:18
  44:7,23 45:6,9
  46:14 69:2
  75:10 77:17
  78:17 79:19,23
  80:1,4,5,8
  81:22 82:3
  105:14 120:16
  129:10 131:5
putting (3) 82:1
  128:7,8
P-O-L-H-E-M...
  58:3 119:2
P.A (1) 5:6

Q

quarters (1)
  17:2
question (14)
  45:4 56:2
  61:10 65:11
  77:4,23 78:15
  102:12 109:22
  110:7 111:3
  113:11 121:22
  122:18
questions (8)
  2:22,23 7:8
  8:14 79:3 98:9
  109:14 133:9
quick (4) 12:6
  26:21 63:8
  110:5
quite (1) 64:8
quote (2) 36:2,3

R

R (2) 5:1 133:1
radios (1) 40:22

ran (1) 107:20
Randolph (4)
  9:1 10:11 14:2
  14:8
range (2) 24:4
  41:7
Ray (2) 106:13
  107:4
read (9) 35:18
  63:13 67:4
  98:1,5,8
  107:21 109:10
  109:13
reading (3) 2:13
  99:19,19
reads (1) 63:16
real (5) 8:10
  12:6 26:21
  63:7 110:5
realized (1)
  125:3
really (9) 13:3
  23:23 48:6,7
  53:22 56:20
  91:11 112:8
  130:9
Realtors (1) 19:2
reason (49) 8:15
  30:16 41:15,18
  47:5 52:3
  55:10,15,19
  56:4 72:16,20
  72:21 73:8
  74:4,6 77:7
  88:3 92:17
  93:4,19 94:7
  94:19 96:7
  100:3,13,14
  101:18 102:1,9
  102:13 103:2,5
  103:17 104:13
  105:2 106:5
  107:3,23 108:6

109:23 110:7
  110:15 111:1
  113:12,14,19
  113:20 114:14
reasons (8)
  94:14 100:19
  100:20 111:1
  111:13,17
  113:15,16
rebuilt (2) 67:15
  81:18
recall (22) 20:19
  23:19 24:3
  27:9 33:15
  37:10,23 38:6
  38:7 41:13
  42:14 43:10
  47:4 58:8 63:2
  74:2,23 75:2
  78:14 80:1
  96:3 119:11
receipts (3)
  128:11,13,19
received (3)
  46:10 52:7
  74:9
receiving (1)
  58:21
recess (3) 27:3
  61:1 97:5
recognize (7)
  22:7,8,9 39:6,8
  42:14 118:19
recollection (3)
  63:15 84:21
  120:1
record (3) 7:2
  27:6 90:15
records (4) 61:7
  97:15 102:3
  109:2
refer (1) 101:11
referenced (1)

35:3
referred (1)
  108:11
reflected (1)
  54:20
refresh (1)
  119:23
refreshes (1)
  63:14
regarding (4)
  79:21 101:6
  124:4,7
Regardless (1)
  37:15
registration (2)
  25:12 40:7
regulations (1)
  122:1
reinstalled (2)
  81:17 130:2
related (2) 30:17
  30:22
relating (2) 2:17
  102:4
relative (1) 18:3
relatives (4) 8:14
  8:18 9:4 18:1
relied (1) 123:14
relies (2) 115:22
  116:6
relying (1)
  122:20
remarried (1)
  18:12
remember (46)
  20:7 23:20
  24:1,6,16,17
  26:6 32:15
  34:19 35:12
  37:8,14 40:21
  40:22 42:7,10
  42:19,22 43:12
  44:18,19 45:1

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

45:5,7,18
46:21 47:1,8
48:18 49:9
50:15,17 52:23
53:22 55:5
57:4 58:14
59:11 70:19
80:7 83:16,22
87:15 90:3,16
120:9
**remembered (1)**
127:7
**remind (1)** 41:1
**remove (1)**
79:13
**removed (9)**
77:8 78:16,20
79:7,8 81:16
81:20 83:15
104:2
**repair (4)** 64:2
64:12 76:11
79:15
**repaired (8)**
70:23 71:2,4
72:6 75:9 77:5
78:5 79:12
**repairs (1)** 65:21
**rephrase (1)**
57:6
**replaced (11)**
67:9,21 68:20
69:17 70:12
71:4,19 72:6
72:18 73:5
79:11
**replenished (1)**
104:3
**report (6)** 59:20
59:23,23 119:5
119:14 120:8
**Reporter (6)**
1:21 2:6 3:14

6:2,20 133:20
**represent (6)** 7:4
7:6 38:16 66:4
97:13 109:1
**representation...**
96:5
**representation...**
37:3 91:16
**represented (9)**
47:14 48:20
91:13,20,22,23
92:3,8 112:23
**represents (1)**
133:12
**requested (1)**
120:11
**required (4)**
44:23 45:9
67:15 122:22
**research (1)**
65:6
**researched (2)**
28:12,14
**reside (1)** 9:13
**resident (1)** 8:2
**residue (1)**
58:23
**respective (1)**
2:4
**response (1)**
120:3
**responses (1)**
61:5
**rest (1)** 128:10
**result (2)** 67:16
133:18
**retained (1)** 3:13
**retired (8)** 12:9
12:10 13:7,9
13:12 15:3,20
16:4
**retract (1)** 37:7
**returned (3)**

77:6 78:6
105:17
**reviews (4)** 39:5
76:4 98:11
109:17
**re-ask (1)** 77:22
**right (92)** 8:1
11:7,10 12:5
14:13 15:1
16:9 17:3,20
19:14,22 20:4
21:7,17,18
24:21 25:2,4
25:22 26:7,9
26:15 28:2
29:3,5,11
30:12 31:7
32:12 33:3
35:11 36:4,10
36:14 37:20
38:3 39:6 41:9
42:2 43:22
44:13 45:15
46:16 48:9
50:6 53:16
58:17 59:7
60:11,19 63:11
65:15 66:10
67:19 68:15
69:15 70:8
72:15 77:2
81:8 83:21
85:11,15 90:20
90:22,23 91:17
92:6,11 93:10
94:4 95:6
96:16 97:1
98:13,20 99:16
101:17 105:13
107:13 109:18
110:14 115:12
115:15,20
120:15,19

123:6 128:3,22
130:11,23
**rights (1)** 58:4
**right-hand (1)**
39:17
**risked (1)** 126:9
**Roanoke (3)**
10:10 11:1
13:4
**Robert (1)** 85:12
**Romeo (2)** 88:20
90:7
**room (1)** 26:22
**Rothen (3)**
103:13,18
114:20
**rotten (1)** 53:3
**Rule (1)** 3:5
**rules (5)** 2:17
3:6 6:5 116:7
122:1
**run (2)** 12:5
108:7
**running (3)** 47:6
52:12,14
**Russell (1)** 9:1
**rusted (1)** 63:21

_____

**S**

**S (5)** 2:1,1 5:1,18
25:6
**safe (6)** 62:3
64:17,19 122:4
122:14 123:12
**safety-wise (1)**
126:19
**SAITH (1)**
132:15
**Salatto (12)** 1:16
2:5 6:11,16
7:15 9:11,12
10:16 17:15,19
20:3 74:22

**sale (1)** 101:13
**Salem (1)** 9:23
**Sales (8)** 1:11
5:14 7:5 25:19
52:5 93:15
101:20 102:15
**sat (1)** 82:11
**Saugahatchee...**
19:8
**saw (14)** 26:17
26:18 33:4,10
34:1,20 37:11
46:22 47:2,5
49:9 59:7 81:3
81:7
**saying (17)**
26:12 32:1
42:6 46:13
48:2 58:2 72:9
78:12,13 79:22
82:3 94:1,15
106:10 108:4
113:3 114:23
**says (25)** 23:2
25:4 35:16
36:2 39:17
40:3 67:7 75:5
75:8 98:21
99:18,20
100:11,12
102:22 104:2
104:20 105:1
106:2,14
107:20 110:8
112:14 115:3
127:1
**school (5)** 10:17
16:10,12 17:4
17:5
**Schools (1)**
13:10
**schoolteacher...**
13:12 14:23

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

15:1

science (1) 16:15

screens (2) 104:4
107:17

search (2) 27:17
27:23

Sebastian (12)
23:2,5,7 98:22
99:5 101:16,21
109:21 124:17
125:1,2,6

second (10) 23:8
23:9 42:14
52:19 53:12
80:21 94:20,22
95:4 127:22

section (13) 67:9
67:20 68:6,20
69:16 70:10,11
70:21 71:2,11
71:19 72:17
73:5

see (18) 13:19
25:3 32:19
33:13 35:17
41:13 51:9
61:9 62:4
63:14 66:19
69:9 72:5
73:21 88:20
103:15,23
110:4

seeing (6) 37:5
37:22 38:19
42:22 46:19
68:14

seen (9) 23:3
26:20 33:23
37:12 43:8
46:11 47:9
72:8 113:2

sell (3) 87:21,23
89:13

sells (1) 73:6

send (1) 44:17

sentence (1) 67:5

sentences (1)
67:6

separate (1)
56:15

September (2)
105:22 106:13

sequence (1)
25:14

serial (2) 40:10
40:14

series (1) 112:7

service (12) 69:2
77:6,18 78:6
78:17 80:1,5
81:23 82:1,4
105:18 128:8

Serviced (1)
107:18

sheet (1) 23:7

shopping (3)
22:19 27:10
41:7

Short (2) 27:3
61:1

shortly (1) 119:6

show (7) 22:2
38:3 39:1 61:8
97:11 108:22
118:17

showed (3)
35:16 74:10
92:9

showing (1)
40:16

shown (1) 33:4

shows (2) 41:9
120:6

Sid (47) 5:13 7:4
19:17 23:4
25:18 32:19

34:14,15 37:21
38:3 44:18
46:10 48:20
50:19 51:20
52:1,3,5,12,15
52:21 53:2
54:14 72:16
74:2,17,18
93:14,14,21
94:3,7 96:2,5
101:19 102:2
102:14 110:15
113:21 114:6,9
114:11 117:6
120:22 125:12
126:16 131:21

side (2) 10:9
85:17

Sid's (1) 37:2

Sierra (9) 24:18
24:22 25:8,9
89:3,6,9 90:4
90:10

sight (1) 37:2

sign (1) 41:21

signature (2)
2:12 98:21

signed (9) 41:14
98:15 105:19
106:4,10,18
107:8,10 108:4

signing (1) 38:8

sister (2) 10:21
10:23

sit (4) 26:15
30:23 129:17
130:11

sitting (2) 42:3
83:14

six (1) 10:4

Sixteen (2)
43:21 50:2

Slade (6) 10:3

11:16,17,20
15:22 85:6

slash (2) 44:4
106:19

small (3) 52:17
53:6 94:13

SMOH (3) 35:23
36:3,6

social (1) 19:4

sold (4) 23:23
88:4 89:6,17

sole (3) 115:21
116:5,6

somebody (5)
82:6 83:17,20
83:23 116:17

somewhat (1)
58:22

son (1) 10:3

sons (1) 11:18

sorry (4) 63:10
117:9 121:6
128:16

sound (4) 41:4
42:2 58:4 64:3

sounds (2) 57:23
90:20

southeast (1)
21:11

Southern (10)
1:11 5:13 7:4
12:11,14 25:19
52:5 93:15
101:19 102:14

speaking (1)
34:18

special (1) 78:10

specific (1)
24:17

specifically (1)
20:11

specifics (1)
75:17

speed (6) 27:19
28:4,5 29:16
30:14,18

spell (1) 7:21

spelled (1) 15:11

SPOH (1) 36:11

spoken (1) 75:23

SR22 (3) 88:12
88:21 89:2

SR22s (1) 89:5

Stacey (5) 17:12
18:6,9 85:2,4

stall (2) 30:14,18

stalled (1) 92:13

stand (3) 36:6,15
36:19

standpoint (1)
21:23

stands (1) 36:9

started (2) 16:20
68:13

State (5) 2:7 6:3
13:11 16:21
133:3

stated (1) 37:17

statement (1)
120:20

states (2) 1:1
107:16

stating (2) 56:21
123:10

stenotype (1)
133:8

stepgrandmot...
11:6

Stephen (11)
98:15 99:4
102:21 103:6
109:20 110:1
113:4,23 117:1
117:22 125:19

stepmom (1)
9:12

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

stepmom's (1) 10:9

stepmother (1) 12:13

stepsister (1) 9:15

STIPULATE... 2:2,11,19

stipulation (1) 6:7

stipulations (1) 6:21

Storage (1) 131:1

store (1) 13:17

stored (1) 80:20

stores (1) 16:1

strange (1) 83:7

Street (1) 5:18

strictly (1) 31:17

strike (1) 8:16

strip (1) 83:12

stuck (1) 80:18

student (3) 121:9,10,13

stuff (7) 66:14 68:3,4 128:10 128:11,14 130:22

subject (6) 33:8 37:4,16,17 38:18,18

subsequent (1) 113:17

subsequently (... 75:7 81:19

sue (1) 117:12

sued (3) 102:6 102:10 117:16

Suite (1) 5:8

summary (2) 4:13 118:22

summer (1)

42:10

sun (1) 59:7

Sundowner (10) 23:22 28:10,15 28:21 30:10 31:3,5,17,20 90:18

Sundowners (2) 23:23 31:9

supposed (2) 69:4 71:6

sure (30) 20:9 24:5 45:1 49:7 56:23 58:11 66:7 69:12 71:23 72:2,3 74:3,16,18,19 76:9 78:7 82:9 83:5 85:16,16 89:12 91:19 121:2 122:6,7 125:14 126:21 129:20 130:17

Susan (6) 9:12 10:14,15,16 12:12 13:22

Susan's (1) 12:21

sworn (1) 6:17

S-A-L-A-T-T-... 7:15

S-L-A-D-E (1) 11:17

———— T ————

T (4) 2:1,1 133:1 133:1

tabbed (1) 61:6

table (1) 61:10

tach (1) 99:19

tag (1) 126:21

tail (14) 67:8,20 68:5,20 69:16

70:10,11,21

71:2,10,19

72:7,17 73:5

take (15) 27:1,9 39:3 60:21 65:12,17 66:17 67:1 78:2 81:10 82:7 92:15 97:2 98:8 121:11

taken (6) 2:5 3:10 54:6 77:17 130:1 133:7

takes (1) 98:6

talk (2) 19:14 40:23

talked (11) 18:2 22:16 43:19 92:11 93:22 94:1 96:19 102:16 104:6 120:5 127:1

talking (17) 15:5 18:20 24:22 28:14 31:3,5 33:6 58:20 59:23 64:23 70:3 72:8 86:19 110:11 123:22 125:5 130:10

Tallapoosa (1) 9:2

taxes (1) 130:18

teaching (1) 14:19

technician (1) 64:1

Teejay (2) 9:21 12:17

tell (42) 8:20 9:4 16:9 17:8

18:17 19:16

20:6 22:23

23:1 27:15

28:2 32:14

34:6,7,15

35:11 52:8

55:23 56:3

60:4,15 62:12

63:1 66:1,10

67:19 68:22

71:17 75:10

76:3 78:3 80:6

84:20 92:16

107:2 110:10

110:14 111:16

119:9 120:22

126:5 128:12

telling (1) 74:2

term (2) 78:8 91:7

testified (1) 6:18

testimony (4) 1:15 3:10 45:23 76:19

thereto (2) 3:4 133:9

they'd (1) 43:5

thing (5) 36:2 47:14,23 48:19 109:8

things (21) 16:2 20:18 24:13 27:22 28:9,10 30:9 47:6,18 52:17,20 53:8 54:6,7 56:11 92:10 95:17 101:9 110:12 112:23 123:3

think (40) 9:10 11:2,9 17:2 20:16 31:1 32:7 37:14

38:11 40:20

41:18 46:20

49:22 53:3

56:1 59:10

62:3,16 65:4

65:11 73:1,2

78:23 87:16

90:3,8,17

95:14 97:2

102:11 106:21

120:21 127:2

128:4,9,23

129:18 130:12

130:23 132:7

thinking (1) 55:7

third (1) 7:18

third-partied (... 117:7

thirty-somethi... 66:21

Thomas (2) 1:22 6:1

thought (4) 28:12 72:23 126:13 127:6

three (5) 31:22 68:17 98:7 109:10,11

tie-down (2) 131:6,9

time (46) 3:2,3 13:8,14 26:21 32:18,23 33:10 36:16 37:11 39:23 40:1 42:11 46:20 47:9 49:1 55:14,16,18 58:11,13 59:12 61:15,16,17 62:9 64:8 65:13 67:17

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 17

72:1,4,10 74:7
76:10 77:12,16
81:3 98:8
106:3,9 111:6
111:11 119:9
120:18,23
121:12
**today (12)** 7:7
19:15 26:16
31:1 32:10
34:13 39:14
45:23 72:4
76:20 90:16
129:17
**told (12)** 23:14
24:20 27:17
34:16 35:18
47:18 48:1
51:13 75:4
91:15,21 112:1
**top (3)** 39:17
59:5 60:11
**total (2)** 27:12
36:16
**touch (4)** 124:16
124:19 125:1
125:10
**town (1)** 59:12
**training (1)**
115:14
**transcribed (1)**
133:10
**transcript (7)**
3:9 22:14
38:23 97:10
108:21 118:16
133:12
**transcription (...**
133:11
**transportation...**
128:7
**transposed (1)**
74:5

Trey **(10)** 1:16
2:5 6:11,16 7:2
7:19 8:8 16:10
74:22 110:5
**trial (2)** 3:2 8:13
**tried (1)** 124:18
**trips (2)** 32:21
37:9
Troy **(2)** 16:21
17:22
**truck (3)** 81:3,5
81:6
**trucking (1)**
12:22
**true (5)** 84:18
96:8 121:23
122:9 133:12
**try (3)** 49:1
124:23 125:18
**trying (2)** 65:5
126:2
**TSMOH (1)**
99:20
**TT (1)** 36:15
**tweaked (1)**
95:18
**twice (1)** 37:14
**two (7)** 11:18
17:2 29:13
30:17 67:6
89:5 126:17
**two-page (1)**
22:4
**type (3)** 31:22
50:8 94:8
**types (1)** 31:18
**typical (2)** 46:17
56:18
**T-E-E-J-A-Y (...**
9:22
**T-R-E-Y (2)**
7:23 8:1

## U

**U (1)** 2:1
**ultimate (1)**
131:14
**ultimately (1)**
25:1
**Umbach (3)** 2:8
5:16 6:8
**unavailable (1)**
59:12
**uncle (3)** 11:15
12:3 21:2
**undergo (1)**
115:13
**undergone (1)**
102:23
**understand (10)**
17:8 20:1
51:21 76:10
91:19 98:18
99:2 110:7
128:23 129:21
**understandin...**
25:20 41:2
54:18 71:1
79:16 84:4
97:17,20 115:7
116:14 121:15
125:16
**Unfortunately...**
13:21
**Union (2)** 12:11
12:14
**UNITED (1)** 1:1
**University (7)**
16:19 57:5,17
58:6 67:23
69:10 84:1
**Unlimited (2)**
1:8 39:18
**unrelated (1)**
30:20
**unrepairable (1)**

63:19
**unsafe (2)** 86:3,3
**unseen (2)** 34:4
37:2
**untrue (1)** 103:3
**unusual (1)**
49:10
**unworthy (1)**
80:12
**USA (1)** 98:23
**use (4)** 51:11
91:7 130:15,17
**useful (2)** 27:21
30:1
**Usual (1)** 6:20

## V

**V (1)** 51:4
**value (1)** 83:13
**various (1)**
63:19
**vehicle (1)** 89:21
**vents (3)** 53:4,4
53:5
**verbatim (1)**
34:18
**verify (1)** 109:4
**version (1)** 74:6
**view (1)** 8:4
**visual (1)** 72:13
**Visually (1)**
123:1
**voice (1)** 86:1
**vs (1)** 1:10

## W

**W (2)** 3:9 5:15
**Wadley (2)**
16:12 17:5
**waived (1)** 2:14
**want (16)** 20:23
23:15 34:21
38:2 48:15

62:21,23 63:1
65:12 66:11,13
83:8 97:23
98:9 109:7,13
**wanted (4)**
27:19 38:12
68:11 94:3
**wanting (1)**
61:18
**warehouse (1)**
81:12
**warrant (1)** 35:8
**warranty (4)**
123:18 124:3,6
124:15
**wasn't (2)** 94:22
95:11
**way (15)** 31:11
50:23 51:6
66:5 69:3,17
69:21 71:5
77:3 86:7
100:7 110:17
117:21 120:4
129:8
**website (3)**
21:22,23 22:16
**weeks (3)** 35:2
119:17,21
**weight (2)** 30:3
107:19
**well-known (1)**
21:22
**went (12)** 16:10
17:2 23:11,17
24:18 25:15
32:2,8,19
37:13 59:10
109:8
**weren't (2)**
27:23 121:7
**West (2)** 98:22
101:15

**American Court Reporting**
**toll-free (877) 320-1050**

Page 18

we'll (1) 27:5
we're (8) 19:15
  32:10 33:7
  34:12 39:14
  65:4 90:16
  92:13
we've (8) 96:19
  96:22 110:11
  111:2 128:17
  130:18,19
  131:5
Whaley (10)
  10:13,15,16,19
  10:19 11:3,4
  13:22 14:1
  15:18
white (21) 2:8
  3:9 4:4 5:15,17
  6:9,23 7:1,3
  27:5,7 60:21
  61:3 66:22
  67:2 81:6 97:1
  97:11 117:9,18
  132:7
wife (2) 9:12
  85:3
wife's (1) 17:10
William (1) 5:4
windshield (11)
  58:22,23 60:6
  60:17 61:12,21
  63:3 64:15
  65:20 76:22
  78:1
wing (2) 29:8,8
wings (1) 123:2
winter (1) 58:13
witness (11)
  2:13 6:11 14:9
  14:12,18 39:5
  66:9 76:4
  98:11 109:17
  133:14

women's (1)
  13:16
Woodland (1)
  80:23
word (2) 8:4
  59:18
words (3) 42:16
  70:16 105:23
work (10) 12:7
  12:15,17,18
  13:22 14:5
  15:21 113:5
  114:1 118:11
worked (5) 15:2
  40:22 56:17
  99:5 125:19
works (12)
  12:19,23 13:6
  13:7,14 14:15
  15:2,23 16:6,8
  83:6 107:14
worn (1) 63:21
worth (2) 127:13
  127:18
worthiness (1)
  69:22
wouldn't (11)
  22:9 46:18,19
  52:11,14,22
  53:2 98:3
  112:11 119:19
  119:20
write (3) 44:15
  44:16 125:13
writing (2) 45:5
  45:8
written (4) 25:4
  44:1 45:20
  50:12
wrong (6) 49:23
  59:17 68:9
  71:10 82:14
  123:7

wrote (3) 43:22
  47:17 48:19
W-A-D-L-E-Y...
  17:7
W120 (1) 104:4

**X**

X (1) 4:1

**Y**

Y (1) 7:21
yeah (46) 6:23
  9:8,17,19 11:3
  11:7,14,21
  12:19 13:18,21
  14:3,11,14
  16:20 17:13,16
  18:7 19:6
  29:18,23 34:12
  35:21 44:22
  49:7 60:3
  66:22 72:19,22
  84:19 85:4,6
  85:10 86:16
  92:21 93:22
  94:5 95:2 99:1
  99:7 109:6
  111:1 122:5
  123:1 129:7
  131:3
year (10) 24:1,4
  68:17 86:10
  89:7 90:1,11
  90:15 95:1,2
years (8) 20:15
  26:8 88:1
  89:18 119:18
  119:20,20
  131:6
y'all (12) 25:7
  61:8 75:6,8
  82:21 95:3
  108:13 117:16

120:7 121:8
  126:22 129:14
y'all's (1) 39:21

**Z**

zero (14) 35:15
  35:19 36:1,3,5
  36:9,9,11 92:2
  92:16,19,23
  99:20,23

**$**

$16,000 (1)
  128:4
$44 (1) 131:10
$56,750 (1)
  40:18

**#**

#257 (1) 133:21

**0**

01 (1) 90:8
02 (2) 90:2,3
03 (3) 63:5,6
  90:2
04 (5) 66:19 69:1
  69:6 87:12,14
05 (8) 63:11 64:7
  69:4,7,13
  78:23 88:2
  121:6
06 (5) 88:2 89:10
  89:11 90:12,13
07 (1) 89:14

**1**

1 (5) 4:9 22:4,12
  26:17 101:12
1:00 (1) 97:6
1:40 (1) 132:13
10:15 (3) 1:19
  2:10 6:10
10:30 (1) 27:2

10:35 (1) 27:4
100 (1) 104:4
100-hour (3)
  102:23 105:23
  106:7
108 (1) 4:12
11:15 (1) 60:23
11:25 (1) 61:2
118 (1) 4:13
12/11/2003 (1)
  107:10
12:05 (1) 97:4
133 (1) 4:5
14 (2) 1:18 2:9
15 (3) 3:7,10
  6:11
16 (13) 51:1,4,5
  51:12,22 53:19
  93:21 94:2,8,9
  94:20 95:4
  120:8
1745 (1) 8:3
18 (1) 106:13
18th (1) 105:22
1976 (2) 90:17
  90:18
1998 (2) 3:7
  16:12

**2**

2 (5) 4:10 38:21
  39:2,7 51:2
2001 (1) 90:8
2002 (6) 42:9
  99:9 103:9,23
  104:10 110:6
2003 (4) 104:18
  105:5,22
  106:13
2004 (8) 63:23
  64:5,11,14
  68:5 75:6
  76:12,23

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

**2005 (9)** 67:13
68:7,19 75:8
119:5 120:8,9
120:19,19
**2008 (5)** 1:18 2:9
3:10 6:11
133:23
**205 (1)** 5:18
**22 (2)** 4:9 5:7
**224 (2)** 88:20
90:7
**23rd (1)** 103:23
**24 (2)** 104:18
105:5
**28 (1)** 103:9
**28th (2)** 99:9
110:6
**2900 (1)** 36:15

───────── **3** ─────────

**3 (4)** 4:11 97:8
97:12 120:6
**3:05-CV-0114...**
1:6
**32958 (1)** 98:23
**35253 (1)** 5:9
**36803 (1)** 5:19
**36830 (1)** 8:5
**38 (1)** 4:10

───────── **4** ─────────

**4 (4)** 4:12 108:19
108:23 110:22
**40 (1)** 107:19

───────── **5** ─────────

**5 (3)** 4:13 118:14
118:18
**5(d) (1)** 3:5
**5/16/05 (1)**
108:16
**5/28/02 (1)**
102:22

**5/28/2002 (1)**
99:18
**500 (2)** 98:21
101:15
**56,750 (2)** 41:3
127:2

───────── **6** ─────────

**6 (5)** 63:15 67:3
67:5,6 133:23
**6/10/2002 (3)**
103:12,14
114:20
**600 (1)** 5:8

───────── **7** ─────────

**7 (1)** 4:4
**7/29/02 (2)** 41:10
41:17

───────── **8** ─────────

**8 (2)** 120:9,19
**8th (1)** 119:5
**80 (1)** 107:19
**87 (4)** 89:2,6,8
90:10

───────── **9** ─────────

**9th (1)** 5:18
**9185 (3)** 24:17
24:22 25:6
**97 (1)** 4:11

**American Court Reporting**
**June 2, 2008**