# American Court Reporting
## toll-free (877) 320-1050

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NUMBER
3:05-CV-01144-WKW-SRW

LOSAL Unlimited, LLC,
    Plaintiffs,
vs.
Southern Aircraft Sales, et al.,
    Defendants.

DEPOSITION TESTIMONY OF:
JOSEPH FLOY LOVVORN

May 14, 2008
1:45 PM

COURT REPORTER:
KRISTEN DYKES THOMAS

### Page 2

**STIPULATIONS**

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of JOE LOVVORN, may be taken before Kristen Dykes Thomas, Court Reporter and Notary Public, State at Large, at the offices of Adams, Umbach, Davidson & White, Opelika, Alabama, on May 14, 2008, commencing at approximately 1:45 p.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for

### Page 3

the parties may make objections and assign grounds at the time of trial or at the time said deposition is offered in evidence, or prior thereto.

In accordance with Rule 5(d) of the Alabama Rules of Civil Procedure, as amended, effective May 15, 1998, I, Kristen Dykes Thomas, am hereby delivering to Matthew W. White the original transcript of the oral testimony taken May 14, 2008, along with exhibits.

Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

### Page 4

INDEX

| EXAMINATION BY: | | PAGE NO. |
| --- | --- | --- |
| Mr. White | 6 | |
| Certificate | 98 | |

INDEX OF EXHIBITS

| EXHIBITS | | PAGE NO. |
| --- | --- | --- |
| DEFENDANTS' 6 | Purchase Order | 39 |

## American Court Reporting
## June 2, 2008

## American Court Reporting
### toll-free (877) 320-1050

Page 5

```
 1        A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4        William Dudley Motlow, Jr.
 5        PORTERFIELD, HARPER, MILLS, &
 6        MOTLOW, P.A.
 7        22 Inverness Center Parkway
 8        Suite 600
 9        Birmingham, Alabama  35253
10
11
12
13    FOR THE DEFENDANTS, SID HALL & SOUTHERN
14    AIRCRAFT SALES:
15        Matthew W. White
16        ADAMS, UMBACH, DAVIDSON & WHITE,
17        LLP
18        205 S. 9th Street
19        Opelika, Alabama  36803
20
21
22
23
```

Page 6

```
 1            I, Kristen Dykes, a Court
 2    Reporter of Auburn, Alabama, and a Notary
 3    Public for the State of Alabama at Large,
 4    acting as Commissioner, certify that on
 5    this date, pursuant to the Alabama Rules
 6    of Civil Procedure, and the foregoing
 7    stipulation of counsel, there came before
 8    me at the offices of Adams, Umbach,
 9    Davidson & White, Opelika, Alabama,
10    commencing at approximately 1:45 p.m, on
11    May 14, 2008, JOE LOVVORN, witness in the
12    above cause, for oral examination,
13    whereupon the following proceedings were
14    had:
15
16            JOSEPH FLOR LOVVORN,
17    having been first duly sworn, was
18    examined and testified as follows:
19
20    EXAMINATION BY MR. WHITE:
21        Q.   Joe, I'm Matt White.  I'm
22    going to be taking your deposition today
23    in this lawsuit that y'all filed on
```

Page 7

```
 1    behalf of LOSAL against my client, Sid
 2    Hall and Southern Aircraft Sales.
 3            Just for the record, you've
 4    been here during the deposition of Trey
 5    Salatto; correct?
 6        A.   Correct.
 7        Q.   You were here during that
 8    entire deposition?
 9        A.   Yes.
10        Q.   Okay.  I'm going to be asking
11    you some of the same types of questions.
12    If at any time you don't understand a
13    question that I'm asking you, just ask me
14    to rephrase it and I'll be glad to do
15    that.
16            Okay.  Let me get -- just like
17    we did with Trey, let me get your
18    background information.  What's your
19    complete legal name?
20        A.   Joseph Floy -- just F-L-O-Y --
21    Lovvorn.
22        Q.   Okay.  L-O-V-V-E-R-N?
23        A.   L-O-V-V-O-R-N.
```

Page 8

```
 1        Q.   O-R-N?
 2        A.   Yeah.
 3        Q.   Excuse me.  And what's your
 4    current resident address?
 5        A.   701 Madeline, M-A-D-E-L-I-N-E,
 6    Lane, Auburn, 36832.
 7        Q.   Okay.  Who lives with you at
 8    that address?
 9        A.   My wife and son.
10        Q.   What's her name?
11        A.   Jenifer.  One "n".
12        Q.   And your son's name?
13        A.   Jackson.
14        Q.   Okay.  What do you do for a
15    living?  What's your job?
16        A.   I work for the City of Auburn
17    as a firefighter.
18        Q.   Okay.  Anything else?
19        A.   I also own a business.
20        Q.   What's the name of your
21    business?
22        A.   I'm franchisee for Two Men And
23    A Truck, moving franchise.
```

2 (Pages 5 to 8)

## American Court Reporting
### June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 9

1  Q.  Okay.  Anything else?
2  A.  I also have a real estate
3  license that's nonactive at this time.
4  Q.  Real estate license but you're
5  inactive?
6  A.  Yes.
7  Q.  Is your real estate license
8  current, or is --
9  A.  It's current.  I just serve as
10  a referral agent, not an active agent.
11  Q.  Okay.  Any other jobs or
12  businesses that you're involved in?
13  A.  No.
14  Q.  I know you're a partner in
15  LOSAL; correct?
16  A.  Yes.
17  Q.  Or a member of LOSAL.  Are you
18  a member of any other LLC's or
19  corporations?
20  A.  Yes.  That operate for my
21  moving industry business.
22  Q.  Okay.  What's the name of that
23  business?

Page 10

1  A.  CJR Enterprises, Inc.
2  Q.  Okay.  Any other corporations
3  or LLC's?
4  A.  Destiny Services, Inc.
5  Q.  What's that?
6  A.  That's another franchise.
7  Q.  What franchise is that?
8  A.  One operates out of Panama
9  City, Florida.
10  Q.  Two Men and a Truck?
11  A.  Yes.
12  Q.  All right.  Any other
13  corporations or businesses that you're a
14  member of or owner in?
15  A.  No.
16  Q.  Are you involved in any other
17  businesses or entities with Trey Salatto?
18  A.  Everything comes back through
19  LOSAL, everything that we have together.
20  Q.  What does LOSAL do other than
21  own those aircraft?
22  A.  It's done some small
23  development.

Page 11

1  Q.  What do you mean by that,
2  small development?
3  A.  Some condos.
4  Q.  Where at?
5  A.  In Auburn.
6  Q.  Okay.  Anything else that
7  LOSAL does?
8  A.  No.
9  Q.  Okay.  And I meant to ask Trey
10  this.  But do you have any idea of what
11  the total assets and liabilities are for
12  LOSAL?
13  A.  No.
14  Q.  You don't.  Who does the books
15  for y'all?
16  A.  Gwen Bearden does the
17  bookkeeping; Machen, McChesney & Chastain
18  would be the contact for our tax
19  information.
20  Q.  Okay.  LOSAL is not in
21  bankruptcy, is it?
22  A.  No.
23  Q.  Okay.  How far did you go in

Page 12

1  school?
2  A.  A Master's.
3  Q.  What do you have a Master's
4  in?
5  A.  MBA.
6  Q.  Where did that come from?
7  A.  Auburn.
8  Q.  What year did you get that?
9  A.  2000.
10  Q.  And where did you graduate
11  undergrad from?
12  A.  Auburn
13  Q.  What year?
14  A.  '99.
15  Q.  What was your major?
16  A.  Agricultural economics.
17  Q.  And then where did you
18  graduate high school?
19  A.  Woodland High School.
20  Q.  Okay.  That's in Alabama;
21  right?
22  A.  Yes.  Woodland, Alabama.
23  Q.  All right.  And when did you

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1    get your pilot's license?
2        A.   2002.
3        Q.   Okay.  Where did you receive
4    your training to become a pilot?
5        A.   I received joint training from
6    Auburn University Aviation and some
7    through Tuskegee Aviation.
8        Q.   Okay.  Were you ever in the
9    military?
10       A.   No.
11       Q.   So did you have your pilot's
12   license at the time this aircraft that we
13   are here about today was purchased?
14       A.   No.  It was shortly
15   thereafter.  I can check my logs and give
16   you the exact date if you'd like.
17       Q.   Do you have those in front of
18   you?
19       A.   I do.
20       Q.   Yeah.  If you don't mind if
21   you would look at that for me.
22       A.   These copies are not legible.
23   I cannot see the exact -- I believe it

Page 14

1    was 7/7 of '02.
2        Q.   That's when you became
3    licensed as a pilot?
4        A.   I was still a student pilot.
5    I'll tell you exact.  I've got my pilot's
6    license right here.  7/7/03.
7        Q.   '03?
8        A.   Yes.
9        Q.   Okay.
10       A.   So I was a student pilot at
11   the time of the purchase.
12       Q.   All right.  Tell me about -- I
13   need to know just a little bit about your
14   relatives.
15       A.   Okay.
16       Q.   And, basically, when we're
17   talking about East Alabama, we're talking
18   about Macon County, Russell County, Lee
19   County, Chambers County, Tallapoosa
20   County, Randolph County.
21           Can you tell me any relatives
22   that you have in those counties?
23       A.   Yes.

Page 15

1        Q.   Is it going to be lengthy?
2        A.   Immediate relatives, it won't
3    be too --
4        Q.   I'm talking about by blood or
5    marriage.
6        A.   Okay.
7        Q.   I'm talking about your
8    immediate family --
9        A.   Sure.
10       Q.   -- your mom and dad and
11   brothers and sisters.
12       A.   Sure.
13       Q.   All right.  Tell me about
14   that.
15       A.   My parents, Terry and Sherry
16   Lovvorn.
17       Q.   Where are they located?
18       A.   In Graham, Alabama.
19       Q.   All right.  Who else?
20       A.   Susan and Chuck Rice, sister
21   and brother-in-law.
22       Q.   Where do they live?
23       A.   Graham.

Page 16

1        Q.   Graham.  All right?
2        A.   Uncle and aunt, Thurman and
3    Wilma Lovvorn.
4        Q.   All right.  Where are they?
5        A.   Graham.
6        Q.   Graham.  All right?
7        A.   Byron and Jackie Lovvorn.
8        Q.   Well, we're related.  How
9    about that.
10           MR. WHITE:  Off the Record.
11           (Off-the-record discussion)
12           MR. WHITE:  Back on the
13   record.
14       Q.   (BY MR. WHITE) All right.
15   Anybody else?
16       A.   Let's see.  That would be all
17   the immediate in that area that you
18   named.
19       Q.   All right.  Tell me what --
20   does Terry work?
21       A.   Terry is unemployed.
22       Q.   Okay.  What's the last place
23   he worked?  Do you know?

4 (Pages 13 to 16)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 17

1      A.   He was self-employed.  He's
2  always been self-employed.
3      Q.   What does he do for a living?
4  What's his occupation?
5      A.   Farmer.
6      Q.   I've got you.  Sherry?
7      A.   Retired.
8      Q.   Where is she retired from?
9      A.   Schoolteacher.
10     Q.   For Randolph County?
11     A.   Yes.
12     Q.   All right.  Susan Rice, does
13  she work?
14     A.   Yes.
15     Q.   Where does she work?
16     A.   Postal Service.
17     Q.   In Randolph County?
18     A.   Yes.
19     Q.   Chuck, where does he work?
20     A.   For the Postal Service in
21  Calhoun County.
22     Q.   Calhoun, Georgia?
23     A.   Calhoun, Alabama.

Page 18

1      Q.   Calhoun County, Alabama?
2      A.   Yes.
3      Q.   Okay.  Thurman Lovvorn, where
4  does he work?
5      A.   He's retired.
6      Q.   Where did he retire from?
7      A.   Sewell Manufacturing.
8      Q.   Okay.  And then Wilma, does
9  she work or retired?
10     A.   Retired hairdresser.
11     Q.   Okay.  Tell me -- does your
12  wife work?
13     A.   Yes.
14     Q.   Where does she work?
15     A.   Auburn City Schools.
16     Q.   What school does she work at?
17     A.   She works at the central
18  office.
19     Q.   Okay.  And does she have any
20  relatives here in this same area that you
21  know of?
22     A.   Not that I'm aware of.
23     Q.   Where is she from originally?

Page 19

1      A.   Gadsden.
2      Q.   All right.  Do you belong to
3  any clubs or civic organizations here in
4  Lee County or this area?
5      A.   The Lee County Realtor's
6  Association, Moore's Mill Club.
7      Q.   Okay.  Anything else?
8      A.   That's it.
9      Q.   All right.  Is there a local
10  pilot's association or anything of that
11  nature?
12     A.   Not that I'm aware of.  I'm
13  not a member of a local...
14     Q.   I'm going to ask you now about
15  this aircraft that we're here about
16  today.  And I'm going to try not to ask
17  you the same questions as Trey, but there
18  is obviously going to be a lot of
19  overlap.
20          But tell me about your
21  recollection of shopping for this
22  aircraft; in other words, when it
23  started, what all it entailed, where you

Page 20

1  looked, that kind of thing.  Let's start
2  with when it started.  When did y'all
3  start looking for an aircraft?
4      A.   Looking for one to purchase?
5      Q.   Well, yeah.  Was there some
6  other reason you would be looking for an
7  aircraft?
8      A.   I've always enjoyed aircraft
9  and looked at them and observed them.
10     Q.   Okay.  Prior to purchasing
11  this aircraft, had you ever been involved
12  in the purchase of any other aircraft?
13     A.   No.
14     Q.   All right.  Had you ever --
15  well, have you ever been involved with
16  any other business or company that owned
17  an aircraft?
18     A.   No.
19     Q.   Okay.  So this was the first
20  aircraft that you had been involved in
21  purchasing; correct?
22     A.   Yes.
23     Q.   Okay.  Tell me, did you have

5 (Pages 17 to 20)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 21

1  an idea of what type of aircraft you were
2  looking for?
3      A.   Yes.
4      Q.   And what type was that?
5      A.   Single engine, low wing.
6      Q.   Okay.  And why is it that you
7  wanted a single engine, low wing?
8      A.   A single engine is what -- the
9  rating I was pursuing, single engine
10  pilot, and low wing versus high wing
11  aircraft goes back to a lot of pilot
12  preference.
13     Q.   Okay.  So it was your
14  preference to have a low wing?
15     A.   Yes.
16     Q.   So did that lead you, then, to
17  search for a particular brand or model of
18  aircraft?
19     A.   It narrowed it to three or
20  four.
21     Q.   Okay.  And what were those
22  three or four?
23     A.   Piper Archer or Warrior.

Page 22

1      Q.   Okay?
2      A.   A Beech Musketeer or
3  Sundowner.
4      Q.   When you said Beech, were you
5  talking about Beechcraft?
6      A.   Beechcraft, yes.
7      Q.   A Musketeer or Sundowner?
8      A.   Yes.
9      Q.   Okay.  Any others?
10     A.   A Mooney.
11     Q.   Say that again.
12     A.   Mooney, M-O-O-N-E-Y.
13     Q.   E-Y?
14     A.   Yes.
15     Q.   Okay.  Is that a manufacturer,
16  Mooney?
17     A.   Yes.
18     Q.   What type of Mooney?
19     A.   I'm not sure of the exact
20  model.  They have several models.
21     Q.   Okay.  Any other types of
22  aircraft that you were looking for?
23     A.   No.

Page 23

1      Q.   Okay.  How did y'all go about
2  looking for these aircraft?  Did you --
3  primarily an Internet search or any other
4  ways that y'all were looking for these
5  aircraft?
6      A.   Internet search and looking at
7  airports.
8      Q.   Okay.
9      A.   Magazines.
10     Q.   Okay.  Is there like a
11  magazine specifically for buying and
12  selling aircraft?
13     A.   There are some, yes.
14     Q.   Okay.  When did you begin that
15  search for actually purchasing an
16  aircraft?
17     A.   Soon after I began training.
18  I'm not sure of the exact date.
19     Q.   And when did you -- when you
20  say after you began training, are you
21  talking about your pilot training?
22     A.   When I first became a student
23  pilot.

Page 24

1      Q.   Okay.  And do you have any
2  recollection of when that was?  I don't
3  need an exact date, but an approximate
4  date as to when you began your student
5  training.
6      A.   Once again, these aren't very
7  legible.  If you'll -- one moment.  March
8  of '01.
9      Q.   Okay.  And did you and Trey
10  have an understanding that y'all were
11  going to purchase this aircraft as --
12  through LOSAL, to be owned by LOSAL?
13     A.   We were exploring purchasing
14  one together, as far as the type of
15  ownership.  We would not finalize that,
16  but we were looking to purchase together.
17     Q.   I've got you.  Okay.  I assume
18  you and Trey are old friends?
19     A.   We've known each other for a
20  while.
21     Q.   Did y'all grow up together?
22     A.   We met the day we got our
23  driver's license, the same day.

6 (Pages 21 to 24)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 25

1  Q.  Y'all are both from Randolph
2  County?
3  A.  We are.  About 30 miles apart,
4  from extremes of the county.
5  Q.  All right.  So I assume, then,
6  that you looked at lots of aircraft
7  before you found this particular aircraft
8  that you ultimately purchased; is that
9  correct?
10  A.  We looked at several aircraft.
11  Q.  Okay.  How many aircraft do
12  you think you actually went and looked at
13  in person as opposed to just looking at
14  an ad for it on the Internet or in a
15  paper somewhere?
16  A.  I don't know the exact number.
17  Q.  Okay.
18  A.  I made some unofficial
19  observations with ones that came to the
20  local airport to see that type of
21  aircraft, but I can tell you the specific
22  ones I know I went to look at before
23  purchase.

Page 26

1  Q.  Okay.  Tell me those.
2  A.  I went to look at a Piper
3  Archer in Kentucky.
4  Q.  Okay?
5  A.  And a Piper Warrior in West
6  Palm Beach, Florida.
7  Q.  Okay.  Any others?
8  A.  I can't recall specifics.
9  Q.  Trey said something about
10  going to Sid Hall's place to look at some
11  other aircraft down there.  Does that
12  ring a bell?
13  A.  Yes, yes.  These were prior to
14  that visit.
15  Q.  What aircraft were you going
16  to look at at Sid Hall's Southern
17  Aircraft Sales in Dawson?
18  A.  He had some Beechcraft
19  Sundowners.
20  Q.  Okay.  All right.  Tell me how
21  it is that you came to know about this
22  particular aircraft that you ultimately
23  purchased.

Page 27

1  A.  The type or the specific
2  aircraft?
3  Q.  The specific aircraft.
4  A.  We looked at Sundowners with
5  Sid Hall.  Ones he had in stock, we did
6  not really see one that we really wanted
7  to purchase, and he said he had one that
8  would be coming in that he's getting
9  overhauled and new paint, new interior.
10  Q.  He said he's getting it
11  overhauled?
12  A.  Yes.
13  Q.  Okay.  How many times do you
14  -- prior to having this conversation that
15  you've just told me about with Sid Hall,
16  how many times do you think you've spoke
17  with or met with Sid Hall prior to then?
18  A.  I had some phone conversations
19  arranging us to go visit, and this was
20  the first meeting between us and Sid
21  Hall.
22  Q.  And how did you get over
23  there?  Did you fly over there?  Did you

Page 28

1  drive?
2  A.  Flew over.
3  Q.  Whose aircraft did you fly
4  over in?
5  A.  I don't recall.
6  Q.  Who all -- who was with you?
7  A.  Myself, Trey Salatto, and
8  Lance Bowlin, an instructor.
9  Q.  Bowlin?
10  A.  Bowlin, B-O-W-L-I-N.
11  Q.  He's an instructor?
12  A.  He was at that time, yes.
13  Q.  Okay.  Do you know where Lance
14  lives now?  Is he still here in town?
15  A.  No.  I think he's in the
16  military flying.
17  Q.  Okay.  When you had the
18  conversation with Sid Hall wherein he
19  said he had one coming in, that he's
20  getting it overhauled, and it has new
21  paint and a new interior, who was present
22  during that conversation?
23  A.  I just remember the location

7 (Pages 25 to 28)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

1  was inside the maintenance hangar for
2  Sixteen Juliette.
3      Q.   Okay.  And you don't remember
4  if anybody else was there -- was Lance
5  Bowlin there during that conversation?
6      A.   I don't believe so.
7      Q.   Was Trey there during that
8  conversation?
9      A.   Trey was.
10     Q.   Okay.  Do you know if anybody
11 else was there along with Sid?
12     A.   Luther was in and out of the
13 conversations we had that day as we were
14 looking at different aircraft, and I am
15 not certain if he was there when that
16 exact statement was made.
17     Q.   Okay.  How were you introduced
18 to Luther?
19     A.   Luther was the first person
20 who met us when we arrived and advised us
21 Sid was on his way and would be there
22 shortly.
23     Q.   Did -- is Luther a mechanic,

Page 30

1  or what does he do?  Do you know?
2      A.   I'm not sure his designation.
3  I do know he is employed with someone on
4  the field.
5      Q.   Okay.  Did he have one of
6  those shirts with his name on there?
7      A.   I remember him having some
8  type of a mechanics outfit or uniform.
9  I'm not sure of what the -- I don't
10 remember anything besides the name plate
11 of Luther.
12     Q.   He didn't have a shirt on that
13 said Southern Aviation, did he -- or
14 Southern Aircraft?
15     A.   I don't recall.
16     Q.   Do you recall if he had a
17 shirt on that said Sixteen Juliette or
18 Sixteen J?
19     A.   I don't recall.
20     Q.   was it your understanding that
21 he was an employee of Sixteen J?
22     A.   It was my understanding that
23 he was an employee of Sid Hall because of

Page 31

1  the way he greeted us.
2      Q.   Okay.  Well, tell me in detail
3  as best as you can remember what he said
4  to you when he greeted you.
5      A.   He came up and said, you must
6  be, and then stated our names, come to
7  look at the aircraft and said -- that's
8  when he told us Sid was not there yet and
9  would be there shortly.
10     Q.   Okay.  Other than that, did
11 you have any other reason to believe that
12 he was an employee of Sid Hall?
13     A.   Yes.
14     Q.   What was that?
15     A.   Through that meeting and
16 following meetings, he made several
17 comments as to work he does with Sid
18 Hall.  He flies all over the area picking
19 up planes, dropping off planes for
20 Southern Aircraft -- as Sid, as he always
21 referred to him as.
22         I remember one particular
23 flight he described picking up or

Page 32

1  delivering -- I'm not sure what aircraft
2  -- all the way from California, and he
3  also had a GPS that he carried with him
4  that Sid had purchased for him that was
5  portable that he could carry with him
6  when he was doing these flights.
7      Q.   Okay.  How is it that you know
8  that Sid had purchased that GPS for him?
9      A.   Luther stated it to me.
10     Q.   Okay.  All right.  Any other
11 reason why you believe that Sid was --
12 I'm sorry -- that Luther was an employee
13 of Sid Hall's?
14     A.   When we talked of specifics of
15 the aircraft, he always insisted he would
16 need to talk with Sid or run that by Sid,
17 implying that Sid was his employer.
18     Q.   Sid never told you that Luther
19 was his employee, did he?
20     A.   In those specific words, no.
21     Q.   Okay.  What, if anything, that
22 Sid said lead you to believe that Luther
23 was an employee of his?

8  (Pages 29 to 32)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 33

1      A.   We always met in the same
2  spot, which was the office for the
3  maintenance area in the airport, and Sid
4  operated in a manner that was his
5  office.
6      Q.   Anything else?
7      A.   When we discussed things about
8  aircraft, either in general or this
9  particular aircraft, he would state, I'll
10  have Luther take a look at that or I'll
11  ask Luther.
12      Q.   Okay. Anything else?
13      A.   Not that I recall at this
14  time.
15      Q.   Did the maintenance area out
16  there have any signs around it?
17      A.   I don't recall any signs.
18      Q.   Do you recall a sign for
19  Sixteen J?
20      A.   Sixteen J is the airport
21  identifier for that specific airport.
22      Q.   Okay. And Juliette, is that
23  the word used to say the letter "J" when

Page 34

1  you have to describe "J"?
2      A.   Yes.
3      Q.   But you understand that
4  Sixteen Juliette is also the name of the
5  business who performed various work on
6  your aircraft; is that correct?
7      A.   Yes. I assumed it was named
8  after the field.
9      Q.   Okay. Do you know of any --
10  do you know of any evidence that Sid Hall
11  had any ownership interest in Sixteen
12  Juliette the business?
13      A.   I have no understanding of his
14  relationship beyond implied.
15      Q.   Did Sid Hall ever represent to
16  you that he had some control over Sixteen
17  Juliette or that he owned Sixteen
18  Juliette or that Sixteen Juliette was his
19  business?
20      A.   He never gave an imply that he
21  did not own the entire area that we
22  visited. He would talk to Luther as in,
23  Luther, I need you to go do this, or

Page 35

1  Luther, go do that. It wasn't a request
2  from a separate agency. It was implied
3  that, Luther, go do this; Luther, go do
4  that, such as an employee/employer
5  relationship.
6      Q.   Do you know if Sid Hall paid
7  Sixteen Juliette for the work he had them
8  doing?
9      A.   I have no idea of his
10  financial relations.
11      Q.   Okay. How is it that Sid Hall
12  made you aware of this particular
13  aircraft?
14      A.   Do you want me to answer it
15  again?
16      Q.   I'm sorry. Have you already
17  answered that? Did I already ask you
18  that?
19      A.   Yes.
20      Q.   You say he said he had one
21  coming in, and he said it was getting
22  overhauled and had new paint and new
23  interior?

Page 36

1      A.   Yes.
2      Q.   After that did he ever show
3  you any pictures of that aircraft?
4      A.   Not that I recall.
5      Q.   How is it -- what happened
6  after you had that conversation with Sid
7  that moved that conversation forward or
8  ultimately ended up with you purchasing
9  that aircraft?
10      A.   We looked at the same type
11  aircraft, the Beechcraft Sundowner, that
12  he had on site, talked about the things
13  that we did not like and we would want
14  different; specifically, the interior and
15  the avionics provided. And he stated, if
16  I can provide this aircraft -- that's not
17  word for word. But he said, if I can
18  provide the same type aircraft with the
19  one that I've got coming in with zero
20  time since major overhaul, fresh annual,
21  and upgrade the radios to ones that you
22  wanted, could we work this out;
23  specifically, is this the type of

9  (Pages 33 to 36)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 37

1   aircraft that you would like.
2       Q.   All right.  And what did he
3   say -- and what did you say in response
4   to that?
5       A.   We said, yes; we would like
6   the Beechcraft Sundowners with -- he
7   stated it had less than 3,000 hours total
8   time.  The total time for that age of an
9   aircraft, that was on the lower side, and
10  zero time since major overhaul means that
11  any problems with the engine should be
12  erased and you're provided with,
13  basically, a certified renewed engine,
14  and we told him subject to a prebuy
15  inspection and an inspection of the
16  exterior by us at delivery.
17      Q.   Okay.
18      A.   And he said he would have the
19  work done we wanted and bring it to
20  Auburn.  And Luther was the one that
21  brought it.
22      Q.   Okay.  So did y'all sign
23  anything that day as far as for the

Page 38

1   purchase of that particular aircraft?
2       A.   I don't recall what was
3   signed.
4       Q.   Okay.  Did you have a prebuy
5   inspection of the aircraft performed?
6       A.   Yes.
7       Q.   Who did that for you?
8       A.   Luther.  Another
9   recommendation of Sid Hall.
10      Q.   Okay.  And did you inspect the
11  exterior of the aircraft when it was
12  delivered?
13      A.   Yes.
14      Q.   Okay.  When was the aircraft
15  delivered to you?  Do you recall?
16      A.   I do not.
17      Q.   Is there any record here that
18  would show you when the aircraft was
19  delivered to you?
20      A.   It should be in the purchase
21  records.
22      Q.   This is what I have as a
23  purchase record.  Let me show you.  It's

Page 39

1   marked as Defendants' Exhibit 2.  Have
2   you ever seen that?
3       A.   I've never seen that.
4       Q.   Let me show you what I'm going
5   to mark as Defendants' Exhibit 6, which
6   appears to be the same thing.
7       A.   Yeah.
8           (WHEREUPON, a document was
9   marked as Defendants' Exhibit Number 6
10  and is attached to the original
11  transcript.
12      Q.   But there appears to be a
13  signature down here at the bottom of that
14  page.  Whose signature does that appear
15  to be?
16      A.   It's faded.  I can't see
17  exactly what it is.  It's not mine.
18      Q.   Is that Trey Salatto's
19  signature?
20      A.   I can't identify his exact
21  signature, but this -- it looks like a
22  "P" and a "T."
23      Q.   Would that be Patrick?

Page 40

1       A.   It looks like a "P" and a "T".
2   I don't -- I can't identify his exact
3   signature.  But I do -- I remember seeing
4   a document similar to this one, but it
5   was one page.  I've never seen any
6   following documents.  I don't recall
7   that.
8       Q.   Let me show you a signature,
9   which is on an aircraft promissory note
10  for this aircraft, and it has -- it looks
11  to be your signature down at the bottom
12  of the page.  Is that your signature that
13  I'm pointing to?
14      A.   That is my handwriting.
15      Q.   And that's on the far
16  right-hand side of the page?
17      A.   Yes.
18      Q.   And there is another signature
19  here on the left-hand side of the page;
20  correct?
21      A.   Yes.
22      Q.   And it's signed over the name
23  Patrick J. Salatto, the third, member; is

10 (Pages 37 to 40)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 41

1　that correct?
2　　　A.　It does say Patrick Salatto,
3　the -- I guess that's a third.
4　　　Q.　Does that appear to be the
5　same signature that's at the bottom of
6　the document there I've marked
7　Defendants' Exhibit 6?
8　　　A.　Yes, it does appear similar.
9　　　MR. WHITE:　Let me do this
10　before I forget it. I'm going to make a
11　copy of this and mark it. It will take
12　me two seconds.
13　　　Q.　All right. So it was
14　delivered to Auburn. And you say Luther
15　flew it over; is that right?
16　　　A.　Yes.
17　　　Q.　And did you -- were you there
18　when he arrived?
19　　　A.　No.
20　　　Q.　Okay. Did you go look at the
21　aircraft shortly after he arrived?
22　　　A.　Yes.
23　　　Q.　When you looked at it, did the

Page 42

1　aircraft meet with your satisfaction as
2　to what Sid had described to you?
3　　　A.　The interior was not new. He
4　said it was a -- he made the statement it
5　was a new interior. The interior was in
6　better shape than the aircraft he had
7　shown us, but it was not new.
8　　　Q.　Okay. Anything else other
9　than that that did not meet with your
10　satisfaction?
11　　　A.　The radios -- I believe the
12　radios we had talked about putting in
13　there were not in at that time, but they
14　arrived shortly afterwards.
15　　　Q.　Okay. Anything else that did
16　not meet with your satisfaction?
17　　　A.　Not that I recall.
18　　　Q.　Okay. Did you -- did anybody
19　get on the phone with Sid and say, hey,
20　Sid; this interior is not new; we need to
21　talk about this?
22　　　A.　Luther called Sid to talk
23　about the things.

Page 43

1　　　Q.　Okay. And were you present
2　during Luther's conversation with Sid?
3　　　A.　Yes.
4　　　Q.　Okay. And what did Luther say
5　to Sid?
6　　　A.　Luther said, they said you
7　told them there would be a new interior
8　and there is not. And we had a
9　conversation about the radios.
10　　　Q.　Okay. What, if anything, was
11　decided or resolved out there, anything?
12　　　A.　We did decide to go ahead and
13　purchase the aircraft with -- implied
14　that the radios would arrive. That would
15　be included.
16　　　Q.　So you went ahead and decided
17　to purchase the aircraft on the day that
18　it arrived out there?
19　　　A.　Yes.
20　　　Q.　Okay. And the decision to
21　purchase the aircraft was made after you
22　learned that the interior was not new; is
23　that correct?

Page 44

1　　　A.　Yes.
2　　　Q.　And were the radios ultimately
3　delivered that you wanted?
4　　　A.　Yes.
5　　　Q.　And were they installed?
6　　　A.　Yes.
7　　　Q.　Okay. All right. So from the
8　time that you purchased the aircraft
9　until later on when you began having a
10　problem with it -- well, let me ask you
11　this way. Strike that.
12　　　　When did you first notice any
13　problem with that aircraft?
14　　　A.　I noticed a problem -- do you
15　mean in general with the aircraft or with
16　the engine?
17　　　Q.　Well, tell me about any
18　problem you noticed with the aircraft.
19　　　A.　The vent system did not work
20　efficiently.
21　　　Q.　Is that a big problem or a
22　minor problem?
23　　　A.　It's a major comfort issue.

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

```
1        Q.   Meaning fresh air coming in
2   and out of the cockpit?
3        A.   Yes.
4        Q.   And it did not work
5   efficiently?
6        A.   Correct.
7        Q.   Was that a problem from the
8   get-go, from the very beginning?
9        A.   Yes.
10       Q.   What, if anything, did you do
11  about that?
12       A.   I talked with Sid. He said he
13  would have Luther replace the -- or check
14  the system. And when he did check the
15  system, he found that the vents were
16  rotten. It's made of a -- I assume a
17  natural material that had deteriorated,
18  and he replaced those.
19       Q.   How long after the purchase
20  did he replace those?
21       A.   I don't recall.
22       Q.   After he replaced those,
23  did they work to your satisfaction?
```

Page 46

```
1        A.   They did.
2        Q.   All right. What other
3   problems did you have with the aircraft?
4        A.   The rear seats were not
5   properly affixed to the floor of the
6   aircraft.
7        Q.   Okay. What did you do about
8   that?
9        A.   At the same time of the vent
10  system, Luther made repairs to those.
11       Q.   Okay. And were those repairs
12  done to your satisfaction?
13       A.   Temporarily. They broke
14  again.
15       Q.   Okay. What, if anything,
16  happened after they broke again?
17       A.   They are installed, but if you
18  lean too far back, the seat will rock
19  backwards.
20       Q.   Okay. Did you take it back to
21  Sid again for repairs?
22       A.   No.
23       Q.   Is there any reason why you
```

Page 47

```
1   didn't?
2        A.   It worked up until -- it
3   worked for a few months after the
4   temporary repair -- or the repair that
5   turned out to be temporary that was made.
6   It worked for several months, and then it
7   stopped working. I was going to have it
8   addressed the next time we had any type
9   of maintenance done.
10       Q.   Did you ever bring that issue
11  back to Sid's attention after it was
12  repaired the first time?
13       A.   No.
14       Q.   What's the next problem you
15  had with the aircraft?
16       A.   Had a flight that -- where I
17  was pilot, and I noticed a small film of
18  oil on the windshield and the cowling. I
19  had a vent window open and was getting a
20  slight residue coming in the edge of the
21  window, and I -- when I noticed the
22  residue, I was close to my destination,
23  landed, and assessed the aircraft after
```

Page 48

```
1   I landed.
2        Q.   Okay. When was this when you
3   noticed this film of oil on your
4   windshield? Can you tell me a date?
5        A.   I will have to refer to my
6   logs.
7        Q.   Will you, please?
8        A.   Sure. January 31st, 2004.
9        Q.   Okay. Is there any way from
10  looking at your logs that you can
11  determine how many hours you had on that
12  plane since the time that you purchased
13  it from Southern Aircraft Sales?
14       A.   No. This a personal pilot log
15  that follows me from aircraft to
16  aircraft.
17       Q.   Okay. All right. So after --
18  was there anything about that entry that
19  tells you how many hours were on the
20  aircraft in general at the time you
21  initiated that flight?
22       A.   Not on this, no.
23       Q.   On any other log, would it
```

12 (Pages 45 to 48)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 49

1 show you how many hours are on the
2 aircraft as of January 31, 2004?
3    A.   It should be logged of when it
4 went into maintenance after that flight.
5 They will log the times on the aircraft
6 then.
7    Q.   Okay.  And where were you --
8 what was that destination that you
9 arrived at immediately after noticing the
10 film?
11   A.   It was a return flight to
12 Auburn.
13   Q.   Okay.  All right.  And so you
14 had -- you asked the people at Auburn to
15 look at it for you?
16   A.   I did the following day.
17   Q.   Okay.  And who was that?  Do
18 you remember anybody's name at Auburn
19 that you asked to look at it?
20   A.   I always have talked with the
21 head mechanic.  I'm not sure of his
22 title.  His first name is Paul.
23   Q.   Is that Paul Polhemus that we

Page 50

1 talked about earlier?
2    A.   I believe that's his last
3 name, yes.
4    Q.   Okay.  And did -- did he, in
5 fact, look at it the next day?
6    A.   It was some days following
7 that.  I'm not sure of the dates.
8    Q.   Okay.  And what did Paul tell
9 you that he found?
10   A.   Paul was evaluating the plane
11 and called me and said, you need to come
12 to the airport immediately and see
13 something.  And I said, what is it?  And
14 he said, you just need to come see a
15 problem that we've seen on the plane.
16   Q.   Okay.  And did you do that?
17   A.   Yes.
18   Q.   Okay.  Tell me what happened
19 when you got to the airport?
20   A.   He was evaluating to find the
21 source of the oil, and he discovered a
22 large crack in the engine casing.
23   Q.   And did he show you that

Page 51

1 crack?
2    A.   Yes.
3    Q.   Okay.  And what, if anything,
4 did he tell you about that crack?
5    A.   He said -- he asked questions
6 about where the plane came from, what do
7 we know about the prior history of the
8 plane.
9    Q.   Okay.  And what did you tell
10 him?
11   A.   I told him what we knew was
12 based on the logs that were provided to
13 us.
14   Q.   Okay.  Did you tell him
15 anything different than what's in the
16 logbooks?
17   A.   I'm not sure.  I told him that
18 the information that we had was what was
19 based from the logs.  We did tell him
20 when we acquired the plane it had zero
21 time since major overhaul, and he stated
22 that the last annual and any overhaul
23 should have caught that type of a crack.

Page 52

1    Q.   Okay.  Did he have access to
2 the logs himself?
3    A.   Yes.
4    Q.   Do you know if he, in fact,
5 looked at the logs?
6    A.   I'm not sure.  I'm sure they
7 have to --
8    Q.   The logs are located on the
9 aircraft; right?
10   A.   Yes.
11   Q.   But you don't know whether or
12 not he did, in fact, look at the logs?
13   A.   I'm sure he did, because they
14 have to log the entries for the repairs
15 they do.
16   Q.   Well, let's look at it.  Let
17 me show you what I've marked as
18 Defendants' Exhibit 3, which is a copy of
19 the engine maintenance log that was
20 produced in discovery.  Do you see any
21 entries for -- on the last page, I'm
22 showing an entry for 12/11/03, and then
23 the last entry I see after that is the

13 (Pages 49 to 52)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 53

1   one dated 5/16/05 that Trey described as
2   being the overhaul that you guys had
3   performed.
4         Do you see any entry in that
5   logbook from Paul Polhemus or anybody
6   from Auburn?
7         A.   Do I see what?
8         Q.   Do you see any entry in your
9   engine maintenance log for the work that
10  you've just described to me as having
11  been performed on or about January 31,
12  2004 by Paul Polhemus or anybody else at
13  Auburn -- in Auburn or at the Auburn
14  Airport?
15        A.   I believe the Gary Johnson on
16  12/11/03 is employed there.
17        Q.   Okay.  Do you know Gary?
18        A.   I've met the guys.  I don't
19  know their names.
20        Q.   Okay.  And what's your
21  understanding of what A&P means?
22        A.   That's an airframe and power
23  plant, I believe, is what the A&P stand

Page 54

1   for.
2         Q.   So that's just a designation
3   for a mechanic; correct?
4         A.   Yes.
5         Q.   And so he made an entry on
6   12/11/2003; correct?
7         A.   Yes, according to this.
8         Q.   Okay.  And at that time he
9   wrote down the hours as being 3,039.33;
10  correct?
11        A.   I believe so, yes.
12        Q.   Okay.  And in that entry he
13  said, drained engine oil, period, cleaned
14  oil screens, comma, no abnormal debris
15  found, period, serviced with Aeroshell
16  80, parentheses, 40 weight, period.  Then
17  he says ran engine, comma, no leaks
18  found, period.  Do you have any
19  explanation as to why Gary Johnson would
20  have made that entry on 12/11/2003 if
21  this big crack that Paul Polhemus
22  discovered was there at that time?
23        A.   This was only a -- an oil

Page 55

1   change, which does not require the
2   removal of all the cowling for just an
3   oil change.  I'm not sure what the extent
4   goes into that.
5         Q.   Well, the crack that you
6   found, how big a crack was it -- the one
7   that -- I say the one that you found --
8   the one that Paul Polhemus found and
9   pointed out to you?
10        A.   It was maybe 3 to 4 inches
11  long.
12        Q.   Okay.  And how much oil was
13  coming out of the crack?
14        A.   I don't know how to determine
15  that.
16        Q.   I mean, was the oil just
17  gushing out or oozing out or flowing out,
18  or how would you describe the rate at
19  which the oil was coming out of the
20  crack?
21        A.   It was never implied to me
22  that the oil was specifically coming out
23  of that crack.

Page 56

1         Q.   Okay.  But what was the
2   significance of the crack, then, if oil
3   was not coming out of it?
4         A.   It would be a tail of the
5   stress on the metal.
6         Q.   Okay.  Well, where, then,
7   would -- the oil that was on your
8   windshield, where was that coming from,
9   then?
10        A.   I'm not sure exactly what they
11  pinpointed as the source of the leak
12  would have been.  You'd have to talk to
13  the mechanic.
14        Q.   So you don't know whether or
15  not the crack that Paul Polhemus pointed
16  out to you was the source of the oil
17  leak?
18        A.   I do not know that, no.
19        Q.   Okay.  Do you know whether or
20  not the engine was, in fact, leaking oil
21  at that time?
22        A.   There was a leak in some area,
23  yes.

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 57

1    Q.   All right.  What's your reason
2  for believing that?
3    A.   Because of the film being
4  generated during flight.
5    Q.   Okay.  All right.  So take me
6  forward in time.  He points out this
7  crack to you on the engine, and he asks
8  you about the history of the aircraft.
9  And what happens after that?  What else
10  do y'all talk about out there that day?
11    A.   As far as?
12    Q.   As far as the aircraft and the
13  problems with the engine.
14    A.   Paul told me that the extent
15  of the crack, he's not sure if the casing
16  can be repaired; it may need to be a new
17  part put on.  He said that you're getting
18  to the point there where it's getting
19  very, very expensive for that type of
20  repair, and he said that an aircraft with
21  this little time since an overhaul should
22  not have a crack of this type of problem.
23    Q.   Okay.  How long did your

Page 58

1  meeting with Paul that day last?
2    A.   I'm not sure.
3    Q.   I mean, was it more than an
4  hour or less than an hour?
5    A.   Less than an hour.
6    Q.   More than 15 minutes?
7    A.   More than 15 minutes.
8    Q.   More than 30 minutes?
9    A.   I didn't time it.
10    Q.   So sometime between 15 minutes
11  and an hour you think?
12    A.   Sure.
13    Q.   Okay.  What was the -- what
14  did you do after learning of these
15  problems that Paul pointed out to you?
16    A.   I discussed them with my
17  partner on the aircraft.
18    Q.   Okay.
19    A.   And told -- I told Paul at the
20  end of the meeting to -- don't take any
21  more steps until he hears from me.
22    Q.   Does your flight log indicate
23  that you flew the plane again after

Page 59

1  January 31, 2004?
2    A.   No.
3    Q.   Does it indicate that anyone
4  flew the plane after January 31, 2004?
5    A.   All I have here is my
6  personal, and it does not reflect.
7    Q.   So to your knowledge, is
8  January 31, 2004 the last day that this
9  plane was flown?
10    A.   Yes.
11    Q.   Okay.  All right.  Let me get
12  you to look at Plaintiffs' Exhibit 3 that
13  -- I mean Defendants' Exhibit 3 that's
14  there in front of you.  And have you had
15  a chance to read this recently?
16    A.   Not recently.
17    Q.   Okay.  If you would take your
18  time and read the first four pages of
19  that document, I want to ask you some
20  questions.
21         MR. WHITE:  Let's take a
22  break.  Off the record.
23         (Short recess)

Page 60

1    Q.   (BY MR. WHITE) All right.
2  Have you had an opportunity to look at
3  that?
4    A.   Yes.
5    Q.   And the first four pages that
6  I asked you to read seem to detail a
7  major overhaul of the engine that's in
8  the aircraft that we're here about today;
9  correct?
10    A.   Yes.
11    Q.   And prior to today, had you
12  ever had a chance to read that entry?
13    A.   Yes.
14    Q.   Okay.  So you knew this entry
15  was in your logbook; correct?
16    A.   Yes.
17    Q.   Okay.  Have you had any
18  contact or any conversations with anybody
19  at Aerotrace, Inc., of Sebastian,
20  Florida?
21    A.   No.
22    Q.   Have you attempted to contact
23  them?

15  (Pages 57 to 60)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 61

1    A.   Yes.
2    Q.   How did you attempt to contact
3  them?
4    A.   Telephone and I believe we
5  sent them a letter with the phone number
6  provided by Sid Hall.
7    Q.   Okay.  So tell me how it is
8  that Sid Hall gave you the telephone
9  number for Aerotrace, Inc.
10   A.   How Sid gave me the number?
11   Q.   Yeah.  How did that
12  conversation -- tell me during what
13  conversation with Sid that he gave you a
14  telephone number for Aerotrace, Inc.
15   A.   I called him when we had
16  discovered problems, and he gave me the
17  number.  He said, you'll need to talk to
18  Aerotrace, Inc., about it.
19   Q.   And then tell me what did you
20  tell Sid -- well, first of all, what was
21  your purpose for calling Sid when you
22  discovered the problem with the engine?
23   A.   That -- to discover why it had

Page 62

1  the problems, why it was not disclosed to
2  us, and what to move forward as far as
3  repairs.
4    Q.   How long after your meeting
5  with Paul Polhemus at the Auburn Airport
6  did you have this conversation with Sid
7  Hall?
8    A.   Within a couple of months, I'd
9  say.
10   Q.   Within a couple of months?
11   A.   I would say.
12   Q.   Okay.  Any reason you didn't
13  call him the next day?
14   A.   I don't know the specifics.  I
15  know it would have been soon thereafter.
16   Q.   Is there any document or
17  anything that would help you pinpoint
18  when you called Sid Hall?
19   A.   Not that I'm aware of.  It was
20  a telephone conversation.
21   Q.   What phone did you call him
22  from?
23   A.   I'm not sure.  I believe it

Page 63

1  was from -- it was either from my cell
2  phone or my partner Trey's former office
3  so we could be there together on speaker.
4    Q.   So you and Trey together
5  called him?
6    A.   Yes.
7    Q.   And what did -- what, if
8  anything, did Sid say to you during that
9  telephone conversation?
10   A.   He listened about the problems
11  we had found with the crack and said, you
12  need to talk with Aerotrace, Inc., and
13  said, let me get you their number and
14  provided the number.
15   Q.   Okay.  And why did Sid -- did
16  Sid explain to you why you needed to talk
17  to Aerotrace, Inc.
18   A.   He said they were the ones
19  that did the overhaul.
20   Q.   Okay.  Do you have any reason
21  to believe that Aerotrace, Inc., did not,
22  in fact, do the overhaul that's detailed
23  in the logbooks that we've just looked

Page 64

1  at?
2    A.   Do I have a reason to believe
3  that they did not?
4    Q.   Yes.
5    A.   Yes.
6    Q.   And tell me what those reasons
7  are.
8    A.   Because of the crack in the
9  case, we had to have the engine
10  overhauled.  During the overhaul, they
11  discovered several items internally in
12  the engine that were said to be replaced
13  with new were not and that we were going
14  to have to have them done.
15   Q.   Okay.  Do you remember what
16  some of those parts were?
17   A.   They were to deal with crank
18  casings and pistons.  I'm not sure of the
19  specifics.
20   Q.   Okay.  Do you have any
21  reason -- so is it your belief, then,
22  that Stephen J. Barry of Aerotrace, Inc.,
23  falsified the logs for your aircraft?

16  (Pages 61 to 64)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 65

1    MR. MOTLOW: Object to the
2  form. You can answer it if you have an
3  opinion.
4    A.   I do not know Stephen J.
5  Barry, nor have I ever had any
6  relationship. My communication was all
7  through Sid Hall that I purchased from.
8    Q.   Do you have any reason to
9  believe that Sid Hall knew that the
10  engine had not been overhauled as stated
11  by Stephen J. Barry in your logbooks?
12    MR. MOTLOW: Object to the
13  form. Go ahead.
14    A.   Would you state the question
15  again?
16    Q.   Yeah. Do you have any
17  evidence or reason to believe that Sid
18  Hall or Southern Aircraft Sales had any
19  knowledge that the aircraft had not, in
20  fact, been overhauled as stated in the
21  logbooks by Aerotrace, Inc., and Stephen
22  J. Barry?
23    MR. MOTLOW: Object to the

Page 66

1  form. Go ahead.
2    A.   Yes.
3    Q.   What are the reasons?
4    A.   We did not do the damage or
5  replace any parts in the engine with
6  older parts and what was represented to
7  us from the purchase of the aircraft was
8  not what was actually in the aircraft.
9    Q.   Okay. Well, my question is,
10  what evidence do you have to believe that
11  Sid Hall knew that?
12    A.   This is what he represented to
13  us at the time of sale, so it's implied
14  that he was aware of the conditions of
15  the aircraft.
16    Q.   It's implied that he was aware
17  of the condition of the aircraft. What
18  do you mean by that?
19    A.   This is the aircraft he was
20  presenting was what he was representing.
21    Q.   Well, all he has to rely on
22  are the logbooks, also; right?
23    MR. MOTLOW: Object to the

Page 67

1  form of the question.
2    A.   I'm not sure what his
3  formalities are.
4    Q.   Do you have any reason to
5  believe that he knew anything about that
6  aircraft that was not represented in the
7  logbooks?
8    MR. MOTLOW: Same objection.
9    A.   I don't know what his
10  formalities are for aircraft he owns.
11    Q.   What do you mean formalities?
12    A.   Meaning to what extent he
13  personally goes through as far as
14  inspections or what he does specifically
15  for his ownership.
16    Q.   Okay. Well, aren't the
17  logbooks for an aircraft the official
18  history for an aircraft?
19    A.   Yes.
20    Q.   Okay. And under the FAA,
21  aren't they the sole source of the
22  history for an engine and an airframe on
23  that aircraft?

Page 68

1    A.   They are a source. I'm not
2  sure of the ramifications of -- as far as
3  what's the sole source or what else there
4  is.
5    Q.   Okay. What reason do you have
6  to believe that Sid Hall knew something
7  about this aircraft that's not reflected
8  here in the official logbooks for the
9  aircraft?
10    MR. MOTLOW: Object to the
11  form.
12    A.   Repeat the question.
13    Q.   What reason do you have to
14  believe that Sid Hall knew something
15  about this aircraft that's not reflected
16  in the logbooks for the aircraft?
17    MR. MOTLOW: Same objection.
18    A.   We did not do the damage that
19  was done to the engine or the aircraft.
20    Q.   Okay. Did Sid Hall, to your
21  knowledge, do the damage to the engine or
22  the aircraft?
23    MR. MOTLOW: Object to the

17 (Pages 65 to 68)

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 69

1  form.
2      A.  I have no opinion.
3      Q.  You have no opinion about
4  that; is that correct?
5      A.  Yes.
6      Q.  Okay.  Did Sid Hall -- well,
7  strike that.
8          Let me get you to flip over
9  one page for me to the entry dated
10  5/28/2002 again at the top of the next
11  page.  It looks to be signed by Stephen
12  J. Barry again.  And he says that it has
13  been inspected in accordance with the
14  100-hour inspection and was determined to
15  be in an airworthy condition.
16          Do you have any reason to
17  believe that Stephen J. Barry did not, in
18  fact, perform that inspection on that
19  date and determine it to be in an
20  airworthy condition?
21          MR. MOTLOW:  Object to the
22  form.
23      A.  I don't know Stephen Barry.

Page 70

1      Q.  I understand that.  But my
2  question is, do you have any reason to
3  believe that Stephen J. Barry did not, in
4  fact, perform that inspection and
5  determine the aircraft to be in an
6  airworthy condition?
7      A.  Yes.
8          MR. MOTLOW:  Object to the
9  form.
10      Q.  Say what?
11      A.  That the condition was
12  airworthy?
13      Q.  Yeah.  My question is not
14  whether in your opinion the aircraft was
15  airworthy on that date.  My question is,
16  do you have any reason to believe that
17  Stephen J. Barry did not actually do the
18  inspection and actually determine himself
19  that the aircraft was in an airworthy
20  condition?
21          MR. MOTLOW:  I object to the
22  form of the question.  If we could find
23  Stephen Barry, we'd ask him.

Page 71

1          But go ahead, if you have an
2  opinion.
3      A.  I don't have an opinion on
4  Stephen Barry.
5      Q.  Isn't that part of what an A&P
6  mechanic is licensed to do under the FAA,
7  is to determine whether or not an
8  aircraft is in an airworthy condition?
9      A.  I'm not sure of their
10  certifications.
11      Q.  They don't teach you that when
12  you get your pilot's license?
13      A.  They teach us of the locating
14  the aircraft airworthiness certificate.
15      Q.  They teach you what about an
16  airworthiness certificate?
17      A.  That you must verify the
18  airworthiness certificate is inside the
19  airplane.
20      Q.  Okay.  But you don't know that
21  under FAA law that it's an A&P person --
22  or mechanic who is licensed to, in fact,
23  determine whether an aircraft is in an

Page 72

1  airworthy condition?
2      A.  I do not know all of the FAA
3  regulations pertaining to an A&P
4  mechanic.
5      Q.  You're not an A&P mechanic
6  yourself, are you?
7      A.  No, sir.
8      Q.  Down below that, it shows on
9  6/10/2002, a John Rothen, who also is an
10  A&P mechanic, certifies that he has
11  subjected the aircraft to an annual
12  inspection.  Do you see that?
13      A.  I do.
14      Q.  Do you have any reason to
15  believe that John Rothen didn't, in fact,
16  perform that inspection -- well, didn't,
17  in fact, perform an annual inspection?
18          MR. MOTLOW:  Are we still
19  talking about the engine, or are we on
20  the airframe?  Is this the engine log or
21  airframe?
22          MR. WHITE:  I'm on engine
23  maintenance log, engine log, Defendants'

18  (Pages 69 to 72)

## American Court Reporting
## June 2, 2008

# American Court Reporting
## toll-free (877) 320-1050

Page 73

```
 1   Exhibit 3.
 2        MR. MOTLOW:  Same objection as
 3   before.  You can answer if you know.
 4   I've had no relationship with John
 5   Rothen.
 6        Q.   Okay.  So is it -- I could go
 7   through here and ask you all the same
 8   questions about all of these entries.
 9   But do you know of any reason why any of
10   these mechanics would have to falsify
11   your -- the log on your aircraft?
12        MR. MOTLOW:  Object to the
13   form.  It calls for speculation.  Go
14   ahead.
15        A.   Would you restate that?
16        Q.   Yeah.  Do you know of any
17   reason why these different A&P mechanics
18   have to falsify the logs to your
19   aircraft?
20        MR. MOTLOW:  Same objection.
21   Go ahead.
22        A.   I don't know of any reasons.
23        Q.   Well, and if they had not, in
```

Page 74

```
 1   fact, performed these inspections and had
 2   not, in fact, determined your aircraft to
 3   be in an airworthy condition and they so
 4   certified it in the logbook for this
 5   aircraft, that would be a falsification
 6   of this log.  Would it not be?
 7        MR. MOTLOW:  Object to the
 8   form.
 9        A.   Would you restate that?
10        Q.   Yeah.  Well, I don't know how
11   to say it any clearer.  If these various
12   different mechanics, A&P mechanics that
13   we've talked about in the engine log
14   that's marked as Exhibit 3 had not, in
15   fact, performed the inspections that they
16   described as having performing and they
17   had not, in fact, performed the
18   inspections that they described as having
19   performed and they had not, in fact,
20   determined the aircraft to be in an
21   airworthy condition but they so certified
22   it as such in the log, that would be a
23   falsification of the log.  Would it not
```

Page 75

```
 1   be?
 2        MR. MOTLOW:  Object to the
 3   form.
 4        A.   If they put information that
 5   is not true intentionally, I assume
 6   that's falsification.
 7        Q.   And my next question was, do
 8   you have any reason to know or to
 9   understand why these various different
10   mechanics would falsify the logs as to
11   this one aircraft?
12        MR. MOTLOW:  Object to the
13   form.  You're now asking him to speculate
14   that these folks are crooks in cahoots
15   with somebody.  I mean, it's really
16   argumentative to ask that kind of
17   question, but I'm going to let him answer
18   it.
19        If you have an opinion, go
20   ahead.
21        A.   I don't know these people and
22   I've had no relationship with them.
23        Q.   Okay.  Tell me why, in your
```

Page 76

```
 1   opinion, on 12/11/2003 if Gary Johnson
 2   replaced the oil, ran the engine and
 3   found no leaks, why, then, you
 4   subsequently had an oil leak that was
 5   there all along?
 6        MR. MOTLOW:  Object to the
 7   form.
 8        A.   I don't know that there was an
 9   oil leak there that was there all along.
10        Q.   Well, tell me, then, when, in
11   your opinion, did this oil leak appear?
12        A.   When it became noticeable to
13   me as the pilot was when I came in
14   contact with some oil that was becoming a
15   residue from operating the engine.
16        Q.   Okay.  Well, in your opinion,
17   when Gary Johnson performed the oil
18   change on December 11th, 2003, and ran
19   the engine and found no leaks, did he
20   just miss it on that date?
21        A.   As I stated earlier, I don't
22   know that the crack itself was leaking.
23   That would be a mechanic question.
```

19 (Pages 73 to 76)

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 77

1    Q.   Okay.  Is it your
2    understanding by taking -- that as a
3    pilot by taking control of an aircraft
4    and flying that aircraft, you are
5    certifying that the aircraft is, in fact,
6    in an airworthy condition?
7          MR. MOTLOW:  Object to the
8    form.  You can answer.
9    A.   Their protocol by the FAA
10   requires me to do an external inspection
11   of the aircraft, verify the airworthiness
12   certificate is inside the plane, the POH,
13   the Pilot Operator Handbook, and the
14   registration for the aircraft.  That's
15   what, from a pilot's standpoint,
16   determines if the aircraft is airworthy.
17   Q.   And isn't it true under FAA
18   law that when you operate an aircraft as
19   the pilot in command that you are
20   certifying that the aircraft is, in fact,
21   in an airworthy condition?
22         MR. MOTLOW:  Object to the
23   form.

Page 78

1    Q.   Isn't that what they teach you
2    in pilot school?
3    A.   As far as the items I just
4    told you to determine if the plane is
5    airworthy.
6    Q.   All right.  Tell me what you
7    learned about the tail section, this
8    allegation that the tail section was
9    replaced following a crash.
10   A.   Would you say that one more
11   time?
12   Q.   Yeah.  There is some
13   allegations in your complaint that the
14   tail section was replaced following a
15   crash of the aircraft.  What do you know
16   about that?
17   A.   Yes.  There was brought to our
18   attention by the mechanic at Auburn
19   University Aviation of the prior
20   incidents with the plane.
21   Q.   And how did he learn of it?
22   A.   Through further inspection.
23   I'm not sure of all of his resources.

Page 79

1    Q.   Okay.  Did he have the
2    original logbooks available to him?
3    A.   No.
4    Q.   Okay.  Have you ever had the
5    original logbooks to this aircraft?
6    A.   No.
7    Q.   Okay.  Have you ever asked for
8    the original logbooks?
9    A.   Yes.
10   Q.   Who did you ask?
11   A.   I asked Sid Hall and Luther
12   Herndon.
13   Q.   And what did they?
14   A.   They stated they had been
15   transferred over to this adlog system,
16   which is a -- they stated is a more
17   efficient logging system and then we'd be
18   provided with the originals, and we have
19   never received those.
20   Q.   Never received them.  Have you
21   called and asked again?  Did you ever
22   call a second time?
23   A.   Yes.  I've asked them multiple

Page 80

1    times.
2    Q.   Who have you asked multiple
3    times?
4    A.   Sid or Luther.
5    Q.   Okay.  Did you ever write them
6    -- put anything in writing to them asking
7    for the original logs to the aircraft?
8    A.   Not that I'm aware.
9    Q.   Okay.  Do you know if Sid Hall
10   himself ever had the original logs?
11   A.   I don't know who has them.
12   Q.   Well, I'm not asking you who
13   has them now.  I'm asking you do you --
14   did he ever tell you that he has seen the
15   original logs?
16   A.   Yes.  Luther and Sid both have
17   told us that they had the logs for -- all
18   of the logs from the plane.
19   Q.   Well, did they say they had
20   them in their possession or that they
21   were in the possession of adlog aircraft
22   maintenance recordkeeping system?
23   A.   They implied that they were in

20  (Pages 77 to 80)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1    their possession.
2       Q.   Okay.  Do you know anything
3    about the tail for the aircraft being
4    replaced other than what's been told to
5    you by Paul Polhemus?
6       A.   No.
7       Q.   Did you ever have any problems
8    with the aircraft that you relate to the
9    tail craft having been replaced -- the
10   tail on the aircraft being replaced?
11      A.   Not that I can think of
12   directly.
13      Q.   Okay.  Can you tell me where
14   the engine is for the aircraft now?
15      A.   Yes.
16      Q.   Where is that?
17      A.   It's in a warehouse in Auburn.
18           (Brief interruption)
19           MR. WHITE:  Let's take a
20   break.
21                3:25 PM
22           (Short recess)
23                3:30 PM

Page 82

1       Q.   (BY MR. WHITE)  Where in
2    Auburn, what warehouse?
3       A.   1917 Opelika Road.
4       Q.   All right.  Is that your
5    warehouse?
6       A.   Yes.
7       Q.   And why is it in a warehouse?
8       A.   It was stored at the
9    maintenance hangar for Auburn University
10   Aviation for some time.  And they were
11   nice enough to let it stay there, but
12   they run a lot of airplanes through there
13   and they pull several in at one time, and
14   it was in their way.  They were nice
15   enough to store it for some time, and
16   they just asked us if we had another dry
17   location that we could put it.
18      Q.   Okay.  Was -- as of July 31,
19   2004, after you noticed the oil leak, was
20   that engine -- was the engine that was in
21   the aircraft at that time ever repaired
22   and returned to service?
23      A.   Do you mean flying?

Page 83

1       Q.   Not necessarily flying.  But
2    repaired while still in the aircraft and
3    returned to service?
4       A.   No.
5       Q.   Okay.  So -- I think I already
6    asked you that.  But at no time after
7    December 31, 2004 was the aircraft flown?
8       A.   No.
9       Q.   What became of the engine that
10   was in the aircraft on the last date that
11   you flew it?
12      A.   That is the engine with all
13   the new parts to it to certify as an
14   overhauled engine.
15      Q.   So they -- you had it pulled
16   out.  You paid somebody to pull it out
17   and overhaul it?
18      A.   Yes.  And then transported it
19   to be overhauled.
20      Q.   Where did they transport it to
21   be overhauled?
22      A.   To Centreville, Alabama.
23      Q.   Okay.  And then it came back

Page 84

1    to Auburn?
2       A.   Yes.
3       Q.   Did you transport it to
4    Centreville?
5       A.   Yes.
6       Q.   You drove it up there?
7       A.   Yes.
8       Q.   And did you get it from
9    Centreville and bring it back?
10      A.   Yes.
11      Q.   After you brought it back from
12   Centreville, did it ever get reinstalled
13   in the aircraft?
14      A.   They began installing and
15   making lists of items that need to be
16   done to put the engine back in service.
17   And when they were reviewing that, that's
18   when they determined several more
19   problems with the engine or with the
20   aircraft, and then they presented us
21   with, how do you want to proceed.
22      Q.   Okay.  What were the other
23   problems with the aircraft that they

21 (Pages 81 to 84)

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 85

1  discovered at that time?
2      A.   They said, are you aware that
3  the plane has been in a crash?  And we
4  said, no.  They said, do you have any
5  idea of the corrosion and things that's
6  in this aircraft?  We said, no.  And I'm
7  not sure the exact list of items, but it
8  was extensive.
9      Q.   Did they tell you when the
10  aircraft had been crashed?
11     A.   I don't remember the exact
12  date.
13     Q.   But they did tell you when?
14  Did they give you a date as to when it
15  had been crashed?
16     A.   I don't remember if they gave
17  us a date or not.  I don't remember that
18  date.
19     Q.   Okay.  Do you have any reason
20  to believe that Sid Hall knew that the
21  engine had -- I mean that the aircraft
22  had been crashed?
23     A.   I know it has not been crashed

Page 86

1  since we have taken ownership.
2      Q.   But you don't have any reason
3  to -- or any evidence that you know of as
4  we sit here today that Sid Hall knew that
5  the aircraft had been crashed previously?
6          MR. MOTLOW:  Object to the
7  form.
8      A.   I know it had been crashed
9  prior to us taking ownership.  I'm not
10  sure of his knowledge.
11     Q.   Okay.  All right.  And so I
12  guess, ultimately, you decided not to
13  reinstall the engine in the aircraft?
14     A.   Yes.
15     Q.   Okay.  What was the reason
16  behind that?
17     A.   The extent of items required
18  to make the aircraft airworthy again.
19     Q.   Okay.  It was going to be too
20  expensive?  Is that the main reason?
21     A.   There was too many items that
22  we would need to address to make the
23  aircraft airworthy.

Page 87

1      Q.   Did they give you an estimate
2  on repairing all of those items?
3      A.   They didn't give an exact
4  figure because they stated they did not
5  know -- they said they just began to
6  probe into what all may be wrong with
7  this airplane.
8      Q.   Okay.  Did you think you paid
9  a fair value for the aircraft at the time
10  you purchased it?
11     A.   With what was represented to
12  us at that time, yes.
13     Q.   Okay.  Do you have an opinion
14  as to what the true value of the aircraft
15  was at the time that you purchased it?
16  If you'd known then what you know now,
17  what was the value of that aircraft?  Do
18  you have an opinion?
19     A.   I would not know.  That's
20  something -- an expert would need to tell
21  you that.
22     Q.   Okay.  Is there some type of
23  blue book for aircraft?  I mean, how do

Page 88

1  you determine what a fair value for a
2  used aircraft is?
3      A.   I'm not sure what dealers use
4  to determine that.
5      Q.   Okay.  What do you use to
6  determine that, or what did you use to
7  determine that in purchasing --
8      A.   Comparables on the market.
9      Q.   How do you know -- how do you
10  determine what the comparables were?  Is
11  that public knowledge?  How do you
12  determine the sales price for other
13  aircraft?
14     A.   You can see what the asking
15  price is for aircraft through different
16  advertising forms.
17     Q.   Okay.  But you don't know of
18  any official blue book or any kind of
19  publication that gives you fair values
20  for different aircraft in different
21  states of repair?
22     A.   I'm sure something exists, but
23  I'm not aware of what it is.

22 (Pages 85 to 88)

**American Court Reporting**
**June 2, 2008**

# American Court Reporting
## toll-free (877) 320-1050

Page 89

1  Q.  Okay.  You don't have an
2  opinion as to how much it would cost to
3  bring this aircraft back into an
4  airworthy condition?
5     A.  I do not.
6  Q.  Do you know how much you've
7  paid in repairs on this aircraft to date?
8     A.  We would have that in our
9  records, yes.
10  Q.  If I sent a request to your
11  attorney, could you get us that
12  information?
13     A.  Certainly.
14  Q.  Okay.  Other than the lien
15  that you have on the aircraft by the
16  finance company, do you know of any other
17  liens on this aircraft?
18     A.  No.
19  Q.  How much is owed on the
20  aircraft right now?  Do you know?
21     A.  I'm not sure of the exact
22  number.  We could provide that as well.
23  Q.  Okay.  Tell me -- your

Page 90

1  complaint says that y'all flew with
2  family and friends in the aircraft when
3  it was in -- not in an airworthy
4  condition.  Can you tell me who all --
5  what all friends and family that you
6  recall having flown with you in that
7  aircraft?  And let me just tell you, I
8  don't need to know the same ones that
9  Trey told me.
10     A.  That was sometime ago.  I can
11  give you the ones that I can remember
12  offhand.
13  Q.  Okay.  Tell me.
14     A.  I'd like to view my personal
15  log to see if that will help jog some
16  memory.
17  Q.  That would be great.  Thank
18  you.
19     A.  I know the instructor, Lance
20  Bowlin.
21  Q.  Okay?
22     A.  Joseph Donaldson.
23  Q.  Okay?

Page 91

1     A.  Peter Scholl.
2  Q.  How you spell his last name?
3     A.  S-C-H-O-L-L.
4  Q.  Okay.
5     A.  My dad, Terry Lovvorn.  Eric
6  Alonzo.  He gave you Kurt Cotney;
7  correct?
8  Q.  Yeah.  Kurt Cotney?
9     A.  Yeah.  "C" or K-U-R-T, Kurt.
10  Q.  All right.
11     A.  That's all I can recall at
12  this time.
13  Q.  Okay.  Where does Joe
14  Donaldson live?
15     A.  Auburn.
16  Q.  What does he do for a living?
17     A.  He's a financial advisor.
18  Q.  Peter Scholl, where does he
19  live?
20     A.  Birmingham.
21  Q.  What does he do?
22     A.  Landscaping.
23  Q.  Terry Lovvorn is your father?

Page 92

1     A.  Yes.
2  Q.  What about Eric Alonzo?
3     A.  He's a medical sales associate
4  in Birmingham.
5  Q.  All right.  Did you ever have
6  any --
7     A.  Did I tell you Bradley Burns?
8  Q.  No.  Bradley Burns?
9     A.  Yeah.
10  Q.  Who is he?
11     A.  He lives in Atlanta.
12  Q.  What does he do?
13     A.  He is a financial specialist
14  for a company.
15  Q.  Did you ever have any close
16  calls in this aircraft or any problems in
17  the aircraft while you were flying it
18  that lead you to believe that you were
19  about to crash or have some other problem
20  in the aircraft?
21     A.  Yes.
22  Q.  All right.  Tell me about
23  that.

23  (Pages 89 to 92)

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 93

1    A.   This was in the final flight
2  when we started noticing oil.
3    Q.   Tell me what happened.
4    A.   The plane was operating
5  normally, and I had the vent window
6  cracked for ventilation, and -- because
7  of the same problem I stated earlier, the
8  ventilation system was not working. And
9  I was getting a slight film of oil, and
10  that was the final flight we discussed
11  earlier.
12    Q.   Okay. Well, did the engine
13  begin to sputter, or did you lose power
14  or anything of that nature?
15    A.   No. But anytime a film of oil
16  is noticed, it's a high-priority item.
17  And I was in the descent of configuration
18  and -- for Auburn, and it was my decision
19  to land. Auburn was a safe distance for
20  glide distance for an airport to land at,
21  so I proceeded normally to land.
22    Q.   Was there anyone else with you
23  in the aircraft at that time?

Page 94

1    A.   Yes.
2    Q.   Who was with you on that date?
3    A.   Joe Donaldson.
4    Q.   Okay. Anyone else?
5    A.   No.
6    Q.   Did you say anything else to
7  Joe about the fact that you had noticed
8  oil?
9    A.   I told him I was getting a
10  light film of oil. I told him,
11  everything is operating normally; I'm
12  going to proceed to land in Auburn but to
13  make you aware if the engine starts to
14  have problems, just listen to my
15  procedures.
16    Q.   Okay. Was that a -- did Joe
17  Donaldson pay you for that flight, or
18  were you flying him somewhere for
19  business purposes?
20    A.   No. It was personal.
21    Q.   Personal. Is he a friend of
22  yours?
23    A.   Yes.

Page 95

1    Q.   So that was just a pleasure
2  flight?
3    A.   Yes.
4    Q.   Was anyone else other than Joe
5  in the aircraft with you?
6    A.   No.
7    Q.   And you were able to land
8  normally?
9    A.   Yes.
10    Q.   Okay. All right. Is that the
11  only time that you ever experienced any
12  problems during the flight of that
13  aircraft?
14    A.   Yes. That I can recall.
15    Q.   Okay. I may have asked you
16  this before. But in your opinion, did
17  the damage to the tail section or the
18  fact that the tail section had been
19  replaced in any way affect the flight of
20  that aircraft while you were flying it?
21    A.   You did ask me that
22  before.
23    Q.   And what's the answer to that?

Page 96

1    A.   Not that I can recall.
2    Q.   Okay.
3         MR. WHITE: Let me take a
4  quick break, and I think I may be
5  finished, and we may get out of here.
6         3:45 PM
7         (Brief recess)
8         3:47 PM
9    Q.   (BY MR. WHITE) All right.
10  I've just go one or two little
11  follow-ups.
12         Have you ever given a
13  deposition before?
14    A.   No.
15    Q.   Have you ever been involved in
16  any other lawsuits?
17    A.   No.
18         MR. MOTLOW: Civil cases.
19    Q.   Meaning -- you're a plaintiff
20  in this -- well, LOSAL is a plaintiff in
21  this lawsuit. Have you ever been a party
22  bringing a lawsuit before?
23    A.   I have for small claims. Does

**American Court Reporting**
**June 2, 2008**

Page 97

1   that count?
2       Q.   You had to sue somebody in
3   small claims court?
4       A.   Yes.  It was a --
5       Q.   Was that in Lee County?
6       A.   Yes.  A collection of debt.
7       Q.   I don't need to know about
8   that.  Any other lawsuits that you've
9   been involved in?  Has anybody ever sued
10  you?
11      A.   No.
12      Q.   Okay.  Have you ever been a
13  criminal defendant?  Have you ever been
14  arrested for any reason?
15      A.   No.
16      Q.   Have you ever filed for
17  bankruptcy?
18      A.   No.
19          MR. WHITE:  That's all I've
20  got.  Thank you.
21
22          3:50 PM
23      FURTHER THE DEPONENT SAITH NOT

Page 98

1       C E R T I F I C A T E
2
3   STATE OF ALABAMA )
4   COUNTY OF LEE    )
5
6          I hereby certify that the
7   above and foregoing deposition was taken
8   down by me in stenotype, and the
9   questions and answers thereto were
10  transcribed by means of computer-aided
11  transcription, and that the foregoing
12  represents a true and correct transcript,
13  to the best of my knowledge, of the
14  deposition given by said witness upon
15  said hearing.  I further certify that I
16  am neither of counsel nor of kin to the
17  parties to the action, nor am I in
18  anywise interested in the result of said
19  cause.
20  KRISTEN DYKES, CERTIFIED COURT REPORTER
21  #257
22  My Commission expires
23  June 6, 2008

25  (Pages 97 to 98)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

| A | | | | |
|---|---|---|---|---|

**A**

**able (1)** 95:7
**abnormal (1)**
  54:14
**access (1)** 52:1
**acquired (1)**
  51:20
**acting (1)** 6:4
**action (2)** 1:5
  98:17
**active (1)** 9:10
**ad (1)** 25:14
**Adams (3)** 2:8
  5:16 6:8
**address (3)** 8:4,8
  86:22
**addressed (1)**
  47:8
**adlog (2)** 79:15
  80:21
**advertising (1)**
  88:16
**advised (2)** 3:12
  29:20
**advisor (1)**
  91:17
**Aeroshell (1)**
  54:15
**Aerotrace (9)**
  60:19 61:9,14
  61:18 63:12,17
  63:21 64:22
  65:21
**affect (1)** 95:19
**affixed (1)** 46:5
**age (1)** 37:8
**agency (1)** 35:2
**agent (2)** 9:10,10
**ago (1)** 90:10
**AGREED (3)**
  2:2,12,20
**Agricultural (1)**
  12:16

**ahead (8)** 43:12
  43:16 65:13
  66:1 71:1
  73:14,21 75:20
**air (1)** 45:1
**aircraft (169)**
  1:11 5:14 7:2
  10:21 13:12
  19:15,22 20:3
  20:7,8,11,12
  20:17,20 21:1
  21:11,18 22:22
  23:2,5,12,16
  24:11 25:6,7
  25:10,11,21
  26:11,15,17,22
  27:2,3 28:3
  29:14 30:14
  31:7,20 32:1
  32:15 33:8,9
  34:6 35:13
  36:3,9,11,16
  36:18 37:1,9
  38:1,5,11,14
  38:18 40:9,10
  41:21 42:1,6
  43:13,17,21
  44:8,13,15,18
  46:3,6 47:15
  47:23 48:13,15
  48:16,20 49:2
  49:5 52:9 57:8
  57:12,20 58:17
  60:8 64:23
  65:18,19 66:7
  66:8,15,17,19
  67:6,10,17,18
  67:23 68:7,9
  68:15,16,19,22
  70:5,14,19
  71:8,14,23
  72:11 73:11,19
  74:2,5,20

**ahead (8)** 75:11 77:3,4,5
  77:11,14,16,18
  77:20 78:15
  79:5 80:7,21
  81:3,8,10,14
  82:21 83:2,7
  83:10 84:13,20
  84:23 85:6,10
  85:21 86:5,13
  86:18,23 87:9
  87:14,17,23
  88:2,13,15,20
  89:3,7,15,17
  89:20 90:2,7
  92:16,17,20
  93:23 95:5,13
  95:20
**airframe (4)**
  53:22 67:22
  72:20,21
**airplane (2)**
  71:19 87:7
**airplanes (1)**
  82:12
**airport (9)** 25:20
  33:3,20,21
  50:12,19 53:14
  62:5 93:20
**airports (1)** 23:7
**airworthiness ...**
  71:14,16,18
  77:11
**airworthy (18)**
  69:15,20 70:6
  70:12,15,19
  71:8 72:1 74:3
  74:21 76:6,16
  77:21 78:5
  86:18,23 89:4
  90:3
**al (1)** 1:11
**Alabama (17)**
  1:2 2:9 3:6 5:9

  5:19 6:2,3,5,9
  12:20,22 14:17
  15:18 17:23
  18:1 83:22
  98:3
**allegation (1)**
  78:8
**allegations (1)**
  78:13
**Alonzo (2)** 91:6
  92:2
**amended (1)** 3:7
**annual (2)** 36:20
  51:22 72:11,17
**answer (6)** 35:14
  65:2 73:3
  75:17 77:8
  95:23
**answered (1)**
  35:17
**answers (1)** 98:9
**anybody (8)**
  16:15 29:4,10
  42:18 53:5,12
  60:18 97:9
**anybody's (1)**
  49:18
**anytime (1)**
  93:15
**anywise (1)**
  98:18
**apart (1)** 25:3
**appear (4)** 39:14
  41:4,8 76:11
**appears (2)** 39:6
  39:12
**approximate (1)**
  24:3
**approximately...**
  2:10 6:10
**Archer (2)** 21:23
  26:3
**area (8)** 16:17

  18:20 19:4
  31:18 33:3,15
  34:21 56:22
**argumentative...**
  75:16
**arranging (1)**
  27:19
**arrested (1)**
  97:14
**arrive (1)** 43:14
**arrived (6)**
  29:20 41:18,21
  42:14 43:18
  49:9
**asked (12)** 49:14
  49:19 51:5
  60:6 79:7,11
  79:21,23 80:2
  82:16 83:6
  95:15
**asking (7)** 7:10
  7:13 75:13
  80:6,12,13
  88:14
**asks (1)** 57:7
**assessed (1)**
  47:23
**assets (1)** 11:11
**assign (1)** 3:2
**associate (1)**
  92:3
**association (2)**
  19:6,10
**assume (4)** 24:17
  25:5 45:16
  75:5
**assumed (1)**
  34:7
**Atlanta (1)**
  92:11
**attached (1)**
  39:10
**attempt (1)** 61:2

attempted (1)
60:22
attention (2)
47:11 78:18
attorney (1)
89:11
Auburn (27) 6:2
8:6,16 11:5
12:7,12 13:6
18:15 37:20
41:14 49:12,14
49:18 53:6,13
53:13,13 62:5
78:18 81:17
82:2,9 84:1
91:15 93:18,19
94:12
aunt (1) 16:2
available (1)
79:2
Aviation (5)
13:6,7 30:13
78:19 82:10
avionics (1)
36:15
aware (10)
18:22 19:12
35:12 62:19
66:14,16 80:8
85:2 88:23
94:13
A&P (9) 53:21
53:23 71:5,21
72:3,5,10
73:17 74:12

**B**

back (11) 10:18
16:12 21:11
46:18,20 47:11
83:23 84:9,11
84:16 89:3
background (1)

7:18
backwards (1)
46:19
bankruptcy (2)
11:21 97:17
Barry (11) 64:22
65:5,11,22
69:12,17,23
70:3,17,23
71:4
based (2) 51:12
51:19
basically (2)
14:16 37:13
Beach (1) 26:6
Bearden (1)
11:16
becoming (1)
76:14
Beech (2) 22:2,4
Beechcraft (5)
22:5,6 26:18
36:11 37:6
began (6) 23:17
23:20 24:4
44:9 84:14
87:5
beginning (1)
45:8
behalf (1) 7:1
belief (1) 64:21
believe (26)
13:23 29:6
31:11 32:11,22
42:11 50:2
53:15,23 54:11
61:4 62:23
63:21 64:2
65:9,17 66:10
67:5 68:6,14
69:17 70:3,16
72:15 85:20
92:18

believing (1)
57:2
bell (1) 26:12
belong (1) 19:2
best (2) 31:3
98:13
better (1) 42:6
beyond (1)
34:14
big (3) 44:21
54:21 55:6
Birmingham (3)
5:9 91:20 92:4
bit (1) 14:13
blood (1) 15:4
blue (2) 87:23
88:18
book (2) 87:23
88:18
bookkeeping (1)
11:17
books (1) 11:14
bottom (3) 39:13
40:11 41:5
Bowlin (5) 28:8
28:9,10 29:5
90:20
Bradley (2) 92:7
92:8
brand (1) 21:17
break (3) 59:22
81:20 96:4
Brief (2) 81:18
96:7
bring (4) 37:19
47:10 84:9
89:3
bringing (1)
96:22
broke (2) 46:13
46:16
brothers (1)
15:11

brother-in-la...
15:21
brought (3)
37:21 78:17
84:11
Burns (2) 92:7,8
business (9) 8:19
8:21 9:21,23
20:16 34:5,12
34:19 94:19
businesses (3)
9:12 10:13,17
buying (1) 23:11
Byron (1) 16:7
B-O-W-L-I-N ...
28:10

**C**

C (4) 5:1 91:9
98:1,1
cahoots (1)
75:14
Calhoun (4)
17:21,22,23
18:1
California (1)
32:2
call (3) 62:13,21
79:22
called (6) 42:22
50:11 61:15
62:18 63:5
79:21
calling (1) 61:21
calls (2) 73:13
92:16
carried (1) 32:3
carry (1) 32:5
case (1) 64:9
cases (1) 96:18
casing (2) 50:22
57:15
casings (1) 64:18

caught (1) 51:23
cause (2) 6:12
98:19
cell (1) 63:1
Center (1) 5:7
central (1) 18:17
Centreville (4)
83:22 84:4,9
84:12
certain (1) 29:15
Certainly (1)
89:13
certificate (5)
4:5 71:14,16
71:18 77:12
certifications (1)
71:10
certified (4)
37:13 74:4,21
98:20
certifies (1)
72:10
certify (4) 6:4
83:13 98:6,15
certifying (2)
77:5,20
Chambers (1)
14:19
chance (2) 59:15
60:12
change (3) 55:1
55:3 76:18
Chastain (1)
11:17
check (3) 13:15
45:13,14
Chuck (2) 15:20
17:19
City (3) 8:16
10:9 18:15
civic (1) 19:3
Civil (4) 1:5 3:6
6:6 96:18

## American Court Reporting
## toll-free (877) 320-1050

CJR (1) 10:1
claims (2) 96:23
  97:3
cleaned (1)
  54:13
clearer (1) 74:11
client (1) 7:1
close (2) 47:22
  92:15
Club (1) 19:6
clubs (1) 19:3
cockpit (1) 45:2
collection (1)
  97:6
come (4) 12:6
  31:6 50:11,14
comes (1) 10:18
comfort (1)
  44:23
coming (11) 27:8
  28:19 35:21
  36:19 45:1
  47:20 55:13,19
  55:22 56:3,8
comma (2) 54:14
  54:17
command (1)
  77:19
commencing (2)
  2:9 6:10
comments (1)
  31:17
Commission (1)
  98:22
Commissioner...
  6:4
communicatio...
  65:6
company (3)
  20:16 89:16
  92:14
comparables (2)
  88:8,10

complaint (2)
  78:13 90:1
complete (1)
  7:19
compliance (1)
  2:16
computer-aide...
  98:10
condition (14)
  66:17 69:15,20
  70:6,11,20
  71:8 72:1 74:3
  74:21 77:6,21
  89:4 90:4
conditions (1)
  66:14
condos (1) 11:3
configuration ...
  93:17
contact (5) 11:18
  60:18,22 61:2
  76:14
control (2) 34:16
  77:3
conversation (...
  27:14 28:18,22
  29:5,8 36:6,7
  43:2,9 61:12
  61:13 62:6,20
  63:9
conversations ...
  27:18 29:13
  60:18
copies (1) 13:22
copy (2) 41:11
  52:18
corporations (3)
  9:19 10:2,13
correct (18) 7:5
  7:6 9:15 20:21
  25:9 34:6
  40:20 41:1
  43:23 45:6

54:3,6,10 60:9
  60:15 69:4
  91:7 98:12
corrosion (1)
  85:5
cost (1) 89:2
Cotney (2) 91:6
  91:8
counsel (5) 2:4
  2:21,23 6:7
  98:16
count (1) 97:1
counties (1)
  14:22
county (16)
  14:18,18,19,19
  14:20,20 17:10
  17:17,21 18:1
  19:4,5 25:2,4
  97:5 98:4
couple (2) 62:8
  62:10
court (9) 1:1,21
  2:6,17 3:13,14
  6:1 97:3 98:20
cowling (2)
  47:18 55:2
crack (18) 50:22
  51:1,4,23
  54:21 55:5,6
  55:13,20,23
  56:2,15 57:7
  57:15,22 63:11
  64:8 76:22
cracked (1) 93:6
craft (1) 81:9
crank (1) 64:17
crash (4) 78:9,15
  85:3 92:19
crashed (6)
  85:10,15,22,23
  86:5,8
criminal (1)

97:13
crooks (1) 75:14
current (3) 8:4
  9:8,9

**D**

D (1) 4:1
dad (2) 15:10
  91:5
damage (4) 66:4
  68:18,21 95:17
date (16) 6:5
  13:16 23:18
  24:3,4 48:4
  69:19 70:15
  76:20 83:10
  85:12,14,17,18
  89:7 94:2
dated (2) 53:1
  69:9
dates (1) 50:7
Davidson (3) 2:8
  5:16 6:9
Dawson (1)
  26:17
day (11) 24:22
  24:23 29:13
  37:23 43:17
  49:16 50:5
  57:10 58:1
  59:8 62:13
days (1) 50:6
deal (1) 64:17
dealers (1) 88:3
debris (1) 54:14
debt (1) 97:6
December (2)
  76:18 83:7
decide (1) 43:12
decided (3)
  43:11,16 86:12
decision (2)
  43:20 93:18

defendant (1)
  97:13
Defendants (10)
  1:12 4:9 5:13
  39:1,5,9 41:7
  52:18 59:13
  72:23
delivered (5)
  38:12,15,19
  41:14 44:3
delivering (2)
  3:9 32:1
delivery (1)
  37:16
DEPONENT (1)
  97:23
deposition (11)
  1:15 2:4,13,14
  3:3 6:22 7:4,8
  96:13 98:7,14
depositions (1)
  2:18
descent (1)
  93:17
describe (2) 34:1
  55:18
described (6)
  31:23 42:2
  53:1,10 74:16
  74:18
designation (2)
  30:2 54:2
destination (2)
  47:22 49:8
Destiny (1) 10:4
detail (2) 31:2
  60:6
detailed (1)
  63:22
deteriorated (1)
  45:17
determine (14)
  48:11 55:14

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

69:19 70:5,18 71:7,23 78:4 88:1,4,6,7,10 88:12
**determined (4)** 69:14 74:2,20 84:18
**determines (1)** 77:16
**development (2)** 10:23 11:2
**different (9)** 29:14 36:14 51:15 73:17 74:12 75:9 88:15,20,20
**directly (1)** 81:12
**disclosed (1)** 62:1
**discover (1)** 61:23
**discovered (6)** 50:21 54:22 61:16,22 64:11 85:1
**discovery (1)** 52:20
**discussed (3)** 33:7 58:16 93:10
**discussion (1)** 16:11
**distance (2)** 93:19,20
**DISTRICT (2)** 1:1,2
**DIVISION (1)** 1:3
**document (5)** 39:8 40:4 41:6 59:19 62:16
**documents (1)**

40:6
**doing (2)** 32:6 35:8
**Donaldson (4)** 90:22 91:14 94:3,17
**drained (1)** 54:13
**drive (1)** 28:1
**driver's (1)** 24:23
**dropping (1)** 31:19
**drove (1)** 84:6
**dry (1)** 82:16
**Dudley (1)** 5:4
**duly (1)** 6:17
**Dykes (5)** 1:22 2:6 3:8 6:1 98:20

**E**

**E (5)** 4:1 5:1,1 98:1,1
**earlier (4)** 50:1 76:21 93:7,11
**East (1)** 14:17
**EASTERN (1)** 1:3
**economics (1)** 12:16
**edge (1)** 47:20
**effect (1)** 2:15
**effective (1)** 3:7
**efficient (1)** 79:17
**efficiently (2)** 44:20 45:5
**either (2)** 33:8 63:1
**employed (2)** 30:3 53:16
**employee (6)**

30:21,23 31:12 32:12,19,23
**employee/emp...** 35:4
**employer (1)** 32:17
**ended (1)** 36:8
**engine (44)** 21:5 21:7,8,9 37:11 37:13 44:16 50:22 52:19 53:9 54:13,17 56:20 57:7,13 60:7 61:22 64:9,12 65:10 66:5 67:22 68:19,21 72:19 72:20,22,23 74:13 76:2,15 76:19 81:14 82:20,20 83:9 83:12,14 84:16 84:19 85:21 86:13 93:12 94:13
**enjoyed (1)** 20:8
**entailed (1)** 19:23
**Enterprises (1)** 10:1
**entire (2)** 7:8 34:21
**entities (1)** 10:17
**entries (3)** 52:14 52:21 73:8
**entry (11)** 48:18 52:22,23 53:4 53:8 54:5,12 54:20 60:12,14 69:9
**erased (1)** 37:12
**Eric (2)** 91:5 92:2

**estate (3)** 9:2,4,7
**estimate (1)** 87:1
**et (1)** 1:11
**evaluating (2)** 50:10,20
**evidence (5)** 3:4 34:10 65:17 66:10 86:3
**exact (14)** 13:16 13:23 14:5 22:19 23:18 24:3 25:16 29:16 39:20 40:2 85:7,11 87:3 89:21
**exactly (2)** 39:17 56:10
**examination (3)** 4:3 6:12,20
**examined (1)** 6:18
**Excuse (1)** 8:3
**Exhibit (9)** 39:1 39:5,9 41:7 52:18 59:12,13 73:1 74:14
**exhibits (3)** 3:11 4:7,8
**exists (1)** 88:22
**expensive (2)** 57:19 86:20
**experienced (1)** 95:11
**expert (1)** 87:20
**expires (1)** 98:22
**explain (1)** 63:16
**explanation (1)** 54:19
**exploring (1)** 24:13
**extensive (1)** 85:8

**extent (4)** 55:3 57:14 67:12 86:17
**exterior (2)** 37:16 38:11
**external (1)** 77:10
**extremes (1)** 25:4
**E-Y (1)** 22:13

**F**

**F (1)** 98:1
**FAA (6)** 67:20 71:6,21 72:2 77:9,17
**fact (20)** 50:5 52:4,12 56:20 63:22 65:20 69:18 70:4 71:22 72:15,17 74:1,2,15,17 74:19 77:5,20 94:7 95:18
**faded (1)** 39:16
**fair (3)** 87:9 88:1 88:19
**falsification (3)** 74:5,23 75:6
**falsified (1)** 64:23
**falsify (3)** 73:10 73:18 75:10
**family (3)** 15:8 90:2,5
**far (11)** 11:23 24:14 37:23 40:15 46:18 57:11,12 62:2 67:13 68:2 78:3
**Farmer (1)** 17:5
**father (1)** 91:23

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 5

field (2) 30:4
34:8
figure (1) 87:4
filed (3) 3:14
6:23 97:16
film (7) 47:17
48:3 49:10
57:3 93:9,15
94:10
final (2) 93:1,10
finalize (1)
24:15
finance (1)
89:16
financial (3)
35:10 91:17
92:13
find (2) 50:20
70:22
finished (1) 96:5
firefighter (1)
8:17
first (11) 6:17
20:19 23:22
27:20 29:19
44:12 47:12
49:22 59:18
60:5 61:20
flew (6) 28:2
41:15 58:23
59:4 83:11
90:1
flies (1) 31:18
flight (13) 31:23
47:16 48:21
49:4,11 57:4
58:22 93:1,10
94:17 95:2,12
95:19
flights (1) 32:6
flip (1) 69:8
floor (1) 46:5
FLOR (1) 6:16

Florida (3) 10:9
26:6 60:20
flowing (1)
55:17
flown (3) 59:9
83:7 90:6
Floy (2) 1:16
7:20
fly (2) 27:23
28:3
flying (7) 28:16
77:4 82:23
83:1 92:17
94:18 95:20
folks (1) 75:14
following (7)
6:13 31:16
40:6 49:16
50:6 78:9,14
follows (2) 6:18
48:15
follow-ups (1)
96:11
force (1) 2:15
foregoing (3) 6:6
98:7,11
forget (1) 41:10
form (18) 2:22
65:2,13 66:1
67:1 68:11
69:1,22 70:9
70:22 73:13
74:8 75:3,13
76:7 77:8,23
86:7
formalities (3)
67:3,10,11
former (1) 63:2
forms (1) 88:16
forward (3) 36:7
57:6 62:2
found (11) 25:7
45:15 50:9

54:15,18 55:6
55:7,8 63:11
76:3,19
four (4) 21:20,22
59:18 60:5
franchise (3)
8:23 10:6,7
franchisee (1)
8:22
fresh (2) 36:20
45:1
friend (1) 94:21
friends (3) 24:18
90:2,5
front (2) 13:17
59:14
full (1) 2:15
further (5) 2:11
2:19 78:22
97:23 98:15
F-L-O-Y (1)
7:20

_____
**G**
Gadsden (1)
19:1
Gary (5) 53:15
53:17 54:19
76:1,17
general (3) 33:8
44:15 48:20
generated (1)
57:4
Georgia (1)
17:22
getting (9) 27:8
27:10 28:20
35:21 47:19
57:17,18 93:9
94:9
get-go (1) 45:8
give (5) 13:15
85:14 87:1,3

90:11
given (2) 96:12
98:14
gives (1) 88:19
glad (1) 7:14
glide (1) 93:20
go (17) 11:23
23:1 27:19
34:23 35:1,3,3
41:20 43:12
65:13 66:1
71:1 73:6,13
73:21 75:19
96:10
goes (3) 21:11
55:4 67:13
going (16) 6:22
7:10 15:1
19:14,16,18
24:11 26:10,15
39:4 41:10
47:7 64:13
75:17 86:19
94:12
GPS (2) 32:3,8
graduate (2)
12:10,18
Graham (5)
15:18,23 16:1
16:5,6
great (1) 90:17
greeted (2) 31:1
31:4
grounds (1) 3:2
grow (1) 24:21
guess (2) 41:3
86:12
gushing (1)
55:17
guys (2) 53:2,18
Gwen (1) 11:16
_____
**H**

hairdresser (1)
18:10
Hall (31) 5:13
7:2 27:5,15,17
27:21 28:18
30:23 31:12,18
34:10,15 35:6
35:11 38:9
61:6,8 62:7,18
65:7,9,18
66:11 68:6,14
68:20 69:6
79:11 80:9
85:20 86:4
Hall's (3) 26:10
26:16 32:13
Handbook (1)
77:13
handwriting (1)
40:14
hangar (2) 29:1
82:9
happened (4)
36:5 46:16
50:18 93:3
happens (1) 57:9
HARPER (1)
5:5
head (1) 49:21
hearing (1)
98:15
hears (1) 58:21
help (2) 62:17
90:15
Herndon (1)
79:12
hey (1) 42:19
high (3) 12:18
12:19 21:10
high-priority (1)
93:16
history (4) 51:7
57:8 67:18,22

**American Court Reporting**
**toll-free (877) 320-1050**

hour (4) 58:4,4,5
  58:11
hours (5) 37:7
  48:11,19 49:1
  54:9

**I**

idea (4) 11:10
  21:1 35:9 85:5
identifier (1)
  33:21
identify (2)
  39:20 40:2
immediate (3)
  15:2,8 16:17
immediately (2)
  49:9 50:12
implied (7)
  34:14 35:2
  43:13 55:21
  66:13,16 80:23
imply (1) 34:20
implying (1)
  32:17
inactive (1) 9:5
inches (1) 55:10
incidents (1)
  78:20
included (1)
  43:15
INDEX (1) 4:7
indicate (2)
  58:22 59:3
industry (1)
  9:21
information (5)
  7:18 11:19
  51:18 75:4
  89:12
initiated (1)
  48:21
inside (3) 29:1
  71:18 77:12

insisted (1)
  32:15
inspect (1) 38:10
inspected (1)
  69:13
inspection (12)
  37:15,15 38:5
  69:14,18 70:4
  70:18 72:12,16
  72:17 77:10
  78:22
inspections (4)
  67:14 74:1,15
  74:18
installed (2)
  44:5 46:17
installing (1)
  84:14
instructor (3)
  28:8,11 90:19
intentionally (1)
  75:5
interest (1)
  34:11
interested (1)
  98:18
interior (10)
  27:9 28:21
  35:23 36:14
  42:3,5,5,20
  43:7,22
internally (1)
  64:11
Internet (3) 23:3
  23:6 25:14
interruption (1)
  81:18
introduced (1)
  29:17
Inverness (1)
  5:7
involved (7)
  9:12 10:16

20:11,15,20
  96:15 97:9
issue (2) 44:23
  47:10
item (1) 93:16
items (7) 64:11
  78:3 84:15
  85:7 86:17,21
  87:2

**J**

J (15) 30:18,21
  33:19,20,23
  34:1 40:23
  64:22 65:4,11
  65:22 69:12,17
  70:3,17
Jackie (1) 16:7
Jackson (1) 8:13
January (6) 48:8
  49:2 53:11
  59:1,4,8
Jenifer (1) 8:11
job (1) 8:15
jobs (1) 9:11
Joe (8) 2:5 6:11
  6:21 91:13
  94:3,7,16 95:4
jog (1) 90:15
John (3) 72:9,15
  73:4
Johnson (4)
  53:15 54:19
  76:1,17
joint (1) 13:5
Joseph (4) 1:16
  6:16 7:20
  90:22
Jr (1) 5:4
Juliette (9) 29:2
  30:17 33:22
  34:4,12,17,18
  34:18 35:7

July (1) 82:18
June (1) 98:23

**K**

Kentucky (1)
  26:3
kin (1) 98:16
kind (3) 20:1
  75:16 88:18
knew (9) 51:11
  60:14 65:9
  66:11 67:5
  68:6,14 85:20
  86:4
know (58) 9:14
  14:13 16:23
  18:21 25:16,22
  26:21 28:13
  29:10 30:1,3
  32:7 34:9,10
  35:6 51:7 52:4
  52:11 53:17,19
  55:14 56:14,18
  56:19 62:14,15
  65:4 67:9
  69:23 71:20
  72:2 73:3,9,16
  73:22 74:10
  75:8,21 76:8
  76:22 78:15
  80:9,11 81:2
  85:23 86:3,8
  87:5,16,19
  88:9,17 89:6
  89:16,20 90:8
  90:19 97:7
knowledge (6)
  59:7 65:19
  68:21 86:10
  88:11 98:13
known (2) 24:19
  87:16
Kristen (5) 1:22

2:5 3:8 6:1
  98:20
Kurt (3) 91:6,8,9
K-U-R-T (1)
  91:9

**L**

L (1) 2:1
Lance (4) 28:8
  28:13 29:4
  90:19
land (5) 93:19
  93:20,21 94:12
  95:7
landed (2) 47:23
  48:1
Landscaping (1)
  91:22
Lane (1) 8:6
large (3) 2:7 6:3
  50:22
law (1) 71:21
  77:18
laws (1) 2:16
lawsuit (3) 6:23
  96:21,22
lawsuits (2)
  96:16 97:8
lead (3) 21:16
  32:22 92:18
leading (1) 2:23
leak (7) 56:11,17
  56:22 76:4,9
  76:11 82:19
leaking (2)
  56:20 76:22
leaks (3) 54:17
  76:3,19
lean (1) 46:18
learn (1) 78:21
learned (2)
  43:22 78:7
learning (1)

# American Court Reporting
## toll-free (877) 320-1050

58:14
Lee (5) 14:18
19:4,5 97:5
98:4
left-hand (1)
40:19
legal (1) 7:19
legible (2) 13:22
24:7
lengthy (1) 15:1
letter (2) 33:23
61:5
let's (5) 16:16
20:1 52:16
59:21 81:19
liabilities (1)
11:11
license (8) 9:3,4
9:7 13:1,12
14:6 24:23
71:12
licensed (3) 14:3
71:6,22
lien (1) 89:14
liens (1) 89:17
light (1) 94:10
list (1) 85:7
listen (1) 94:14
listened (1)
63:10
lists (1) 84:15
little (3) 14:13
57:21 96:10
live (3) 15:22
91:14,19
lives (3) 8:7
28:14 92:11
living (3) 8:15
17:3 91:16
LLC (1) 1:8
LLC's (2) 9:18
10:3
LLP (1) 5:17

local (3) 19:9,13
25:20
located (2) 15:17
52:8
locating (1)
71:13
location (2)
28:23 82:17
log (16) 48:14,23
49:5 52:14,19
53:9 58:22
72:20,23,23
73:11 74:6,13
74:22,23 90:15
logbook (3) 53:5
60:15 74:4
logbooks (12)
51:16 63:23
65:11,21 66:22
67:7,17 68:8
68:16 79:2,5,8
logged (1) 49:3
logging (1)
79:17
logs (17) 13:15
48:6,10 51:12
51:19 52:2,5,8
52:12 64:23
73:18 75:10
80:7,10,15,17
80:18
long (4) 45:19
55:11 57:23
62:4
look (15) 13:21
25:22 26:2,10
26:16 31:7
33:10 41:20
49:15,19 50:5
52:12,16 59:12
60:2
looked (10) 20:1
20:9 25:6,10

25:12 27:4
36:10 41:23
52:5 63:23
looking (12)
20:3,4,6 21:2
22:22 23:2,4,6
24:16 25:13
29:14 48:10
looks (4) 39:21
40:1,10 69:11
LOSAL (12) 1:8
7:1 9:15,17
10:19,20 11:7
11:12,20 24:12
24:12 96:20
lose (1) 93:13
lot (3) 19:18
21:11 82:12
lots (1) 25:6
Lovvorn (11)
1:16 2:5 6:11
6:16 7:21
15:16 16:3,7
18:3 91:5,23
low (4) 21:5,7,10
21:14
lower (1) 37:9
Luther (27)
29:12,18,19,23
30:11 32:9,12
32:18,22 33:10
33:11 34:22,23
35:1,3,3 37:20
38:8 41:14
42:22 43:4,6
45:13 46:10
79:11 80:4,16
Luther's (1)
43:2
L-O-V-V-E-R...
7:22
L-O-V-V-O-R...
7:23

## M

Machen (1)
11:17
Macon (1) 14:18
Madeline (1) 8:5
magazine (1)
23:11
Magazines (1)
23:9
main (1) 86:20
maintenance (...
29:1 33:3,15
47:9 49:4
52:19 53:9
72:23 80:22
82:9
major (6) 12:15
36:20 37:10
44:23 51:21
60:7
making (1)
84:15
manner (1) 33:4
manufacturer ...
22:15
Manufacturin...
18:7
March (1) 24:7
mark (2) 39:5
41:11
marked (5) 39:1
39:9 41:6
52:17 74:14
market (1) 88:8
marriage (1)
15:5
Master's (2)
12:2,3
material (1)
45:17
Matt (1) 6:21
Matthew (2) 3:9
5:15

MBA (1) 12:5
McChesney (1)
11:17
mean (11) 11:1
44:15 55:16
58:3 59:13
66:18 67:11
75:15 82:23
85:21 87:23
Meaning (3)
45:1 67:12
96:19
means (3) 37:10
53:21 98:10
meant (1) 11:9
mechanic (11)
29:23 49:21
54:3 56:13
71:6,22 72:4,5
72:10 76:23
78:18
mechanics (6)
30:8 73:10,17
74:12,12 75:10
medical (1) 92:3
meet (3) 42:1,9
42:16
meeting (5)
27:20 31:15
58:1,20 62:4
meetings (1)
31:16
member (5) 9:17
9:18 10:14
19:13 40:23
memory (1)
90:16
Men (2) 8:22
10:10
met (5) 24:22
27:17 29:20
33:1 53:18
metal (1) 56:5

## American Court Reporting
## June 2, 2008

**American Court Reporting**
**toll-free (877) 320-1050**

Page 8

MIDDLE (1) 1:2
miles (1) 25:3
military (2) 13:9 28:16
Mill (1) 19:6
MILLS (1) 5:5
mind (1) 13:20
mine (1) 39:17
minor (1) 44:22
minutes (4) 58:6 58:7,8,10
model (2) 21:17 22:20
models (1) 22:20
mom (1) 15:10
moment (1) 24:7
months (4) 47:3 47:6 62:8,10
Mooney (4) 22:10,12,16,18
Moore's (1) 19:6
Motlow (25) 5:4 5:6 65:1,12,23 66:23 67:8 68:10,17,23 69:21 70:8,21 72:18 73:2,12 73:20 74:7 75:2,12 76:6 77:7,22 86:6 96:18
move (1) 62:2
moved (1) 36:7
moving (2) 8:23 9:21
multiple (2) 79:23 80:2
Musketeer (2) 22:2,7
M-A-D-E-L-I-... 8:5
M-O-O-N-E-...

22:12

**N**

n (4) 2:1 4:1 5:1 8:11
name (13) 7:19 8:10,12,20 9:22 30:6,10 34:4 40:22 49:18,22 50:3 91:2
named (2) 16:18 34:7
names (2) 31:6 53:19
narrowed (1) 21:19
natural (1) 45:17
nature (2) 19:11 93:14
necessarily (1) 83:1
necessary (1) 2:20
need (15) 14:13 24:3 32:16 34:23 42:20 50:11,14 57:16 61:17 63:12 84:15 86:22 87:20 90:8 97:7
needed (1) 63:16
neither (1) 98:16
never (7) 32:18 34:20 39:3 40:5 55:21 79:19,20
new (15) 27:9,9 28:20,21 35:22 35:22 42:3,5,7 42:20 43:7,22

57:16 64:13 83:13
nice (2) 82:11,14
nonactive (1) 9:3
normally (4) 93:5,21 94:11 95:8
Notary (2) 2:6 6:2
note (1) 40:9
notice (1) 44:12
noticeable (1) 76:12
noticed (8) 44:14,18 47:17 47:21 48:3 82:19 93:16 94:7
noticing (2) 49:9 93:2
number (11) 1:5 25:16 39:9 61:5,9,10,14 61:17 63:13,14 89:22

**O**

O (1) 2:1
object (17) 65:1 65:12,23 66:23 68:10,23 69:21 70:8,21 73:12 74:7 75:2,12 76:6 77:7,22 86:6
objection (4) 67:8 68:17 73:2,20
objections (2) 2:21 3:1
observations (1) 25:19

observed (1) 20:9
obviously (1) 19:18
occupation (1) 17:4
offered (1) 3:3
offhand (1) 90:12
office (4) 18:18 33:2,5 63:2
offices (2) 2:7 6:8
official (3) 67:17 68:8 88:18
Off-the-recor... 16:11
oil (27) 47:18 48:3 50:21 54:13,14,23 55:3,12,16,19 55:22 56:2,7 56:16,20 76:2 76:4,9,11,14 76:17 82:19 93:2,9,15 94:8 94:10
Okay (165) 7:10 7:16,22 8:7,14 8:18 9:1,11,22 10:2 11:6,9,20 11:23 12:20 13:3,8 14:9,15 15:6 16:22 18:3,8,11,19 19:7 20:10,19 20:23 21:6,13 21:21 22:1,9 22:15,21 23:1 23:8,10,14 24:1,9,17 25:11,17 26:1 26:4,7,20

27:13 28:13,17 29:3,10,17 30:5 31:2,10 32:7,10,21 33:12,22 34:9 35:11 37:17,22 38:4,10,14 41:20 42:8,15 42:18 43:1,4 43:10,20 44:7 46:7,11,15,20 48:2,9,17 49:7 49:13,17 50:4 50:8,16,18 51:3,9,14 52:1 53:17,20 54:8 54:12 55:12 56:1,6,19 57:5 57:23 58:13,18 59:11,17 60:14 60:17 61:7 62:12 63:15,20 64:15,20 66:9 67:16,20 68:5 68:20 69:6 71:20 73:6 75:23 76:16 77:1 79:1,4,7 80:5,9 81:2,13 82:18 83:5,23 84:22 85:19 86:11,15,19 87:8,13,22 88:5,17 89:1 89:14,23 90:13 90:21,23 91:4 91:13 93:12 94:4,16 95:10 95:15 96:2 97:12
old (1) 24:18
older (1) 66:6
Once (1) 24:6

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 9

ones (7) 25:19
25:22 27:5
36:21 63:18
90:8,11
oozing (1) 55:17
Opelika (4) 2:8
5:19 6:9 82:3
open (1) 47:19
operate (2) 9:20
77:18
operated (1)
33:4
operates (1) 10:8
operating (3)
76:15 93:4
94:11
Operator (1)
77:13
opinion (14)
65:3 69:2,3
70:14 71:2,3
75:19 76:1,11
76:16 87:13,18
89:2 95:16
opportunity (1)
60:2
opposed (1)
25:13
oral (2) 3:10
6:12
Order (1) 4:9
organizations ...
19:3
original (8) 3:10
39:10 79:2,5,8
80:7,10,15
originally (1)
18:23
originals (1)
79:18
outfit (1) 30:8
overhaul (11)
36:20 37:10

51:21,22 53:2
57:21 60:7
63:19,22 64:10
83:17
overhauled (10)
27:9,11 28:20
35:22 64:10
65:10,20 83:14
83:19,21
overlap (1)
19:19
owed (1) 89:19
owned (3) 20:16
24:12 34:17
owner (1) 10:14
ownership (5)
24:15 34:11
67:15 86:1,9
owns (1) 67:10
O-R-N (1) 8:1

——— **P** ———

P (5) 2:1 5:1,1
39:22 40:1
page (10) 4:3,8
39:14 40:5,12
40:16,19 52:21
69:9,11
pages (2) 59:18
60:5
paid (4) 35:6
83:16 87:8
89:7
paint (3) 27:9
28:21 35:22
Palm (1) 26:6
Panama (1) 10:8
paper (1) 25:15
parentheses (1)
54:16
parents (1)
15:15
Parkway (1) 5:7

part (2) 57:17
71:5
particular (7)
21:17 25:7
26:22 31:22
33:9 35:12
38:1
parties (3) 2:3
3:1 98:17
partner (3) 9:14
58:17 63:2
parts (4) 64:16
66:5,6 83:13
party (1) 96:21
Patrick (3)
39:23 40:23
41:2
Paul (15) 49:22
49:23 50:8,10
53:5,12 54:21
55:8 56:15
57:14 58:1,15
58:19 62:5
81:5
pay (1) 94:17
people (2) 49:14
75:21
perform (4)
69:18 70:4
72:16,17
performed (9)
34:5 38:5 53:3
53:11 74:1,15
74:17,19 76:17
performing (1)
74:16
period (4) 54:13
54:15,16,18
person (3) 25:13
29:19 71:21
personal (5)
48:14 59:6
90:14 94:20,21

personally (1)
67:13
pertaining (1)
72:3
Peter (2) 91:1,18
phone (5) 27:18
42:19 61:5
62:21 63:2
picking (2)
31:18,23
pictures (1) 36:3
pilot (15) 13:4
14:3,4,10
21:10,11 23:21
23:23 47:17
48:14 76:13
77:3,13,19
78:2
pilot's (6) 13:1
13:11 14:5
19:10 71:12
77:15
pinpoint (1)
62:17
pinpointed (1)
56:11
Piper (3) 21:23
26:2,5
pistons (1) 64:18
place (2) 16:22
26:10
plaintiff (2)
96:19,20
Plaintiffs (3) 1:9
5:3 59:12
plane (15) 48:12
50:10,15 51:6
51:8,20 58:23
59:4,9 77:12
78:4,20 80:18
85:3 93:4
planes (2) 31:19
31:19

plant (1) 53:23
plate (1) 30:10
please (2) 3:12
48:7
pleasure (1)
95:1
PM (6) 1:19
81:21,23 96:6
96:8 97:22
POH (1) 77:12
point (1) 57:18
pointed (3) 55:9
56:15 58:15
pointing (1)
40:13
points (1) 57:6
Polhemus (8)
49:23 53:5,12
54:21 55:8
56:15 62:5
81:5
portable (1)
32:5
PORTERFIE...
5:5
possession (3)
80:20,21 81:1
Postal (2) 17:16
17:20
power (2) 53:22
93:13
prebuy (2) 37:14
38:4
preference (2)
21:12,14
present (2)
28:21 43:1
presented (1)
84:20
presenting (1)
66:20
previously (1)
86:5

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

price (2) 88:12
 88:15
primarily (1)
 23:3
prior (9) 3:4
 20:10 26:13
 27:14,17 51:7
 60:11 78:19
 86:9
probe (1) 87:6
problem (13)
 44:10,13,14,18
 44:21,22 45:7
 47:14 50:15
 57:22 61:22
 92:19 93:7
problems (13)
 37:11 46:3
 57:13 58:15
 61:16 62:1
 63:10 81:7
 84:19,23 92:16
 94:14 95:12
Procedure (2)
 3:6 6:6
procedures (1)
 94:15
proceed (2)
 84:21 94:12
proceeded (1)
 93:21
proceedings (1)
 6:13
produced (1)
 52:20
promissory (1)
 40:9
properly (1)
 46:5
protocol (1) 77:9
provide (3)
 36:16,18 89:22
provided (6)

36:15 37:12
 51:12 61:6
 63:14 79:18
public (3) 2:7
 6:3 88:11
publication (1)
 88:19
pull (2) 82:13
 83:16
pulled (1) 83:15
purchase (16)
 4:9 14:11 20:4
 20:12 24:11,16
 25:23 27:7
 38:1,20,23
 43:13,17,21
 45:19 66:7
purchased (10)
 13:13 25:8
 26:23 32:4,8
 44:8 48:12
 65:7 87:10,15
purchasing (6)
 20:10,21 23:15
 24:13 36:8
 88:7
purpose (1)
 61:21
purposes (1)
 94:19
pursuant (1) 6:5
pursuing (1)
 21:9
put (5) 57:17
 75:4 80:6
 82:17 84:16
putting (1)
 42:12
P.A (1) 5:6
p.m (2) 2:10
 6:10

――――――
Q

question (12)
 7:13 65:14
 66:9 67:1
 68:12 70:2,13
 70:15,22 75:7
 75:17 76:23
questions (8)
 2:22,23 7:11
 19:17 51:5
 59:20 73:8
 98:9
quick (1) 96:4

――――――
R

R (2) 5:1 98:1
radios (6) 36:21
 42:11,12 43:9
 43:14 44:2
ramifications ...
 68:2
ran (3) 54:17
 76:2,18
Randolph (4)
 14:20 17:10,17
 25:1
rate (1) 55:18
rating (1) 21:9
read (4) 59:15
 59:18 60:6,12
reading (1) 2:13
real (3) 9:2,4,7
really (3) 27:6,6
 75:15
Realtor's (1)
 19:5
rear (1) 46:4
reason (26) 20:6
 31:11 32:11
 46:23 57:1
 62:12 63:20
 64:2,21 65:8
 65:17 67:4
 68:5,13 69:16

70:2,16 72:14
 73:9,17 75:8
 85:19 86:2,15
 86:20 97:14
reasons (3) 64:6
 66:3 73:22
recall (18) 26:8
 28:5 30:15,16
 30:19 33:13,17
 33:18 36:4
 38:2,15 40:6
 42:17 45:21
 90:6 91:11
 95:14 96:1
receive (1) 13:3
received (3) 13:5
 79:19,20
recess (3) 59:23
 81:22 96:7
recollection (2)
 19:21 24:2
recommendati...
 38:9
record (6) 7:3
 16:10,13 38:17
 38:23 59:22
recordkeeping...
 80:22
records (2)
 38:21 89:9
refer (1) 48:5
referral (1) 9:10
referred (1)
 31:21
reflect (1) 59:6
reflected (2)
 68:7,15
registration (1)
 77:14
regulations (1)
 72:3
reinstall (1)
 86:13

reinstalled (1)
 84:12
relate (1) 81:8
related (1) 16:8
relating (1) 2:17
relations (1)
 35:10
relationship (5)
 34:14 35:5
 65:6 73:4
 75:22
relatives (4)
 14:14,21 15:2
 18:20
rely (1) 66:21
remember (13)
 28:23 29:3
 30:7,10 31:3
 31:22 40:3
 49:18 64:15
 85:11,16,17
 90:11
removal (1) 55:2
renewed (1)
 37:13
repair (4) 47:4,4
 57:20 88:21
repaired (4)
 47:12 57:16
 82:21 83:2
repairing (1)
 87:2
repairs (6) 46:10
 46:11,21 52:14
 62:3 89:7
Repeat (1) 68:12
rephrase (1)
 7:14
replace (3) 45:13
 45:20 66:5
replaced (10)
 45:18,22 64:12
 76:2 78:9,14

**American Court Reporting**

**American Court Reporting**
**toll-free (877) 320-1050**

81:4,9,10
95:19
**Reporter (5)**
1:21 2:6 3:14
6:2 98:20
**represent (1)**
34:15
**represented (4)**
66:6,12 67:6
87:11
**representing (1)**
66:20
**represents (1)**
98:12
**request (2)** 35:1
89:10
**require (1)** 55:1
**required (1)**
86:17
**requires (1)**
77:10
**resident (1)** 8:4
**residue (3)**
47:20,22 76:15
**resolved (1)**
43:11
**resources (1)**
78:23
**respective (1)**
2:4
**response (1)**
37:3
**restate (2)** 73:15
74:9
**result (1)** 98:18
**retained (1)** 3:13
**retire (1)** 18:6
**retired (5)** 17:7
17:8 18:5,9,10
**return (1)** 49:11
**returned (2)**
82:22 83:3
**reviewing (1)**

84:17
**Rice (2)** 15:20
17:12
**right (41)** 10:12
12:21,23 14:6
14:12 15:13,19
16:1,4,6,14,19
17:12 19:2,9
20:14 25:5
26:20 32:10
37:2 41:13,15
44:7 46:2
48:17 49:13
52:9 57:1,5
59:11 60:1
66:22 78:6
82:4 86:11
89:20 91:10
92:5,22 95:10
96:9
**right-hand (1)**
40:16
**ring (1)** 26:12
**Road (1)** 82:3
**rock (1)** 46:18
**Rothen (3)** 72:9
72:15 73:5
**rotten (1)** 45:16
**Rule (1)** 3:5
**rules (3)** 2:17
3:6 6:5
**run (2)** 32:16
82:12
**Russell (1)** 14:18

———————
**S**
**S (4)** 2:1,1 5:1,18
**safe (1)** 93:19
**SAITH (1)**
97:23
**Salatto (5)** 7:5
10:17 28:7
40:23 41:2

**Salatto's (1)**
39:18
**sale (1)** 66:13
**sales (8)** 1:11
5:14 7:2 26:17
48:13 65:18
88:12 92:3
**satisfaction (5)**
42:1,10,16
45:23 46:12
**says (3)** 54:17
69:12 90:1
**Scholl (2)** 91:1
91:18
**school (5)** 12:1
12:18,19 18:16
78:2
**Schools (1)**
18:15
**Schoolteacher...**
17:9
**screens (1)** 54:14
**search (4)** 21:17
23:3,6,15
**seat (1)** 46:18
**seats (1)** 46:4
**Sebastian (1)**
60:19
**second (1)** 79:22
**seconds (1)**
41:12
**section (5)** 78:7
78:8,14 95:17
95:18
**see (15)** 13:23
16:16 25:20
27:6 39:16
50:12,14 52:20
52:23 53:4,7,8
72:12 88:14
90:15
**seeing (1)** 40:3
**seen (5)** 39:2,3

40:5 50:15
80:14
**self-employed ...**
17:1,2
**selling (1)** 23:12
**sent (2)** 61:5
89:10
**separate (1)** 35:2
**serve (1)** 9:9
**service (5)** 17:16
17:20 82:22
83:3 84:16
**serviced (1)**
54:15
**Services (1)** 10:4
**Sewell (1)** 18:7
**shape (1)** 42:6
**Sherry (2)** 15:15
17:6
**shirt (2)** 30:12
30:17
**shirts (1)** 30:6
**shopping (1)**
19:21
**Short (2)** 59:23
81:22
**shortly (5)** 13:14
29:22 31:9
41:21 42:14
**show (8)** 36:2
38:18,23 39:4
40:8 49:1
50:23 52:17
**showing (1)**
52:22
**shown (1)** 42:7
**shows (1)** 72:8
**Sid (65)** 5:13 7:1
26:10,16 27:5
27:15,17,20
28:18 29:11,21
30:23 31:8,12
31:17,20 32:4

32:8,11,13,16
32:16,17,18,22
33:3 34:10,15
35:6,11 36:6
38:9 42:2,19
42:20,22 43:2
43:5 45:12
46:21 61:6,8
61:10,13,20,21
62:6,18 63:8
63:15,16 65:7
65:9,17 66:11
68:6,14,20
69:6 79:11
80:4,9,16
85:20 86:4
**side (3)** 37:9
40:16,19
**Sid's (1)** 47:11
**sign (2)** 33:18
37:22
**signature (11)**
2:12 39:13,14
39:19,21 40:3
40:8,11,12,18
41:5
**signed (3)** 38:3
40:22 69:11
**significance (1)**
56:2
**signs (2)** 33:16
33:17
**similar (2)** 40:4
41:8
**single (4)** 21:5,7
21:8,9
**sir (1)** 72:7
**sister (1)** 15:20
**sisters (1)** 15:11
**sit (1)** 86:4
**site (1)** 36:12
**Sixteen (12)**
29:2 30:17,18

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

30:21 33:19,20
34:4,11,16,17
34:18 35:7
**slight (2)** 47:20
93:9
**small (5)** 10:22
11:2 47:17
96:23 97:3
**sole (2)** 67:21
68:3
**somebody (3)**
75:15 83:16
97:2
**son (1)** 8:9
**son's (1)** 8:12
**soon (2)** 23:17
62:15
**sorry (2)** 32:12
35:16
**source (6)** 50:21
56:11,16 67:21
68:1,3
**Southern (9)**
1:11 5:13 7:2
26:16 30:13,14
31:20 48:13
65:18
**speaker (1)** 63:3
**specialist (1)**
92:13
**specific (5)**
25:21 27:1,3
32:20 33:21
**specifically (5)**
23:11 36:14,23
55:22 67:14
**specifics (4)** 26:8
32:14 62:14
64:19
**speculate (1)**
75:13
**speculation (1)**
73:13

**spell (1)** 91:2
**spoke (1)** 27:16
**spot (1)** 33:2
**sputter (1)** 93:13
**stand (1)** 53:23
**standpoint (1)**
77:15
**start (2)** 20:1,3
**started (3)** 19:23
20:2 93:2
**starts (1)** 94:13
**state (5)** 2:7 6:3
33:9 65:14
98:3
**stated (12)** 31:6
32:9 36:15
37:7 51:21
65:10,20 76:21
79:14,16 87:4
93:7
**statement (2)**
29:16 42:4
**states (2)** 1:1
88:21
**stay (1)** 82:11
**stenotype (1)**
98:8
**Stephen (11)**
64:22 65:4,11
65:21 69:11,17
69:23 70:3,17
70:23 71:4
**steps (1)** 58:21
**STIPULATE...**
2:2,11,19
**stipulation (1)**
6:7
**stock (1)** 27:5
**stopped (1)** 47:7
**store (1)** 82:15
**stored (1)** 82:8
**Street (1)** 5:18
**stress (1)** 56:5

**strike (2)** 44:11
69:7
**student (4)** 14:4
14:10 23:22
24:4
**subject (1)** 37:14
**subjected (1)**
72:11
**subsequently (...**
76:4
**sue (1)** 97:2
**sued (1)** 97:9
**Suite (1)** 5:8
**Sundowner (3)**
22:3,7 36:11
**Sundowners (3)**
26:19 27:4
37:6
**sure (30)** 15:9,12
22:19 23:18
30:2,9 32:1
48:8 49:21
50:7 51:17
52:6,6,13 55:3
56:10 57:15
58:2,12 62:23
64:18 67:2
68:2 71:9
78:23 85:7
86:10 88:3,22
89:21
**Susan (2)** 15:20
17:12
**sworn (1)** 6:17
**system (8)** 44:19
45:14,15 46:10
79:15,17 80:22
93:8
**S-C-H-O-L-L ...**
91:3

――――――――――――
**T**
――――――――――――
**T (6)** 2:1,1 39:22

40:1 98:1,1
**tail (9)** 56:4 78:7
78:8,14 81:3,9
81:10 95:17,18
**take (3)** 33:10
41:11 46:20
57:5 58:20
59:17,21 81:19
96:3
**taken (4)** 2:5
3:11 86:1 98:7
**talk (9)** 32:16
34:22 42:21,22
56:12 57:10
61:17 63:12,16
**talked (7)** 32:14
36:12 42:12
45:12 49:20
50:1 74:13
**talking (7)** 14:17
14:17 15:4,7
22:5 23:21
72:19
**Tallapoosa (1)**
14:19
**tax (1)** 11:18
**teach (4)** 71:11
71:13,15 78:1
**telephone (5)**
61:4,8,14
62:20 63:9
**tell (40)** 14:5,12
14:21 15:13
16:19 18:11
19:20 20:23
25:21 26:1,20
31:2 44:17
48:4 50:8,18
51:4,9,14,19
61:7,12,19,20
64:6 75:23
76:10 78:6
80:14 81:13

85:9,13 87:20
89:23 90:4,7
90:13 92:7,22
93:3
**tells (1)** 48:19
**Temporarily (1)**
46:13
**temporary (2)**
47:4,5
**Terry (5)** 15:15
16:20,21 91:5
91:23
**testified (1)** 6:18
**testimony (2)**
1:15 3:10
**Thank (2)** 90:17
97:20
**thereto (2)** 3:4
98:9
**thing (2)** 20:1
39:6
**things (4)** 33:7
36:12 42:23
85:5
**think (8)** 25:12
27:16 28:15
58:11 81:11
83:5 87:8 96:4
**third (2)** 40:23
41:3
**Thomas (3)** 1:22
2:6 3:8
**three (2)** 21:19
21:22
**Thurman (2)**
16:2 18:3
**time (42)** 3:2,3
7:12 9:3 13:12
14:11 28:12
33:14 36:20
37:8,8,10
42:13 44:8
46:9 47:8,12

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

48:12,20 51:21
54:8,22 56:21
57:6,21 58:9
59:18 66:13
78:11 79:22
82:10,13,15,21
83:6 85:1 87:9
87:12,15 91:12
93:23 95:11
**times (5)** 27:13
27:16 49:5
80:1,3
**title (1)** 49:22
**today (6)** 6:22
13:13 19:16
60:8,11 86:4
**told (16)** 27:15
31:8 32:18
37:14 43:7
51:11,17 57:14
58:19,19 78:4
80:17 81:4
90:9 94:9,10
**top (1)** 69:10
**total (3)** 11:11
37:7,8
**town (1)** 28:14
**training (6)** 13:4
13:5 23:17,20
23:21 24:5
**transcribed (1)**
98:10
**transcript (3)**
3:10 39:11
98:12
**transcription (...**
98:11
**transferred (1)**
79:15
**transport (2)**
83:20 84:3
**transported (1)**
83:18

**Trey (15)** 7:4,17
10:17 11:9
19:17 24:9,18
26:9 28:7 29:7
29:9 39:18
53:1 63:4 90:9
**Trey's (1)** 63:2
**trial (1)** 3:2
**Truck (2)** 8:23
10:10
**true (4)** 75:5
77:17 87:14
98:12
**try (1)** 19:16
**turned (1)** 47:5
**Tuskegee (1)**
13:7
**two (4)** 8:22
10:10 41:12
96:10
**type (15)** 21:1,4
22:18 24:14
25:20 27:1
30:8 36:10,18
36:23 47:8
51:23 57:19,22
87:22
**types (2)** 7:11
22:21

——— U ———

**U (1)** 2:1
**ultimately (5)**
25:8 26:22
36:8 44:2
86:12
**Umbach (3)** 2:8
5:16 6:8
**Uncle (1)** 16:2
**undergrad (1)**
12:11
**understand (4)**
7:12 34:3 70:1

75:9
**understandin...**
24:10 30:20,22
34:13 53:21
77:2
**unemployed (1)**
16:21
**uniform (1)** 30:8
**UNITED (1)** 1:1
**University (3)**
13:6 78:19
82:9
**Unlimited (1)**
1:8
**unofficial (1)**
25:18
**upgrade (1)**
36:21
**use (3)** 88:3,5,6

——— V ———

**value (4)** 87:9,14
87:17 88:1
**values (1)** 88:19
**various (3)** 34:5
74:11 75:9
**vent (4)** 44:19
46:9 47:19
93:5
**ventilation (2)**
93:6,8
**vents (1)** 45:15
**verify (2)** 71:17
77:11
**versus (1)** 21:10
**view (1)** 90:14
**visit (2)** 26:14
27:19
**visited (1)** 34:22
**vs (1)** 1:10

——— W ———

**W (2)** 3:9 5:15

**waived (1)** 2:14
**want (4)** 35:14
36:13 59:19
84:21
**wanted (5)** 21:7
27:6 36:22
37:19 44:3
**warehouse (4)**
81:17 82:2,5,7
**Warrior (2)**
21:23 26:5
**wasn't (1)** 35:1
**way (7)** 29:21
31:1 32:2
44:11 48:9
82:14 95:19
**ways (1)** 23:4
**weight (1)** 54:16
**went (5)** 25:12
25:22 26:2
43:16 49:4
**West (1)** 26:5
**we're (5)** 14:16
14:17 16:8
19:15 60:8
**we've (4)** 24:19
50:15 63:23
74:13
**White (20)** 2:8
3:9 4:9,21 5:15,16
6:9,20,21
16:10,12,14
41:9 59:21
60:1 72:22
81:19 82:1
96:3,9 97:19
**wife (2)** 8:9
18:12
**William (1)** 5:4
**Wilma (2)** 16:3
18:8
**window (3)**
47:19,21 93:5

**windshield (3)**
47:18 48:4
56:8
**wing (5)** 21:5,7
21:10,10,14
**witness (3)** 2:13
6:11 98:14
**Woodland (2)**
12:19,22
**word (3)** 33:23
36:17,17
**words (2)** 19:22
32:20
**work (19)** 8:16
16:20 17:13,15
17:19 18:4,9
18:12,14,16
31:17 34:5
35:7 36:22
37:19 44:19
45:4,23 53:9
**worked (4)**
16:23 47:2,3,6
**working (2)** 47:7
93:8
**works (1)** 18:17
**write (1)** 80:5
**writing (1)** 80:6
**wrong (1)** 87:6
**wrote (1)** 54:9

——— X ———

**X (1)** 4:1

——— Y ———

**yeah (13)** 8:2
13:20 20:5
39:7 61:11
65:16 70:13
73:16 74:10
78:12 91:8,9
92:9
**year (2)** 12:8,13

**American Court Reporting**
**June 2, 2008**

**American Court Reporting**
**toll-free (877) 320-1050**

**y'all (11)** 6:23
  11:15 20:2
  23:1,4 24:10
  24:21 25:1
  37:22 57:10
  90:1

**Z**

**zero (3)** 36:19
  37:10 51:20

**#**

**#257 (1)** 98:21

**0**

**01 (1)** 24:8
**02 (1)** 14:1
**03 (1)** 14:7

**1**

**1:45 (3)** 1:19
  2:10 6:10
**100-hour (1)**
  69:14
**11th (1)** 76:18
**12/11/03 (2)**
  52:22 53:16
**12/11/2003 (3)**
  54:6,20 76:1
**14 (4)** 1:18 2:9
  3:11 6:11
**15 (4)** 3:7 58:6,7
  58:10
**1917 (1)** 82:3
**1998 (1)** 3:7

**2**

**2 (1)** 39:1
**2000 (1)** 12:9
**2002 (1)** 13:2
**2003 (1)** 76:18
**2004 (8)** 48:8
  49:2 53:12
  59:1,4,8 82:19

  83:7
**2008 (5)** 1:18 2:9
  3:11 6:11
  98:23
**205 (1)** 5:18
**22 (1)** 5:7

**3**

**3 (6)** 52:18 55:10
  59:12,13 73:1
  74:14
**3,000 (1)** 37:7
**3,039.33 (1)** 54:9
**3:05-CV-0114...**
  1:6
**3:25 (1)** 81:21
**3:30 (1)** 81:23
**3:45 (1)** 96:6
**3:47 (1)** 96:8
**3:50 (1)** 97:22
**30 (2)** 25:3 58:8
**31 (7)** 49:2 53:11
  59:1,4,8 82:18
  83:7
**31st (1)** 48:8
**35253 (1)** 5:9
**36803 (1)** 5:19
**36832 (1)** 8:6
**39 (1)** 4:9

**4**

**4 (1)** 55:10
**40 (1)** 54:16

**5**

**5(d) (1)** 3:5
**5/16/05 (1)** 53:1
**5/28/2002 (1)**
  69:10

**6**

**6 (6)** 4:4,9 39:5,9
  41:7 98:23

**6/10/2002 (1)**
  72:9
**600 (1)** 5:8

**7**

**7/7 (1)** 14:1
**7/7/03 (1)** 14:6
**701 (1)** 8:5

**8**

**80 (1)** 54:16

**9**

**9th (1)** 5:18
**98 (1)** 4:5
**99 (1)** 12:14

**American Court Reporting**
**June 2, 2008**