**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 23, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   LOSALunlimited, LLC v. Southern Aircraft Sales et al

Case Number:   3:05cv01144-WKW

**This Notice of Correction was filed in the referenced case this date to attach the corrected attachment PDF document of the Affidavit of Salatto (Attachment #2) previously attached.**

**The correct attachment PDF document is attached to this notice for your review.   Reference is made to document # 50, Attachment #2  filed on   June 20, 2008.**