ADAMS, UMBACH, DAVIDSON & WHITE, LLP
Law Offices and Mediation Center
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

January 16, 2008

*Sent via facsimile 205-980-5001*
William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

    RE:    *LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.*

Dear Dudley:

    I need to go ahead and take your client's principal's deposition as soon as possible. Please provide me with dates in early to mid February on which I can do this.

    In the meantime, we will continue to work on trying to resolve this matter.

Sincerely,

MATTHEW W. WHITE

MWW/tbm



EXHIBIT A