## ADAMS, UMBACH, DAVIDSON & WHITE, LLP
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

January 21, 2008

*Sent via facsimile 205-980-5001*
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

RE:   LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.

Dear Perry:

I am in the process of gathering my client's discovery responses and should have them ready by the end of the week. I would like to exchange discovery possibly on Friday. Please let me know if this is okay with you.

Dudley and I have been working on trying to get an inspection of the aircraft. However, until we have your client's discovery responses, especially the log books, an inspection will not be much good at this time. Thus, the exchange of discovery at this time will hopefully greatly improve our chances of bringing this matter to a conclusion.

Sincerely,

MATTHEW W. WHITE

MWW/tbm


EXHIBIT B