# ADAMS, UMBACH, DAVIDSON & WHITE, LLP
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

February 5, 2008

*Sent via facsimile 205-980-5001*
William Dudley Motlow, Jr., Esq.
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

    RE:    *LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.*

Dear Dudley & Perry:

    Please provide me with your client's discovery responses immediately. I have called your offices repeatedly over the last week and have yet to have a response. We have recently provided you with our clients' discovery responses and are awaiting yours. As you know, our expert can not formulate an opinion in this matter without first having received your discovery responses as well as being allowed to inspect the aircraft and engine in question. Furthermore, it does us no good to inspect the aircraft and engine without first having reviewed the discovery materials. Please provide us with your client's discovery responses by Thursday, February 7, 2008 or we will have no other choice but to file a motion to compel.

    Sincerely,

    MATTHEW W. WHITE

MWW/tbm


EXHIBIT C