# ADAMS, UMBACH, DAVIDSON & WHITE, LLP
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

February 19, 2008

*Sent via facsimile 205-980-5001*
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

    RE:    *LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.*

Dear Perry:

    Thank you for the log books that you recently sent over. However, after speaking with my client, I have been informed that these are not the entire log books for the airframe and engine. The log books that you produce began May 28, 2002. Pursuant to FAA standards, the aircraft should have log books for the engine and aircraft for the lifetime of each. We would ask that you please produce the entire engine and airframe log books for this aircraft.

    Additionally, pursuant to FAA standards, each pilot who operates the aircraft is required to keep personal log books related to his flights on this aircraft. In our discovery responses we asked you to produce the log books for each pilot who has operated this aircraft. Thus, we would ask that you produce the pilot log books as well.

    Finally, we would like to inspect the aircraft some time during to week of February 25th, please let me know if there is any particular bad dates where this can not be accomplished.

Sincerely,

MATTHEW W. WHITE

MWW/tbm


EXHIBIT D