ADAMS, UMBACH, DAVIDSON & WHITE, LLP
Law Offices and Mediation Center
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

March 10, 2008

*Sent via facsimile 205-980-5001*
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

RE: *LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.*

Dear Perry:

I am still awaiting your client's discovery responses as well as the pilot logs that we discussed. Additionally, I believe my discovery request asks for the pilot logs of any pilot that may have operated the aircraft. This would include any flight instructors as well as any other individuals who operated the aircraft. Please let me have your discovery responses as well as the pilot logs as soon as possible.

Sincerely,

MATTHEW W. WHITE

MWW/tbm


EXHIBIT E