## ADAMS, UMBACH, DAVIDSON & WHITE, LLP
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

March 19, 2008

*Sent via facsimile 205-980-5001*
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

RE:  LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.

Dear Perry:

I wrote to you on March 10, 2008 requesting your client's discovery responses as well as the pilot logs that we have discussed on numerous occasions. To date, I have yet to receive the responses or to hear from you in this regard. Please let me hear from you as soon as possible so that I can avoid filing a motion to compel. I look forward to hearing from you soon.

Sincerely,

MATTHEW W. WHITE

MWW/tbm



EXHIBIT F