### ADAMS, UMBACH, DAVIDSON & WHITE, LLP
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: mwhite@audwlaw.com
Direct Fax: (334) 749-2800

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

April 24, 2008

*Sent via facsimile 205-980-5001*
Perry Webb, Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

  RE: LOSAL Unlimited, LLC v. Southern Aircraft Sales, et al.

Dear Perry:

  I would like to take your clients' depositions sometime during the week of May 12. My client and I are available that entire week. Please let me hear from you regarding your availability.

Sincerely,

MATTHEW W. WHITE

MWW/tbm



EXHIBIT G