IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL UNLIMITED, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.:3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES, et al.,) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO STRIKE HEARSAY EVIDENCE CONTAINED
IN THE "AFFIDAVIT OF JOSEPH F. LOVVORN"**

COME NOW the Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel, and move this Honorable Court to Strike the Hearsay Evidence contained in the Affidavit of Joseph F. Lovvorn.  (Doc. 50-4) As grounds for said motion, Defendants state as follows:

1. On June 20, 2008, Plaintiff filed the "Affidavit of Joseph F. Lovvorn" (Doc. 50-4) in support of its opposition to Defendants' Motion for Summary Judgment.

2. In the second paragraph of Mr. Lovvorn's Affidavit, he describes statements allegedly made to him by Mr. Paul Polhemus, Plaintiff's previously disclosed expert.

3. Such statements alleged made by Mr. Polhemus, and related to the Court by Mr. Lovvorn, are clearly hearsay and are due to be stricken.

WHEREFORE, Defendants move this Honorable Court to strike the hearsay evidence contained in the Affidavit of Joseph F. Lovvorn.

RESPECTFULLY SUBMITTED this the 24th day of June, 2008.

        /s/ Matthew W. White
MATTHEW W. WHITE
Attorney for Defendants

OF COUNSEL:

ADAMS, UMBACH,
  DAVIDSON & WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served an exact copy of the foregoing document upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

      Done this the 24th day of June, 2008.

        /s/ Matthew W. White
        OF COUNSEL