IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSAL UNLIMITED, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.:3:05-cv-01144-WKW-SRW |
| ) | |
| SOUTHERN AIRCRAFT SALES, et al.,) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO STRIKE HEARSAY EVIDENCE CONTAINED
IN THE "AFFIDAVIT OF W. PERRY WEBB"**

COME NOW the Defendants, Southern Aircraft Sales and Sid Hall, by and through counsel, and move this Honorable Court to Strike the Hearsay Evidence contained in the Affidavit of W. Perry Webb. (Doc. 49-3) As grounds for said motion, Defendants state as follows:

1. In the second paragraph of his Affidavit, Mr. Webb describes a conversation he had with his client, Mr. Salatto. Mr. Salatto's statements, relayed to this Court via his attorney, Mr. Webb, are clearly hearsay and are due to be stricken.

2. At the conclusion of paragraph two of the Affidavit, Mr. Webb relays a statement that Mr. Salatto alleged told him relating to what Mr. Polhemus had previously told Mr. Salatto. This is double hearsay and is due to be stricken.

3. In the third paragraph of Mr. Webb's Affidavit, he describes a conversation he had with Mr. Polhemus and what Mr. Polhemus allegedly told him during the course of that conversation. These statements are clearly hearsay and are due to be stricken.

WHEREFORE, Defendants move this Honorable Court to strike the hearsay evidence contained in the Affidavit of W. Perry Webb.

RESPECTFULLY SUBMITTED this the 24th day of June, 2008.

      /s/ Matthew W. White
MATTHEW W. WHITE
Attorney for Defendants

OF COUNSEL:

ADAMS, UMBACH,
  DAVIDSON & WHITE, LLP
Post Office Box 2069
Opelika, Alabama  36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served an exact copy of the foregoing document upon:

William Dudley Motlow, Jr., Esq.
PORTERFIELD, HARPER
MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790

Done this the 24th day of June, 2008.

      /s/ Matthew W. White
OF COUNSEL