IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-01144-WKW |
| ) | |
| SOUTHERN AIRCRAFT SALES, ) | |
| SIXTEEN JULIETTE, INC. d/b/a ) | |
| DAWSON AVIATION, and SID HALL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on Plaintiff's Motion for Extension of Time (Doc. # 49). Plaintiff seeks not only a thirty-day extension to respond to Defendants' summary judgment motion, but Plaintiff also seeks leave to reopen discovery in order to designate a new expert witness. This action has been fraught with delay, culminating in the court's mandate that "[n]o further extensions will be permitted." (Doc. # 44.) Although the court is not unsympathetic to Plaintiff's plight, reopening discovery at this late date would cause months of further delay and would unfairly prejudice the defendants. Therefore, it is ORDERED that Plaintiff's Motion for Extension of Time (Doc. # 49) is DENIED.

It is further ORDERED that Plaintiff shall file a response to Defendants' Motions to Strike (Docs. # 53, # 54 & # 55) **on or before July 3, 2008.**

DONE this 25th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE