05254

```
W. DUDLEY MOTLOW, JR., ESQ.                4. Restricted Delivery?   3. Service Type
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.      (Extra Fee)  ☐ Yes      CERTIFIED
P O BOX 530790
BIRMINGHAM AL 35253-0790                    2. Article Number
                                               7110 6910 2760 0000 0080
```

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X *Luther Herndon*

B. Received By: (Please Print Clearly)
Luther Herndon

C. Date of Delivery
12/9/05

7110 6910 2760 0000 0080

1. Article Addressed To:

SIXTEEN JULIETTE, INC. D/B/A DAWSO[N]
2678 ALBANY HWY.
DAWSON AIRPORT
DAWSON GA 31742



RECEIVED DEC 1 4 2005 By _____