*8/2 05-354*

# Faye B. Lavender

**From:** efile_notice@almd.uscourts.gov
**Sent:** Wednesday, July 12, 2006 3:20 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-01144-WKW-SRW LOSALunlimited, LLC v. Southern Aircraft Sales et al "Mail Returned"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from sl, entered on 7/12/2006 at 3:19 PM CDT and filed on 7/12/2006
**Case Name:**     LOSALunlimited, LLC v. Southern Aircraft Sales et al
**Case Number:**   3:05-cv-1144
**Filer:**
**Document Number:**

**Docket Text:**
Mail Returned as Undeliverable. Summons and complaint sent to Sixteen Juliette, Inc. d/b/a Dawson Aviation returned in mail with the following notation: Return to Sender-Refused; (sl, )

The following document(s) are associated with this transaction:

**3:05-cv-1144 Notice will be electronically mailed to:**

Phillip Exton Adams , Jr    padams@audwlaw.com

William Dudley Motlow , Jr    wdm@phm-law.com, fbl@phm-law.com

Matthew W. White    mwhite@audwlaw.com, tmccullough@audwlaw.com

**3:05-cv-1144 Notice will be delivered by other means to:**

7/12/2006

**Faye B. Lavender**

**From:** efile_notice@almd.uscourts.gov
**Sent:** Wednesday, July 12, 2006 3:20 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-01144-WKW-SRW LOSALunlimited, LLC v. Southern Aircraft Sales et al "Mail Returned"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from sl, entered on 7/12/2006 at 3:19 PM CDT and filed on 7/12/2006
**Case Name:**   LOSALunlimited, LLC v. Southern Aircraft Sales et al
**Case Number:**   3:05-cv-1144
**Filer:**
**Document Number:**

**Docket Text:**
Mail Returned as Undeliverable. Summons and complaint sent to Sixteen Juliette, Inc. d/b/a Dawson Aviation returned in mail with the following notation: Return to Sender-Refused; (sl, )

The following document(s) are associated with this transaction:

**3:05-cv-1144 Notice will be electronically mailed to:**

Phillip Exton Adams , Jr   padams@audwlaw.com

William Dudley Motlow , Jr   wdm@phm-law.com, fbl@phm-law.com

Matthew W. White   mwhite@audwlaw.com, tmccullough@audwlaw.com

**3:05-cv-1144 Notice will be delivered by other means to:**

7/12/2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

LOSALunlimited, LLC
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Southern Aircraft Sales et al
Defendant

CASE NUMBER: 3:05ccv1144-WKW

TO: (Name and address of Defendant)

Sixteen Juliette, Inc. D/b/a/ Dawson Aviation
2678 Albany Hwy.
Dawson Airport
Dawson, GA 31742

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Dudley Motlow, Jr.
Porterfield Harper Mills & Motlow PA
PO Box 530790
Birmingham, AL 35253-0790

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 7/6/06