IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOSALunlimited, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-01144-WKW |
| ) | |
| SOUTHERN AIRCRAFT SALES, ) | |
| SIXTEEN JULIETTE, INC. d/b/a ) | |
| DAWSON AVIATION, and SID HALL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Entry of Default Judgment (Doc. # 57), which the court construes as a motion for default judgment, it is ORDERED that the motion is DENIED at this time. In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff must first request that the clerk of court make an entry of default and then may move the court for default judgment.

DONE this 2nd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE