**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LOSALunlimited, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:05-cv-01144-WKW-SRW** |
| ) | |
| **SOUTHERN AIRCRAFT SALES,** ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON**) | |
| **AVIATION, and SID HALL,** ) | |
| ) | |
| **Defendants.** ) | |

**REQUEST TO CLERK FOR ENTRY OF DEFAULT**

In accordance with this Court's Order entered July 2, 2008, Plaintiff LOSALunlimited, LLC ("LOSAL") requests that the Court of this Court make an entry of default against Defendant Sixteen Juliette d/b/a Dawson Aviation ("Sixteen Juliette") for failure to plead or otherwise defend against the complaint served on it in the above-captioned lawsuit. As grounds in support of this Motion, LOSAL states that it transmitted a "Waiver of Service of Summons" on that Defendant at its last known address by certified mail. (Tab 1). The certified mail card which accompanied the Waiver was signed by Luther Herndon (CEO of Sixteen Juliette, see, Tab 4) and returned to counsel for LOSAL (Tab 2), but an executed Waiver was never returned. LOSAL then attempted to effect service on Sixteen Juliette by certified mail at the same address to which the Waiver was sent, but the item was refused by the addressee. (Tab 3). LOSAL then identified Sixteen Juliette's registered agent for service of process (Tab 4), and effected personal service on that registered agent on August 8, 2007. (Tab 5). No answer or other appearance has since been filed by Sixteen Juliette.

Respectfully submitted,

**s/Wm. Dudley Motlow, Jr.**
William Dudley Motlow, Jr., Esquire
Bar No.:        ASB-1563-L59W
Attorney for Plaintiff, LOSALunlimited, LLC
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Ste. 600
Birmingham, AL  35242-4821
Telephone:    (205)980-5000
Fax:              (205) 980-5001
E-mail:         phm@phm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LOSALunlimited, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:05-cv-01144-WKW-SRW |
| | ) | |
| **SOUTHERN AIRCRAFT SALES,** | ) | |
| **SIXTEEN JULIETTE, INC. d/b/a DAWSON** | ) | |
| **AVIATION, and SID HALL,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philip E. Adams, Jr.
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE
205 S. 9th Street
Opelika, Alabama 35253

                                                s/Wm. Dudley Motlow, Jr.
                                          William Dudley Motlow, Jr., Esquire
                                          Bar No.:    ASB-1563-L59W
                                          Attorney for Plaintiff, LOSALunlimited, LLC
                                          PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                          22 Inverness Center Parkway, Ste. 600
                                          Birmingham, AL  35242-4821
                                          Telephone:    (205)980-5000
                                          Fax:    (205) 980-5001
                                          E-mail:    phm@phm-law.com