# EXHIBIT 2

W. DUDLEY MOTLOW, JR., ESQ.
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
P O BOX 530790
BIRMINGHAM AL 35253-0790

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED
2. Article Number: 7110 6910 2760 0000 0080

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent) X *Luther Herndon*
B. Received By: (Please Print Clearly) Luther Herndon
C. Date of Delivery: 12/9/05
D. Addressee's Address (If Different From Address Used by Sender)

1. Article Addressed To:
SIXTEEN JULIETTE, INC. D/B/A DAWSON
2670 ALBANY HWY.
DAWSON AIRPORT
DAWSON GA 31742



RECEIVED DEC 1 4 2005 By_____