# EXHIBIT 4



# SECRETARY OF STATE
## Karen Handel
*... advancing the e-government revolution*

- Home  › Contact  › Search
- Archives
- Corporations
- Elections
- Professional Licensure
- Securities
- State Capitol

**Search**
- By Business Name
- By Control No
- By Officer
- By Registered Agent

Verify
- Verify Certification

New Filing
- Click here to file online for:
- New Limited Liability Company (LLC)
- New Business Corporation
- New Non-Profit Corporation
- New Professional Corporation (PC)

Annual Registration
- Annual Registration

Name Reservation
- File Name Reservation Online

Online Orders
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

## View Filed Documents

**Date:** 6/12/2007   (Annual Registration History etc.)

### Business Name History

| Name | Name Type |
|---|---|
| SIXTEEN JULIETTE, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| Control No.: | 0041842 |
| Status: | Automated Administrative dissolution/Revocation |
| Entity Creation Date: | 9/19/2000 |
| Dissolve Date: | 7/9/2005 |
| Jurisdiction: | GA |
| Principal Office Address: | 2678 ALBANY HWY DAWSON GA 39842-4520 |

### Registered Agent

| | |
|---|---|
| Agent Name: | EDWARD COLLIER |
| Office Address: | 177 S. MAIN STREET DAWSON GA 31742 |
| Agent County: | TERRELL |

### Officers

| | |
|---|---|
| Title: | CEO |
| Name: | LUTHER HERNDON |
| Address: | 2678 ALBANY HWY DAWSON GA 31742 |

| | |
|---|---|
| Title: | CFO |
| Name: | A SCOTT GATLIN |
| Address: | 2678 ALBANY HWY DAWSON GA 31742 |

| | |
|---|---|
| Title: | Secretary |
| Name: | A SCOTT GATLIN |

Address: 2678 ALBANY HWY
DAWSON GA 31742