# EXHIBIT ONE

**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CIVIL ACTION NUMBER

3:05-CV-01144-WKW-SRW

LOSAL Unlimited, LLC,

    Plaintiffs,

vs.

Southern Aircraft Sales, et al.,

    Defendants.

DEPOSITION TESTIMONY OF:

JOSEPH FLOY LOVVORN

May 14, 2008

1:45 PM

COURT REPORTER:

KRISTEN DYKES THOMAS

**American Court Reporting**
**June 2, 2008**


COPY

American Court Reporting
toll-free (877) 320-1050

Page 84

```
 1   to Auburn?
 2        A.   Yes.
 3        Q.   Did you transport it to
 4   Centreville?
 5        A.   Yes.
 6        Q.   You drove it up there?
 7        A.   Yes.
 8        Q.   And did you get it from
 9   Centreville and bring it back?
10        A.   Yes.
11        Q.   After you brought it back from
12   Centreville, did it ever get reinstalled
13   in the aircraft?
14        A.   They began installing and
15   making lists of items that need to be
16   done to put the engine back in service.
17   And when they were reviewing that, that's
18   when they determined several more
19   problems with the engine or with the
20   aircraft, and then they presented us
21   with, how do you want to proceed.
22        Q.   Okay.  What were the other
23   problems with the aircraft that they
```

American Court Reporting
June 2, 2008

American Court Reporting
toll-free (877) 320-1050

Page 85

1  discovered at that time?
2      A.    They said, are you aware that
3  the plane has been in a crash?  And we
4  said, no.  They said, do you have any
5  idea of the corrosion and things that's
6  in this aircraft? We said, no.  And I'm
7  not sure the exact list of items, but it
8  was extensive.
9      Q.    Did they tell you when the
10 aircraft had been crashed?
11     A.    I don't remember the exact
12 date.
13     Q.    But they did tell you when?
14 Did they give you a date as to when it
15 had been crashed?
16     A.    I don't remember if they gave
17 us a date or not.  I don't remember that
18 date.
19     Q.    Okay.  Do you have any reason
20 to believe that Sid Hall knew that the
21 engine had -- I mean that the aircraft
22 had been crashed?
23     A.    I know it has not been crashed