IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LOSAL unlimited, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:05-cv-1144-WKW-SRW |
| | ) |
| SOUTHERN AIRCRAFT SALES, | ) |
| SIXTEEN JULIETTE, INC., d/b/a DAWSON | ) |
| AVIATION, and SID HALL, | ) |
| | ) |
|     Defendants. | ) |

## ENTRY OF DEFAULT

It appearing that defendant Sixteen Juliette, Inc., d/b/a Dawson Aviation, was duly served with a copy of the summons and complaint on August 13. 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on July 3, 2008, as required by law.

DEFAULT is hereby entered against said defendant, Sixteen Juliette, Inc., d/b/a Dawson Aviation.

DONE THIS 11th day of  July , 2008.

                                                  /s/ Debra P. Hackett

                                                DEBRA P. HACKETT
                                                CLERK, UNITED STATES DISTRICT COURT
                                                MIDDLE DISTRICT OF ALABAMA